## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

Case Number: _____ **05-21046**

FILED BY _____ D.C.

2005 APR 14  PM 4: 16

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

ARRIVAL STAR, INC.,

        Plaintiff,

    v.

MAERSK LOGISTICS USA, INC., ABF
FREIGHT SYSTEM, INC., NYK LOGISTICS
(ETA), INC., and CON-WAY
TRANSPORTATION SERVICES, INC.,

        Defendants.

MAGISTRATE JUDGE
GARBER

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff, Arrival Star, Inc. ("ArrivalStar"), complains of defendants, Maersk Logistics USA, Inc. ("Maersk"), ABF Freight System, Inc. ("ABF"), NYK Logistics (ETA), Inc., and Con-Way Transportation Services, Inc. ("Con-Way") (collectively "Defendants"), as follows:

## NATURE OF LAWSUIT

1.    This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

## THE PARTIES

2.    Arrival Star, Inc. is a Delaware corporation having its principal place of business at 219 N.E. 1st Avenue, Delray Beach, Florida 33444. ArrivalStar is the named assignee of, owns all right title and interest in, and has standing to sue for infringement of the following United States Patents: United States Patent No. 6,748,318 ("the '318 patent"), entitled "Advanced Notification Systems and Methods Using a Computer Network," issued June 8, 2004 (Exhibit A); United States Patent No. 6,317,060 ("the '060 patent"), entitled "Base Station



System and Method for Monitoring Travel of Mobile Vehicles and Communicating Notification Messages," issued November 13, 2001 (Exhibit B); United States Patent No. 6,748,320 ("the '320 patent"), entitled "Advance Notification Systems and Methods Using a Computer Network," issued June 8, 2004 (Exhibit C); United States Patent No. 6,411,891 ("the '891 patent"), entitled "Advance Notification System and Method Using User-Definable Notification Time Periods," issued June 25, 2002 (Exhibit D), United States Patent No. 6,714,859 ("the '859 patent"), entitled "System and Method for an Advance Notification System for Monitoring and Reporting Proximity of a Vehicle," issued March 30, 2004 (Exhibit E), and United States Patent No. 6,741,927 ("the '927 patent"), entitled "User-Definable Communications Methods and Systems," issued May 25, 2004 (Exhibit F) (collectively "the ArrivalStar Patents"). The '318, '859, and '927 patents claim priority to United States Patent Application No. 08/063,533, filed on May 18, 1993, now United States Patent No. 5,400,020.

3.     Defendant Maersk is a Delaware corporation with a place of business at Lennar Corporate Center, 790 N. W. 107 Avenue, Suite 400, Miami, Florida 33172.  Maersk transacts business and has provided to customers in this judicial District and throughout the State of Florida services that infringe claims of at least the '318, '060, and '320 patents.

4.     Defendant ABF is a Delaware corporation with a principal place of business at 3801 Old Greenwood Rd., Fort Smith, Arkansas 72903.  ABF transacts business and has provided to customers in this judicial District and throughout the State of Florida services that infringe claims of at least the '318, '060, '320, '859, and '927 patents.

5.     Defendant NYK Logistics (ETA), Inc. ("NYK Logistics") is a Texas corporation with a principal place of business at 401 S.E. D St., Bentonville, Arkansas 72712-6066.  NYK Logistics transacts business and has provided to customers in this judicial District and throughout the State of Florida services that infringe claims of at least the '318, '060, '320, and '891 patents.

6.     Defendant Con-Way Transportation Services, Inc. ("Con-Way") is a Delaware corporation with a principal place of business at 110 Parkland Plaza, Ann Arbor, Michigan

48103-6201. Con-Way transacts business and has provided to customers in this judicial District and throughout the State of Florida services that infringe claims of at least the '318, '060, '859, and '320 patents.

7.      Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

## DEFENDANTS' ACTS OF PATENT INFRINGEMENT

8.      Defendant Maersk has infringed claims of the '318, '060, and '320 patents through, among other activities, the use of its Spective Notification System. Maersk has also infringed the '318, '060, and '320 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of, such patents.

9.      Defendant ABF has infringed claims of the '318, '060, '320, '859, and '927 patents through, among other activities, the use of its online and e-mail tracking and notification systems. ABF has also infringed the '318, '060, '320, '859, and '927 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of, such patents.

10.     Defendant NYK Logistics has infringed claims of the '318, '060, '320, and '891 patents through, among other activities, the use of its online and e-mail tracking and notification systems, including but not limited to its "Cargo Tracing" system. NYK Logistics has also infringed the '318, '060, '320, and '891 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of, such patents.

11.     Defendant Con-Way has infringed claims of the '318, '060, '859, and '320 patents through, among other activities, the use of its online and e-mail tracking and notification systems. Con-Way has also infringed the '318, '060, '859, and '320 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of, such patents.

12.     Defendants' infringement, contributory infringement, and inducement to infringe has been willful and deliberate and has injured and will continue to injure ArrivalStar, unless and

3

until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the ArrivalStar Patents.

### PRAYER FOR RELIEF

WHEREFORE, plaintiff asks this Court to enter judgment against Defendants, and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A.  An award of damages adequate to compensate ArrivalStar for the infringement that has occurred, together with prejudgment interest from the date that defendants' respective infringements of the ArrivalStar Patents began;

B.  Increased damages as permitted under 35 U.S.C. § 284;

C.  A finding that this case is exceptional and an award to ArrivalStar of his attorneys' fees and costs as provided by 35 U.S.C. § 285;

D.  A permanent injunction prohibiting further infringement, inducement and contributory infringement of the '680 patent; and,

E.  Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

ArrivalStar demands a trial by jury on all issues presented in this Complaint.

FOR ARRIVAL STAR, INC.

Dated:  April  14, 2005

Respectfully submitted,

Lead Counsel

Local Counsel

Matthew G. McAndrews
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street
Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Direct Facsimile: (312) 377-3224
E-mail: mmcandrews@nshn.com

Joseph R. Englander
Florida Bar No. 935,565
Alan Weisberg
Florida Bar No. 479,349
Christopher & Weisberg, P.A.
Attorneys for Plaintiff
200 East Las Olas Blvd.  Suite 2040
Fort Lauderdale, FL 33301
Tel. 954-828-1488
Fax: 954-828-9122
Email: jenglander@cwcip.com
Email: aweisberg@cwcip.com

32700

# EXHIBIT A

US006748318B1

(12) **United States Patent**
Jones

(10) Patent No.: **US 6,748,318 B1**
(45) Date of Patent: **\*Jun. 8, 2004**

(54) **ADVANCED NOTIFICATION SYSTEMS AND METHODS UTILIZING A COMPUTER NETWORK**

(75) Inventor: **Martin Kelly Jones**, Dalton, GA (US)

(73) Assignee: **ArrivalStar, Inc.**, Delray Beach, FL (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **08/852,119**

(22) Filed: **May 6, 1997**

**Related U.S. Application Data**

(63) Continuation of application No. 08/434,049, filed on May 2, 1995, now Pat. No. 5,623,260, which is a continuation of application No. 08/432,898, filed on May 2, 1995, now Pat. No. 5,657,010, which is a continuation-in-part of application No. 08/432,666, filed on May 2, 1995, now Pat. No. 5,668,543, which is a continuation-in-part of application No. 08/407,319, filed on Mar. 20, 1995, now abandoned, which is a continuation-in-part of application No. 08/063,533, filed on May 18, 1993, now Pat. No. 5,400,020.

(60) Provisional application No. 60/039,925, filed on Mar. 10, 1997.

(51) Int. Cl.[7] .......................... G01C 21/30; G08G 1/123

(52) U.S. Cl. ..................... 701/201; 701/204; 340/994; 340/992; 340/996; 455/412.1; 455/414.2

(58) Field of Search ............................ 701/117, 23, 24; 340/990, 991, 994, 300, 988, 993; 342/352, 357, 457; 455/457, 456, 461, 411, 403; 711/109

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,568,161 A    3/1971   Knickel ...................... 340/994*

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

EP    0219859 A2   4/1987  ............ G08G/1/12

(List continued on next page.)

OTHER PUBLICATIONS

"Public Transportation Information and Management Sys-

(List continued on next page.)

Primary Examiner—William A. Cuchlinski, Jr.
(74) Attorney, Agent, or Firm—Thomas, Kayden, Horstemeyer & Risley, LLP

(57) **ABSTRACT**

An advance notification system notifies users of the impending arrival of a vehicle, for example, an overnight package delivery vehicle, at a particular vehicle stop. The system generally includes an on-board vehicle control unit (VCU) for each vehicle and a base station control unit (BSCU) for sending messages to user computers in order to inform the users when the vehicle resides at a certain predefined time period, distance, prior stop, and/or location point from the vehicle stop. Moreover, vehicle tracking, the BSCU, a computer network (e.g., the Internet), and software located on a user computer may be combined in a plurality of configurations for launching and communicating a message of the impending arrival of a particular vehicle before it arrives. Significantly, the computer message is to advise of the impending arrival and preferably will exhibit a distinctive display and/or sound on the recipient computer so that the recipient is informed of the message. The VCU sends vehicle location and/or stop information to the BSCU. The BSCU compares the vehicle route stop list with route management software, then determines when to send an impending arrival message by preferences, normally chosen by the system operator or a user preparing to receive the advance notification message. The user computer displays information associated with the impending arrival of a vehicle in the form of the name of the vehicle, when the vehicle has finished a previous delivery, the miles before a stop, the time before arriving, and/or an actual location of a vehicle when a vehicle reaches a certain point/place. Additionally, other addressable communication devices could be used in place of or in addition to the computer message, such as personal pagers, mobile telephones, television box de-scramblers, etc. Users may also contact the computer site and/or computer address for impending arrival information.

**138 Claims, 44 Drawing Sheets**



US 6,748,318 B1

Page 2

## U.S. PATENT DOCUMENTS

| Patent No. | | Date | Name | Class |
|---|---|---|---|---|
| 3,644,883 | A | 2/1972 | Borman et al. | 340/23 |
| 3,845,289 | A * | 10/1974 | French | 701/117 |
| 3,886,515 | A | 5/1975 | Cottin et al. | 340/994 |
| 3,934,125 | A * | 1/1976 | Macano | 701/20 |
| 4,220,946 | A | 9/1980 | Henriot | 340/23 |
| 4,297,672 | A | 10/1981 | Fruchey et al. | 340/23 |
| 4,307,859 | A * | 12/1981 | Hayashi et al. | 246/124 |
| 4,350,969 | A | 9/1982 | Greer | 340/23 |
| 4,525,601 | A | 6/1985 | Barnich et al. | 379/7 MM |
| 4,585,904 | A | 4/1986 | Minconc et al. | 179/7.1 TP |
| 4,791,571 | A | 12/1988 | Takabashi et al. | 701/117 |
| 4,804,837 | A | 2/1989 | Farley | 250/251 |
| 4,812,843 | A | 3/1989 | Champion, III et al. | 340/905 |
| 4,813,065 | A | 3/1989 | Segala | 379/112 |
| 4,857,925 | A | 8/1989 | Brubaker | 340/994 |
| 4,894,649 | A | 1/1990 | Davis | 340/825.44 |
| 4,956,777 | A | 9/1990 | Cearley et al. | 701/24 |
| 5,003,584 | A | 3/1991 | Benyacar et al. | 379/119 |
| 5,006,847 | A | 4/1991 | Rush et al. | 340/994 |
| 5,014,206 | A | 5/1991 | Scribner et al. | 364/449 |
| 5,021,780 | A | 6/1991 | Fabiano et al. | 340/994 |
| 5,048,079 | A | 9/1991 | Harrington et al. | 379/112 |
| 5,068,656 | A | 11/1991 | Sutherland | 340/989 |
| 5,097,429 | A | 3/1992 | Wood et al. | 364/569 |
| 5,103,475 | A | 4/1992 | Shuen | 379/115 |
| 5,113,185 | A | 5/1992 | Ichikawa | 340/995 |
| 5,121,326 | A | 6/1992 | Moroto et al. | 701/212 |
| 5,122,959 | A * | 6/1992 | Nathanson et al. | 701/117 |
| 5,144,301 | A | 9/1992 | Jackson et al. | 340/994 |
| 5,146,491 | A | 9/1992 | Silver et al. | 379/114 |
| 5,155,689 | A | 10/1992 | Wortham | 364/460 |
| 5,168,451 | A * | 12/1992 | Bolger | 701/117 |
| 5,179,584 | A | 1/1993 | Tsumura | 379/114 |
| 5,200,902 | A * | 4/1993 | Pilley | 340/990 |
| 5,218,632 | A | 6/1993 | Cool | 379/126 |
| 5,223,844 | A | 6/1993 | Mansell et al. | 342/357 |
| 5,243,529 | A | 9/1993 | Kashiwazaki | 364/449 |
| 5,271,484 | A | 12/1993 | Bahjat et al. | 187/29.1 |
| 5,299,132 | A | 3/1994 | Wortham | 701/300 |
| 5,323,456 | A | 6/1994 | Oprea | 379/375 |
| 5,351,194 | A | 9/1994 | Ross et al. | 701/120 |
| 5,361,296 | A | 11/1994 | Reyes et al. | 379/96 |
| 5,381,338 | A | 1/1995 | Wysocki et al. | 364/449 |
| 5,381,467 | A | 1/1995 | Rosinski et al. | 379/121 |
| 5,394,332 | A | 2/1995 | Kuwahara et al. | 364/449 |
| 5,398,190 | A | 3/1995 | Wortham | 364/460 |
| 5,400,020 | A * | 3/1995 | Jones et al. | 340/990 |
| 5,420,794 | A | 5/1995 | James | 364/436 |
| 5,428,546 | A | 6/1995 | Shah et al. | 364/449 |
| 5,432,841 | A | 7/1995 | Rimer | 379/59 |
| 5,440,489 | A | 8/1995 | Newman | 364/426.05 |
| 5,444,444 | A * | 8/1995 | Ross | 701/117 |
| 5,446,678 | A | 8/1995 | Saltzstein et al. | 364/514 |
| 5,448,479 | A | 9/1995 | Kemner et al. | 701/23 |
| 5,461,374 | A | 10/1995 | Lewiner et al. | 340/994 |
| 5,483,234 | A | 1/1996 | Correel et al. | 340/994 |
| 5,483,454 | A | 1/1996 | Lewiner et al. | 364/443 |
| 5,493,295 | A | 2/1996 | Lewiner et al. | 340/994 |
| 5,493,694 | A | 2/1996 | Vlcek et al. | 455/53.1 |
| 5,506,893 | A | 4/1996 | Buscher et al. | 379/114 |
| 5,513,111 | A | 4/1996 | Wortham | 364/460 |
| 5,515,421 | A | 5/1996 | Sikand et al. | 379/58 |
| 5,526,401 | A | 6/1996 | Roach, Jr. et al. | 379/59 |
| 5,539,810 | A | 7/1996 | Kennedy, III et al. | 379/59 |
| 5,544,225 | A | 8/1996 | Kennedy, III et al. | 379/59 |
| 5,546,444 | A | 8/1996 | Roach, Jr. et al. | 379/59 |
| 5,552,795 | A | 9/1996 | Tayloe et al. | 342/357 |
| 5,559,871 | A | 9/1996 | Smith | 379/115 |
| 5,570,100 | A | 10/1996 | Grube et al. | 364/446 |
| 5,577,101 | A | 11/1996 | Bohm | 379/58 |
| 5,579,376 | A | 11/1996 | Kennedy, III et al. | 379/60 |
| 5,587,715 | A | 12/1996 | Lewis | 342/357 |
| 5,594,650 | A | 1/1997 | Shah et al. | 364/449.1 |
| 5,594,787 | A | 1/1997 | Ohshima et al. | 379/114 |
| 5,602,739 | A | 2/1997 | Haagenstad et al. | 364/436 |
| 5,623,260 | A | 4/1997 | Jones | 340/994 |
| 5,648,770 | A | 7/1997 | Ross | 340/994 |
| 5,652,707 | A | 7/1997 | Wortham | 701/300 |
| 5,657,010 | A | 8/1997 | Jones | 340/994 |
| 5,668,543 | A * | 9/1997 | Jones | 340/994 |
| 5,673,305 | A | 9/1997 | Ross | 379/58 |
| 5,680,119 | A | 10/1997 | Magliari et al. | 340/904 |
| 5,694,322 | A | 12/1997 | Westerlage et al. | 705/417 |
| 5,694,459 | A | 12/1997 | Backaus et al. | 379/427 |
| 5,699,275 | A | 12/1997 | Beasley et al. | 395/200.51 |
| 5,712,908 | A | 1/1998 | Brinkman et al. | 379/119 |
| 5,715,307 | A | 2/1998 | Zazzera | 379/265 |
| 5,719,771 | A | 2/1998 | Buck et al. | 364/443 |
| 5,724,243 | A | 3/1998 | Westerlage et al. | 364/446 |
| 5,724,584 | A | 3/1998 | Peters et al. | 395/671 |
| 5,729,597 | A | 3/1998 | Bhusri | 379/115 |
| 5,732,074 | A | 3/1998 | Spaur et al. | 370/313 |
| 5,734,981 | A | 3/1998 | Kennedy, III et al. | 455/445 |
| 5,736,940 | A | 4/1998 | Burgener | 340/994 |
| 5,739,774 | A | 4/1998 | Olandesi | 340/994 |
| 5,742,672 | A | 4/1998 | Burk | 379/198 |
| 5,751,245 | A | 5/1998 | Janky et al. | 342/357 |
| 5,760,742 | A | 6/1998 | Branch et al. | 342/457 |
| 5,771,282 | A | 6/1998 | Friedes | 379/121 |
| 5,771,455 | A | 6/1998 | Kennedy, III et al. | 455/456 |
| 5,774,825 | A | 6/1998 | Reynolds | 364/449.7 |
| 5,781,156 | A | 7/1998 | Krasner | 342/357 |
| 5,784,443 | A | 7/1998 | Chapman et al. | 379/119 |
| 5,793,853 | A | 8/1998 | Sbisa | 379/120 |
| 5,796,365 | A | 8/1998 | Lewis | 342/357 |
| 5,799,073 | A | 8/1998 | Fleischer, III et al. | 379/113 |
| 5,799,263 | A | 8/1998 | Culbertson | 701/117 |
| 5,805,680 | A | 9/1998 | Penzias | 379/118 |
| 5,808,565 | A | 9/1998 | Matta et al. | 340/994 |
| RE35,920 | E | 10/1998 | Sorden et al. | 342/457 |
| 5,835,580 | A | 11/1998 | Fraser | 379/115 |
| 5,841,847 | A | 11/1998 | Graham et al. | 379/114 |
| 5,852,659 | A | 12/1998 | Welter, Jr. | 379/116 |
| 5,864,810 | A | 1/1999 | Ronen | 379/127 |
| 5,875,238 | A | 2/1999 | Glitho et al. | 379/116 |
| 5,881,138 | A | 3/1999 | Kearns et al. | 379/114 |
| 5,910,979 | A | 6/1999 | Goel et al. | 379/120 |
| 5,912,954 | A | 6/1999 | Whited et al. | 379/115 |
| 5,915,006 | A | 6/1999 | Jagadish et al. | 379/127 |
| 5,920,613 | A | 7/1999 | Alcott et al. | 379/114 |
| 5,922,040 | A | 7/1999 | Prabhakaran | 701/117 |
| 5,937,044 | A | 8/1999 | Kim | 379/121 |
| 5,943,320 | A | 8/1999 | Weik et al. | 370/259 |
| 5,943,406 | A | 8/1999 | Leta et al. | 379/120 |
| 5,943,657 | A | 8/1999 | Freestone et al. | 705/400 |
| 5,945,919 | A | 8/1999 | Trask | 340/825.491 |
| 5,946,379 | A | 8/1999 | Bhusri | 379/115 |
| 5,950,174 | A | 9/1999 | Brendzel | 705/34 |
| 5,955,974 | A | 9/1999 | Togawa | 340/994 |
| 5,956,391 | A | 9/1999 | Melen et al. | 379/114 |
| 5,982,864 | A | 11/1999 | Jagadish et al. | 379/115 |
| 5,987,108 | A | 11/1999 | Jagadish et al. | 379/114 |
| 5,987,377 | A | 11/1999 | Westerlage et al. | 701/204 |
| 5,991,377 | A | 11/1999 | Malik | 379/114 |
| 5,991,380 | A | 11/1999 | Bruno et al. | 379/115 |
| 5,991,381 | A | 11/1999 | Bouanaka et al. | 379/115 |
| 5,995,602 | A | 11/1999 | Johnson et al. | 379/116 |
| 6,006,159 | A | 12/1999 | Schmier et al. | 701/200 |
| 6,094,149 | A | 7/2000 | Wilson | 340/904 |
| 6,097,317 | A | 8/2000 | Lewiner et al. | 340/994 |
| 6,111,538 | A | 8/2000 | Schuchman et al. | 342/357 |

## US 6,748,318 B1
Page 3

| | | | | |
|---|---|---|---|---|
| 6,124,810 A | 9/2000 | Segal et al. | | 340/994 |
| 6,134,501 A | 10/2000 | Oumi | | 701/209 |
| 6,137,425 A | 10/2000 | Oster et al. | | 340/994 |
| 6,144,301 A | 11/2000 | Frieden | | 340/572.8 |
| 6,178,378 B1 | 1/2001 | Leibold | | 701/202 |
| 6,184,802 B1 | 2/2001 | Lamb | | 340/994 |
| 6,191,708 B1 | 2/2001 | Davidson | | 240/994 |
| 6,222,462 B1 | 4/2001 | Hahn | | 340/904 |
| 6,240,362 B1 | 5/2001 | Gaspard, II | | 701/209 |
| 6,253,146 B1 | 6/2001 | Hanson et al. | | 701/202 |
| 6,253,148 B1 | 6/2001 | Decaux et al. | | 701/204 |
| 6,278,936 B1 | 8/2001 | Jones | | 701/201 |
| 6,313,760 B1 | 11/2001 | Jones | | 340/994 |
| 6,317,060 B1 | 11/2001 | Jones | | 340/994 |
| 6,360,101 B1 | 3/2002 | Irvin | | 455/456 |
| 6,363,254 B1 | 3/2002 | Jones et al. | | 455/456 |
| 6,363,323 B1 | 3/2002 | Jones | | 701/213 |
| 6,374,176 B1 | 4/2002 | Schmier et al. | | 701/200 |
| 6,400,956 B1 | 6/2002 | Richton | | 455/456 |
| 6,411,891 B1 | 6/2002 | Jones | | 701/201 |
| 6,415,207 B1 | 7/2002 | Jones | | 701/1 |
| 6,486,801 B1 | 11/2002 | Jones | | 340/994 |
| 6,492,912 B1 | 12/2002 | Jones | | |
| 6,510,383 B1 | 1/2003 | Jones | | |
| 6,618,668 B1 | 9/2003 | Laird | | 701/200 |
| 2002/0016171 A1 | 2/2002 | Doganata et al. | | 455/456 |
| 2002/0069017 A1 | 6/2002 | Schmier et al. | | 701/213 |
| 2002/0070882 A1 | 6/2002 | Jones | | |
| 2002/0082770 A1 | 6/2002 | Jones | | |
| 2002/0098802 A1 | 7/2002 | Jones | | 340/994 |
| 2002/0099500 A1 | 7/2002 | Schmier et al. | | 701/200 |

### FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 0805427 A1 | 11/1997 | ......... | G08G/1/123 |
| GB | WO 93/13510 A1 | 7/1993 | ......... | G08G/1/123 |
| WO | WO 90/01236 | 2/1990 | ......... | H04M/1/54 |
| WO | WO 93/13503 | 7/1993 | ......... | G08B/5/22 |
| WO | WO 94/02922 | 2/1994 | ......... | G08G/1/123 |
| WO | WO 94/27264 | 11/1994 | ......... | G08G/1/123 |
| WO | WO 96/04634 | 2/1996 | ......... | G08G/5/22 |
| WO | WO 96/16386 | 5/1996 | ......... | G08G/1/123 |
| WO | WO 98/07128 | 2/1998 | ......... | G08G/1/123 |
| WO | WO 98/08206 | 2/1998 | | |
| WO | WO 98/14926 | 4/1998 | ......... | G08G/1/123 |
| WO | WO 98/40837 | 9/1998 | ......... | G06G/7/70 |

### OTHER PUBLICATIONS

tems", IEE Colloquium, Computing and Control Division, May 25, 1993, pp. 9/1–9/4, 12/1–12/2, 7/1–7/3.

"Vehicle Location and Fleet Management Systems", IEE Colloquium, Computing and Control Division, Jun. 8, 1993. The 3rd International Conference on Vehicle Navigation & Information Systems (VNIS) Norway, Sep. 2–4, 1992, pp. 312–315.

Preiss, George; Jenson, Lillian; "The Satref and GPS Information Projects", 1992 IEEE—3rd International Conference on Vehcile Navigation Information Systems, ppp. 648–655.

"Vehicle Navigation & Information Systems Conference Proceedings" (P–253), Society of Automotive Engineers, Inc., Oct. 1991, pp. 789–796.

"1992 Compendium of Technical Papers", Institute of Transportation Engineers—INRAD: A Deminostration of Two–Way Roadway to Vehicle Communication for use in Traffic Operations, Annual Meeting, Washington, D.C. pp. 214–218.

"Paving the Way for GPS in Vehicle Tracking", Showcase World, Dec. 1992.

"Advanced Vehicle Monitoring and Communication Systems for Bus Transit", Federal Transit Administration, Sep. 1991, Revised Mar. 1993.

Koncz, et al., "GIS–Based Transit Information Bolsters Travel Options", GIS World, Jul. 1995, pp. 62–64.

Helleker, Jan, Real–Time Traveller Information—in everyone's pocket?!—a pilot test using hand–portable GSM terminals, IEEE—IEE Vehicle Navigation & Information systems Conference, Ottawa, VNIS 1993, pp. 49–52.

Burgener, E.C., et al., "A Personal Transit Arrival Time Receiver", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 54–55.

Peng, Zhong–Ren, "A Methodology for Design for a GIS–Based Automatic Transit Traveler Information System", Computer, Environment and Urban Systems, vol. 21, No. 5, pp. 359–372, 1997.

Lessard, Robert, "The Use of Computer for Urban Transit Operations", IEEE—IEE Vehicle Navigation & Information systems conference, Ottawa, VNIS 1993, pp. 586–590.

Sommerville, Fraser, et al., "Reliable Information in Everyone's Pocket—a Pilot Test", IEEE, vol. 1927, Mar. 1994, pp. 425–428.

"PROMISE—Personal Mobile Traveller and Traffic Information Service—Specification of Promise Services, Ver. 7", Telematics Application Programme A2, Transport, Jul. 1, 1996.

"PROMISE—Personal Mobile Traveller and Traffic Information Service—Generic Promise System Architecture, Ver. 2", Telematics Application Programme A2, Transport, Sep. 10, 1996.

"PROMISE—Personal Mobile Traveller and Traffic Information Service—Summary of Promise Public Relation Activities, Ver. 1", Telematics Application Programme A2, Transport, Feb. 12, 1999.

"PROMISE—A Personal Mobile Traveller and Traffic Information Service—Abstract", The Institution of Electrical Engineers, 1997.

Sommerville, Fraser, et al., "The Promise of Increased Patronage", The Institution of Electrical Engineers, 1993, pp. 3/1–3/4.

"Automatic Transit Location System", Washington State Department of Transportation, Final Report, Feb. 1996.

"Advanced Traveler Aid Systems for Public Transportation", Federal Transit Administration, Sep. 1994.

"Advanced Vehicle Monitoring and Communication Systems for Bus Transit: Benefits and Economic Feasibility", U.S. Department of Transportation, Urban Mass Transportation Administration, Sep. 1991.

Leong, Robert, et al., "An Unconventional Approach to Automatic Vehicle Location and Control for Urban Transit", IEEE 1989, pp. 219–223.

"1994 Vehicle Navigation & Information System Conference Proceedings", Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 807–810.

"Vehicle Navigation & Information Systems Conference Proceedings—P–253, Part 2", Society of Automotive Engineers, Inc., Oct. 1991.

Vehicle Navigation & Information Systems—Conference Record of Papers presented at the 3nd Vehicle Navigation & Information Systems Conference 1992., Reso Hotel, Osio Plaza., pp. 49–52.

US 6,748,318 B1

Page 4

Nelson, J. Richard, "Experiences Gained in Implementing an Economical Universal Motorist System", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 67–71.

"The Cassiope/Eurobus Approach", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 79–81.

Kihl, Mary, "Advanced Vehicle Location System for Paratransit in Iowa", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 381–384.

Gault, Helen, et al., "Automatic Vehicle Location and Control at OC Transpo", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 596–600.

Vehicle navigation & Information System—Conference Record of Papers presented at the First Vehicle Navigation and Information Systems Conference (VNIS '89), Sep. 11–13, 1999, pp. 602–605.

Heti, Gabriel, "Travelguide: Ontario's Route Guidance System Demonstration", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. A13–A18.

Jeffery, D.J., et al., "Advanced Traveller Information Systems in the UK: Experience from the Pleiades and Romanse Projects", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 309–313.

Sweeney, Lawrence, E., et al., "Travinfo: A Progress Report", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 315–320.

Shimamura, Yta, et al., "Combined Position Detection System for Pedestrian/Train Mode", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 603–606.

Zavoli, Walt, "Customer Location Services", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 613–617.

Tanaka, Yoshimi, et al., "Automatic Traffic Information Provision System Utilizing Facsimile and Telephone (Now Operating in Osaka), 1994 Vehicle Navigation & Information Systems Conference Proceedings", Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 627–632.

McDonald, Mike, et al., "Romanse (Road Management System for Europe) Project", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. A–11–A–14.

Scott III, Robert H., "Computer–Aided Dispatch,", 1998, pp. 46–50.

Moore, Rodney J., "Hold the Phone!", American Demographics, Ithaca, Jan./Feb. 1996, p. 68.

Delong, Jr., Edgar S., "Making 911 even better", Telephony, Dec. 14, 1987, pp. 60–63.

Bruzek, Frank J., "Class Calling Service—A Consumer Service Perspective", Globecom '85 IEEE Global Telecommunications Conference, Dec. 2–5, 1985, vol. 1 of 3, pp. 11.4.1–11.4.4.

Powell, R., et al., "Real–Time Passenger Information System for the Romanse Project", Colloouin Digest—IEE, Boston, Sep. 1993, pp. 9/1–9/3.

Huber, Paul, "Public Transport Information Systems in Munich", Intelligent Transport Systems World Congress '95—Second Wold Congress on Intelligent Transport Systems, Yokohama, Japan, Nov. 9–11, 1995, pp. 2362–2366.

Ronez, Nicholas, et al., "GIS–Based Transit Information Bolsters Travel Options", GIS World, vol. 6, part 7, Jun. 1995, pp. 62–64.

Catling, Ian, et al., "TABASCO—Improving Transport Systems in Europe", Pacific Rim TransTech Conference, Jul. 30–Aug. 2, 1995, 995 Vehicle Navigation & Information Systems Conference, Washington State Convention Trade Center, Seattle, Washington, USA, pp. 503–507.

Dailey, D.J., "Demonstration of an Advance Public Transportation System in the Context of an IVHS Regional Architecture", Proceedings of the First World Congress on Application of Transport Telematics and Intelligent Vehicle–Highway Systems, Nov. 30–Dec. 3, 1994, Paris, France, pp. 3024–3031.

Hubner, Paul, "Advance Public Transportation Information in Munich", International Conference on Public Transport Electronics Systems, Conference Publication No. 42, Jun. 1996.

Thompson, S.M., et al., "Exploiting Telecommunications to Delivery Real Time Transport Information", Road Transport Information and Control, Apr. 21–23, 1998, pp. 59–63, Conference Publication No. 454 IEE 1998.

Kaminitzer, David, et al., Driver Information Systems: Influencing your Route, IEE Seminar, Mar. 3, 1999, pp. 5/1–5/5.

"Board Cites ATC in Spokane Near Miss", Article in Aviation Week & Space Technology, Mar. 28, 1977, URL: http://www.aviationnow.com.

Shifrin, Carole A., "Gate Assignment Expert System Reduces Delays at United's Hubs", Article in Aviation Week & Space Technology, Jan. 25, 1988.

"United Airlines applies TI's advance technologies to improve gate management at major airports", Article in Business Wire, Inc., Nov. 19, 1987.

Musich, Paula, "Airline Designs Software to move planes, people: Unite Airline's use of Covia Corp.'s Open Systems Manager, Connectivity Section", Article in PC Week, Jun. 7, 1988, vol. 5, No. 23, p. C11.

Stoll, Marilyn, "Systems help Airlines Manage Gate Schedules; Connectivity Supplement", PC Week, Jul. 25, 1988, vol. 5, No. 30, p. C4..

Reddy, Shyamala, "Traveling LAN: United Airlines Networks Its Terminals", Article in The Local Area Network Magazine, Jan. 1990, vol. 5, No. 1, p. 108.

Fisher, Sharon, "Networked Airport Systems help Travelers find their way; United Airlines subsidiary Covia Corp. devices integrated network.", Article in Software Magazine, Mar. 15, 1990, vol. 10, No. 4, p. 31..

Henderson, Danna K., "Automation Takes aim at airports: the power of the networked PC is being unleased on passenger handling and ramp activities worldwide.", Article in Air Transport Wold, Aug. 1990., vol. 27, No. 8, p. 52.

"United Airlines introduces United Cargo Plug I, a new cargo computer system to serve freight forwarders", Business Wire, Oct. 22, 1990.

Miller, Barry, "Special Report: Airline Equipment, Service Center", Aviation Week & Space Technology, Aug. 25, 1975, p. 51.

Lyon, Mark W., "Cargo Net Debate Splits Industry", Journal of Commerce, Specials, p. 4, Jul. 27, 1992.

Davies, I.L., et al., "Electronics and the Aeroplane", Proceedings of the Institution of Electrical Engineers, Paper No. 7604, delivered before the IEE Electronics Division, Oct. 29, 1975.

"Global Niche", Flight International, Sep. 26, 1990.

"Real–Time Briefings", Aviation Week and Space Technology, Oct. 13, 1986.

Flanagan, Mike, et al., "Amelia Earhart—Mystery Still Clouds Soaring Achievements", Chicago Tribune, Jul. 5, 1987, Final Edition, p. 5, Tempo Woman.

"Official Airline Guides", Airports®, Nov. 20, 1990, Around Airports, vol. 7, No. 47, p. 485.

"Automation System Gains Acceptance", Aviation Week & Space Technology, Nov. 23, 1992, vol. 137, No. 21, p. 97.

Klass, Philip, "French Testing Ground–Derived MLS", Aviation & Space Technology, Avionics, p. 56, Dec. 15, 1975.

"Forecast Realized for ATC System", Aviation & Space Technology, Mar. 17, 1975, Avionics, p. 168.

Henderson, Danna, et al., "Ionworks: America West Automates New Phoenix Terminal Fully Integrated System to Handle Customer–Service Demands (America West Airlines Inc) (Includes Related Article Automation of passenger Service at Airports)", Airport Transport World, May 1, 1991. vol. 62.

3 Pages from a web site search under http://mit.edu/afs/net.mit/edu/project/attic/usa–today/tech/37, Jun. 12, 2003.

"What's New in passenger Handling Equipment", Air Transport World, vol. 24, p. 62, Sep. 1987.

"Senator Urges Acceleration of Navstar", Aviation & Space Technology, Avionics, p. 153, Oct. 3, 1983.

"AFSC Broadens Joint Program Efforts", Aviation & Space Technology, System Acquisition, p. 83, Jul. 19, 1976.

Herskovits, Don, "GPS Insurance Antijamming the System; Brief Article", Journal of Electronic Defense, Dec. 1, 2000, No. 12, vol. 23, p. 41.

Hambly, Richard M., et al., "Aircraft Traffic Management on the Airport Surface Using VDF Data Link for CNS", IEEE AES Systems Magazine, Mar. 1995, pp. 9–13.

Berzins, G., et al., "INMARSAT: Worldwide Mobile Satellite Services on Seas, in Air and on Land", Space Technology, vol. 10, No. 4, pp. 231–237, 1990.

Jenney, L.L., et al., "Man as Manager of Automated Resources in an Advanced Air Traffic System", J. Aircraft, vol. 12, No. 12, Dec. 1975.

"Routing & Scheduling System improvements from RTSI; Routing Technology Software, Inc.; Product Announcement", Modern Brewery Age, vol. 43, No. 3, p. 11S, Jan. 20, 1992.

Yanacek, Frank, "Hitching to the stars; satellites for shipment tracking", Research Information Transportation Journals, Combined, No. 6, vol. 29, p. 16.

Stoll, Marilyn, "For on–the–road firms, hand–held terminals are pivotal. Connectivity", Research Information Transportation Journals, Combined, No. 34, vol. 5, p. C11.

"IBM and Hunt to Market New Truck Tracker; International Business Machines", J.B. Hunt Transport Services; Brief Article, No. 210, vol. 101, p. 4.

Klass, Philip J., "Two Carriers Plan Automatic Data Link", Aviation Week and Space Technology, Air Transport Section, May 23, 2977, p. 36.

"Data Link Evolved Over Three Decades", Aviation Week and Space Technology, Air Transport Section, May 23, 1977, p. 36.

Klass, Philip J., "American to Install Printers in Cockpits", Aviation Week and Space Technology, Avionics, Jul. 21, 1980, p. 56.

Lefer, Henry, "Computers on a boon to E&M, but at a price", Air Transport World, vol. 23, p. 53, Feb. 1986.

Donaghue, J.A., "Choice of Data Link Systems Expand as New Generation Hits the Market", Air Transport World, vol. 20, p. 58, Apr. 1983.

Klass, Philip J., "Digital Network Could Improve Aircraft Links to Operations, ATC", Aviation Week and Space Technology, International Air Transport Section, vol. 131, No. 21, p. 121, Nov. 20, 1989.

Board Cites ATC in Spokane Near Miss, Article in Aviation Week & Space Technology, Safety Section, Mar. 28, 1977, p. 59.

"Vicorp Interactive Systems", Aviation Daily, Aviation Suppliers Section, vol. 309, No. 17, p. 147.

Neumann, Dr. Horst, "ATC Concepts with Extensive Utilization of Automatic Data Processing", pp. 4–1 to 4–9; No Publication Information or Date Information Provided.

Maxwell, Robert L., "Automation Possibilities in Air Traffic Control", pp. 561–563, No Publication Information or Date Information Available.

"History of GPS", 3 pages, No Publication Information or Date Information Available.

"Road Transport Research—Intelligent Vehicle High Systems—Review of Field Trials", prepared by An OECD Scientific Expert Group, pp. 1–101, Organisation for Economic Co–Operation and Development—No Date Information Available.

Ratcliff, Robert, et al., Transport Resources Information Processing System (TRIPS), pp. 109–113, No Publication Information or Date Information Available.

Balke, Kevin, et al., Collection and Dissemination of Real–Time Travel Time and Incident Information with In–Vehicle Communication Technologies, pp. 77–82, No Publication Information or Date Information Available.

Moriok, et al., "Advanced Vehicle Monitoring and communication Systems for Bus Transit—Benefits and Economic Feasibility", Final Report—U.S. Department of Transportation, Sep. 1991, Revised Mar. 1993, Dot–T–94–03.

Brynielsson, Thore, Step by Step Development Towards Attractive Public Transport, Chalmers University of Technology, Goteborg, Sweden, Department of Transportation, 1976.

Jones, U.S. patent application Ser. No. 09/558,508, filed Apr. 26, 2003.

Jones, U.S. patent application Ser. No. 08/762,052, filed Dec. 9, 1996.

Jones, U.S. patent application Ser. No. 09/516,288, filed Mar. 1, 2000.

Jones, U.S. patent application Ser. No. 09/163,588, filed Sep. 30, 1998.

Jones, U.S. patent application Ser. No. 10/435,767, filed May 12, 2003.

Jones, U.S. patent application Ser. No. 10/436,346, filed May 12, 2003.

Jones, U.S. patent application Ser. No. 10/322,956, filed Dec. 18, 2002.

Jones, U.S. patent application Ser. No. 10/392,264, filed Mar. 18, 2003.

Jones, U.S. patent application Ser. No. 10/326,556, filed Dec. 20, 2002.

Jones, U.S. patent application Ser. No. 10/435,765, filed May 12, 2003.

Jones, U.S. patent application Ser. No. 10/436,120, filed May 12, 2003.

## US 6,748,318 B1
Page 6

Jones, U.S. patent application Ser. No. 10/436,119, filed May 12, 2003.

Jones, U.S. patent application Ser. No. 10/435,770, filed May 12, 2003.

Jones, U.S. patent application Ser. No. 10/436,196, filed May 12, 2003.

Jones, U.S. patent application Ser. No. 10/656,522, filed Sep. 5, 2003.

Jones, U.S. patent application Ser. No. 10/686,925, filed Oct. 16, 2003.

* cited by examiner



FIG 1



FIG 2



FIG. 3

Case 1:05-cv-21046-JLK   Document 1   Entered on FLSD Docket 04/15/2005   Page 17 of 336



FIG 4



FIG 5



FIG 6



FIG 7



**FIG 8**

VCU
_12_

GLOBAL POSITIONING SENSOR
(GPS) TRACKING SENSOR
_25_

COMPUTER CONTROLLER
(CC)
_12a_

CELLULAR TRANSCEIVER (CT)
(WIRELESS COMMUNICATION)
_18a_

USER INPUT CONTROLS (UIC)
(BUTTONS, BAR CODE READER,
IGNITION SWITCH, ETC.)
_21a_

LIQUID CRYSTAL DISPLAY
(LCD)
_33a_

_10_

BSCU MODULES LINKED
OVER
COMPUTER NETWORKS
_14_

WIRELESS TRANSCEIVER (WT)
(VEHICLE COMMUNICATION)
_26_

VEHICLE LOCATION
DATA BASE (VLDB)
_14a_

PERSON'S COMPUTER
LINKED TO
COMPUTER NETWORK
_36_

MESSAGE ON PERSON'S
COMPUTER SCREEN OF
IMPENDING VEHICLE ARRIVAL
_36a_

MAPPING SOFTWARE
DATA BASE (MSDB)
_14b_

NOTIFICATION DATA BASE
(NDB)
_14c_

USER REQUESTS DATA BASE
(URDB)
_14d_



**FIG. 8**

**VCU** 12

- COMPUTER CONTROLLER (CC) 12a
- CELLULAR TRANSCEIVER (CT) (WIRELESS COMMUNICATION) 18a
- USER INPUT CONTROLS (UIC) (BUTTONS, BAR CODE READER, IGNITION SWITCH, ETC.) 21a
- LIQUID CRYSTAL DISPLAY (LCD) 33a

**BSCU MODULES LINKED OVER COMPUTER NETWORKS** 14

- WIRELESS TRANSCEIVER (WT) (VEHICLE COMMUNICATION) 26
- VEHICLE LOCATION DATA BASE (VLDB) 14a
- ATTEMPT TO DELIVER FROM VEHICLE (AID) 22a
- ROUTE LIST WITH ORDER OF DELIVERY (RL) 21b

**PERSON'S COMPUTER LINKED TO COMPUTER NETWORK** 36

- MESSAGE ON PERSON'S COMPUTER SCREEN OF IMPENDING VEHICLE ARRIVAL 36a
- MAPPING SOFTWARE DATA BASE (MSDB) 14b
- NOTIFICATION DATA BASE (NDB) 14c
- USER REQUESTS DATA BASE (URDB) 14d

10



FIG 10

**VCU** 12

COMPUTER CONTROLLER (CC) 12a

CELLULAR TRANSCEIVER (CT) (WIRELESS COMMUNICATION) 18a

USER INPUT CONTROLS (UIC) (BUTTONS, BAR CODE READER, IGNITION SWITCH, ETC.) 21a

LIQUID CRYSTAL DISPLAY (LCD) 33a

**BSCU MODULES LINKED OVER COMPUTER NETWORKS** 14

WIRELESS TRANSCEIVER (WT) (VEHICLE COMMUNICATION) 26

VEHICLE LOCATION DATA BASE (VLDB) 14a

ATTEMPT TO DELIVER FROM VEHICLE (ATD) 22a

ROUTE LIST WITH ORDER OF DELIVERY (RL) 21b

MAPPING SOFTWARE DATA BASE (MSDB) 14b

**PERSON'S COMPUTER LINKED TO COMPUTER NETWORK** 36

MESSAGE ON PERSON'S COMPUTER SCREEN OF IMPENDING VEHICLE ARRIVAL 36a

NOTIFICATION DATA BASE (NDB) 14c

USER REQUESTS DATA BASE (URDB) 14d

10



FIG. 11



FIG. 12



FIG. 13



FIG 14



FIG. 6



FIG. 16



FIG 17



FIG. 18





FIG 21



**FIG. 22**

Case 1:05-cv-21046-JLK   Document 1   Entered on FLSD Docket 04/15/2005   Page 35 of 336



**FIG. 24**

14

- 914 DETERMINE WHEN TO USE CYCLE COMMUNICATION (BEFORE ROUTE STARTS)
- 915 COMPARE ROUTE LIST WITH MAPPING SOFTWARE DATA BASE
- 916 COMPARE DATA TO NOTIFICATION DATA BASE
- 917 IS TIME IN-BETWEEN NOTIFICATION TIMES 10 MINUTES OR MORE?
  - NO → 922 DO NOT USE CYCLE COMMUNI-CATION
  - YES
- 918 SCHEDULE CYCLE COMMUNICATION IN ROUTE LIST AREAS
- 919 CHANGE FROM CYCLE COMMUNICATION WHEN TIME EXPIRES OR
- 920 CHANGE FROM CYCLE COMMUNICATION WHEN LOCATION IS REACHED
- 921 START POLLING OR ROUTE COMPARISON COMMUNICATION

**FIG. 23**

14

- 901 DETERMINE WHEN TO USE CYCLE COMMUNICATION (AS ROUTE PROGRESSES)
- 902 WHAT IS THE DISTANCE TO THE NEXT STOP?
- 904 HOW MUCH DISTANCE IS EXCEEDING THE NEXT NOTIFICATION?
- 906 IS DISTANCE EXCEEDING THE DEFAULT 10 MILE DISTANCE?
  - NO
  - YES
- 908 VEHICLE LOCATION AND MAPPING SOFTWARE
- 909 NOTIFICATION DATA BASE
- 903 WHAT IS THE TIME TO THE NEXT STOP?
- 905 HOW MUCH TIME IS EXCEEDING THE NEXT NOTIFICATION?
- 907 IS TIME EXCEEDING THE DEFAULT 15 MINUTE TIME?
  - YES
  - NO
- 910 RESET COMMUNICATION METHOD TO CYCLE
- 911 DETERMINE A LOCATION OR TIME TO RESTART COMMUNICATION
- 912 STOP COMMUNICATION UNTIL TIME OR DISTANCE IS REACHED
- 913 GO BACK TO COMPARING PLANNED ROUTE DATA WITH ACTUAL ROUTE DATA



FIG. 25



FIG. 26



**FIG 27**



FIG 28



FIG. 28



FIG. 38



FIG. 31





FIG. 32



FIG. 34



FIG 35







FIG. 38



FIG. 30



FIG. 41



FIG. 43



FIG. 40



FIG. 42

Case 1:05-cv-21046-JLK   Document 1   Entered on FLSD Docket 04/15/2005   Page 52 of 336



FIG. 44



FIG. 45



**FIG. 47**

BASE STATION CONTROL PROCESS #2

14

54 — COMMUNICATE VEHICLE LOCAITON AND / OR OTHER INFORMATION WITH VCU/S

55 — STORE VEHICLE INFORMATION

56 — RECEIVE REQUESTS FOR VEHICLE INFORMATION FROM PERSONS COMPUTERS EQUIPPED WITH ANS SOFTWARE

57 — LOOKUP VEHICLE INFORMATION ASSOCIATED WITH VEHICLE LOCATION, ROUTE OR STOP, ADDRESS, ETC.

58 — IF INFORMATION IS AVAILABLE, SEND INFORMATION BACK TO PERSONS COMPUTER

**FIG. 46**

BASE STATION CONTROL PROCESS #1

14

47 — COMMUNICATE VEHICLE LOCAITON AND / OR OTHER INFORMATION WITH VCU/S

48 — STORE VEHICLE INFORMATION

49 — STORE USER NOTIFICATION PREFERENCES

50 — DETERMINE ROUTE LIST ORDER AND ROADS TO BE TAKEN BY DRIVER OF DELIVERY VEHICLE

51 — DETERMINE LOCATIONS TO ACTIVATE IMPENDING ARRIVAL MESSAGE/S FROM GPS LONGITUDE LATITUDE NUMBERS ON A MAP

52 — IS A VEHICLE AT A LOCATION TO ACTIVATE AN IMPENDING ARRIVAL MESSAGE?

53 — SEND MESSAGE TO PERSONS COMPUTER OF VEHICLE'S LOCATION



FIG. 48



FIG. 40



FIG. 50

US 6,748,318 B1

**1**

## ADVANCED NOTIFICATION SYSTEMS AND METHODS UTILIZING A COMPUTER NETWORK

This document is a continuation of and claims priority to the following copending U.S. applications:

(a) provisional application entitled, "ADVANCE NOTI-FICATION SYSTEM AND METHOD UTILIZING A COMPUTER NETWORK," filed Mar., 10, 1997 by M. K. Jones and assigned serial No. 60/039,925;(b) non-provisional application entitled, "ADVANCE NOTIFI-CATION SYSTEM AND METHOD UTILIZING PASSENGER-DEFINABLE NOTIFICATION TIME PERIOD," filed May 2, 1995 by M. K. Jones and assigned serial No. 08/434,049 now U.S. Pat. No. 5,623,260;

(c) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZ-ING VEHICLE PROGRESS REPORT GENERATOR," filed May 2, 1995 by M. K. Jones and assigned serial No. 08/432,898 now U.S. Pat. No. 5,657,010; and

(d) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZ-ING PASSENGER CALLING REPORT GENERATOR," filed May 2, 1995 by M. K. Jones and assigned serial No. 08/432,666 now U.S. Pat. No. 5,668,543;

where documents (b), (c), and (d) are each a continuation-in-part of the application entitled "ADVANCE NOTI-FICATION SYSTEM AND METHOD UTILIZING A DISTINCTIVE TELEPHONE RING, "filed Mar. 20, 1995 by M. K. Jones and assigned serial No. 08/407, 319, now abandoned, which in turn is a continuation-in-part of an application entitled "ADVANCE NOTI-FICATION SYSTEM AND METHOD" filed May 18, 1993 by M. K. Jones et al. and assigned serial No. 08/063,533, now U.S. Pat. No. 5,400,020 to M. K. Jones et al. that issued on Mar. 21, 1995.

### FIELD OF THE INVENTION

The present invention generally relates to data commu-nications and information systems and, more particularly, to advance notification systems and methods for notifying users in advance of the impending arrival of a vehicle or user, for example but not limited to, a bus, train, delivery van, plane, fishing vessel, or other vessel, or user walking or riding, to or at a particular stop.

### BACKGROUND OF THE INVENTION

There are many situations when it is desirable for people to know the approximate arrival time of a particular vehicle, the distance of a particular vehicle approaching, when a vehicle crosses particular location points, and when a particular vehicle is leaving its last stop. With such information, passengers, users, and companies can adjust their schedules accordingly and avoid having to wait on a particular vehicle to reach a particular destination. For example, a user having to pick up a friend or relative at a commercial bus station either has to call the bus station to find out the approximate arrival time (information which is oftentimes unavailable) or plan on arriving at the bus station prior to the scheduled arrival time of the bus and hope the bus is not delayed.

Another example includes a user walking and carrying a device such as a mobile phone or communication device

**2**

with a location device, such as global positioning system (GPS) receiver, connected for sending location information to a control unit. It would be desirable for this control unit to broadcast a user's impending arrival time, distance to be traveled before arriving, specific location points and/or the time when leaving their last stop. This information may be broadcast to an employer, spouse, parent, or other user, when the vehicle/user reaches a predetermined location.

Another example involves school children that ride school buses. School children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at particular bus stops at sub-stantially different times from one day to the next. The reason is that school buses are not always the best-maintained vehicles on the roads, frequently operate during rush hour traffic, and must contend with congested urban/suburban conditions. As a result, school children are forced to wait at their bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets. If it is raining, snowing, windy and cold, and/or even dark, such conditions can be unhealthy and unsafe for children.

Yet another example is in the commercial overnight package delivery industry, wherein packages are delivered on a tight schedule. In this regard, it is desirable to notify a user at a delivery stop for better customer preparation as the vehicle approaches. By the customer becoming better pre-pared and a delivery driver being able to deliver more packages per day, an overnight package delivery company can increase profits by requiring fewer vehicles to deliver more packages in a business day.

Additionally, individuals already try to project the arrival of a vehicle or package by online package tracking services provided by commercial delivery companies, such as the United Parcel Service (UPS), Federal Express (FED-X), and others. Although traditional methods used in determining when a vehicle are to arrive at a stop is effective in some cases, a more precise method using a pre-warning message can be more helpful in providing accurate information. Currently, such vehicles, in order to ensure delivery of all packages in the same day, keep loads at a lower capacity in order to compensate for waiting times encountered at a percentage of vehicle stops when customers react slowly to their arrival.

Thus, generally, it would be desirable for a user to know when a vehicle (such as a bus, truck, train, plane, user, or the like) is (a) a particular time period (for example, number of minutes or seconds) away from arriving at a destination, (b) a particular distance (for example, number of miles or height) away from the destination, or (c) at a particular location among a set of location points, so that the user can adjust his/her schedule and avoid arriving too early or too late.

In the past, in order to combat the arrival time problem in the context of school buses, student notification systems have been employed that use a transmitter on each bus and a receiver inside each student home. U.S. Pat. No. 4,713,661 to Boone et al. and U.S. Pat. No. 4,350,969 describe systems of this type. When the school bus and its on-board trans-mitter come within range of a particular home receiver, the transmitter sends a signal to notify the student that his/her school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student. In addition, such systems provide little flex-

**3**

US 6,748,318 B1

**4**

ibility for providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

## SUMMARY OF THE INVENTION

Briefly described, the present invention provides for advance notification systems and methods for notifying a user of an impending arrival of a vehicle as the vehicle approaches a particular location. Notification of a vehicle arrival may be in the form of, but not limited to, predefined locations, predefined times, and/or predefined distances, and may occur when the vehicle is leaving its last stop before approaching the particular location. The advance notification system generally comprises a vehicle control unit (VCU) disposed in each vehicle and a base station control unit (BSCU) which is configured to communicate with and all of the vehicle control units and with a user computer, pager, television, and/or telephone.

The VCU includes different types of configurations, based on the system application. In a first system configuration a vehicle control unit includes a vehicle communication mechanism controlled by the vehicle control mechanism, a global positioning system (GPS) location device or package delivery indicator for determining actual vehicle positioning, and, optionally, one or more input devices, e.g., a bar code scanner, hand held remote data entry device, or switches (such as buttons) that may be operated by the vehicle driver, for the purpose of relaying messages to the BSCU. The control mechanism is adapted to initiate or receive data communications utilizing the vehicle communication mechanism when the vehicle location and/or package delivery information needs to be uploaded to the BSCU. In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone, radio frequency (RF) transceiver, or other suitable device.

In a second system configuration, the vehicle control unit includes a vehicle communication mechanism controlled by the vehicle control mechanism, and/or sensors (e.g., global positioning system receiver, door opening, package delivery indicator, ignition switch input, etc.) which convey to the vehicle communication mechanism their vehicle sensor information for determining location.

In a third system configuration, the vehicle control mechanism and sensors include the packages and delivery list for signaling to the vehicle communication mechanism and the vehicles' stops. The BSCU determines each stop address and/or time of last delivery for the timing of each message to the user computer address.

The control mechanism is adapted to initiate communication utilizing the vehicle communication mechanism when the time elapsed and/or traveled distance of the vehicle at any of the particular positions is either ahead of or behind the scheduled time and/or on a regular basis and/or when a delivery is made, and/or when polled by the BSCU. In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone's voice or data channels, radio frequency (RF) transceiver, or other suitable device.

The BSCU has a base station communication mechanism and a base station control mechanism for controlling the base station communication mechanism. The base station communication mechanism receives the vehicle identification and location information and/or delivery information from the VCU. The base station control mechanism may be

configured to store vehicle location, compare locations and/or deliveries with a mapping data base, compare user definable requests for advance notification of the vehicle's impending arrival, and send information to users' computers, pagers, televisions, and/or telephones for the advance arrival of a vehicle.

Additionally, one or more functions of the BSCU internal modules/components may be linked to remote sites, such as a user computer. In one BSCU configuration, a user wishing to be notified of the impending arrival of a vehicle may share some or all parts of the BSCU operation with software running on a user computer. In this example the user computer equipped with advance notification software may have the control mechanism for comparing locations with a mapping database, comparing user definable requests for advance notification of the vehicle's impending arrival and the ability to receive vehicle locations, deliveries from a vehicle, BSCU collecting vehicle location and/or delivery information. The computer messages to be displayed with or without audio before the vehicle arrives on a user computer is achieved from networking software and/or advance notification software on the computer network or a user computer. Moreover, when the configuration is set-up on a person's computer, the computer can activate paging to a pager and telephone calls to other locations with a modem and software for forwarding messages. The preferred mechanism for displaying the arrival of the vehicle at a particular stop location is a remote BSCU sending messages to a user computer over a computer network with or without additional advance notification software and receiving vehicle location/delivery information from a vehicle or remote BSCU storing vehicle location information. In the preferred embodiment, the base station communication mechanism is a modem communication device, such as a telephone, RF, cable modem, or combination thereof, for communicating with the vehicle communication mechanism and also comprises at least one telephone modem, RF modem, or cable modem for sending information to users' computers, receiving information from a BSCU with vehicle location information and/or a computer network for linking BSCU mechanisms over a network to a user computer. Additionally, connecting a television to a user's computer and the user's computer operating software/hardware for displaying images onto a person's television screen when a vehicle is approaching. This type of display is accomplished in many different methods including, over existing programming, similar to on screen programming/remote control commands displays.

The advance notification message is to advise a user of the impending arrival of the vehicle. Preferably, a computer can exhibit a distinctive video and sound so that the message recipient will be informed of the arrival of a vehicle. A user computer may exhibit a display on the monitor or attached television of a video and/or sound, so that the recipient may be notified of the vehicle time of arrival, distance before arriving, particular location, and/or its last stop, all of which are predefined by the user, passenger, or service provider.

In accordance with a significant feature of the present invention, the computer network is used to advise users of a vehicle's impending arrival. Moreover, a user computer may display an impending time of arrival, distance to be traveled before arriving and the vehicle's actual location on a map when the vehicle reaches a predetermined location.

It should be emphasized that while the present invention is particularly suited for commercial overnight delivery applications, there are many other applications. As

US 6,748,318 B1

5

examples, the advance notification system and method of the present invention could be employed with commercial buses, trains, planes, pickup vehicles, fishing vessels, other transportation vehicles, delivery vehicles, and individuals carrying location devices and/or delivery sensors and/or other sensors for determining location by a remote computer for advance notification messaging.

Other features and advantages of the present invention will become apparent from the following drawings. All such additional objects, features, and advantages are intended to be included herein.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating the principles of the present invention. Moreover, like reference numerals designate corresponding parts throughout the several views.

FIG. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a delivery truck system, as an example, FIG. 1 depicts a vehicle control unit (VCU) in communication with a base station control unit (BSCU), which is in turn in communication with a customer computer and/or computer address, the customer computer preferably offers a video and/or audio display.

FIG. 2 is a high level schematic diagram of an advance notification system of the present invention as applied to a delivery truck system, as an example. FIG. 1 depicts a VCU in communication with a BSCU, which is in turn in communication with a customer computer and/or computer address, a customer's business or home telephone, a customer's mobile phone, a customer's wireless pager, and a customer's television. These devices offer an improved method for notifying a person of the impending arrival of people or vehicles.

FIG. 3 is a high level flow chart diagram of the advance notification system of the present invention as applied to a delivery truck system, as indicated in this diagram, the advance notification system generally includes a vehicle monitoring process for determining the location of vehicle's remotely, a messaging component for sending electronic messages when a vehicle reaches a predetermined point prior to the arrival at a person's stop, and a person's computer connected to a network (e.g., Internet) for receiving and displaying an impending arrival message.

FIG. 4 is a high level flow chart diagram for determining when to use a second method of sending an impending arrival message to a person. This diagram shows how a telephone call can be activated first and if unsuccessful, determined by the retry attempts in this diagram, secondly sends a computer message. Asking an individual receiving an electronic message to respond could reverse this and if no response was received back, a telephone call to the person would be made. Also worth noting, the messaging method to an individual could always be one, both, or others.

FIG. 5 is a high level flow chart diagram of different messaging options. While one method is suitable for some people, two or more different type messaging methods are more likely to be effective for others. The diagrams show the options for receiving impending arrival messages as a message to a computer address, a telephone call with a message (if answered), a message on a pager, and a message to a person's television address.

FIG. 6 is a high level flow chart diagram for activating an impending arrival message when electronic mail (E-Mail) is

6

received on a person's computer or at a person's computer address. An impending arrival message in the form of an electronic message or more commonly known as E-Mail, activates additional software, setup with user preferences, for tailored audio announcements and video displays.

FIG. 7 is a high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual module configurations. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a user's computer address a message when a vehicle is approaching and also used as an overview of FIG. 1.

FIG. 8 is another high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual modular configurations. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a user computer vehicle location information only, for the user computer to determine when to notify the user and send a message to the computer screen and also by audio means, when a vehicle is approaching.

FIG. 9 is another high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual modular configuration preferences of different systems. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a message about the next stop to a users computer as the last delivery (prior to the impending stop) is made and thus notify the user via a message on a computer screen and audio means, when a vehicle is approaching.

FIG. 10 is another high level modular diagram of the overall operation of the advance notification system described as system configurations and necessary to show the differences of individual modular configuration preferences of each system. Additionally, this configuration is a simple diagram of an advance notification system, designed to determine a vehicle location by a stop, or delivery at a particular location, without GPS or normal location devices on the vehicle. This system determines vehicle location from a delivery list and acknowledgment of each delivery to the BSCU. The address and distance to the next stop is determined by routing software, mapping software, past records of travel, and actual traffic data systems, compared in the BSCU to determine time, distance, and actual vehicle location prior to a user stop. The ability to notify a user computer as the pre-selected advance notification preferences are activated allows the system to notify the user of a message on a computer screen and/or by audio means when a vehicle is approaching. Other combinations of the configurations (FIG. 7 through FIG. 10) are used based on application, business, and customer needs.

FIG. 11 is a high-level schematic circuit diagram of the VCU. The VCU is designed to be a compact unit with a generally rectangular housing that is mounted preferably on or in front of the dashboard of the vehicle in view of and within reach of the vehicle driver. In the housing, the microprocessor controller is interfaced with the transceiver by a transceiver jack (preferably a conventional 8-conductor telephone jack when transceiver is a mobile telephone), and the transceiver includes an antenna for transmitting and/or receiving signals to and from the BSCU. Further, the VCU includes a liquid crystal display (LCD) module disposed for external viewing of the display by the driver and for providing information to the driver, as described previously.

US 6,748,318 B1

**7**

FIG. 12 is a low level block diagram of the VCU of FIG. 11.

FIG. 13 is a flow chart of a vehicle control process for the VCU and BSCU.

FIGS. 14 is an example of a route list after calculations have determined the route stop order and the time between stops. The left side shows GPS longitude/latitude coordinates and estimated time between stops that is maintained in the VCU database, while the right side shows the mailing address and stop number to be displayed on an LCD.

FIG. 15 is a diagram showing how to determine route stop timing events with past route averages and actual live inputs from VCU's for a combined calculation for better estimations of a vehicle actual location between communication updates and improved accuracy of impending arrival messages.

FIG. 16 is a diagram of an event schedule for sequencing and activating of impending arrival messages from predetermined locations, time before arrival and distance before arrival of a particular vehicle.

FIG. 17 is an example diagram of a messaging event sequence when sending messages to users before the vehicle arrives. Moreover, it shows an update message used when a particular vehicle is delayed. The update message is used when a person is notified and waiting on a vehicle to arrive, but the vehicle is delayed after passing the activation point for sending the first message.

FIG. 18 is a flow chart of when a second or third message is used and how the BSCU determines the activation of these messages.

FIG. 19 is a diagram of an example of a method for determining vehicle location without the vehicle being equipped with a location device, such as a GPS, or other devices used for odometer/distance reading device, etc., in an advance notification system. This flow chart diagram illustrates a method for determining vehicle location from a delivery list, actual delivery or attempt to deliver notices and route determining software in the BSCU and/or a user computer. The route and/or mapping software determines the vehicle path (roads) to the next stop and then calculates the distance from mapping software. Furthermore, the vehicle location is associated with time for determining a moving vehicle location. This vehicle location/time is calculated from past route data, mapping software of speed limits, stops signs, red lights, etc. and/or traffic monitoring systems with sensors normally located along the roadside. It also provides an inexpensive means for determining a vehicle time, distance, and/or location away from a home or business for activating an advance notification message of an impending arrival of a vehicle from different user preferences.

FIG. 20 is a flow chart of a simple and low cost advance notification system for notifying users of the impending arrival of a particular vehicle, when the vehicle leaves it's last (prior) stop, and on it's way to the user's stop.

FIG. 21 is a high level flow chart for determining the reliability of a vehicle's location without constant communication. A vehicle's location determining factor (VLDF) is calculated by the BSCU from past route averages, including roads/streets, time of day, vehicle driver, day of week, week of year (holidays normally take more time), and averaged for a particular route, time, and day.

FIG. 22 is a diagram of an example of the communication flow of an advance notification system using a computer network. The BSCU is equipped with a computer network

**8**

site for interfacing and displaying information on a person's computer for setting up and starting the advance notification service. Additionally shown is how the personal preferences are processed and impending arrival messages are activated when the vehicle's location matches the personal preferences.

FIG. 23 is a high level flow chart for determining when to use a cycle communication protocol. This chart discloses one method for lowering communication while a vehicle is in route for an advance notification system.

FIG. 24 is a high level flow chart for showing the methods for determining when to program a VCU with cycle communication before a route starts.

FIG. 25 is a high level flow chart of a user computer equipped with software for displaying audio and video, and moreover, the user preferences for playing audio messages and/or video displays when impending arrival messages are received.

FIG. 26 is a diagram and example for accessing and receiving advance notification information when accessing an Internet or computer site page.

FIG. 27 is a table used for determining activation points for impending arrival messages. The roads and locations are normally taken from past records and mapping software for placing a user's request at particular location points associated with a distance, time, or other location activation areas for starting an impending arrival message.

FIG. 28 is a graphic of a map showing impending arrival activation points when a user request is compared with distance, time, or locations, for activating an impending arrival message/s.

FIGS. 29 through 39 is diagrams of user preferences and on-screen displays of the advance notification system, as a user is connected over a computer network and/or is operating proprietary software.

FIG. 29 is a diagram and example of an on-screen display of a user connecting to a internet computer site/location. To sign-up for the advance notification service a user has the ability to download the software for additional displays and audio options or to signup on-line through a computer connection.

FIG. 30 is a diagram and example of an on-screen display for entering the users home or business address, telephone number, and computer address (not shown). It would also be obvious to enter pager numbers, mobile phone numbers, cable television box identification numbers and other communication hardware addresses that would notify the user of an impending arrival of a vehicle, when the vehicle reaches a predefined location, time, prior stop, or distance.

FIG. 31 is a diagram and example of an on-screen display for showing the user location on a map and how the location is confirmed by the user.

FIG. 32 is a diagram and example of an on-screen display for providing the user with a choice of different type notification messages based on the type or category of selected vehicles. This allows (if optioned) the user, as an example, to receive an impending arrival message from a school bus when the school bus is five minutes away and an impending arrival message from a delivery truck when the vehicle is two miles away.

FIG. 33 is a diagram and example of an on-screen display of user options for being notified when a vehicle is at a predetermined time, distance, or particular location. This screen is not shown when a vehicle or company predefines when an impending arrival message is sent.

9
10

FIG. 34 is a diagram and example of an on-screen display for adjusting the amount of time before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (FIG. 28).

FIG. 35 is a diagram and example of an on-screen display for adjusting the amount of distance before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (FIG. 28)

FIG. 36 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a circle perimeter around a stop or location. The activation points are at the outside areas of the circle and matching road/street addresses.

FIG. 37 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a grid perimeter around a stop or location. The activation points are at the outside areas of the grid area/s and matching road/ street addresses.

FIG. 38 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a perimeter around a stop or location by placing street markers onto a map roads and streets. The activation points are the street markers located at the road/street addresses. Additionally, (not shown) all roads/street markers should close a perimeter around a users home or business.

FIG. 39 is a diagram and example of an on-screen display for user options and needed for selecting methods of receiving impending arrival messages over a computer network to a user computer and/or ringing a user telephone. Although not shown in this configuration and illustration, other messaging methods, such as a personal pager, a mobile phone, a cable television box, or other communication devices could be used to notify a user when a vehicle reaches a predetermined location, time, prior stop, or distance, and therefore could be added to FIG. 39.

FIG. 40 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's next stop in a text format for the driver. This text format could be changed to show a map with highlighted roads to the next stop or actual directions (not shown).

FIG. 41 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order and the next stop/delivery to be made, as highlighted.

FIG. 42 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop/delivery to be made, and a stop that has been moved (lower highlighted area with (M) on left side) from an earlier route stop, as previously indicated in FIG. 41.

FIG. 43 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop/delivery to be made, and a stop that has been rescheduled from an attempted delivery (lower highlighted area with (AR) on left side) from an earlier route stop.

FIG. 44 is a diagram and example of a vehicle control unit (VCU) and a flow chart showing a method for determining

when the route list is completed and sending additional information to the VCU display for the driver to return to a loading area, as an example.

FIG. 45 is a flow chart diagram of a personal computer operating advance notification software and communicating with the BSCU for advance notification of all vehicles, and said vehicles' related information, that are approaching their stop. Additionally, this configuration is another example for operating software on a person's computer, for activating an impending arrival message to the user, when a vehicle is approaching.

FIG. 46 is a high level flow chart diagram of a BSCU and control process when the BSCU initializes, activates, and sends impending arrival messages, as opposed to FIG. 47, when the BSCU is not used for sending impending arrival messages, but vehicle location information to a computer equipped with advance notification software.

FIG. 47 is a high level flow chart diagram of a BSCU and control process, when the BSCU sends vehicle location information to remote computers, for activation of impending arrival messages on user computers.

FIG. 48 is a high level flow chart diagram of the initialization process between the VCU and The BSCU. Additionally, this illustration shows a configuration for the BSCU to configure the VCU clock and the communication method.

FIG. 49 is an example and diagram of a computer screen connected by software/hardware to an internet service provider and receiving an vehicle's impending arrival message in the form of E-Mail or electronic mail.

FIG. 50 is a high level flow chart diagram of a method for receiving impending arrival messages through a satellite television link or cable television link, and displaying the impending arrival information on a person's television.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The features and principles of the present invention will now be described relative to preferred embodiments thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention, as set forth and defined in the claims.

### I. System Architecture

Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views; FIG. 1 is a schematic diagram of the advance notification system 10 of the present invention, as configured to operate for example, but not limited to, a delivery truck system.

The advance notification system 10 includes, preferably, a plurality of on-board vehicle control units (VCU) 12, a single base station control unit (BSCU) 14, and a plurality of user computers 29 and/or, as depicted by FIG. 2, additional communication devices 35. As configured in the delivery truck system 10, a VCU 12 is installed in each of a plurality of delivery trucks 19, all of which communicate with the BSCU 14. Moreover, the BSCU 14 communicates with the computers 29 and/or a person's telephone 35b, a person's pager 35e, a person's mobile phone 35c or a person's television 35d, at one or more locations 36, in the present example of an application.

### A. Vehicle Control Unit

The VCU 12 will now be described with reference to FIGS. 1, 11, and 12. Referring first to FIG. 1, each VCU 12

US 6,748,318 B1

11

includes a microprocessor controller 16, preferably a model MC68HC705C8P microprocessor controller that is manufactured by and commercially available from the Motorola Corporation, USA. The microprocessor controller 16 is electrically interfaced with a communication mechanism 18, preferably a wireless communication device, for enabling intercommunication of data with the BSCU 14. Examples of suitable wireless communication devices include a mobile telephone (e.g., cellular) and a transceiver (having both a transmitter and a receiver) operating at a suitable electromagnetic frequency range, perhaps the radio frequency (RF) range. In the embodiment using a wireless RF transceiver as the communication mechanism 18, data can be sent in bursts in the form of in-band tones, commonly called "twinkle tones". These tone bursts can occur in the background of an existing voice channel. Twinkle tones are oftentimes used in transportation systems, such as taxicab communications systems.

The microprocessor controller 16 is electrically interfaced with a system menu switch 21, an attempt to deliver switch 22, a reschedule stop switch 23, a clock 24, and a GPS location device sensor 25.

Generally, vehicle tracking is accomplished by monitoring the control switches 21–23, the GPS location sensor 25, the battery 35 providing power to the controller 16, and an onboard package inventory and delivery database (FIG. 11). Additionally, existing switches, such as door, seat, placing the vehicle in drive, and/or driver held package-tracking devices 20 (FIG. 11) may also be used or added to existing switches. It is recommended that all of the foregoing features be employed to provide redundant checking and control of communication. More specifically, the system menu switch 21 includes options for route starting and resetting, driver responses to messages sent from the BSCU 14, suspended operation (lunch, breaks, etc.), emergency activation, etc. The system menu switch 21 operates by scrolling upward and downward through options and selecting an option by pressing left or right on the control knob. Special events also can be programmed to occur throughout a normal day of operation such as, on screen displays to the driver and driver prompts to enter a response "are you starting your route?", or "when are you breaking for lunch, after this stop?" or "stop 115 3ʳᵈ street has responded to message and is available to receive a package," "not available for delivery" or "would you like to reschedule this delivery for today?" etc.

The attempt to deliver switch 22 can be actuated by the driver of vehicle 12 upon reaching a user stop and finding no one available to sign for and/or receive a package. In this example, the driver activates the attempt to deliver switch 22 in order to inform the VCU 12 that a stop has been made and the package is still on board, the details of which will be further described hereinafter.

The driver at a stop can actuate the reschedule stop switch 23 if the driver is planning to revisit the stop in the same day, as will be further described in detail hereinafter. Activation of the stop switch 23 indicates to the microprocessor controller 16 that a display module 33 and memory should be updated. In essence, the attempt to deliver switch 22 and the reschedule stop switch 23 cause the stop designation to be rescheduled for a second time in a day or for the following day. The actual displayed information on the display module 33 is acceptance of input and further instructions, normally when the reschedule stop switch is activated.

Additional options include the placement of the stop to be rescheduled within the upcoming stops in that day. The

12

stored driver choices in the VCU 12 from the attempt to deliver and/or the reschedule stop switch/s, are sent to the BSCU 14 respectively. Additional menu options 21 can be added to the VCU 12 in the form of buttons, as shown in FIG. 40.

The VCU 12 can be configured so that the operation of the system menu switch 21, the attempt to deliver switch 22, and the reschedule stop switch 23 are purely optional. In this configuration, the location sensor 25 can automatically accomplish the aforementioned functions of the switches 21–23. However, in a simple configuration, the delivery driver has no user functions and the VCU sends package, delivery, and time information only to the BSCU 14. The range of configurations is provided for the types of deliveries and nature of a company and its packages or cargo. As an example, a furniture delivery company only delivers a limited number of packages per day. Most delivery times (on location) for furniture is unpredictable and, therefore, advanced features needed for quicker and more frequent stops are not needed.

However, in one of the simplest configurations, the delivery driver has no user functions, and the VCU 12 is not equipped with a location-determining device. The VCU is equipped with a package sensor only, and the package sensor sends signals to the BSCU for the actual delivery of a package at a stop. Furthermore, for the BSCU to determine notification time, distance, location on a map, or broadcast the delivery vehicle's next stop, the BSCU should store the driver's route in its data base and/or receive next stop information from the VCU or other stored means. Other types of information may also be displayed on the display module 33. For example, the display module 33 may inform the driver of a particular vehicle to meet another driver for load sharing (as in a holiday season or when a driver experiences an emergency, such as a breakdown from a deflated tire or involvement in an accident), may inform the driver that the status of the VCU 12 in communication with the BSCU 14, or may inform the driver that the advance notification system 10 is operating.

A sensor comparison in the VCU provides the BSCU 14 with more accurate vehicle operational intentions, such as a vehicle door sensor and a location device (e.g., GPS) which may be compared for determining whether the driver has started to the next stop. A cross reference of these sensors and switches can make a determination between the vehicle 19 making a delivery stop and stopping at a road sign or red light or rest area. By comparing the location device outputs and determining when the vehicle 19 is stopped, with the delivery door sensor, a determination of a stop can be assured. Other calculations can be utilized on single sensors such as counting the number of times the delivery door opens and closes, or as a package is scanned as it enters or leaves a vehicle.

The positioning system 25 can be used to determine the geographical position of the vehicle 19 on or above the earth's surface. The positioning system 25 could be GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other suitable position tracking system.

FIGS. 7, 8, 9, and 10, are modular component diagrams of the advance notification system 10 of the present invention, as configured to operate for example, but not limited to, delivery truck systems. Furthermore, each diagram helps to show examples of VCU 12 in different, but not limited to, system configurations and applications. It will be apparent to those skilled in the art that numerous other

13

variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention.

To better understand the modules within VCU 12, FIGS. 7, 8, 9, and 10, are examples of different configurations for providing advance notification of an impending arrival of a particular vehicle 19. Moreover, to understand the VCU 12 in different systems, FIGS. 7, 8, 9, and 10, are illustrations and modular diagrams of the advance notification system and show how the VCU 12 interacts with the other system components.

FIG. 7, is an advance notification system 10 comprising, preferably, a plurality of on-board vehicle control units (VCU) 12, a modular Base Station Control Unit (BSCU) 14 and one or more person's linked to a computer network with one or more computers 36. In this configuration each Vehicle Control Unit (VCU) 12 is equipped with a global positioning system (GPS) sensor 25a for receiving satellite signals for determining vehicle 19 location. The global positioning system (GPS) sensor 25a sends positioning data to the Computer Controller (CC) 12a. The computer controller 12a from a hierarchy standpoint controls the overall operation of the Vehicle Control Unit (VCU) 12. The computer controller 12a interacts with the Cellular Transceiver (CT) 18a and establishes wireless communication through the Wireless Transceiver (WT) 26 to the Base Station Control Unit (BSCU) 14. Actual communication between the Vehicle Control Unit (VCU) 12 and the Base Station Control Unit (BSCU) 14 can occur when the Computer Controller (CC) 12a receives wireless communication from the Base Station Control Unit (BSCU) 14, when predefined User Input Controls (UIC) 21a are activated, when a predetermined time period has expired, or when a predetermined vehicle location is determined, through the Global Positioning System (GPS) Sensor 25a. The actual communication protocol can be set by the Base Station Control Unit (BSCU) 14 and established from the end-user requirements during the setup of each system.

The advance notification system 10 is customized for each system implementation for communication optimization needed for lowering the number of wireless messages and the cost between the Vehicle Control Unit (VCU) 12 and the Base Station Control Unit (BSCU) 14. As an example, when vehicles have extended and long drives, normally in rural or remote areas, communication can be stopped until the vehicle reaches a predetermined location, time, or when polled by the (BSCU) 14. Upon reaching the predefined location, or the expiring of a predefined time period, or when polled by the (BSCU) 14, communication is restarted. Additionally, the actual communication can be triggered by the activation of a User Input Control (UIC) 21a. As an example, when a vehicle driver activates the User Input Control (UIC) 21a (e.g., when a package is delivered and sensor is activated), communication from the Vehicle Control Unit (VCU) 12 to the Base Station Control Unit (BSCU) 14 can be established. Because the (BSCU) 14 controls the communication protocols (ability to analyze travel data for best communication methods, then down loaded to VCU 12) in the (VCU) 12, multiple combinations in most trucks 19 can be used to limit communication.

FIGS. 8, and 9, are illustrations of advance notification system configurations, without the use of a Global Positioning System (GPS) as shown in FIGS. 1, 2, 6, 7, and others. FIGS. 8 and 9 illustrate a system for notifying a Person's Computer (PC) 36 by tracking each vehicle's package delivery attempt, by monitoring User Input Controls (UIC) 21a and each truck route list with order of delivery (RL) 21b

14

(FIG. 9). By monitoring each vehicle's 19 attempted delivery and their particular route order, advance notification can be set for a prior stop, a particular estimated location using mapping software and/or past records of vehicle times associated with package delivery stops and the time between.

FIG. 11 is a schematic circuit diagram of the VCU 12. The VCU 12 is designed to be a compact unit with a generally rectangular housing 34 that is mounted preferably on or in front of the dashboard of the vehicle 19 in view of and within reach of the vehicle driver. In the housing 34, the microprocessor controller 16 is interfaced with the transceiver 18 by a transceiver jack 31 (preferably a conventional 8-conductor telephone jack when transceiver 18 is a mobile telephone), and the transceiver 18 includes an antenna 32 for transmitting and/or receiving signals to and from the BSCU 14. Furthermore, the VCU 12 includes a liquid crystal display (LCD) module 33 disposed for external viewing of the display by the driver for providing information to the driver, as described previously.

FIG. 12 is a more detailed schematic circuit diagram of the electronic components associated with the VCU 12. The microprocessor controller 16 essentially controls the operation of the transceiver 18, the Global Positioning System (GPS) 25 and the LCD display module 33. A switching element 37, such as an opto isolator (optical isolator) unit, provides a buffer between the microprocessor controller 16 and the battery 35 as well as switches 20, 21, 22, and 23. An EEPROM 43 is provided for storing the control programs and other requisite data for the microprocessor controller 16, and a RAM 44 is provided for running the control programs in the microprocessor controller 16. A matrix keyboard emulator 39 is interfaced between the transceiver 18 and the microprocessor controller 16 to control and transmit signals over the transceiver 18. Further, a dual tone multiple frequency decoder 41 is interfaced between the mobile telephone transceiver 18 and the microprocessor controller 16 for decoding modem signals, or tones, received by the mobile telephone transceiver 18 from the BSCU 14.

### B. Base Station Control Unit

Referring to FIGS. 1 and 2, the BSCU 14 may be implemented using any conventional computer with suitable processing capabilities. The BSCU 14 can communicate to the homes or businesses of customers via, for example but not limited to, either of the following interfaces: (a) computer links 31 through modem cards to the user computers 29; (b) a computer network operated by an Internet service provider. The Internet adheres to the conventional computer-networking model and supports the carrying of application information in an application independent fashion. The computer network is a cost effective technology that delivers voice and data information between computer terminals and a computer network or Internet using existing POTS (plain old telephone service) lines, ADSL (asynchronous digital subscriber line), FTTC (fiber-to-the-curb) networks or cable television network or a combination of the two infrastructures. The BSCU 14 or parts of the BSCU 14 may also reside in a user home or business as a stand alone operational system, via software operating on a user computer 29 and receiving vehicle 19 location information from VCU/s 12 through a modem and/or network link. Moreover, the BSCU 14 and user computer 29 may contain combinations of modules for achieving notification of the impending arrival of a vehicle 19 at a user stop, on that user computer/ computer address.

In the preferred embodiment, a centralized BSCU 14 communicates through a direct link to a computer network

US 6,748,318 B1

15

and/or multiple port modem cards to user computers 29. When using multiple means in this regard, a set of conventional modem processing cards are utilized for communicating with computers 29 in one or more homes or businesses, or with computer/Internet addresses as depicted in FIG. 1 as user locations 36. The system 10 could be configured to send an electronic message to a prospective users' network address, thus warning the user of the impending arrival of a vehicle 19, as opposed to sending data to activate a user computer equipped with additional software for displays and audio warnings. In the preferred embodiment, the BSCU 14 includes at least one communication mechanism 26 and associated line, dedicated for communication with the VCUs 12. However, as mentioned previously, the BSCU 14 may be designed to communicate with the VCUs 12 via any suitable wireless communication device, in which case, the BSCU 14 would include a corresponding transceiver having the ability to receive a plurality of signals from the plurality of vehicles 19.

The BSCU 14 also includes at least one, but preferably a plurality of telephone modems 27 (or other suitable communication interface) with associated telephone lines, for making the communication links to users' computer locations 36, or in this case, the homes or businesses of the users receiving and sending packages. The user messaging program (FIG. 3) for the advance notification system 10, which will be discussed in further detail hereinafter, can be designed to send messages to the computer address associated with homes or businesses of a user and allow the users computer 29 to display a message to be recognized as that of the advance notification system 11. Although, sending information from a BSCU 14 to a user computer 29 as described above is used in this example, other configurations are equally important. Another configuration includes a user computer 29, equipped with the BSCU 14 software modules and a link to a computer network for receiving vehicle location information (FIG. 8).

The BSCU 14 modules and the PC 29 modules can be configured in multiple arrangements. In FIGS. 7, 8, 9, and 10, system modules are setup in different configurations to show examples of moving modules from remote BSCU 14 areas to a PC 29. A system setup normally requires a Wireless Transceiver (WT) 26 for communication with the VCU 12 on vehicles 19 and a Vehicle Location Data Base (VLDB) 14a for storing vehicle location data and a Mapping Software Data Base (MSDB) 14b for positioning the vehicle's 19 location onto maps and a Notification Data Base . (NDB) 14c for activating an impending arrival message from a User Request Data Base (URDB) 14d. The URDB 14d stores each person's phone number/s, computer address, preferences for notification, package information, stopping deliveries when out of town, etc. The Person's Computer 29 linked to a computer network for receiving impending arrival messages when vehicles 19 are approaching. A person's computer 29 can be equipped with standard messaging software associated with a computer network or additional software that activates additional audio and/or video when vehicles 19 are approaching and an impending arrival message is received. Moreover, networking software provided by commercial Internet access providers with electronic messaging (E-Mail) capabilities, provides an easy method for a person wanting impending vehicle 19 arrival information on their computer screen without adding proprietary software associated with an advance notification system 10. Actual messages can be forwarded to the Vehicle Control Unit (VCU) 12 when necessary and displayed on the Liquid Crystal Display (LCD) 33a for driver requests and delivery needs, requesting additional information, etc.

16

FIG. 8 illustrates a system configuration for placing more intelligence and computer processing capabilities in each person's computer 29, as opposed to FIG. 7 where the Base Station Control Unit (BSCU) 14 is controlling the Mapping Software Data Base (MSDB) 14b, the Notification Data Base (NDB) 14c, the User Request Data Base (URDB) 14d. In FIG. 7, these modules are controlled by each Person's Computer (PC) 29 linked to a computer network. By equipping each Person's Computer (PC) 29 with proprietary advance notification system software as illustrated in FIG. 8, different system configurations can be used for optimization and customization for the end user. Additionally, information sharing between modules on a person's computer 29, as opposed to more modules located at remote locations (FIG. 7) away from each person's computer 29, may, in some cases, not optimize performance. By locating system modules (proprietary software) on each person's computer 29, the Base Station Control Unit (BSCU) 14 loading can be minimized. Moreover, actual onscreen video and audio associated with the advance notification warning can be stored on a person's computer 29, with activation by a vehicle's 19 location as it reaches a predefined location, time, or prior stop. This configuration allows vehicle 19 location information to be received by the Wireless Transceiver (WT) 26.

The live vehicle 19 location information is made accessible through the Vehicle Location Data Base (VLDB) 14a. The (VLDB) 14a also analyzes route data by averaging past routes with time from one location to the next. Time of day, day of week and month are also determining factors needed for determining the average travel time from one location to the next. The protocols used for the computer network communication between the modules located on a person's computer 29 and the modules located at a BSCU 14 for vehicle location 14a are normally as follows. (a) The Person's Computer (PC) 29 contacts the Base Station Control Unit's (BSCU) 14 Vehicle Location Data Base (VLDB) 14a (FIGS. 7–10) when vehicle 19 location is needed for monitoring a vehicle 19 for an advance notification warning. Timing cycles are used for vehicle 19 location updates, and preferences can be set for communication optimization. (b) The Base Station Control Unit (BSCU) 14 sends vehicle location to the Person's Computer (PC) 29 when a predefined time period expires, the estimated vehicle 19 location is not correct with the actual vehicle 19 location, when a vehicle 19 sensor is activated, or when loading or capacity allows for communication to take place. Additionally, vehicle 19 location information can be sent over a computer network and/or Internet at predefined times and automatically received by each Person's Computer (PC) 29 that is linked to the computer network/Internet. A particular vehicle's 19 location, in-between communication cycles, is established by past vehicle location records and average time needed to travel from one location to the next. Moreover, some configurations only update vehicle 19 locations at a predefined time of day.

FIG. 9 and FIG. 10 are illustrations of an advance notification system 10 configuration without the use of a Global Positioning System (GPS) sensor 25a as shown in FIGS. 1, 2, 7, and 8. These configurations illustrate a system 10 for notifying a Person's Computer (PC) 29 by tracking vehicles' 19 package delivery attempts, by monitoring User Input Controls (UIC) 21a and each truck's Route List with order of delivery (RL) 21b. By monitoring each vehicle's 19 attempted delivery and the particular route order, advance notification can be set for a prior stop, a particular estimated location using mapping software and/or past records of

US 6,748,318 B1

17

vehicle 19 times associated with package delivery stops and time therebetween. The BSCU 14 modules can be networked between remote locations and a PC 29. These configurations allow the BSCU 14 to run all or some of the proprietary software and messaging capabilities for sending or displaying impending arrival messages to or on a PC 29 before a particular vehicle 19 arrives. Additionally, setting preferences can be achieved by connecting a (PC) 29 to the data stored on the BSCU 14, or storing the preferences on each PC 29.

The messaging program (FIGS. 3, 4, 5, 6, 8, 9, 22, and 25) associated with the advance notification system 10 may also be configured to make the user computer 29 exhibit a distinctive audio sound, or audio message, so that the recipient can be away from the computer 29 and receive the message. The message may also be in the form of a code for activation of advance notification software for displaying messages or direct a modem link for playing audio from a broadcast. A standard activation or broadcast of a message is in signals, sent to a computer with a modem attached, over a telephone line and typically in the form of tones. The message is asserted over a telephone line communicating information between modems 27 and 30, for accessing a computer address and establishing a communication link 31 to a user computer 29 over the telephone line.

Implementation of an advance notification system 10 over a computer network may be accomplished by purchasing a networking feature as a software and/or hardware package or in the form of a software program with communication capabilities and network service provider package or links to networks. One form of a network link is in the form of an Internet service provider. This service is widely available to the public. Generally, Internet service providers operate network computers for linking computers with other computers, now usually over normal telephone line interfaces, but greater capacity handling communication links including fiber optics, cable television networks, and digital wireless networks may also be used. When a computer is connected over a telephone line to an Internet service provider the telephone line link travels from telephone lines linked to the Internet service provider through the telephone company switch to the user computer.

The feature for establishing the Internet connection is sold to the public under several different commercial trade names. Examples are as follows: America On Line (AOL), Microsoft Network (MSN), AT&T WorldNet Service, CompuServe and many more.

The package addresses are normally associated with the package identification numbers in many ways. For example, the package address may be added to the package by additional bar coding when the package is shipped or, the user sending or receiving a package may connect to the BSCU 14 over a computer network or telephone and add an address (computer network address) to a package identification number for activating an advance notification message associated with the impending arrival of a vehicle 19 carrying this package.

II. System Operation

A. Initialization

Initially, vehicle stops for each vehicle 19 are programmed into the advance notification system 10 by entering the respective package addresses. As the vehicle 19 is loaded with packages, the package addresses are considered as the vehicle location stops by the system 10. The actual

18

addresses of the packages are normally scanned into a database program using a bar code scanner device (United Parcel Service tracking numbers are of the following formats: 1Z 999 999 99 9999 999 9 9, 9999 9999 999, T999 9999 999, or D999 9999 999 with spaces and dashes ignored). The actual vehicle 19 number (which delivers or picks up a package from a business or resident, and not necessarily mid-point vehicles) and package addresses are recorded into the BSCU 14 when packages are sorted to a specific delivery vehicle 19 or are entered into the BSCU 14 by the user sending or receiving the package. Additional vehicle 19 stops may be added when requests to pickup packages are received. The request to pickup a package can be downloaded to the VCU 12, with a display for the driver to accept or return for another driver or time/day. If the vehicle 19 driver enters route or package data (the order of delivery, packages, or changes from a computer generated delivery list), the data is then uploaded to the BSCU 14. The timing and package delivery locations are recorded in the BSCU 14 during the initialization of the system 10 and used as a reference for determining locations from impending arrival message points. This information accesses the computer network to inform a user computer 29 when a delivery vehicle 19 is at a predetermined time, mileage, street location, and/or last delivery away from a vehicle 19 stop. In the preferred embodiment, determining the location of a delivery vehicle 19 is accomplished by sending the vehicle location of a delivery vehicle 19 from the time the vehicle 19 departs and/or starts its route.

The timing information is recorded during the initialization and daily recording of vehicle locations with time, and the system 10 is used as a reference during the usual operation of the system 10 for the purpose of determining whether a delivery vehicle 19 is at a predetermined location or time from a delivery stop. Other reference information may be obtained from software for mapping, for example, streets, vehicle speed limits, and traffic flow.

However, it should be emphasized that other methodologies could be utilized for determining the communication to or from a location sensor of a delivery vehicle 19. For example, the GPS sensor 25 may communicate with the BSCU 14 when the delivery vehicle 19 is in motion (as indicated by phantom lines in FIG. 1), additional VCU 12 timing cycles for communication controlled by the microprocessor controller 16. At particular times, the longitude and latitude readings or optionally a Universal Transverse Mercator (UTM) grid system number, could be sent. When the vehicle 19 is in a stationary position, the communication cycle controlled by the microprocessor could be slowed down to one cycle until the vehicle is in motion again, compared to reference longitude and latitude or (UTM) information readings which were obtained on a cycle per minute when the vehicle is in motion 10. In this way, the determination of the location of a delivery vehicle 19 could be accomplished by less communication to and from the VCU 12 and BSCU 14.

Another methodology, which could be utilized for the timing cycles of communication to and from the delivery vehicle 19 involves interfacing the BSCU 14 with wireless communication protocols. The BSCU 14 system is equipped with communication software for contacting each VCU 12 and asking for GPS longitude and latitude information or Universal Transverse Mercator (UTM) grid system information from the VCU 12 on each delivery vehicle 19. The vehicle 19 location may be polled in normal communication protocols, such as contacting each VCU 12 in a first to last cycle with vehicles 19 in motion or on a normal clock cycle

19                                                                      20

for minimizing communication to and from the VCU 12 and BSCU 14. The received delivery vehicle 19 location (longitude and latitude or Universal Transverse Mercator (UTM) grid system information) from the VCU 12 to the BSCU 14, is calculated from the time and/or distance away from a stop using mapping technology for road distances, and additional speed limits, actual traffic averages, and other means for better calculation accuracy.

### B. Regular Operation

The overall operation of the advance notification system 10 will be described with reference to FIGS. 13 and 15. FIG. 13 sets forth a flow chart showing the overall operation after the system 10 has been initialized. FIG. 15 shows an example of a schedule of possible events and the interactions, which might occur between the VCU 12 and the BSCU 14 as the vehicle 19 travels along its route and makes its scheduled delivery stops.

In FIG. 13, the right-hand column illustrates the sequence of events for the BSCU 14, and the left-hand column illustrates the sequence of events on the VCU 12. In efforts to lower overall communication between the VCU 12 and the BSCU 14 when large vehicle 19 fleets are equipped with the advance notification service, actual vehicle 19 locations in the BSCU 14 are based on past route comparisons, such as those shown in FIGS. 14 and 16. FIG. 14 shows illustrations of a time line for delivery stops and planned route-timing events for each stop. The time line has the following time designations: when the route should start 606, time to each stop 605, and the ability to change the route list 615 when the VCU 12 location sensor determines a difference.

First in FIG. 13, the delivery vehicle 19 ignition is switched on, as indicated at block 45a. At the beginning of each route, the system 10 could be configured to automatically initialize itself upon power up of the VCU 12. The delivery door opening or a bar code scanner initiating communication, or both, could activate the powering up. Further, the BSCU 14 could be programmed to initiate itself after the vehicle 19 moves to a predefined distance or location, such as a waypoint (longitude and latitude or Universal Transverse Mercator (UTM) grid system information area), determined by the positioning system 25. This initialization action causes the microprocessor controller 16 to inform the BSCU 14 of the vehicle 19 location and the beginning of its route. The foregoing action is indicated at flow chart block 45b (FIG. 13). Alternatively, the vehicle 19 driver can press the start/reset switch 21 on the VCU 12 system menu 21 to initialize the BSCU 14 for restarting the route tracking sequence. Additionally, driver/user options may be accessed by the user controls on the VCU 12.

After initialization of the VCU 12 to the BSCU 14, the display module 33 on the VCU 12 preferably displays stop and location information. The stop location continuously (FIG. 40) runs on the display as the delivery vehicle 19 progresses along its route.

Next, as indicated at flow chart block 45c (FIG. 13), the VCU 12 determines, continuously or periodically, the location of the delivery vehicle 19 by the positioning system 25 and sends the BSCU 14 (FIG. 1) the location information in view of the planned route or stop sequence data (derived from initialization of the packages on the vehicle 19 and/or mapping technologies). In the preferred embodiment, the BSCU 14 at least compares the delivery vehicle 19 current location with the planned route location derived from the logistics of current mapping and route planning technology

(FIG. 10) for determining time and/or distance away from a user stop. By comparing previous vehicle 19 routes with time differences between waypoints (longitude and latitude points or Universal Transverse Mercator (UTM) grid system information points an average route timing data base may be used to calculate the time to travel from actual vehicle locations to the impending arrival time at a particular stop. Additional traffic flow measurements may be added by comparing time of day, actual live traffic flow sensors, or other methods.

The method for determining a distance from a user stop for activating an advance notification message may be accomplished by software at the BSCU 14 or the user computer 29. The user interactive software shows the current user location on a map (FIG. 31). The user places road markers FIG. 38, a circle perimeter FIG. 36, a grid perimeter FIG. 37, which allows the vehicle 19 to determine actual points at each road for a message of the impending arrival of a vehicle 19, etc. The actual vehicle location activates the impending arrival message when the location matches the selected choice from the user preference data base. Furthermore, the actual order of vehicle 19 stops may be used to determine if the vehicle 19 is entering a selected area on more than one occasion. This comparison provides a distinct advantage by increasing the accuracy of a vehicle 19 impending arrival message by sending the message after the last entry of a vehicle 19 into the user-predefined area. Another advantage of comparing the delivery order list to the user defined areas for notification is the addition of the number of deliveries before reaching the user stop to the impending arrival message, e.g., "UPS has 3 packages for delivery and is 1 mile from your stop at this time. The vehicle has 2 other stops before reaching your location".

While the delivery vehicle 19 actual locations are compared to the existing travel time and distances (FIG. 15), the BSCU 14 is also storing actual location events (time between longitude and latitude or Universal Transverse Mercator (UTM) grid system information points) for averaging with the planned route/travel time over distances. When the BSCU 14 begins sending messages to user computers 29 at a predefined time, distance, location, and/or prior stop, for the impending arrival of a delivery vehicle 19, each particular user computer 29 receives an electronic message and is displayed on their screen, as indicated in flow chart block 145a (FIG. 16). In one example, as shown in FIG. 16, at waypoint number 20 (140c) along the delivery route, the BSCU 14 places a message (144c) to a user computer 29 at waypoint 30 (140d) of the delivery vehicle 19 actual location. A second example in FIG. 16, shows a user being notified when the vehicle 19 is one mile away (144d) 14c from waypoint 30 (144d). The third example in FIG. 16, shows a user being notified when the vehicle is at a redefined street location (144b). This is accomplished by comparing street mapping software with included longitude/ latitude or Universal Transverse Mercator (UTM) grid system information coordinates, notification requests, and the (BSCU) 14 vehicle location data base (VLDB). As shown in the configurations (FIGS. 15 and 16), time is used to cross reference travel between locations. Determining vehicle location 19, between communication updates, is achieved by comparing times of prerecorded route information, actual live traffic monitoring systems, and statistical data.

Additionally, preferences for activation of advance notification warnings are shown in FIGS. 33, 34, 35, 36, 37, and 38. After a preference is selected from the end user, the data is normally placed into the Notification Data Base (NDB) 14c after calculations have been made from the address

US 6,748,318 B1

21

entered into the BSCU computer 32 (FIG. 1) from a network connection as shown in FIGS. 30 and 31, or ANS software residing on their computer, with or without a network connection. The other calculation of information is in finding an actual longitude/latitude or Universal Transverse Mercator (UTM) grid system information coordinate of each home, business, street address, or most other places on the earth's surface, which can be found with existing mapping software. The Universal Transverse Mercator (UTM) is one grid system that eases the conversion of GPS readings to map data.

Another example compares the list of stops with the vehicle 19 location and determines the last occurrence before the delivery vehicle will cross the predefined marker points to activate the impending arrival message 19.

Additionally, the BSCU 14 adjusts its messaging activation to an actual stop point at each user stop. This allows each user to be notified in accordance with the selected predefined time, distance, location and/or last stop, for example, "The XYZ Delivery Company truck is currently at the corner of Delk Road And Peachtree Street and is approaching your stop" block 415 (FIG. 18). A second message 419 (FIG. 18) will also be sent when the vehicle 19 is detained outside of the predefined system 10 preferences for being late for a stop after sending the initial message 415. Furthermore, in this configuration, a third message is sent as the vehicle 19 arrives at the stop 424. The flow chart (FIG. 18) shows an example of the messaging sequence from the BSCU 14 to each user. The example also shows the activation methods used for determining when a vehicle 19 is late and shows that a second and/or third message should be activated and sent to the person's computer 29. However, when the BSCU 14 determines that the delivery vehicle 19 is excessively late after notifying an individual of an impending arrival at a particular stop, the BSCU 14 resets the message for a route update sequence (FIG. 17) that informs the user of an unexpected occurrence (e.g. a traffic jam), as indicated at flow chart block 399 (FIG. 18). The planned route (FIG. 17) 401 is updated by the actual route information when the preferences 403 are exceeded and the actual time exceeding the predefined limits 406 are reached. The route update is complete when the new actual time 402 resets the planned time associated with the location of the vehicle 19: The route timing update is shown in block 404 (FIG. 17). After each route update, a message update routine determines if an end user needs a second or third message. The activation of a second message is normally determined by the planned location predefined limit 403, or an individual limit predefined for sending a second or third message. The illustration (FIG. 17) shows an automatic sequence for activating a second message 405 and sending a second message 405b, when each route is reset. A more detailed description (FIG. 18) shows how the activation of a second message is determined.

As indicated at flow chart block 45f (FIG. 13), the BSCU 14 again determines if the delivery vehicle 19 is on the planned route and stop schedule by analyzing the vehicle location 25 (FIG. 1) and comparing it to the actual stops on the list. Preferably, in this regard, the BSCU 14 at least compares stops on the driver list and the actual location of stops made by the driver to determine if the driver has changed from his route list order. Other stops, such as pickups (FIG. 44), are displayed on the vehicle VCU 12 display, and changes to the route list (FIGS. 42 and 43) order are available to the driver via push button entry. Additionally, so the driver acknowledges a new entry or route update, the VCU 12 may be equipped with an audible

22

sound, such as a buzzer, tone, or different voice recordings for announcing each event without the need for the driver's eyes to look at the VCU 12 display when driving. Accordingly, requests for package pickups are processed in the BSCU 14 and sent to the appropriate vehicle VCU 12 and scheduled into the drivers' list of stops (FIG. 41). The driver has the final opportunity to reschedule (FIG. 43) or move (FIG. 42) an added stop through the VCU 12 push button menu.

For example, FIG. 14 shows a finished delivery route that started at seven thirty. After starting the delivery route, the delivery vehicle arrives at stop number 001 at 07:37:22AM as depicted by information block 610 after driving seven minutes and twenty-two seconds as depicted by information block 609. Stop 001 takes two minutes to unload all of the packages and another two minutes and ten seconds to reach stop 002 at 07:41:32AM. Stop 003 takes five minutes and forty-five seconds from the time the vehicle 19 arrived at stop 002. The arrival at stop 004 is on time but the delivery takes an unexpected ten minutes and causes a ten-minute delay in the scheduled route as depicted by information block 614 and block 615. The scheduled route list was rescheduled by the delay depicted by block 615 of ten minutes and stop 005 was reached ten minutes later than the scheduled planned route, at 08:13:34AM. The VCU 12 display 602 in FIG. 14 is an example of the information that the driver sees and uses. The other route information 601 shown in FIG. 14 is not needed for driver interaction and is a VCU 12 automatic component for lowering the wireless communication between BSCU 14 and the VCU 12. Although not disclosed in this example, additional directions with or without map displays, estimated route completion times, on or off normal schedule indicators, and others may also be displayed on the VCU 12 display module 33. Just prior to leaving a stop, the driver views his next stop on the display module 33. Additional directions can be activated by the drivers' input or automatically after a predefined time period or a predefined distance the vehicle 19 has traveled. The automatic display changes may start when the driver arrives at a stop by displaying the next location. The display shows the next address until the vehicle 19 has started moving and the display cycles between the next stop's address and a map display showing directions. The display continues to cycle until the vehicle 19 arrives at the next stop, then the sequence repeats.

The vehicle 19 location and the communication of the vehicle 19 location from the VCU 12 to the BSCU 14 are determined by both the BSCU 14 and the VCU 12 for lowering the amount of wireless communication. As previously explained the VCU 12 can be programmed to compare a planned route with an actual route and communicate to the BSCU 14 when the differences exceed the predefined limits. The VCU 12 can also be programmed by the BSCU 14 for communication cycles. The cycles which can be programmed for acknowledgment of sensor activation and communication from the VCU 12 to the BSCU 14 can only be made when the vehicle 19 has left stop 1. The display module 33 preferably displays "next stop" followed by directions and/or messages received from the BSCU 14. The foregoing feedback signal from the vehicle 19 in motion may be replaced or generated from other sensors, such as the driver seat, the ignition switch, placement of the vehicle 19 in gear, etc.

The BSCU 14 checks the vehicle 19 location to confirm that the vehicle location 141a (FIG. 15) corresponds to the programmed vehicle location 140a (FIG. 15). When actual vehicle location 141a is different from the planned route

US 6,748,318 B1

23

location 140a changes are made 142a (FIG. 15) in the planned route data. Determining when the vehicle 19 is at a predetermined location on a map is shown in FIG. 28. The actual location points and/or addresses 341a–341f are determined by the VLDB 14a, the MSDB 14b, and the URDB 14d, then stored into the NDB 14c. In FIG. 27, it is shown that a user at 1010 Oak Lane 332 has requested an advance warning time. The advance warning time is five minutes and thirty seconds before XYZ Delivery Company delivery truck arrives as depicted by information blocks 335 and 336. When the vehicle crosses any locations matching notification time/s shown in 341 and shown in more detail in FIG. 28, the advance warning is activated. The only exception is a stop that is scheduled between an activation point/location and the final destination. Block 343 of FIG. 27 shows the delay of notification for each stop that is used to determine an arrival time when other stops will be made between the activation points and the targeted destination. Past route averages normally determine how much time a stop will take. In FIG. 27, each stop in-between the activation points/ locations and the final destination will take fifty-five seconds. Each stop the vehicle 19 makes, at each location, can be averaged and therefore different and better determinations of actual delivery times can be made for more accurate advance warning message times. Although time is used in the advance notification block 336 in this example, notification by a distance block 337, and notification by a location block 338 can also be used.

If the delivery vehicle 19 is stopped in traffic, then the VCU 12 will continue to communicate with the BSCU 14 each time the vehicle 19 is in motion to inform the BSCU 14 of this new location, not exceeding the predetermined cycle limit, such as a vehicle 19 in start/stop traffic. If the vehicle 19 is on a normal schedule and on an expressway or interstate, the BSCU 14 may have a Vehicle location Determining Factor (VLDF) 104 (FIG. 21) of 95% or higher, without repeated cycles from the normal operation of the VCU 12. Based on the location of the vehicle 19 and the VLDF 104 the BSCU 14 may lower the communication cycle rate of the VCU 12 until the vehicle 19 enters a more demanding area, until the vehicle 19 enters an area closer to a user stop or when the VLDF 104 is at a lower percentage. The VLDF 104 (FIG. 21) is determined by the past vehicle 19 location points and averaged time. This feature can lower the communication rate from the VCU 12 to the BSCU 14 by determining when communication should be increased or decreased and not overloading existing communication channels.

Other methods to determine when to use cycle communication are depicted in FIG. 24. In this regard, FIGS. 21 and 24 show methods used before the route starts 914, and FIG. 23 shows methods used when the route is in progress 901. Moreover, as previously described, the VLDF 104 is also used to determine when cycle communication is used. In FIG. 23, the next stop is evaluated in block 905 by the time and in block 904 by the distance. The Then the distance in block 904 is compared in block 906 to the default distance exceeding limit , and the time of block 905 is compared to the default time limit in block 907. When time or distance exceeds the predefined limits, the method is changed to cycle communication in block 910 for delaying communication when it's not needed. The distance, location, or time in blocks 911, 912 and 913 sets the restarting of communication.

FIG. 24 shows an example for determining when to use a cycle communication method in a route list, before the route starts as depicted by block 914. By comparing the route list

24

with mapping software in block 915 for determining actual roads and streets to be traveled and by comparing the data to the notification data base (NOB) in block 916 (when impending arrival messages will be sent), delays between notification activation times can be determined. When the time delay between notification times reaches a preset limit, in this example ten minutes as depicted by block 917, the communication can be stopped in block 918 for a period of time as shown by block 919 or when a location is reached as shown by block 920. The actual time or distance for stopping the communication is determined by the amount of time or distance/location between stops and notification activation points.

After the BSCU 14 downloads communication methods to the VCU 12, and during the VCU 12 actual route, if the VCU 12 communication monitoring means determines no changes in the vehicle 19 location and no sensor activity after a clock cycle has been completed, communication is delayed until the vehicle 19 location has changed and/or actual sensor activity is determined. Additionally, when the VCU 12 communication monitoring means determines a communication problem after an attempt has been made to contact the BSCU 14 (e.g. vehicle 19 enters an area the wireless communication means cannot connect to the BSCU 14 known in the art as a "dead area" or "drop area"), the clock cycle is accelerated until the communication to the BSCU 14 is regained. The VCU 12 will continue to monitor the inputs from devices 20, 21, 22, 23, and 25 (FIG. 12) to gain current information when communication is acknowledged/restored.

Communication methods are normally associated with wireless loading and the ability to handle a fleet of VCU 12 responding to one BSCU 14 in most configurations. When other configurations are used for advance notification systems, such as, when (FIG. 19 and FIG. 20) the VCU 12 is equipped with a delivery order route list (block 181 of FIG. 19) and a sensor or activation method for determining when an attempt to deliver a package on the route list has been made, the communication is simply activated by the sensor input. In FIG. 19, the flow chart shows how the VCU 12 and the BSCU 14 communicate to locate a particular vehicle 19 location. To find a vehicle's location as depicted by 160, in this configuration, the current stop and order of delivery list is determined in block 161 from the information received by the VCU 12. The location of the last stop from block 162 and the time of the last stop from block 163 are . compared with the next delivery stop from block 165 and the distance from block 166, and time from block 167 between the stops for an estimated time of arrival . Mapping software 14b and prior route records of past deliveries in block 168 provide additional data for determining the vehicle's location in block 169.

Determining the activation of an advance notification warning associated with this configuration is shown in FIG. 20. When a delivery or an attempted delivery is made in block 191, the information is sent in blocks 191a and 192 from the VCU 12 to the BSCU 14, and the BSCU 14 determines what stop is next on the delivery list in block 193, and then finding this next stop in the data base is attempted in block 194. If the user has information in the data base, preferences for sending an impending arrival message are established in block 195 and a message is sent to this person's computer 29 of the impending arrival of a vehicle 19 in block 196.

In FIG. 22, the VCU 12 is using and monitoring via the computer controller 12a, a GPS 25 location device and the user input controls 21a. The vehicle 19 location and sensor

US 6,748,318 B1

25

input is sent to the BSCU 14 from the VCU 12 cellular transceiver 18a. The BSCU 14 receives the wireless information after the wireless information from the VCU 12 passes through the closest land based antenna, then the information is routed over switched telephone lines to the BSCU 14 modem connection 26. The vehicle information 201 is added to the vehicle 19 location data base (VLDB) 14a. The actual user notification requests are received from a person's computer 29 connected over a network 300 (FIG. 22) via interface 209, and taken from user input options 210, then stored into a notification data base (NDB) 211. The notification data base (NDB) 211 includes timing for activating an advance warning 205 to physical and electronic addresses 204 and compiling this information into a list 203 for notifying persons' computers 29 associated with a route list. To activate a message, the vehicle 19 location and the preferences for notifying an individual should match 202. When the match occurs, a message is initialized 208 and sent to a person's computer 207, through computer network interface 206 and computer network 300.

The information sent to a person's computer 29 can be received with normal computer networking software, or with additional proprietary software. With proprietary software 223 (FIG. 25) operating on a person's computer 29, the software 223 can determine when a vehicle 19 is approaching in block 224, then compare user preferences in block 225 when a vehicle 19 is approaching for displaying video and playing audio messages of the impending arrival of a vehicle 19 in blocks 226 and 227. As depicted by blocks 230–236, display information can show for example, but not limited to, any of the following display options 226a: vehicle driver information, vehicle information, location on a map, time countdown, mileage countdown, last delivery or stop location, cargo information, etc. As depicted by blocks 238–244, audio information can be for example, but not limited to, any of the following audio options 227a: play audio of vehicle name, vehicle information, street address, time countdown, mileage countdown, last delivery or stop location, identification of cargo, etc. An example of a person's computer 29 operating proprietary advance notification software is shown in FIG. 26. The display shows a map 770a, a location on a map that represents a person's business or home address 773a, and the location of a vehicle 19 approaching the business or home address 774a. Additionally, this display has been configured to show the time before the vehicle arrives 771a, and to show the distance in miles before the vehicle arrives 772a at the person's business or home address 773a.

At the end of a delivery route (FIG. 44), the VCU 12 makes an inquiry to the BSCU 14 as to whether there are any more delivery stops in block 151. As shown by blocks 152–156, if the delivery list has been completed, then the VCU 12 may contact the BSCU 14 and receive additional information to display on the VCU's LCD 155a that prompts the driver to stop 'at a receiving dock for more packages, (especially during the holiday seasons and peak loading) or meet a second delivery vehicle to share its load when it is behind in its schedule. When the vehicle 19 receives packages from another vehicle, the packages taken from the second vehicle are normally scanned out with normal hand held bar code scanners and are loaded and scanned into the first vehicle 19 package delivery data base and the package location information/bar code numbers (package identification numbers) are uploaded to the BSCU 14 with a new vehicle 19 number. The route list is established from the BSCU 14 determining the shortest routes from the addresses and downloaded to the VCU 12. The sequence for notification to a user computer 29 is restarted.

26

A second method for a user to learn of the impending arrival information of a package delivery may be accomplished by a user accessing and requesting information through a computer network, for instance, the Internet, from the BSCU 14 through an Internet site or home page. The BSCU 14 software is designed to be added to the existing Internet site pages, which are owned and operated by delivery companies. When a user accesses a computer address (e.g. Internet site), the user may enter requests for a delivery by entering their telephone number, business or home address, or package identification number, for locating actual packages for delivery. If a delivery is to be made that day, an actual route list from each vehicle 19 stored in the BSCU 14 is compared to the planned route and scheduled time of delivery (STD) database. The STD is a record of events from other routes, this record averages the time and distance to be traveled with the actual route in progress. Note: the STD records are from GPS sensor readings and the time between or travel time between each reading and not from completed routes from start to finish.

Thus, by incorporating the STD with the actual delivery schedule, estimated time of delivery is established and accessible to a user requesting delivery schedule information. The advantages of offering a user a close approximate time of delivery are easily seen in these examples: a user needing to leave a delivery stop (home or business) for lunch or errands and expecting an important package to be delivered, or a user needing materials for an important meeting and knowing if the materials will be delivered before the scheduled meeting time. Upon receiving the information request from a user computer linked to the BSCU 14, a request for a vehicle, package, or user location (street address/location on a map), telephone number, computer address, etc. can be made available to the user to locate an area in which a delivery is going to be made. The vehicle 19 associated with the delivery to this user business, or package identification number processes that delivery request. If a package is scheduled for delivery, the actual delivery vehicle 19 estimated time of arrival is given to the user requesting the information in, but not limited to, two formats, a time of day (e.g., 1:45PM) format and/or a time count down (e.g., 4:21:03) format.

Additionally, people placing requests may be offered other services from the delivery companies. These requests are made available to the companies to increase revenues while providing the customers with more and better options on deliveries. One example of a user request is an express delivery request (EDR) option. An EDR becomes available through the existing advance notification system network by allowing customers to interact with the vehicle's driver through their computer 29 connected to a network 300 (FIG. 22). A customer can send an EDR from their computer 29 to the BSCU 14 over a computer network 300, then a live operator or preferably an automatic calculation of the driver's load, schedule (early or late), and location/distance from the address sending the EDR. The request is processed and a new estimated time of arrival can be given to the customer, with an optional additional fee from the delivery company. Additionally, a customer can look up a location on a route and meet the driver at a prior stop when an EDR is not used, thus shortening the driver's route time. Upon requesting an EDR, an estimated time of arrival is given to the user. At the same time a quoted fee (on-screen) based upon a flat rate or the actual delay time for that particular vehicle 19 is given to the customer.

The BSCU 14 communication controller may also control a second messaging means over a normal telephone network

27

as described in more detail in the Patent Application "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by Jones et al. and assigned Ser. No. 08/063,533, now U.S. Pat. No. 5,400,020 to Jones et al. that issued on Mar. 21, 1995. The Patent describes an advance notification system with a BSCU controller for messaging through a telephone system. Blocks 45a–45m of the flow chart in FIG. 13 shows a duel means of communication, both a telephone in block 45m and a computer with a telephone connection in block 45f (via a modem). By offering dual means of messaging to a stop, the likelihood of reaching or getting through to a user increases. In accordance with the user request when signing-up for the service (FIG. 39), the end-user can choose any combinations of, but not limited to, a telephone call with a voice message 170, a telephone call using a distinctive ringing sound 171, a computer message over a network 172, additional on-screen display/s 173, and an additional audio message/s 174.

In one configuration, the system first communicates to the user computer 29 by initiating/sending a message over a computer network 300 to a user computer address. If the person's computer 29 is equipped with proprietary software for additional displays (FIG. 25) 226a and/or additional audio messages 227a, the person receives additional visual and audio warnings, based on their user preferences. Then, the microprocessor controller initiates a second module for communication by a telephone call to the user. The order of messaging (telephone 35a or computer 29) is defined automatically or by the end user. Furthermore, each vehicle 19 can have different notification preferences for announcing the impending arrival of more important vehicles in a method that is more surely effective. In most cases, the telephone 35a is available more than the computer 28 and the telephone call can activate pagers 35e, mobile phones 35c, and home phones 35a with sound normally throughout the home or business phones normally answered by an individual equipped for handling messages. In the preferred embodiment, a telephone call may proceed a computer message to the homes of users and a computer message will proceed a telephone message to businesses. Additionally, a user responding to or acknowledging a message will stop the second method as described above. For example, a user expecting a package to be delivered, and only having one phone line, may receive an impending arrival message while maintaining normal communication practices. If a user is on the telephone 35b talking to another business client, when he hangs up the telephone 35b and views the computer 29, once connected to a network, a message will be waiting concerning the impending arrival of a vehicle 19. If the user receiving an impending arrival message has additional software, route calculations may be determined by the time of the message download or an up link may be requested for the actual vehicle 19 location.

Moreover, as indicated by FIG. 45, a personal 29 computer with ANS software can process the user requests and contact the BSCU data base 170 for two primary reasons. First the personal computer with ANS software can be used for retrieving information from the BSCU data base 170 and for using the information for activating impending arrival messages after the computer is disconnected from the computer network 300. Second, the BSCU data base 170 may be contacted before and/or in place of an impending arrival message sent from the BSCU 14. Each person's computer 29 when operating ANS software (block 171), looks up user preferences in block 172 and checks for a network connection in block 173. If the network connection is not active, the ANS software starts the network software, then a request is

28

sent to an area of the BSCU 14 for vehicle information in block 174. An identification number associated with the person's street address processes the request from the person's computer 29. As depicted by blocks 176–181, the address is looked up, then vehicles 19 approaching this address can be identified, with vehicle names, 179 vehicle locations and route stops with past vehicle records 19 and directions from one stop to the next 181. Additionally, cargo or other delivery information in block 182 is then sent back to the personal computer 29 operating ANS software for activation of impending arrival messages and displays in block 175, based on the user preferences. Furthermore, this configuration offers an individual with only one communication channel (phone line) the ability to be notified when the communication channel is being used or is not available when an impending arrival message is sent from the BSCU 14.

The ANS software can display the vehicle 19 location/impending arrival time, distance, and/or packages to be delivered before a particular delivery is made. The user requesting a route update receives a new message and/or vehicle 19 location, number of packages before delivery, and if running, advance notification software for continuous updates, the user computer 29 reschedules the impending arrival distance, time, or package delivery order, with each update, as the vehicle approaches.

As depicted by blocks 401–425 of FIGS. 17 and 18, the BSCU 14 may be configured so that if a delivery vehicle becomes delayed by more than a maximum length of time, such as five minutes, the BSCU 14 immediately sends a message to the stops 36 of the users already notified of the impending arrival of that vehicle 19, in order to keep users at these stops 36 from waiting when a vehicle 19 should have already arrived. When an impending arrival message 420 (FIG. 18) is sent to stop 36, and a vehicle delay of five minutes is determined before the vehicle 19 arrives at this particular stop, a second message informing them of the delay is sent 421 to the same stop, based on the amount of delay, a third message may be sent 425 as the vehicle 19 arrives at this particular stop.

Worth noting also, are the methods for determining the actual directions (roads to be taken) of a vehicle 19 from one stop 36 to the next which may be described, but not limited to, three areas. The first configuration contains dual route information in the BSCU 14 and VCU 12. Preferably, the VCU 12 displays road names or a mapping diagram for the driver to follow. The BSCU 14 has the same information for determining the route a vehicle 19 is likely to take. The second configuration determines the closest and/or quickest route from one stop to the next by comparing mapping software, actual and past traffic flow. A third configuration is determined by past vehicle 19 delivery routes. As found in the art of route management, most delivery vehicle 19 drivers have roads and routes each individual prefers to take. Some of these routes are known to take more time, but for the determining factors associated with an advance notification system, these records provide a better means of determining distance, time, locations on a map, etc., when the driver's company policies do not request the following of predefined or displayed sequence of roads. In the preferred embodiment some, all, and additional methods may be used.

III. Control Processes

The control processes are normally, but not limited to, three different area locations. The first area is the VCU 12 on

US 6,748,318 B1

29

each vehicle, with the ability to communicate vehicle location, driver inputs, and/or cargo information to the BSCU 14. The second area is the BSCU 14 software, for communicating with the VCU 12, storing information from the VCU 12, and in some configurations, storing end-user data and preferences for generating impending arrival messages when vehicles are approaching their address. The third area of the control process is a person's computer 29 for displaying impending arrival messages when a vehicle's impending arrival information is received from a computer network 300. Although additional software can be added for additional displays and audio, additional software modules from the BSCU 14 can be added also. The overall control processes can be moved from one area to another area based on system configuration needs, normally determined by the application of the end-user. Worth noting, the communication channels and their internal control process should be apparent to those ordinarily skilled in the art and are not described in detail by this description.

Furthermore, FIG. 7, FIG. 8, FIG. 9, and FIG. 10, are examples of general block diagrams containing, but not limited to, system modules and their ability to be moved or removed, without loosing the scope of the present invention. The ability to move the system modules (FIG. 7) for the implementation of an advance notification system requiring a person's computer 29 to only have normal networking software, such as an internet browser from Netscape, Microsoft, America Online, etc. or Local Area Networks (LAN) attached to an information server for receiving vehicle 19 impending arrival information, or most other networks with the ability to send and receive information over Cable, Fiber, Copper, or wireless channel/s. As shown in this diagram, a person's computer 29 is acknowledging a vehicle's impending arrival. In block 14, one module is receiving vehicle information from the VCU 12. While this module indicates a wireless transceiver 26, it is replaced when a gateway converts wireless information into land line information with a modem. The vehicle location data base 14a, stores vehicle location information. The Mapping Software Data Base (MSDB) 14b is provided to locate roads and streets associated with the person's address and the vehicle's 19 route from one stop 36 to the next. This Mapping Software Data Base 14b also associates GPS numbers with actual physical addresses, distances over streets, roads, highways, etc. The Notification Data Base (NDB) 14c maintains location points, distances, times, and other activation information, associated with a person's physical address. In this illustration the Notification Data Base (NDB) 14c also is used to activate and send messages to the person's computer 29. The User Request Data Base (URDB) 14d stores user preferences, account information, and in this illustration, software used for entering or making changes to this data. By moving some of the system modules (FIG, 8), described as the BSCU 14, to the person's computer area 29, the person's computer 29 is able to process more of the information associated with the advance notification system. The person's computer 29 accesses vehicle 19 location information from the BSCU 14 over a network 300, then compares the information to, but not only to, the MSDB 14b, the NDB 14c, and the URDB 14d.

Furthermore, displaying additional information on-screen and/or additional audio messages associated with an impending arrival of a vehicle 19 is easily accomplished. FIG. 9, is an example of tracking a vehicle 19 without the use of a GPS location, or having another suitable location device on the vehicle 19 . The control process compares route stop addresses 21b with sensor inputs at each location

30

22a. The location is logged into the Vehicle Location Data Base (VLDB) 14a and the next stop is looked up for tracking the actual path (streets/roads) 21b and averaging the normal time to the next stop, with vehicle 19 location estimations along each road. The person's computer 29 is equipped with software for placing an image of the location of the vehicle 19 on a map 14b, activating an impending arrival message from the NDB 14c, when the vehicle 19 reaches a predetermined location, and storing the user preferences in a data base 14d.

FIG. 10 shows a control process using the same VCU modules as FIG. 9, but moving all the modules from a person's computer 29, except normal networking software, to the BSCU area 14. This system can activate and send an impending arrival message to a person's computer 29 when a vehicle 19 is at a predefined location, time, distance, or previous stop. It should be noted, without moving away from the scope of this invention, changing modules and other minor modifications to this invention for similar or customized applications, should be apparent to individuals skilled in the art and is not mentioned for this reason.

### A. Base Station Control Process

With reference to FIG. 46 and FIG. 47, the base station 14 essentially comprises two control sub-processes which run concurrently, namely, (a) a vehicle communications process 47 or 54 and (b) a delivery messaging process 53 or a vehicle information update process 58, based on the location of the modules used to generate the impending arrival message on a person's computer 29. The vehicle communications process 47 or 54 will be described hereafter, followed by the delivery messaging process 53 or 58. FIG. 46 illustrates one advance notification system configuration using the BSCU 14 for messaging to persons' computer addresses, and FIG. 47 illustrates an advance notification system configuration using the BSCU 14 to update advance notification software on a person's computer 29 by providing vehicle 19 location to each person's computer address. It should be noted in the communication process to the person's computer 29, other combinations of sending/receiving information from the BSCU 14 and to the person's computer 29, are used and based on end user needs, tailoring, and configuration.

#### 1. Vehicle Communications Process

The vehicle communications process initially is started from a cellular link from one of the VCUs 12 located on one of the plurality of delivery vehicles 19 to the BSCU 14, as indicated by block 12, FIG. 1. The BSCU 14 vehicle communications process is preferably capable of monitoring a plurality of telephone modems 26, for receiving information from a cellular phone or data network gateway that converts wireless transmissions into land line phone line transmissions (with or without additional connections through a computer network), from a plurality of delivery vehicles 19. As the number of delivery vehicles 19 increases, the number of telephone modems 26 (or bandwidth) which are monitored by the vehicle communication process (FIG. 46) 47 and (FIG. 47) 54 should also be increased to some extent.

As depicted by blocks 45a and 45b, after the start of a VCU 12 on a delivery vehicle 19 (FIG. 13), the respective VCU 12 will initiate a cellular link 45b to the BSCU 14, as indicated by the telephone bell symbol (FIG. 1) 18. After the BSCU 14 receives the telephone call, a string of symbols is exchanged between the VCU 12 and the BSCU 14 so as to validate the communication connection, as indicated in

US 6,748,318 B1

**31**

(FIG. 13) flow chart block 45b. In other words, the BSCU 14 ensures that it is in fact communicating with the VCU 12 and vice versa.

Next, as shown in FIG. 48 flow chart blocks 61–67, the BSCU 14 waits for communication from the VCU 12, when communication is established information is obtained regarding (a) the time of the on-board clock, (b) the list of stops and related information, (c) other information to be displayed for the vehicle 19 driver on the VCU LCD, and (d) when needed, a resetting of the communication method is added and then a shut down of communication is initiated, based on system configuration. In addition, route data in block 64 is gained from the VCU 12 driver or package sensor input or from the BSCU 14 ability to access a local data base with driver information or a combination of these inputs. The route data includes information pertaining to each delivery stop location, before and after stops, and cargo. This information is normally displayed on the VCU 12 liquid crystal display (LCD) for the driver's viewing. The prioritizing of the driver's list is based on, but not limited to, mapping software, the driver input, and past recorded route data. From the route data 64 and the information listed above as (a), (b), (c), and (d), the BSCU 14, can determine the location of the vehicle 19 by, as indicated by FIG. 22, flow chart blocks 201 and 14a, and determine when to send impending arrival messages based on this location, as the vehicle 19 starts and continues its route, as indicated by a flow chart block 202.

In the case where the delivery vehicle 19 is stopped in-between scheduled stops, the VCU 12 resets its on-board communication clock cycle back so that the communication to the BSCU 14 is stopped, until the vehicle 19 restarts it route or progress. When the delivery vehicle 19 restarts its route, the standard communication cycle is restarted. In the case where the delivery vehicle 19 is in start and stop traffic, the VCU 12 communication cycles are normally stopped until the vehicle 19 is moved a predefined distance, reaches a location associated with the activation of an impending message or the ignition switch is turned to the off/on position 24, or a sensor is activated on the VCU 12.

The VCU 12 communication cycles (FIG. 23) are programmable from the BSCU 14 and are reset in blocks 904–910 when a distance or time to the next messaging point excessively exceeds the number of minutes or miles from the location to which a user impending arrival message is to be sent. Moreover, this communication change can be preset at the beginning of a route at areas and times the vehicle's location is not associated with an impending arrival message and at times when the vehicle can become off its estimated route without effecting the impending arrival messaging for a brief time.

While the route is in progress, the BSCU 14 can determine from the mapping software, current route data, and past recorded route data, when to send a VCU 12 a request to use cycle communication. Moreover, in the situation where the delivery vehicle VCU 12 has stopped sending vehicle 19 location communication to the BSCU 14, as requested by the BSCU 14 or in-between communication cycles from the VCU 12, the BSCU 14 can determine the estimated vehicle 19 location from past routes, delivery lists, mapping software, and additional road/traffic monitoring systems for controlling the communication of the VCU 12. When the vehicle 19 has reached a cycle completion, predetermined by location or time and known by the BSCU 14 and VCU 12, a communication link to the BSCU 14 is not necessarily made at this time. As the communication method is changed back to route comparison 14a (FIG. 15), if the

**32**

vehicle's planned route location 140a matches it's actual route location, communication to the BSCU 14 is not needed. Essentially, the communication methods are controlling the overall communication loading needed for vehicle 19 location and messaging associated with the vehicle 19 location between the BSCU 14 and the VCU 12. To better understand clock cycles: clock cycles are time (minutes/seconds) lapses or distance lapses for particular location points (longitude/latitude numbers from GPS) or actual miles, and are started, controlled (more/less), and used for decreasing communication from a delivery vehicle VCU 12 to the BSCU 14.

Finally, as shown in FIG. 21, the BSCU 14 may slow down or speed up the communication clock cycle by determining the Vehicle Location Determining Factor (VLDF) in block 99. The VLDF is used to determine the likelihood of delays between two stops. To determine the VLDF rating, the current vehicle location, the next stop and route to the next stop are compared to past route records as depicted by blocks 100–104. If the vehicle 19 is likely to travel the same speed and take the same amount of time as previously recorded vehicles, the communication cycle is slowed down.

Worth noting from the forgoing discussion is the fact that the BSCU 14 (FIG. 1) is the ultimate controller of the advance notification system 10 from a hierarchical vantage point. The base station clock 28 maintains the absolute time of the advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the delivery vehicle 19 clock differs from the BSCU 14. Further, it should be noted that the VCU 12 communicates to the BSCU 14 (a) when asked by the BSCU 14, (b) when the clock cycle reaches a predetermined point or when the vehicle reaches a predetermined location, (c) when a planned route time differs from an actual route time and (d) when the delivery vehicle driver activates a predefined sensor on the vehicle (buttons on the VCU 12, bar code scanner, etc.) to minimize communication.

2. Package, Tracking, And Notification Process

As previously mentioned, the messaging process 202 (FIG. 22) runs concurrently with the vehicle communications process 189 within the BSCU 14. In essence, the computer messaging process 202 uses the vehicle location information 25 retrieved from the vehicle via the vehicle communications process 18a in order for the BSCU 14 to send computer messages of the approaching delivery vehicle 19.

A delivery list is accessible from a local data base (FIG. 27) by the BSCU 14 and comprises information regarding (a) the person's name 331 and/or delivery street address 332, (b) the computer network address 333 (c) the telephone number 334 (d) the type of vehicles for activating notification messages 335 and (e) the activation of the impending arrival message. The impending arrival message is activated when a vehicle 19 is at a predefined time 336, distance away from a stop 337, or at a location/address 338. The computer messaging activation points (as indicated in FIG. 27) and the delivery list (as indicated in FIG. 14) are cross referenced with the vehicle's actual progress through its route and delivery stops. When a particular time, location, and/or package delivery for sending a particular message is reached, the messaging process initiates an electronic computer message to the particular user, as indicated by the flow chart diagram in FIG. 22. The computer messaging may be sent over an existing computer network/Internet or through a direct modem link from another computer, as described

US 6,748,318 B1

33

previously. Moreover, the particular time, distance, location, and/or stop are fully programmable by the user (person receiving an impending arrival message), and/or by the company providing the service. Programming and user options are discussed in more detail in the Computer Messaging Control Process area.

Also worth noting is a feature for monitoring messages to be placed in the future, for handling message loading (exceeding available communication channels) to end users. In accordance with this feature, upon anticipation of a heavy load of messages, some of the messages would be initiated earlier than the originally scheduled corresponding message time, previous stop, or distance/location. Numerous other networking options can also be used to solve this problem.

After the delivery vehicle 19 has completed its route (FIG. 44), the delivery vehicle 19 can be programmed to contact in block 153 the BSCU 14 when it recognizes the end of the route in block 152. Additionally, the VCU 12 may have instructions displayed 155a for the driver. The BSCU 14 from a hierarchy stand point is the controller of the system, but instructions from the VCU 12 of new packages, reschedules, other sensor inputs, etc. can be sent to the BSCU 14, for instructions on the vehicle's 19 intent. Otherwise, the computer messaging process has completed its list for people to contact (FIG. 27) and unless additional vehicle 19 tracking is needed or more stops 36 are scheduled, the communication between the VCU 12 and BSCU 14 is stopped.

As further use of completed route data, an event list is maintained for diagnostics and system monitoring. The event list receives data from both the vehicle communications process and the computer messaging process. The event list essentially comprises records of, among other things, all messages sent and all past and current vehicle locations.

### B. Vehicle Control Process

Reference will now be made to the vehicle control process as shown in FIG. 11. Once powered up, the VCU 12 runs through an initiation procedure in which the delivery list is retrieved from packages scanned into the vehicle 19 (activation of the scanner may also power up the VCU) and/or a downloaded list of packages from the BSCU 14 for delivery is received. If packages are scanned via package tracking device 20 into the VCU 12 (FIG. 12), the stops are placed in order of delivery by the vehicle's driver as shown in FIG. 29 or sent to the BSCU 14 for list optimization. The delivery list is organized into an optimized route FIG. 14, showing stop list order 607 and the location or address, as indicated in block 608. The automatic route optimization software resides in the Vehicle Location Data Base (VLDB) 14a in the BSCU 14 and includes past records of delivery times, routes taken by driver, traffic flow from recorded points and times of past routes, etc. This route optimization software and/or the driver input is how the stop list is organized. Initially the clock 24 in the VCU 12 is set by the BSCU 14 when communication is made. Additionally, when comparisons with the actual time in the BSCU 14 differs from the time in the VCU 12, clock resets are made by the BSCU 14.

After the foregoing initialization procedure, a call is placed via the transceiver 18 (FIG. 1) to the BSCU 14 as indicated by the bell symbols 18 and 26. After the connection, the VCU 12 and the BSCU 14 exchange information as described herein before and which will be further described hereinafter relative to FIG. 12. Furthermore, it

34

should be noted that in some configurations the BSCU 14 might contact the VCU 12 to initialize, schedule timing, or send remote activation from the driver of one vehicle to the BSCU 14 or other vehicle-in-motion sensors.

Next, as shown in FIG. 1, the vehicle control process begins a looping operation wherein the VCU 12 continuously monitors the switches 21–23, clock 24, and sensors 25 to determine the vehicle location. As mentioned previously, the vehicle control process initiates a wireless communication at the initializing point of a route, when the vehicle 19 clock cycle reaches (time between communication updates) a completed loop, planned route data stops matching actual route data, or when a package is delivered. The VCU 12 can also answer and receive information from the BSCU 14.

While in the main looping operation, a determination is first made as to whether the delivery vehicle 19 has reached the end of the route or deliveries/pick ups. If the vehicle 19 is at the end of its route, then the vehicle communication process is slowed down or stopped, and does not need to be restarted or increased unless switches 20, 21, 22, or 23 are triggered by the driver. Otherwise, the process continues and makes a determination as to the vehicle 19 location, as indicated in block 25. In the preferred embodiment, the delivery vehicle 19 location and total expired time at each stop is not a factor. But if the VCU 12 notices a change in a delivery stop when a stop is made at a delivery location not on the list, or out of sequence, a driver prompt is displayed on the VCU/LCD screen 33. Additionally, a package scanned out (delivery was made or attempted) could also determine an out-of-sequence delivery. When the delivery vehicle 19 is stopped for an out-of-sequence delivery, then the communication is initiated to the BSCU 14, as shown by a telephone bell symbol 18 in FIG. 1. The communication is an override and not part of a normal communication event, such as, a clock cycle, a distance/location cycle, a route comparison, or polling protocol, but a special need for informing the BSCU 14 of a special occurrence.

The first attempt to correct the list is a flashing screen from the VCU 12 for the driver. If the driver responds, menus of questions are asked and the driver responses are recorded from the switches 21, 22, and 23 (FIG. 1). On screen questions are "is this delivery out of order?" if the driver selects yes, "is (address) your next stop?" if yes the information is uploaded to the BSCU 14 and the route continues, if no, a choice is given from the route list, and the driver is asked to highlight the next stop. The information is then uploaded to the BSCU 14. When the process is not corrected by the driver, then the BSCU 14 process determines the driver intent by comparing the vehicle direction, locations to closest stops, and past times of deliveries to these stops, with destinations from the route list, and makes a calculated determination of the driver's intent. The new sequence of stops is downloaded into the VCU 12 and the next stop location and question "is this correct" is displayed to the driver. Normally one of two events occurs, the driver responds or the vehicle arrives at a stop. If none of the switches 21, 22, or 23 have been actuated, then the process 76 will loop back around and begin once again. Otherwise, if actuation of a switch 21, 22, or 23 is detected, then the process will determine which of the switches 21, 22, 23 have been actuated.

First, the process will determine whether the "yes" switch has been actuated. If the driver has actuated the attempt to deliver switch 22, then the VCU 12 will continue normal operation. When the reschedule delivery switch 23 is pressed, a list of the local area deliveries is displayed and the driver is prompted to select the next stop 36. Moreover, a

US 6,748,318 B1

35                                                                          36

decision will be made by the BSCU 14 to notify users of the vehicle's impending arrival, if time, distance, previous delivery stop and location for that particular stop has passed. In the preferred embodiment, the delivery vehicle 19 is considered to be following its routing list if the vehicle 19 arrives at the stop on the display. A stop does not determine a delivery was made, but an attempt to deliver a package was made. Furthermore, when a user is not available to receive a package, a stop may be rescheduled automatically from the BSCU 14 or manually from the driver, as shown in FIG. 43. A reschedule delivery is a common occurrence for a delivery driver, so, determining when a second attempt should be made or a route list sequence of stops for a driver is a user preference. In most cases, a driver who becomes familiar with customers and customer schedules is more likely to be accurate and successful on a delivery than a route chosen by location and distance, from a list. Past tracking of actual times of deliveries to a particular stop make the BSCU 14 likely to be close also.

In the event that the vehicle driver has not delivered a package, and an attempt was made, and normally when the driver is not repeating the stop in a given day, the driver can activate an attempt to deliver switch 21 to inform the BSCU 14 to cancel this user stop from a list, and send a second message of the time of attempted delivery and package information to the user computer. Then the process determines whether the driver has actually pressed the reset switch 22 for the rest of the deliveries that day. An attempt to deliver computer message sent to a user computer address might be used to increase revenue for additional services, such as, fees for redeliveries, etc. If the driver has not actuated the reset switch 22, then the process loops back and begins again.

### C. Computer Messaging Control Process

When a computer message is initiated by the BSCU 14 as indicated by FIG. 22, the BSCU 14 follows a messaging control process as indicated in flow chart blocks 208, 207, and 206.

Although the description in FIG. 22 is from a BSCU controller, the BSCU 14 or modules in the BSCU 14 may be better incorporated into a user computer. Three examples of different type configurations for displaying impending arrival information on a computer connected to a network are shown in FIG. 7, FIG. 8, FIG. 9, and FIG. 10. For illustration purposes, the system described as a BSCU 14 is considered different than a person's computer 29, which could be considered part of the BSCU 14 operation. In FIG. 7 the person's computer 29 is equipped with networking software, and is not associated with an advance notification system. In FIG. 8 the person's computer 29 is equipped with all the advance notification modules for activating 14c and 14d impending arrival messages, mapping software 14b for displaying and/or comparing vehicle locations to streets, and a method for getting and/or receiving actual vehicle location from a network address. In FIG. 9 and FIG. 10, the example shows advance notification systems for tracking vehicles 19 without GPS location devices. The BSCU 14 modules in FIG. 9 are set to track delivery stops from a route list and delivery stops within each route, then the vehicle 19 location information is sent to the person's computer 29 or accessed from the person's computer 29 for vehicle 19 location information. The vehicle 19 location is compared in the person's computer 29, then activated and displayed when the user preferences match the actual vehicle's location. FIG. 10 is placing all modules in the BSCU 14 area and not requiring the person's computer 29 to be equipped with any extra software (FIG. 49). As a note, the main differences between FIG. 7 and FIG. 10 are the methods used for determining vehicle 19 location or stop points 36.

Additionally, when the user computer 29 has software/hardware for connecting to a computer network 300 and software for displaying messages received by the BSCU 14 for advance notification, the additional software can be an electronic mail reader for activating messages from a computer network 300, or a connection to a satellite/cable network 501 (FIG. 50) for displaying images onto a television screen. When the impending arrival messages are broadcast through a satellite/cable network 501, and descrambler device 502, a personal computer via connections 503 and 504 monitors signals from a broadcast channel 505 and activates an impending arrival message when an identification code is received 506. The impending arrival message is compared to the user preferences 507 –511 and sent to a person's television 35d, as depicted by blocks 512 and 513.

In the preferred embodiment, a person's computer 29 can activate an impending arrival message when software 223 is residing on a person's computer 29 as shown in FIG. 25. The software 223 compares vehicle location in block 224 and user activation preferences in block 225 to the user preferences display options 226a and user audio options 227a, each time a vehicle 19 is approaching.

The methods used for signing up and providing the system with messaging preferences is accomplished with software on a person's computer 29 or in the preferred embodiment, linked to a remote computer site FIG. 29. By linking to the site, a person wanting to sign up may download software 380 (FIG. 29) to save online time, or sign up from a connection to a remote site 381. The user can only subscribe and make changes from the site to be notified 382, FIG. 30, and the computer address is given before this screen (not shown). This allows the advance notification system to have a level of security. The person is prompted to enter a telephone number 383, then a mailing address 384. This information is stored and compared to mapping software for placing the person's address on a map for display 385b, FIG. 31. After the information is displayed 385b, the user is prompted to agree with the location or choose the next one from a list 386, until their location on a map is agreed upon. The next area allows the user to select different activation and messaging methods for different vehicles 387, FIG. 32. When the same for vehicles in a particular category 389, or each vehicle is different 390, display screens shown as illustrations in FIG. 33 through FIG. 39 are looped for each vehicle/group selected. The next screen prompt asks, "when you would like to be notified?"392 (FIG. 33) and options for time before arriving 393, distance before arriving 394, or at a location/s of choice 395. When a person entering time before vehicle 19 arrives for notification, the next screen (FIG. 34) allows the minutes and seconds before a stop to be selected. When a person enters distance before a vehicle 19 arrives for an impending arrival message (FIG. 35), the distance can be selected as shown.

When a person selects to define a particular area for impending arrival activation, the person can choose a circle around their home/business, as shown in FIG. 36. The circle can be adjusted by pulling the edge with a computer mouse left button held down and releasing when the circle is at a desired size. The activation points are the edges of the circle and/or areas with streets. The next option for selecting an area is the grid perimeter/s (FIG. 37). The actual squares (or other shapes) can be clicked with the left button on a mouse for highlighting areas and adjusting the highlighted areas with the slide bars at the bottom or right for precise positioning for activating impending arrival messages. The next option is placing street markets (FIG. 38) on roads and highways for activation points for impending arrival messaging. The street markers are positioned with a computer's mouse, normal drag and drop operations onto actual areas.

US 6,748,318 B1

37

38

Additionally, other areas, such as waypoint/s (longitude/latitude areas), prior vehicle stop/s, letting the vehicle define customer offering services, etc. can be used as well.

After defining the locations, the selected preferences are referenced with past route data, mapping software, and other information for placing notification areas in a data base, to be used when a vehicle 19 is approaching this predefined stop. Next the person wanting impending arrival messages should enter how they would like to receive the message/s (FIG. 39). A person may select a telephone call with a voice message 170, a telephone call with a distinctive ringing sound 171, and/or over a computer network/internet 172, with additional software for on screen displays 173 and/or audio messages 174. Additionally worth noting, sending impending arrival messages to other communication devices 35 (FIG. 2) with addresses or activation numbers from the BSCU 14 it should be apparent to one skilled in the art and is therefore not discussed in detail, but would be included in the area of FIG. 39.

The computer address/electronic address number corresponding with the user computer 29 at a particular stop is obtained from the data, as indicated above in FIG. 29 through FIG. 39. Other information can also be obtained, including the ability to send one type of message (telephone, electronic mail, personal pager, television, etc.) over the other, and allowing different vehicles to activate impending arrival messages differently. For example, FIG. 4 illustrates a flow chart 82 for activating a telephone call first when a vehicle 19 is approaching. As depicted by blocks 83–85, when the vehicle's location matches the preferences in the user data base 84, the user's phone number is dialed. If the phone is answered, the message is played and additional messages are not sent. In the case where the phone is not answered after a preset number of retries expire is depicted by blocks 87 and 88, an electronic message is sent in block 89, and the event is removed from the data base in block 90. It should be noted that different combinations of messages are obvious to a person experienced in the art without departing from the scope of the present invention, and are therefore not mentioned in greater detail.

Moreover, companies may include the service without acknowledgment of the end user or in some cases notify them on one occasion and offer the service if they respond to the message. In these cases finding the contact information can be achieved by existing and known industry standards for finding computer addresses with telephone numbers and shipping address. Additional resources for obtaining this information are established by (a) a user providing the information to a delivery company, and (b) a user posting this information in an advance notification computer site, and (c) a user listing this information with other published references, such as a telephone book, mapping software, etc. This information may be accessed when a delivery is scheduled. Next, the control process sets a time-out variable for keeping track of successful messages sent and any messages returned from wrong addresses or busy networks. The number n of allowable attempts is predetermined and is stored in the user preferences data base and the person's old address can activate an automatic update for a new telephone number or computer address, when needed.

Furthermore, message timing and activation of impending arrival messages to users can be set at the start of the route or day, or in some cases the day/s before the vehicle is to arrive. By sending impending arrival messages early, users can rearrange their schedules for meeting a delivery vehicle/driver when he arrives. As an example, a person taking a lunch break or leaving a delivery area, will know of particular deliveries scheduled in a certain day and the impending arrival time/s.

Worth noting, actual pictures or live video taken from a vehicle 19 could be sent to the BSCU 14 from the VCU 12 and then used as part of the messaging process of the impending arrival of the particular vehicle 19 to a user. As wireless channels become capable of carrying more and more data (by increased band width and data compression routines), increased information taken from the vehicle 19 can be utilized in the message of the impending arrival of the vehicle 19 to the user.

In the claims hereafter, all "means" and "logic" elements are intended to include any structure, material, or design for accomplishing the functionality recited in connection with the corresponding element.

What is claimed is:

1. A method for notifying a user in advance of an impending arrival of a vehicle at a vehicle stop, the method implemented by an automated notification system, the method comprising the steps of:

monitoring travel data corresponding to a vehicle at a computer system; and

based upon the travel data and in advance of the vehicle's arrival at the vehicle stop, communicating a message from the computer system to a remote, portable, computer-based, personal, communications device transported by the user and that is remote from the vehicle stop to indicate impending arrival of the vehicle at the vehicle stop.

2. The method of claim 1, wherein the message is communicated over the Internet to the communications device.

3. The method of claim 2, wherein the message is an email that is communicated, at least in part, over the Internet.

4. The method of claim 1, further comprising the steps of receiving an email address, storing the email address, and communicating the message to the stored email address.

5. The method of claim 1, wherein the travel data comprises scheduled stop information.

6. The method of claim 1, wherein the travel data is distance information.

7. The method of claim 6, further comprising the step of updating the scheduled stop information based upon tracking information pertaining to the vehicle.

8. The method of claim 1, wherein the travel data is timing information.

9. The method of claim 1, further comprising the step of receiving and analyzing signals from satellites pertaining to positions of the vehicle.

10. The method of claim 1, further comprising the steps of monitoring locations of the vehicle, comparing the locations to map data, and initiating the message based upon the comparison.

11. The method of claim 1, wherein the vehicle is a plane, train, boat, or motor vehicle.

12. The method of claim 1, wherein the communications device is a computer, television, pager, or telephone.

13. The method of claim 1, wherein the computer system is a single computer or comprises a distributed architecture comprising a plurality of computers that are communicatively coupled.

14. The method of claim 1, wherein the message comprises a description of travel status of the vehicle.

15. The method of claim 1, wherein the message comprises an audible sound.

16. The method of claim 1, wherein the message comprises text or an image for display on a screen associated with the communications device.

17. The method of claim 1, further comprising the steps of permitting a party to establish a communication session with the computer system and permitting the party to define

US 6,748,318 B1

39

40

one or more preferences criteria that, once met, will cause initiation of the communication of the message.

18. The method of claim 1, wherein the vehicle has a scheduled route of a plurality of vehicle stops and wherein the communication of the message is initiated based upon the vehicle's progress along the stops of the route.

19. The method of claim 1, further comprising the steps of monitoring content of the vehicle and determining the vehicle stop based upon the content.

20. The method of claim 19, wherein the content is a package to be delivered.

21. The method of claim 19, wherein the content is a service provider transported by the vehicle.

22. The method of claim 1 wherein the message includes a map indicating a location of the vehicle.

23. The method of claim 1 wherein the message indicates that the vehicle is delayed and thus will not arrive at a predetermined scheduled arrival time.

24. A method for notifying a user in advance of an impending arrival of a vehicle at a vehicle stop, the method implemented by an automated notification system, the method comprising the steps of:

monitoring travel data corresponding to a vehicle at a computer system; and

based upon the travel data and in advance of the vehicle's arrival at the vehicle stop, communicating a message from the computer system to a plurality of remote personal communications devices transported by a plurality of users to indicate impending arrival of the vehicle at the vehicle stop, the plurality of remote personal communications devices residing at different locations that are remote from the vehicle stop.

25. The method of claim 24, wherein the message is communicated over the Internet to the communications device.

26. The method of claim 25, wherein the message is an email that is communicated, at least in part, over the Internet.

27. The method of claim 24, further comprising the steps of receiving an email address, storing the email address, and communicating the message to the stored email address.

28. The method of claim 24, wherein the travel data comprises scheduled stop information.

29. The method of claim 24, wherein the travel data is distance information.

30. The method of claim 29, further comprising the step of updating the scheduled stop information based upon tracking information pertaining to the vehicle.

31. The method of claim 24, wherein the travel data is timing information.

32. The method of claim 24, further comprising the step of receiving and analyzing signals from satellites pertaining to positions of the vehicle.

33. The method of claim 24, further comprising the steps of monitoring locations of the vehicle, comparing the locations to map data, and initiating the message based upon the comparison.

34. The method of claim 24, wherein the vehicle is a plane, train, boat, or motor vehicle.

35. The method of claim 24, wherein the communications device is a computer, television, pager, or telephone.

36. The method of claim 24, wherein the computer system is a single computer or comprises a distributed architecture comprising a plurality of computers that are communicatively coupled.

37. The method of claim 24, wherein the message comprises a description of travel status of the vehicle.

38. The method of claim 24, wherein the message comprises an audible sound.

39. The method of claim 24, wherein the message comprises text or an image for display on a screen associated with the communications device.

40. The method of claim 24, further comprising the steps of permitting a party to establish a communication session with the computer system and permitting the party to define one or more preferences criteria that, once met, will cause initiation of the communication of the message.

41. The method of claim 24, wherein the vehicle has a scheduled route of a plurality of vehicle stops and wherein the communication of the message is initiated based upon the vehicle's progress along the stops of the route.

42. The method of claim 24, further comprising the steps of monitoring content of the vehicle and determining the vehicle stop based upon the content.

43. The method of claim 42, wherein the content is a package to be delivered.

44. The method of claim 42, wherein the content is a service provider transported by the vehicle.

45. The method of claim 24 wherein the message includes a map indicating a location of the vehicle.

46. The method of claim 24 wherein the message indicates that the vehicle is delayed and thus will not arrive at a predetermined scheduled arrival time.

47. A method for notifying a user in advance of an impending arrival of a vehicle at a vehicle stop, the method implemented by an automated notification system, the method comprising the steps of:

monitoring travel data corresponding to a vehicle at a computer system; and

based upon the travel data and in advance of the vehicle's arrival at the vehicle stop, communicating a message from the computer system to a remote general-purpose computer-based communications device associated with the user and that is remote from the vehicle stop to indicate impending arrival of the vehicle at the vehicle stop, the general-purpose computer-based communications device being designed to communicate with other communications devices that are undedicated to the computer system.

48. The method of claim 47, wherein the message is communicated over the Internet to the communications device.

49. The method of claim 48, wherein the message is an email that is communicated, at least in part, over the Internet.

50. The method of claim 47, further comprising the steps of receiving an email address, storing the email address, and communicating the message to the stored email address.

51. The method of claim 47, wherein the travel data comprises scheduled stop information.

52. The method of claim 47, wherein the travel data is distance information.

53. The method of claim 52, further comprising the step of updating the scheduled stop information based upon tracking information pertaining to the vehicle.

54. The method of claim 47, wherein the travel data is timing information.

55. The method of claim 47, further comprising the step of receiving and analyzing signals from satellites pertaining to positions of the vehicle.

56. The method of claim 47, further comprising the steps of monitoring locations of the vehicle, comparing the locations to map data, and initiating the message based upon the comparison.

US 6,748,318 B1

41

57. The method of claim 47, wherein the vehicle is a plane, train, boat, or motor vehicle.

58. The method of claim 47, wherein the communications device is a computer, television, pager, or telephone.

59. The method of claim 47, wherein the computer system is a single computer or comprises a distributed architecture comprising a plurality of computers that are communicatively coupled.

60. The method of claim 47, wherein the message comprises a description of travel status of the vehicle.

61. The method of claim 47, wherein the message comprises an audible sound.

62. The method of claim 47, wherein the message comprises text or an image for display on a screen associated with the communications device.

63. The method of claim 47, further comprising the steps of permitting a party to establish a communication session with the computer system and permitting the party to define one or more preferences criteria that, once met, will cause initiation of the communication of the message.

64. The method of claim 47, wherein the vehicle has a scheduled route of a plurality of vehicle stops and wherein the communication of the message is initiated based upon the vehicle's progress along the stops of the route.

65. The method of claim 47, further comprising the steps of monitoring content of the vehicle and determining the vehicle stop based upon the content.

66. The method of claim 65, wherein the content is a package to be delivered.

67. The method of claim 65, wherein the content is a service provider transported by the vehicle.

68. The method of claim 47 wherein the message includes a map indicating a location of the vehicle.

69. The method of claim 47 wherein the message indicates that the vehicle is delayed and thus will not arrive at a predetermined scheduled arrival time.

70. A system for notifying a user in advance of an impending arrival of a vehicle at a vehicle stop, the system implemented by an automated notification system, the system comprising:

    means for monitoring travel data corresponding to a vehicle at a computer system; and

    means for, based upon the travel data and in advance of the vehicle's arrival at the vehicle stop, communicating a message from the computer system to a remote, portable, computer-based, personal, communications device transported by the user and that is remote from the vehicle stop to indicate impending arrival of the vehicle at the vehicle stop.

71. The system of claim 70, wherein the message is communicated over the Internet to the communications device.

72. The system of claim 71, wherein the message is an email that is communicated, at least in part, over the Internet.

73. The system of claim 70, further comprising means for receiving an email address, means for storing the email address, and means for causing the message to be communicated to the stored email address.

74. The system of claim 70, wherein the travel data comprises scheduled stop information.

75. The system of claim 70, wherein the travel data is distance information.

76. The system of claim 75, further comprising a means for updating the scheduled stop information based upon tracking information pertaining to the vehicle.

77. The system of claim 70, wherein the travel data is timing information.

42

78. The system of claim 70, further comprising a means for receiving and analyzing signals from satellites pertaining to positions of the vehicle.

79. The system of claim 70, further comprising means for monitoring locations of the vehicle, means for comparing the locations to map data, and means for initiating the message based upon the comparison.

80. The system of claim 70, wherein the vehicle is a plane, train, boat, or motor vehicle.

81. The system of claim 70, wherein the communications device is a computer, television, pager, or telephone.

82. The system of claim 70, wherein the computer system is a single computer or comprises a distributed architecture comprising a plurality of computers that are communicatively coupled.

83. The system of claim 70, wherein the message comprises a description of travel status of the vehicle.

84. The system of claim 70, wherein the message comprises an audible sound.

85. The system of claim 70, wherein the message comprises text or an image for display on a screen associated with the communications device.

86. The system of claim 70, further comprising means for permitting a party to establish a communication session with the computer system and a means for permitting the party to define one or more preferences criteria that, once met, will cause initiation of the communication of the message.

87. The system of claim 70, wherein the vehicle has a scheduled route of a plurality of vehicle stops and wherein the communication of the message is initiated based upon the vehicle's progress along the stops of the route.

88. The system of claim 70, further comprising a means for monitoring content of the vehicle and a means for determining the vehicle stop based upon the content.

89. The system of claim 88, wherein the content is a package to be delivered.

90. The system of claim 88, wherein the content is a service provider transported by the vehicle.

91. The system of claims 70 wherein the message includes a map indicating a location of the vehicle.

92. The system of claim 70 wherein the message indicates that the vehicle is delayed and thus will not arrive at a predetermined scheduled arrival time.

93. A system for notifying a user in advance of an impending arrival of a vehicle at a vehicle stop, the system implemented by an automated notification system, the system comprising:

    means for monitoring travel data corresponding to a vehicle at a computer system; and

    means for, based upon the travel data and in advance of the vehicle's arrival at the vehicle stop, communicating messages from the computer system to a plurality of remote personal communications devices transported by a plurality of users to indicate impending arrival of the vehicle at the vehicle stop, the plurality of remote personal communications devices residing at different locations that are remote from the vehicle stop.

94. The system of claim 93, wherein at least one of the messages is communicated over the Internet to the communications device.

95. The system of claim 94, wherein the at least one message is an email that is communicated, at least in part, over the Internet.

96. The system of claim 93, further comprising means for receiving an email address, means for storing the email address, and means for communicating at least one of the messages to the stored email address.

US 6,748,318 B1

43

**97**. The system of claim 93, wherein the travel data comprises scheduled stop information.

**98**. The system of claim 93, wherein the travel data is distance information.

**99**. The system of claim 98, further comprising a means for updating the scheduled stop information based upon tracking information pertaining to the vehicle.

**100**. The system of claim 93, wherein the travel data is timing information.

**101**. The system of claim 93, further comprising a means for receiving and analyzing signals from satellites pertaining to positions of the vehicle.

**102**. The system of claim 93, further comprising a means for monitoring locations of the vehicle, a means for comparing the locations to map data, and a means for initiating the message based upon the comparison.

**103**. The system of claim 93, wherein the vehicle is a plane, train, boat, or motor vehicle.

**104**. The system of claim 93, wherein the communications devices include any of the following: a computer, television, pager, or telephone.

**105**. The system of claim 93, wherein the computer system is a single computer or comprises a distributed architecture comprising a plurality of computers that are communicatively coupled.

**106**. The system of claim 93, wherein the messages comprise a description of travel status of the vehicle.

**107**. The system of claim 93, wherein the messages comprise an audible sound.

**108**. The system of claim 93, wherein the messages comprise text or an image for display on a screen associated with the communications devices.

**109**. The system of claim 93, further comprising means for permitting a party to establish a communication session with the computer system and permitting the party to define one or more preferences criteria that, once met, will cause initiation of a communication to at least one of the messages.

**110**. The system of claim 93, wherein the vehicle has a scheduled route of a plurality of vehicle stops and wherein the communication of at least one of the messages is initiated based upon the vehicle's progress along the stops of the route.

**111**. The system of claim 93, further comprising a means for monitoring content of the vehicle and determining the vehicle stop based upon the content.

**112**. The system of claim 111, wherein the content is a package to be delivered.

**113**. The system of claim 111, wherein the content is a service provider transported by the vehicle.

**114**. The system of claim 93 wherein the message includes a map indicating a location of the vehicle.

**115**. The system of claim 93 wherein the message indicates that the vehicle is delayed and thus will not arrive at a predetermined scheduled arrival time.

**116**. A system for notifying a user in advance of an impending arrival of a vehicle at a vehicle stop, the system implemented by an automated notification system, the system comprising:

a means for monitoring travel data corresponding to a vehicle at a computer system; and

a means for, based upon the travel data and in advance of the vehicle's arrival at the vehicle stop, communicating a message from the computer system to a remote general-purpose computer-based communications device associated with the user and that is remote from the vehicle stop to indicate impending arrival of the vehicle at the vehicle stop, the general-purpose

44

computer-based communications device being designed to communicate with other communications devices that are undedicated to the computer system.

**117**. The system of claim 116, wherein the message is communicated over the Internet to the communications device.

**118**. The system of claim 117, wherein the message is an email that is communicated, at least in part, over the Internet.

**119**. The system of claim 116, further comprising a means for receiving an email address, a means for storing the email address, and a means for communicating the message to the stored email address.

**120**. The system of claim 116, wherein the travel data comprises scheduled stop information.

**121**. The system of claim 116, wherein the travel data is distance information.

**122**. The system of claim 121, further comprising a means for updating the scheduled stop information based upon tracking information pertaining to the vehicle.

**123**. The system of claim 116, wherein the travel data is timing information.

**124**. The system of claim 116, further comprising a means for receiving and analyzing signals from satellites pertaining to positions of the vehicle.

**125**. The system of claim 116, further comprising a means for monitoring locations of the vehicle, a means for comparing the locations to map data, and a means for initiating the message based upon the comparison.

**126**. The system of claim 116, wherein the vehicle is a plane, train, boat, or motor vehicle.

**127**. The system of claim 116, wherein the communications device is a computer, television, pager, or telephone.

**128**. The system of claim 116, wherein the computer system is a single computer or comprises a distributed architecture comprising a plurality of computers that are communicatively coupled.

**129**. The system of claim 116, wherein the message comprises a description of travel status of the vehicle.

**130**. The system of claim 116, wherein the message comprises an audible sound.

**131**. The system of claim 116, wherein the message comprises text or an image for display on a screen associated with the communications device.

**132**. The system of claim 116, further comprising a means for permitting a party to establish a communication session with the computer system and a means for permitting the party to define one or more preferences criteria that, once met, will cause initiation of the communication of the message.

**133**. The system of claim 116, wherein the vehicle has a scheduled route of a plurality of vehicle stops and wherein the communication of the message is initiated based upon the vehicle's progress along the stops of the route.

**134**. The system of claim 116, further comprising a means for monitoring content of the vehicle and a means for determining the vehicle stop based upon the content.

**135**. The system of claim 134, wherein the content is a package to be delivered.

**136**. The system of claim 134, wherein the content is a service provider transported by the vehicle.

**137**. The system of claim 116 wherein the message includes a map indicating a location of the vehicle.

**138**. The system of claim 116 wherein the message indicates that the vehicle is delayed and thus will not arrive at a predetermined scheduled arrival time.

* * * * *

**EXHIBIT B**

US006317060B1

(12) **United States Patent**          (10) **Patent No.:**     **US 6,317,060 B1**

Jones                                   (45) **Date of Patent:**     *Nov. 13, 2001

---

(54) **BASE STATION SYSTEM AND METHOD FOR MONITORING TRAVEL OF MOBILE VEHICLES AND COMMUNICATING NOTIFICATION MESSAGES**

(75) Inventor: **Martin Kelly Jones**, Vancouver (CA)

(73) Assignee: **Global Research Systems, Inc.**, Rome, GA (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/516,577**

(22) Filed: **Mar. 1, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/122,482, filed on Mar. 1, 1999.

(51) Int. Cl.$^7$ ................................................. G08G 1/123

(52) U.S. Cl. ............................ 340/994; 340/989; 340/993; 701/204

(58) Field of Search ........................................ 340/994, 982, 340/989, 990, 991, 995, 906, 907, 539, 993; 701/204, 205, 206, 207, 208, 302

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 35,920 | 10/1998 | Sorden et al. ........................ | 342/457 |
| 4,220,946 | 9/1980 | Henriot ................................ | 340/994 |
| 4,713,661 | 12/1987 | Boone et al. ........................ | 340/994 |

| | | | |
|---|---|---|---|
| 4,791,571 | 12/1988 | Takahashi et al. .................... | 701/117 |
| 4,799,162 | 1/1989 | Shinkawa et al. .................... | 701/117 |
| 4,804,937 | 2/1989 | Barbiaux et al. ..................... | 340/459 |
| 4,812,843 | 3/1989 | Champion, III et al. ............. | 340/905 |
| 4,857,925 | * 8/1989 | Brubaker ............................. | 340/994 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2 559 930 | 8/1985 | (FR) . |
| 2674355 | 9/1992 | (FR) . |
| 52066175 | 6/1977 | (JP) . |
| 63288400 | 11/1988 | (JP) . |

*Primary Examiner*—Benjamin C. Lee
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley, LLP

(57)     **ABSTRACT**

A vehicle monitoring and notification system includes a route handler, a schedule monitor, and a communication handler. The schedule monitor determines when users should receive notification messages based on data that indicates when vehicles are expected to arrive at certain locations. The route handler communicates with vehicle control units on board vehicles to determine whether and how much any of the vehicles are off schedule. If any of the vehicles are off schedule, the route handler updates the data monitored by the schedule monitor to change when the schedule monitor determines that notification messages should be received by the users. Once the schedule monitor determines that a user should receive a notification message, the schedule monitor transmits a notification request to the communication handler. The communication handler then establishes communication with a communication device associated with the user and transmits a notification message to the user. Therefore, the user is warned of an impending arrival of a vehicle at a particular location.

**23 Claims, 11 Drawing Sheets**



**US 6,317,060 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,956,777 | 9/1990 | Cearley et al. | 401/24 |
| 5,006,847 * | 4/1991 | Rush et al. | 340/994 |
| 5,014,206 | 5/1991 | Scribner et al. | 701/207 |
| 5,068,656 | 11/1991 | Sutherland | 340/989 |
| 5,122,959 | 6/1992 | Nathanson et al. | 701/117 |
| 5,131,020 | 7/1992 | Liebesny et al. | 455/427 |
| 5,168,451 * | 12/1992 | Bolger | 701/117 |
| 5,218,629 | 6/1993 | Dumond, Jr. et al. | 455/572 |
| 5,223,844 | 6/1993 | Mansell et al. | 342/357.07 |
| 5,243,529 * | 9/1993 | Kashiwazaki | 701/208 |
| 5,299,132 | 3/1994 | Wortham | 455/457 |
| 5,351,194 | 9/1994 | Ross et al. | 455/456 |
| 5,381,338 | 1/1995 | Wysocki et al. | 701/207 |
| 5,400,020 | 3/1995 | Jones | 340/994 |
| 5,440,489 * | 8/1995 | Newman | 701/20 |
| 5,444,444 | 8/1995 | Ross | 340/994 |
| 5,461,374 | 10/1995 | Lewiner et al. | 340/994 |
| 5,483,234 * | 1/1996 | Carreel | 340/994 |
| 5,483,454 * | 1/1996 | Lewiner et al. | 701/200 |
| 5,493,295 | 2/1996 | Lewiner et al. | 340/994 |
| 5,493,694 | 2/1996 | Vlcek et al. | 455/521 |
| 5,515,421 | 5/1996 | Sikand et al. | 379/88.21 |
| 5,519,621 | 5/1996 | Wortham | 455/99 |
| 5,539,810 | 7/1996 | Kennedy, III et al. | 379/88.25 |
| 5,544,225 | 8/1996 | Kennedy, III et al. | 455/412 |
| 5,546,444 | 8/1996 | Roach, Jr. et al. | 455/412 |
| 5,587,715 | 12/1996 | Lewis | 342/357.03 |
| 5,594,650 | 1/1997 | Shah et al. | 701/207 |
| 5,602,739 | 2/1997 | Haagenstad et al. | 701/117 |
| 5,623,260 | 4/1997 | Jones | 340/994 |
| 5,648,770 | 7/1997 | Ross | 340/994 |
| 5,652,707 | 7/1997 | Wortham | 455/456 |
| 5,657,010 | 8/1997 | Jones | 340/994 |
| 5,668,543 | 9/1997 | Jones | 340/994 |
| 5,673,305 | 9/1997 | Ross | 455/577 |
| 5,719,771 | 2/1998 | Buck et al. | 455/456 |
| 5,724,243 | 3/1998 | Westerlage et al. | 455/456 |
| 5,736,940 | 4/1998 | Burgener | 340/994 |
| 5,739,774 | 4/1998 | Olandesi | 340/994 |
| 5,751,245 | 5/1998 | Janky et al. | 342/357.07 |
| 5,760,742 | 6/1998 | Branch et al. | 342/457 |
| 5,771,455 | 6/1998 | Kennedy, III et al. | 455/456 |
| 5,808,565 | 9/1998 | Matta et al. | 340/994 |
| 5,987,377 * | 11/1999 | Westerlage et al. | 701/204 |
| 6,006,159 | 12/1999 | Schmier et al. | 701/200 |
| 6,134,501 | 10/2000 | Oumi | 701/209 |
| 6,137,425 * | 10/2000 | Oster et al. | 340/994 |
| 6,178,378 * | 1/2001 | Leibold | 701/202 |

* cited by examiner

Case 1:05-cv-21046-JLK   Document 1   Entered on FLSD Docket 04/15/2005   Page 83 of 336



**Fig. 1**



**Fig. 2**



# Fig. 3



**FIG. 4**



**Fig. 5**

81

|  | TIME | Contact Information | Vechicle ID |
|---|---|---|---|
| Entry 1 | 6:30 | 1235670987 | 1112 |
| Entry 2 | 9:15 | 1235290945 | 2034 |
| Entry 3 | 12:45 | 1235467867 | 1390 |
| Entry 4 | 15:30 | 1234342313 | 0999 |

**FIG. 6**

Case 1:05-cv-21046-JLK   Document 1   Entered on FLSD Docket 04/15/2005   Page 89 of 336



**FIG. 7**



**FIG. 8**

**FIG. 9**

Case 1:05-cv-21046-JLK   Document 1   Entered on FLSD Docket 04/15/2005   Page 91 of 336



**FIG. 10**

Case 1:05-cv-21046-JLK   Document 1   Entered on FLSD Docket 04/15/2005   Page 92 of 336



**FIG. 11**



**FIG. 12**

US 6,317,060 B1

1

## BASE STATION SYSTEM AND METHOD FOR MONITORING TRAVEL OF MOBILE VEHICLES AND COMMUNICATING NOTIFICATION MESSAGES

### CLAIM OF PRIORITY AND CROSS REFERENCE TO RELATED APPLICATIONS

This document claims priority to U.S. provisional patent application entitled "BASE STATION APPARATUS AND METHOD FOR MONITORING TRAVEL OF MOBILE VEHICLE," assigned Ser. No. 60/122,482 and filed on Mar. 1, 1999, which is incorporated herein by reference.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention generally relates to vehicle monitoring and messaging systems and, in particular, to a vehicle monitoring system and method capable of communicating a plurality of notification messages to warn users of impending arrivals of vehicles.

#### 2. Related Art

U.S. Pat. No. 5,400,020, entitled "Advance Notification System and Method," which is incorporated herein by reference, describes a system and method for communicating notification messages to users to warn the users of impending arrivals of vehicles. In this regard, each vehicle associated with the system is equipped with a tracking sensor, which is used to determine the location of the vehicle. Location signals indicating the location of the vehicle as the vehicle travels are transmitted to a base station control unit, which monitors the travel of the vehicle. When the vehicle is within a predefined time or distance of a particular location, the base station control unit transmits a notification message to a user. Therefore, the user is warned of the impending arrival of the vehicle at the particular location.

However, the base station control unit may be used to monitor the travel of a large number of vehicles or may be used to warn a large number of users of impending arrivals of a vehicle or vehicles. Furthermore, servicing a large number of vehicles and/or users may result in the need to simultaneously transmit a large number of notification messages. Accordingly, the ability to efficiently process data for a large number of vehicles and/or users and to efficiently transmit a large number of notification messages is critical in many applications.

Thus, a heretofore unaddressed need exists in the industry for better systems, apparatuses, and methods for accurately and efficiently tracking and/or reporting the status of mobile vehicles as the vehicles travel.

### SUMMARY OF THE INVENTION

The present invention overcomes many inadequacies and deficiencies of the prior art, as discussed hereinbefore. In general, the present invention provides an automated computer-based apparatus and method for monitoring travel of vehicles and for efficiently communicating notification messages to warn users of impending arrivals of the vehicles.

In a broad sense, the automated computer-based apparatus of the present invention includes a route handler, a schedule monitor, and a communication handler. The schedule monitor determines when users should receive notification messages based on data that indicates when vehicles are expected to arrive at certain locations. The route handler

2

communicates with vehicle control units on board the vehicles to determine how much any of the vehicles are off schedule. If any of the vehicles are off schedule, the route handler updates the data monitored by the schedule monitor to change when the schedule monitor determines that the notification messages should be received by the users.

Once the schedule monitor determines that a user should receive a notification message, the schedule monitor transmits a notification request to the communication handler. The communication handler then establishes communication with a communication device associated with the user and transmits a notification message to the user. Therefore, the user is warned of an impending arrival of a vehicle at a particular location.

In accordance with another feature of the present invention, the route handler selects portions of the data that are associated with notification events expected to occur during a particular time period. During the particular time period, the schedule monitor monitors the selected data to determine whether any notification messages should be received by users during the particular time period.

In accordance with another feature of the present invention, the communication handler stores the notification request and determines a number of notification requests stored by the communication handler. The communication handler then compares this number to a number of notification requests stored by another communication handler and transmits the notification request to the other communication handler if the difference in the two numbers exceeds a predefined threshold.

Other features and advantages of the present invention will become apparent to one skilled in the art upon examination of the following detailed description, when read in conjunction with the accompanying drawings. It is intended that all such features and advantages be included herein within the teachings of the present invention, as set forth herein and as sought to be protected by the claims.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention can be better understood with reference to the following drawings. The elements of the drawings are not necessarily to scale relative to each other, emphasis instead being placed upon clearly illustrating the principles of the invention. Furthermore, like reference numerals designate corresponding parts throughout the several views.

FIG. 1 is a block diagram illustrating a vehicle tracking system employed within the context of an advance notification system in accordance with the present invention.

FIG. 2 is a block diagram illustrating an implementation of the vehicle control unit of FIG. 1 in accordance with the present invention.

FIG. 3 is a block diagram illustrating a computer implementing the functionality of the vehicle control unit of FIG. 2 in accordance with the present invention.

FIG. 4 is a block diagram illustrating an implementation of the base station control unit of FIG. 1 in accordance with the present invention.

FIG. 5 is a block diagram illustrating a computer implementing the functionality of the master computer depicted in FIG. 4 in accordance with the present invention.

FIG. 6 is a schematic illustrating an exemplary list of notification events generated by the route handler of FIG. 5.

FIG. 7 is a block diagram illustrating a computer implementing the functionality of the slave computers depicted in FIG. 4 in accordance with the present invention.

US 6,317,060 B1

3

FIG. 8 is a block diagram illustrating a more detailed view of the communication handler depicted in FIG. 7.

FIG. 9 is a flow chart illustrating the architecture, functionality, and operation of the route handler of FIG. 5.

FIG. 10 is a flow chart illustrating the architecture, functionality, and operation of the vehicle control unit of FIG. 2 while the vehicle control unit is tracking the vehicle of FIG. 1.

FIG. 11 is a flow chart illustrating the architecture, functionality, and operation of the communication handler of FIG. 5.

FIG. 12 is a flow chart illustrating the architecture, functionality, and operation of the communication handler of FIG. 7.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 depicts an automated vehicle tracking system 10 illustrating the principles of the present invention. As shown by FIG. 1, the vehicle tracking system 10 is preferably employed within the context of an automated advance notification system 12 that automatically provides advance notice of impending arrivals of vehicles at destinations or other locations.

As depicted in FIG. 1, a vehicle control unit (VCU) 15 is disposed on a mobile vehicle 17, which is capable of transporting the VCU 15 over various distances. U.S. patent application entitled "System and Method for an Advance Notification System for Monitoring and Reporting Proximity of a Vehicle," assigned Ser. No. 09/163,958, and filed on Sep. 30, 1998, which is incorporated herein by reference, describes an exemplary VCU 15 that may be used to implement the principles of the present invention.

Preferably, the vehicle 17 is a delivery vehicle for delivering items to a destination or for picking up items at a destination. Note that items can include many various types of packages or goods to be delivered or picked up. Furthermore, items can also include persons to be picked up or delivered, such as when a bus picks up and/or delivers passengers at different bus stops. Preferably, the vehicle 17 travels along a predetermined route in making its deliveries, and the vehicle 17 may make numerous stops along its route in order to deliver or pick up different items at different locations.

Vehicle Control Unit

A more detailed view of the VCU 15 is depicted in FIG. 2. A sensor 18 within VCU 15 is configured to determine the location of the sensor 18 relative to a predetermined reference point. Preferably, sensor 18 is a global positioning system (GPS) sensor, although other types of positioning systems and/or sensors are also possible. For example, other types of sensors 18 that may be used to implement the principles of the present invention include, but are not limited to, an odometer or sensors associated with Glonass, Loran, Shoran, Decca, or Tacan. The GPS sensor 18 is configured to receive signals 21a–21c from a plurality of GPS satellites 23, and as known in the art, sensor 18 is designed to analyze signals 21a–21c to determine the sensor's location or coordinate values relative to a predetermined reference point.

For example, in the foregoing embodiment where sensor 18 is a GPS sensor, the sensor 18 determines the sensor's location values relative to the Earth's zero degree latitude and zero degree longitude reference point, which is located at the intersection of the Equator and the Prime Meridian. U.S. Pat. No. 5,781,156 entitled "GPS Receiver and Method

4

for Processing GPS Signals" and filed on Apr. 23, 1997 by Krasner, which is incorporated herein by reference, discusses the processing of GPS signals 21a–21c received from GPS satellites 23 in order to determine the sensor's location values. Since the sensor 18 is located on or within the vehicle 17, the location values determined by the sensor 18 are assumed to match the location values of the vehicle 17 and the VCU 15.

It should be noted that the term "location value" shall be defined herein to mean any value or set of values that may be used to determine a location of a point on the Earth or within the Earth's atmosphere. This value may be a distance value, a coordinate value (i.e., grid value), polar value, vector value, or any other type of value or values known in the art for indicating locations of points.

Sensor 18 is designed to periodically transmit a signal 27 to vehicle manager 29 indicating the vehicle's current location values. Vehicle manager 29 is configured to receive signal 27 and to monitor the location of the vehicle 17 over time by processing multiple signals 27. The vehicle manager 29 can be implemented in software, hardware, or a combination thereof. Preferably, as illustrated by way of example in FIG. 3, the vehicle manager 29 of the present invention along with its associated methodology is implemented in software and stored in computer memory 30 of a computer system 31.

Note that the vehicle manager 29 can be stored and transported on any computer-readable medium for use by or in connection with an instruction execution system, apparatus, or device, such as a computer-based system, processor-containing system, or other system that can fetch the instructions from the instruction execution system, apparatus, or device and execute the instructions. In the context of this document, a "computer-readable medium" can be any means that can contain, store, communicate, propagate, or transport the program for use by or in connection with the instruction execution system, apparatus, or device. The computer readable medium can be, for example but not limited to, an electronic, magnetic, optical, electromagnetic, infrared, or semiconductor system, apparatus, device, or propagation medium. More specific examples (a nonexhaustive list) of the computer-readable medium would include the following: an electrical connection (electronic) having one or more wires, a portable computer diskette (magnetic), a random access memory (RAM) (magnetic), a read-only memory (ROM) (magnetic), an erasable programmable read-only memory (EPROM or Flash memory) (magnetic), an optical fiber (optical), and a portable compact disc read-only memory (CDROM) (optical). Note that the computer-readable medium could even be paper or another suitable medium upon which the program is printed, as the program can be electronically captured, via for instance optical scanning of the paper or other medium, then compiled, interpreted or otherwise processed in a suitable manner if necessary, and then stored in a computer memory. As an example, the vehicle manager 29 may be magnetically stored and transported on a conventional portable computer diskette.

The preferred embodiment of the computer system 31 of FIG. 3 comprises one or more conventional processing elements 32, such as a digital signal processor (DSP), that communicate to and drive the other elements within the system 31 via a local interface 33, which can include one or more buses. Furthermore, an input device 34, for example, a keyboard or a mouse, can be used to input data from a user of the system 31, and screen display 35 or a printer 36 can be used to output data to the user. A disk storage mechanism

US 6,317,060 B1

5                                                            6

37 can be connected to the local interface 33 to transfer data to and from a nonvolatile disk (e.g., magnetic, optical, etc.). Furthermore, a vehicle clock 38 may be connected to the computer system 31 so that components of the system 31 may utilize data from the clock 38 to determine time through conventional techniques. It should be noted that input device 34, display 35, printer 36, and disk 37 are optional and are not necessarily a part of the preferred embodiment.

The vehicle manager 29 is preferably configured to maintain a predefined schedule 39, referred to herein as the "vehicle schedule 39," within memory 30. The predefined vehicle schedule 39 corresponds with a route of travel for the vehicle 17. In this regard, the predefined vehicle schedule 39 stored in memory 30 includes data defining locations or "checkpoints" along the vehicle's intended route of travel. Furthermore, each checkpoint is associated with a particular time value indicating when the vehicle 17 is expected to pass the associated checkpoint. Each checkpoint along with its associated time value may define an entry in the vehicle schedule 39.

Preferably, the time value associated with a checkpoint corresponds to a time of day that the vehicle 17 is expected to pass the checkpoint. For example, the time value associated with a checkpoint may define the hour and minute that the vehicle 17 is expected to pass the checkpoint. Consequently, when the vehicle 17 reaches the location defined by the checkpoint, the time of day, as defined by vehicle clock 38, can be compared with the time value in the schedule 39 associated with the checkpoint to determine whether the vehicle 17 is early, late, or on time. It should be noted that other data and other methodologies, such as the those disclosed in U.S. Pat. No. 5,400,020, for example, may be employed to determine whether or not the vehicle 17 is on schedule, without departing from the principles of the present invention.

As the vehicle 17 travels along its route, the vehicle manager 29 determines when the vehicle 17 passes a checkpoint by comparing the data received from sensor 18 with the checkpoint data stored in vehicle schedule 39. When the vehicle manager 29 determines that a checkpoint has been passed, the vehicle manager 29 is configured to determine a time value indicating the time of day by analyzing vehicle clock 38, and the vehicle manager 29 is configured to compare this time value with the time value in the schedule 39 associated with the checkpoint.

The vehicle 17 is considered to be off schedule if the value for the time of day from clock 38 differs from the time value in schedule 39 by a predetermined amount. Otherwise the vehicle 17 is considered to be on schedule. For example, assume that the vehicle 17 is to be considered off schedule if the vehicle 17 is early or late by more than two minutes and assume that the vehicle 17 is scheduled to pass a checkpoint at 6:30 a.m. If the vehicle 17 passes the checkpoint between 6:28 a.m. and 6:32 a.m., the vehicle 17 is on schedule. If the vehicle 17 passes the checkpoint before 6:28 a.m., the vehicle is off schedule and is early. If the vehicle 17 passes the checkpoint after 6:32 a.m., the vehicle 17 is off schedule and is late.

If the vehicle manager 29 determines that the vehicle 17 is off schedule, the vehicle manager 29 is configured to transmit a status message to a base station control unit (BSCU) 40 (FIG. 1) indicating how much the vehicle is off schedule, and the vehicle manager 29 is also configured to update the entries in the schedule 39. For example, assume that the vehicle 17 passes the aforementioned checkpoint at 6:25 a.m. In this example, the vehicle 17 is off schedule and five minutes early. Therefore, the vehicle manager 29 trans-

mits a status message to BSCU 40 via cellular network 42 indicating that the vehicle 17 is five minutes early and decreases the expected times stored in the schedule 39 by five minutes. As a result, the schedule 39 is adjusted to account for the vehicle's earliness, and the vehicle 17 will not be deemed off schedule when the vehicle 17 passes the other checkpoints, provided that the rate of travel of the vehicle 17 continues as expected for the remainder of the route. Similarly, if the vehicle 17 passes the aforementioned checkpoint at 6:35 a.m., then the vehicle manager 29 is configured to transmit a status message indicating that the vehicle 17 is five minutes late and is configured to increase the times stored in the schedule 39 by five minutes.

It should be noted that updating the schedule 39 is not necessary in implementing the present invention. However, if the vehicle 17 is early or late at one checkpoint, the vehicle 17 will likely be respectively early or late at other checkpoints causing the vehicle manager 29 to make an off schedule determination and to transmit a status message at each of the remaining checkpoints in the route. By updating the times in schedule 39, the number of status messages transmitted to the BSCU 40 may be reduced in monitoring the travel of the vehicle 17.

It should be further noted that the status message transmitted by VCU 15 may be communicated via any suitable technique and that utilization of the cellular network 42 is not necessary. In this regard, other types of networks may be used to communicate the status message, or the status message may be communicated directly to the base station control unit 40 without the use of any type of communication network. For example, the status message may be communicated via short wave radio.

Base Station Control Unit

Referring to FIG. 4, the base station control unit (BSCU) 40 preferably comprises a master computer system 42 that controls one or more slave computer systems 44a, 44b, and 44c. Referring to FIG. 5, the master computer system 42 includes a route handler 52 and a schedule monitor 56. The route handler 52 and schedule monitor 56, which will be described in further detail hereafter, can be implemented in software, hardware, or a combination thereof. Preferably, as illustrated by way of example in FIG. 5, the route handler 52 and schedule monitor 56 of the present invention along with their associated methodology are implemented in software and stored in memory 58.

Further shown by FIG. 5, the computer system 42 may include one or more processing elements 61, such as a DSP, that communicate to and drive the other elements within the system 42 via a local interface 62, which may include one or more buses. Furthermore, an input device 64, for example, a keyboard or a mouse, can be used to input data from a user of the system 42, and screen display 65 or a printer 66 can be used to output data to the user. A disk storage mechanism 69 can be connected to the local interface 62 to transfer data to and from a nonvolatile disk (e.g., magnetic, optical, etc.). Furthermore, a base station clock 70 may be connected to the computer system 42 so that components of the system 42 may utilize data from the clock 70 to determine time through conventional techniques. The system 42 may also be connected to a cellular interface 71, or other type of suitable interface, for communicating with VCU 15. It may also be desirable for computer system 42 to include a network interface 72 that allows the system 42 to exchange data with a network 73. It should be noted that input device 64, display 65, printer 66, disk 69, network interface 72, and network 73 are optional and are not necessarily a part of the preferred embodiment.

US 6,317,060 B1

7

Referring again to FIG. 4, the database 74 shown by FIG. 4 preferably stores data defining the routes of one or more vehicles 17. For example, the database 74 may include entries that are correlated with a vehicle 17 of the system 10, wherein each entry includes sufficient data to define a checkpoint that may be used to monitor the travel of a vehicle 17. The checkpoints defined in the database 74 for a particular vehicle 17 are preferably the same checkpoints defined in vehicle schedule 39 for the particular vehicle 17. Furthermore, the entry may also include data to indicate the time of day that the vehicle 17 is expected to reach the checkpoint defined by the entry. Therefore, the database 74 includes sufficient data to define the checkpoints used to monitor the vehicles 17 associated with the system 10 and the times that the vehicles 17 should respectively pass the checkpoints.

Preferably, the database 74 also includes data indicating when different users are to be notified of an impending arrival of at least one of the vehicles 17 associated with the system 10. For example, the database 74 may include data indicating that a user should be notified a certain amount of time before or after a particular vehicle 17 passes a particular checkpoint. Therefore, at any time, the database 74 can be queried to determine which checkpoints are to be passed by a particular vehicle 17 and when the particular vehicle 17 is expected to pass each of the checkpoints. The database 74 also can be queried to determine when users are to be notified of the particular vehicle's impending arrival. To facilitate querying of the database, the entries of the database 74 may be keyed by vehicle numbers used to identify the vehicles associated with the system 10.

To illustrate the configuration and use of the database 74, assume that a user would like to be notified when a particular vehicle 17 is two minutes from a particular location, such as the user's house or a scheduled vehicle stop. Assume further that the vehicle 17 is scheduled to pass a checkpoint every five minutes after starting its route and that the particular location is expected to be reached seventeen minutes after the vehicle 17 starts its route. In this scenario, the database 74 should include data that defines each of the checkpoints along the vehicle's route and that indicates the time that the vehicle 17 is expected to pass each of the checkpoints. The database 74 should also indicate that the individual is to be notified when the vehicle 17 passes the third checkpoint, since the vehicle 17 is expected to pass the third checkpoint fifteen minutes into the route (i.e., two minutes before the vehicle 17 is expected to reach the particular location).

The database 74 also preferably includes sufficient information to enable the individual to be automatically notified once a determination is made that the user should be notified. For example, the database 74 may include the individual's telephone number, pager number, e-mail address, or other type of contact information, depending on the methodology used to notify the individual.

The route handler 52 (FIG. 5) is configured to query the database 74 to build a list of notification events that are expected to occur during a specified time period. A "notification event" is the generation of a notification message to be transmitted to a user to notify the user of an impending arrival of a vehicle 17 associated with the system 10. For example, the route handler 52 may query the database 74 at the beginning of a day to determine each notification event that should occur during the course of the day, and the route handler 52 then builds a list of these events. The list should not only indicate what notification events are to occur but also should indicate at what time each notification event is expected to occur. The list may also include contact infor-

8

mation (e.g., telephone numbers, pager numbers, e-mail addresses etc.) to facilitate the process of contacting the users associated with the notification events in the list.

FIG. 6 shows an exemplary list 81 that may be produced by the route handler 52. The list 81 depicts four entries, although any number of entries may be included in the list 81. Each entry of the list 81 is associated with a respective notification event and indicates: (1) the time at which the respective notification event is expected to occur, (2) the contact information (e.g., telephone number, pager number, e-mail address etc.) associated with the particular user, and (3) a vehicle number identifying the particular vehicle 17 associated with the notification event. For example, assume that "entry 1" is associated with a notification event for a user that would like to be notified when a particular vehicle (vehicle number "1112") is five minutes from a particular location. Based on the information stored in database 74, assume that the route handler 52 determines that the notification event should occur at 6:30 a.m. (five minutes before the particular vehicle 17 is scheduled to arrive at the particular location). As a result, "entry 1" of the list 81 indicates that the notification event associated with the entry is to occur at 6:30 a.m. "Entry 1" also provides the user's contact information and the vehicle number ("1112") of vehicle 17 that is to arrive at the particular location. Each of the other entries can be similarly configured based on the information associated with the notification events associated with the other entries. Once the route handler 52 has defined the list 81, the route handler 52 transmits the list 81 to schedule monitor 56.

When the BSCU 40 receives a status message from one of the VCUs 15 indicating that one of the vehicles 17 is early or late, the route handler 52 transmits an update request based on the received status message. In response to the update request, the schedule monitor 56 is designed to update the list 81, if the list 81 includes an entry associated with a notification event pertaining to the one vehicle 17.

For example, assume that the route handler 52 receives a status message indicating that the vehicle 17 associated with "entry 1" (i.e., vehicle number "1112") is seven minutes late. In response, the route handler 52 transmits an update request to schedule monitor 56. The update request preferably includes information indicating which vehicle 17 is off schedule and how much the vehicle 17 is off schedule. Based on this update request, the schedule monitor 56 determines that the vehicle 17 associated with the update request (i.e., vehicle number "1112") is seven minutes late. The schedule monitor 56 is designed to traverse the list 81 to identify each entry associated with the vehicle number "1112" and is configured to increase the time values stored in the identified entries by seven minutes to account for the tardiness of vehicle number "1112". Therefore, in the list 81 depicted by FIG. 6, the schedule monitor 56 changes the time value in "entry 1" from "6:30" to "6:37." As a result, the notification event associated with "entry 1" should not occur until 6:37 a.m.

Upon receiving a status message, the route handler 52 is also designed to update the database 74. Therefore, in the example described hereinbefore, the route handler 52 is designed to input data into the database 74 indicating that vehicle number "1112" is seven minutes late. As a result, the database 74 can be consulted at any time to determine not only the scheduled route of any vehicle 17 but also to determine the status of the vehicle 17 as the vehicle 17 is traveling its route. In this regard, if the database 74 does not indicate that a particular vehicle 17 is early or late, then it can be assumed that the particular vehicle 17 should arrive at its future

US 6,317,060 B1

9

checkpoints on schedule. However, if the database 74 indicates that the vehicle 17 is early or late, then it can be assumed that the vehicle 17 will arrive at its future checkpoints off schedule by the amount indicated by the database 74.

The schedule monitor 56 is configured to periodically scan the list 81 to determine if a notification event should occur (i.e., if a notification message should be transmitted to a user). In this regard, when the time of the day, as determined from base station clock 70, corresponds to (e.g., matches) the time indicated by one of the entries in the list 81, the schedule monitor 56 determines that the notification event associated with the corresponding entry should occur. Therefore, to initiate the occurrence of the notification event, the schedule monitor 56 is designed to transmit a notification request to one of the slave computers 44a–44c, which transmits a notification message in response to the notification request, as will be described in more detail hereinbelow.

As shown by FIG. 4, a switching mechanism 85, such as an etherswitch, for example, is used to route the notification request to the appropriate slave computer 44a–44c. In an attempt to balance the workload of the slave computers 44a–44c, the schedule monitor 56 preferably selects one of the slave mechanisms 44a–44c to process the notification request based on the number of notification requests previously transmitted to each slave computer 44a–44c within a specified time period. For example, the schedule monitor 56 could be configured to transmit the notification message to the slave computer 44a–44c that has received the least number of notification requests in the last five minutes. As a result, the workload of the slave computers 44a–44c is not likely to become disproportionately high for any one of the slave computers 44a–44c.

As shown by FIG. 7, each of the slave computers 44a–44c includes a communication handler 92 configured to process each notification request received by the computer 44a–44c. The communication handler 92 may be implemented in software, hardware, or a combination thereof. Preferably, as depicted by FIG. 7, the communication handler 92 is implemented in software and stored in memory 95.

Further shown by FIG. 7, each slave computer system 44a–44c may include one or more processing elements 97, such as a DSP, that communicate to and drive the other elements within the system 44a–44c via a local interface 99, which may include one or more buses. Furthermore, the base station clock 70 may be connected to each computer system 44a–44c so that components of the system 44a–44c may utilize data from the clock 70 to determine time through conventional techniques. Each slave computer 44a–44c preferably includes an interface 115, such as a telephone interface, for example, coupled to a plurality of communication connections 119 that enables the communication handler 92 to transmit the notification messages across the connections 119. As an example, the interface 115 may be coupled to a T1 trunk or a plurality of T1 trunks that, as known in the art, are capable of placing up to twenty-four telephone calls each.

The communication handler 92 is preferably capable of processing multiple notification requests and of simultaneously communicating multiple notification messages to users to warn the users of impending arrivals of vehicles 17. For example, in one embodiment, the communication handler 92 is implemented by a D/240PCI card 111 manufactured by Dialogic Corp., as shown by FIG. 8. Other software 113 may be implemented to interface the notification messages with the Dialogic card. This other software 113 may include Visual Voice software, which is a well known set of software commonly used to interface data with the Dialogic card 111.

10

As shown by FIG. 1, the notification messages may be routed to one or more users via a communication network, such as the publicly switched telephone network (PSTN) 123. In this regard, the network 123 routes each notification message transmitted by a communication handler 92 to a communication device 124, such as a telephone, for example, at a premises 126 of a user that is to receive the notification message. Upon receiving the notification message from network 123, the communication device 124 communicates the notification message to the user. It should be noted that the notification messages do not necessarily have to be communicated via telephone calls and that the communications device 124 may be any device capable of communicating a notification message. For example, the communications device 124 may be pager in one embodiment. In another embodiment, the communication handler 92 transmits a notification message to the device 124 via the Internet. For example, the communication handler 92 may transmit an e-mail message to the device 124, which in this example is a computer capable of reading the message and displaying the message to the user.

If a notification request cannot be immediately serviced by the communication handler 92, then the communication handler 92 is designed to store the notification request into a queue 121. The communication handler 92 then services the notification requests stored in the queue 121 on a first in, first out (FIFO) basis. Therefore, the communication handler 92 of each system 44a–44c services the notification requests in the order in which they were received by the communication handler 92.

As stated hereinbefore, each notification request is generated in response to a determination that a user should be warned of an impending arrival of a particular vehicle 17 at a particular location. Therefore, each notification request preferably includes contact information to enable the communication handler 92 to send a notification message to the particular user associated with the notification request or includes other information to enable the communication handler 92 to retrieve such contact information from the database 74. As a result, the communication handler 92 is configured to utilize contact information included in the notification request or stored in the database 74 to transmit a notification request to the user associated with the notification request.

It should be noted that it is possible for the notification message to be user specific. For example, the message may include the phrase "Vehicle number 1112 is five minutes from your vehicle stop." To enable such a message, the vehicle number and the time from the user's stop may be included in the notification request. Therefore, each entry in the list 81 may include, in addition to the information shown in FIG. 6, the amount of time that the vehicle 17 is from the user's selected destination when the notification event associated with the entry is expected to occur.

Furthermore, since there may be a delay between generating a notification request and in servicing the notification request, the communication handler 92 may be designed to query the database 74 to update the notification message before transmission. For example, if the notification request is generated when the vehicle 17 is five minutes from a user's selected destination and if the notification message is transmitted two minutes later, the communication handler 92 can be designed to query the database 74 based on the information provided in the notification request and determine that two minutes have elapsed since the notification request was generated. Therefore, the communication handler 92 may modify the message to include the phrase "Vehicle 1112 is three minutes from your vehicle stop."

US 6,317,060 B1

11

It should be further noted that the list 81 is not a necessary feature of the present invention. In this regard, the database 74 can be repeatedly searched to determine when to generate notification requests. However, repeatedly searching the database 74 could result in the unnecessary processing of a vast amount of data, depending on the amount of data and entries stored in database 74. Utilization of the list 81 enables a much smaller amount of data to be searched in identifying whether notification requests should be generated.

Furthermore, it is not necessary for the communication handlers 92 to be implemented by slave computers 44a–44c. For example, it may be possible to implement the route handler 52, the schedule monitor 56, and the communication handlers 92 in a single computer system, such as system 42. In addition, the present invention has been described as using three communication handlers 92 for the purposes of illustration only, and any number of communication handlers 92 (i.e., one or more) may be utilized by the system 10.

In addition, it is possible to use the contents of the database 74 to create a web page indicating the status of the vehicles 17 associated with the system 10. Therefore, users can access the web page via the Internet or some other suitable communication network to determine whether a particular vehicle 17 is on or off schedule and how much a particular vehicle may be off schedule.

Furthermore, as shown by FIG. 4, the slave computers 44a–44c can be connected to one another and can be configured to reallocate notification requests. For example, the communication handlers 92 in the slave computers 44a–44c can be configured to communicate to one another how many notification requests are currently queued by each of the communication handlers 92. If the difference in the number of notification requests queued by one communication handler 92 and the number of notification requests queued by another communication handler 92 exceeds a predetermined threshold, then the communication handler 92 having the higher number of queued notification requests preferably transmits one or more of the queued notification requests to the other communication handler 92. Therefore, the occurrence of one communication handler 92 having a disproportionately high number of queued notification requests should be prevented.

It should be noted that there are many alternative embodiments that may be implemented to reallocate the notification requests without departing from the principles of the present invention. For example, in one embodiment, a first communication handler 92 may be designed to communicate a reallocation request to one or more of the other communication handlers 92 when the number of notification requests queued by the first communication handler falls below a predetermined threshold. In response to the reallocation request, at least one of the other communication handlers 92 transmits one or more of its queued notification requests to the first communication handler 92, which services the notification request. Other variations for reallocating the notification requests are possible.

In other embodiments, it may be possible for the VCU 15 to transmit notification requests directly to the communication device 124 at the user's premises 126. Such a system is fully described in U.S. Pat. No. 5,444,444 entitled "Apparatus and Method of Notifying a Recipient of an Unsched-

12

uled Delivery" and filed on Sep. 16, 1994, by Ross, which is incorporated herein by reference.

Alternative Embodiments

It should be noted that there are many alternative embodiments for implementing the vehicle tracking system 10. For example, in one alternative embodiment, portions of the schedule monitor 56 are implemented in each of the slave computers 44a–44c. When implemented in software, the schedule monitor 56 in each slave computer 44a–44c may be stored in the memory 95 of the slave computer 44a–44c.

In this example, a list 81 of notification events is created by the route handler 52 in the master computer 42, as described hereinabove. However, portions (e.g., entries) of the list 81 are transmitted to each slave computer 44a–44c, which monitors the received portion of the list 81. For example, once the list 81 is created by the route handler 52, the route handler 52 is designed to assign certain vehicles 17 to certain ones of the slave computers 44a–44c. The route handler 52 is designed to then transmit each entry defining a notification event associated with a particular vehicle 17 to the slave computer 44a–44c assigned to the particular vehicle 17. The assignment of the vehicles 17 to the slave computers 44a–44c is preferably controlled by the route handler 52 such that each slave computer 44a–44c receives a similar number of notification events in an effort to prevent any one slave computer 44a–44c from becoming overburdened.

The schedule monitor 56 in each slave computer 44a–44c then builds a notification event list 81 including each of the entries received by the slave computer 44a–44c. As a result, the functionality of monitoring the list 81 is divided across the slave computers 44a–44c. Moreover, when a status message from a VCU 15 is received by cellular interface 71, the route handler 52 in the master computer 42 is designed to determine which slave computer 44a–44c is assigned to the vehicle 17 associated with the status message. Then, the route handler 52 of the slave computer 42 is designed to transmit the status message to the slave computer 44a–44c assigned to the foregoing vehicle 17. The schedule monitor 56 in the slave computer 44a–44a receiving the status message then updates the list 81 maintained in the slave computer 44a–44c, via techniques described hereinbefore.

The schedule monitor 56 in each slave computer 44a–44c monitors the list 81 in the same slave computer 44a–44c to determine when a notification event should occur. When a notification event occurs, the schedule monitor 56 transmits a notification request to the communication handler 92, which processes the notification as described hereinbefore. Therefore, the operation of the foregoing embodiment is similar to the embodiment previously described, except that at least some of the functionality of the schedule monitor 56 is implemented in each of the slave computers 44a–44c. Dividing the functionality of the schedule monitor 56 across multiple slave computers 44a–44c is advantageous in applications utilizing a relatively large number of notification events, since monitoring of a large number of notification events by the master computer 42 may overload the master computer 42.

Operation

The preferred use and operation of the system 10 and associated methodology are described hereafter.

US 6,317,060 B1

13

Initially, a vehicle schedule 39 is respectively stored in the VCU 15 of each vehicle 17 associated with the system 10. As set forth hereinbefore, the vehicle schedule 39 includes data defining a plurality of checkpoints along the vehicle's route or routes of travel and the expected time that the vehicle 17 is to pass each of the checkpoints. There are a variety of methodologies that may be employed to determine the information stored in the VCU 15. In one embodiment, the data is accumulated from the sensor 18 and the vehicle clock 38, as the vehicle 17 travels the route or routes. Such a methodology is described in more detail in U.S. patent application entitled "Apparatus and Method for Monitoring Travel of a Mobile Vehicle," assigned Ser. No. 09/395,497, and filed on Sep. 14, 1999, which is incorporated herein by reference.

The route data stored in vehicle schedule 39 is also stored in database 74 of BSCU 40. Furthermore, contact information associated with each user that is to be notified of an impending arrival of one of the vehicles 17 is also stored in database 74 so that the users may be sent a notification message at appropriate times. Each user is allowed to select a vehicle 17 and a time when the user would like to be warned of an impending arrival of the selected vehicle 17. The process of enabling a user to select a vehicle and a time is further described in U.S. patent application entitled "System for Monitoring and Reporting Status of Vehicle Travel," assigned Ser. No. 09/163,588, and filed on Sep. 30, 1998, which is incorporated herein by reference.

As shown by blocks 205 and 207 of FIG. 9, the route handler 52 builds a list 81 of notification events that should occur during a specified time period and transmits this list 81 to schedule monitor 56. For illustrative purposes, assume that the user selects to receive a notification message when a particular vehicle 17 is five minutes from a particular location. Further assume that the vehicle 17 is scheduled to arrive at the particular location at 6:35 a.m., which is within the aforementioned specified time period. As a result, the user should receive a notification message at 6:30 a.m., if the vehicle 17 is on schedule when traveling the route, and in performing block 205, the route handler 52 defines an entry in the list 81 indicating that the user should be so notified at 6:30 a.m. "Entry 1" of the list 81 depicted by FIG. 6 is suitable for implementing the present invention in the context of the foregoing example.

At some point, the vehicle 17 begins to travel its route. Before or during travel of the route, the vehicle clock 38 should be synchronized with the BSCU clock 70. As the vehicle 17 travels its route, it passes checkpoints, and its VCU 15 monitors its progress. In this regard, based on the signals provided by sensor 18, the VCU 15 determines when vehicle 17 passes each of its checkpoints, as shown by blocks 211, 213, and 215 of FIG. 10. As depicted by blocks 218 and 222, when vehicle 17 passes a checkpoint, the VCU 15 determines whether the vehicle 17 is on or off schedule by comparing the current time, as defined by vehicle clock 38, with the time value associated with the passed checkpoint and stored in vehicle schedule 39.

If vehicle 17 is determined to be off schedule, then the VCU 15 transmits a status message to BSCU 40 indicating how much the vehicle 17 is off schedule and updates the

14

time values associated with the remaining checkpoints (i.e., the checkpoints that have yet to be passed by vehicle 17), as shown by blocks 225 and 227. As depicted by block 229, the VCU 15 continues to monitor the progress of vehicle 17 until vehicle 17 passes the last checkpoint on the route.

Upon receiving a status message from the VCU 15, the route handler 52 updates the database 74 to indicate that the vehicle 17 is off schedule by an amount indicated by the status message, as depicted by blocks 235 and 239 of FIG. 9. Next, as shown by block 242, the route handler 52 transmits an update request to the schedule monitor 56 indicating that the vehicle 17 is associated with the status message is off schedule by a specified amount (e.g., a specified number of minutes early or late). As shown by block 245, the route handler 52 continues to check for status messages until each notification event in the list 81 has occurred.

As shown by blocks 252 and 255 of FIG. 11, the schedule monitor 56 updates the list 81 when the schedule monitor 56 receives an update request from route handler 52. In this regard, when the schedule monitor 56 receives an update request indicating that a vehicle 17 is off schedule, the schedule monitor 56 changes the time values in the entries associated with the vehicle 17 by an amount that the vehicle 17 is off schedule.

As depicted by block 261, the schedule monitor 56 periodically checks to determine whether any notification events should occur. In this regard, the schedule monitor 56 compares the current time, as determined by the BSCU clock 70, with the time values in the list 81. If the time value of an entry in the list 81 corresponds with the current time (e.g., matches the current time, in the preferred embodiment), then the schedule monitor 56 determines that a notification message should be transmitted to a user to warn the user of an impending arrival of the vehicle 17 associated with the entry. Therefore, in block 264, the schedule monitor 56 transmits a notification request to one of the communication handlers 92 indicating that a user should be notified. The notification request preferably includes data identifying the user (such as the user's telephone number, pager number, e-mail address, or any other value unique to the user) and identifying the vehicle 17 associated with the notification event. As shown by block 268, the schedule monitor 56 continues to monitor the entries in the list 81 until each notification event defined by the entries has occurred.

As shown by blocks 275 and 277 of FIG. 12, each communication handler 92 places any new notification request received from schedule monitor 56 into a respective queue. As depicted by blocks 281 and 284, each communication handler 92 determines whether a new call can be initiated via interface 115 and initiates transmission of a notification message if the interface 115 can handle a new call. In this regard, the communication handler 92 uses the information in the notification request to identify the user that should be notified by the notification message. The information in the notification request may either include the contact information needed to establish communication with the user or the communication handler 92 may look up the contact information in the database 74.

Furthermore, the notification message may provide a status report for the vehicle 17 associated with the notifica-

US 6,317,060 B1

**15**

tion request. For example, the notification message may indicate that the vehicle 17 is a certain number of minutes from a particular location. The communication handler 92 may retrieve information from the database 74 to form the notification message. By retrieving the information for the status report directly from the database 74, the communication handler 92 utilizes the most recent information available in providing any status reports to the user.

If the interface 115 cannot handle a new call (e.g., the interface 115 is not operating properly or there are no available communication lines 119) the communication handler 92 preferably checks to see if another communication handler 92 has a disproportionately less number of notification requests queued, as shown by block 288. If the difference in the number of queued notification requests in the two communication handlers 92 being compared in block 288 exceeds a predetermined threshold, then the communication handler 92 reallocates the queued notification requests by transmitting one or more of its queued notification requests to the other communication handler 92 that has a smaller number of queued notification requests, as depicted by blocks 292 and 295. Ultimately, a notification message is transmitted by one of the communication handlers for each notification request transmitted by the schedule monitor 56.

It should be noted that the present invention has been described herein as determining when to initiate a notification message to a user based on a time value. However, other types of values may be used to monitor the travel of the vehicle 17. For example, a notification message could be initiated when a particular vehicle comes within a certain distance of a particular location. U.S. patent application entitled "Base Station Apparatus and Method for Monitoring Travel of a Mobile Vehicle," assigned Ser. No. 09/395,501, and filed on Sep. 14, 1999, which is incorporated herein by reference, describes how distance values may be used to determine when to transmit notification messages.

It should be emphasized that the above-described embodiments of the present invention, particularly, any "preferred" embodiments, are merely possible examples of implementations, merely set forth for a clear understanding of the principles of the invention. Many variations and modifications may be made to the above-described embodiment(s) of the invention without departing substantially from the spirit and principles of the invention. All such modifications and variations are intended to be included herein within the scope of the present invention and protected by the claims.

Now, therefore, the following is claimed:

1. A system for notifying users of impending arrivals of vehicles at particular locations, comprising:

memory storing a first time value, said first time value indicating when a user should be notified of an impending arrival of a vehicle;

a clock configured to produce a second time value;

a route handler configured to receive a status message from said vehicle and to transmit an update request when said vehicle is off schedule based on said status message;

a schedule monitor configured to compare said first time value to said second time value and to produce and

**16**

transmit a notification request based on a comparison of said time values, said schedule monitor further configured to update said first time value in response to said update request; and

a communication handler configured to receive said notification request and to transmit a notification message to said user in response to said notification request, said communication handler further configured to store said notification request and to determine a number of notification requests stored by said communication handler, said communication handler further configured to compare said number of notification requests to a threshold number and to cause reallocation of notification requests between said communication handler and at least one other communication handler based on a comparison of said number of notification requests to said threshold number.

2. The system of claim 1, wherein said communication handler receives a notification request in response to said reallocation.

3. The system of claim 1, wherein said communication handler transmits a notification request in response to said reallocation.

4. The system of claim 1, wherein said threshold number is a number of notification requests stored in another communication handler.

5. The system of claim 1, wherein said communication handler is configured to simultaneously transmit a plurality of notification messages across a plurality of communication lines.

6. The system of claim 1, further comprising:

a database storing route information associated with a plurality of vehicles, said route information including said first time value,

wherein said route handler is configured to determine whether said first time value is associated with a notification event that is expected to occur within a particular time period and to transmit said first time value to said schedule monitor in response to a determination that said notification event associated with said first time value is expected to occur within said particular time period.

7. The system of claim 1, wherein said route handler is further configured to produce a list of notification events that are expected to occur within a particular time period, said route handler further configured to include said first time value in said list in response to a determination that said first time value is associated with a notification event that is expected to occur within said particular time period, said schedule monitor further configured to analyze said list to determine whether any notification requests should be transmitted to said communication handler.

8. The system of claim 1, wherein said schedule monitor is implemented within a first computer system and said communication handler is implemented within a second computer system.

9. A system for notifying users of impending arrivals of vehicles at particular locations, comprising:

a database storing data associated with a plurality of vehicles;

a route handler configured to analyze said data and to select portions of said data that are associated with notification events expected to occur during a particular time period;

US 6,317,060 B1

**17**

a schedule monitor configured to analyze said selected portions of said data during said particular time period and to disregard other portions of said data during said particular time period, said schedule monitor further configured to determine when at least one of said notification events should occur based on said selected portions of said data and to transmit a notification request in response to a determination by said schedule monitor that said at least one notification event should occur; and

a communication handler configured to receive said notification request and to transmit a notification message in response to said notification request.

**10**. The system of claim 9, wherein said communication handler is configured to simultaneously transmit a plurality of notification messages across a plurality of communication lines.

**11**. The system of claim 9, wherein said communication handler is configured to store said notification request and to determine a number of notification requests stored by said communication handler, said communication handler further configured to compare said number of notification requests to a threshold number and to cause reallocation of notification requests between said communication handler and at least one other communication handler based on a comparison of said number of notification requests to said threshold number.

**12**. The system of claim 9, wherein said schedule monitor is implemented in a first computer system and said communication handler is implemented in a second computer system.

**13**. A system for notifying users of impending arrivals of vehicles at particular locations, comprising:

memory storing data indicating a proximity of at least one vehicle to at least one location;

a route handler configured to receive status messages and to update said data based on said status messages;

a schedule monitor configured to monitor said data and to transmit notification requests in response to determinations by said schedule monitor that said at least one vehicle is within a predefined proximity of at least one location; and

a plurality of communication handlers configured to respectively receive said notification requests and to transmit notification messages in response to said notification requests,

wherein said schedule monitor is further configured to determine a number of notification requests transmitted to one of said communication handlers within a first particular time period and to allocate said notification requests between said communication handlers based on said number.

**14**. The system of claim 13, wherein at least one of said communication handlers is configured to store notification requests and to determine a number of notification requests stored by said at least one communication handler, said at least one communication handler further configured to compare said number of notification requests to a threshold number and to cause reallocation of notification requests between said communication handler and another of said communications handlers based on a comparison of said number of notification requests to said threshold number.

**15**. The system of claim 13, wherein said route handler selects said data in response to a determination by said route

**18**

handler that said data is associated with notification events that are expected to occur during a second particular time period.

**16**. A method for notifying users of impending arrivals of vehicles at particular locations, comprising the steps of:

storing a first time value, said first time value indicating when a user should be notified of an impending arrival of a vehicle;

receiving a second time value;

receiving a status message transmitted from said vehicle;

updating said first time value based on said status message;

comparing said first time value to said second time value;

transmitting a notification request to a communication handler based on said comparing said first time value step;

determining a number of notification requests stored by a communication handler;

comparing said number of notification requests to a threshold number;

reallocating said notification request between said communication handlers based on said comparing said number of notification requests step; and

transmitting a notification message to said user in response to said notification request.

**17**. The method of claim 16, further comprising the steps of:

determining whether said first time value indicates a time within a particular time period, said particular time period including a time indicated by said second time value; and

performing said comparing said first time value step during said particular time period in response to a determination in said determining step that said first time value indicates a time within said particular time period.

**18**. The method of claim 16, further comprising the steps of:

creating a list of notification events that are expected to occur within a particular time period;

including said first time value in said list in response to a determination that said first time value is associated with a notification event that is expected to occur within said particular time period; and

monitoring said list during said particular time period, said monitoring step including said comparing said first time value step.

**19**. A method for notifying users of impending arrivals of vehicles at particular locations, comprising the steps of:

storing data associated with a plurality of vehicles;

selecting portions of said data that are associated with notification events expected to occur during a particular time period;

analyzing said selected portions of said data during said particular time period;

disregarding other portions of said data during said particular time period;

determining when at least one of said notification events should occur based on said analyzing step; and

transmitting a notification message in response to said determining step.

**20**. A method for notifying users of impending arrivals of vehicles at particular locations, comprising the steps of:

US 6,317,060 B1

**19**

storing data associated with at least one vehicle;

receiving at least one status message from said one vehicle;

updating said data based on said one status message;

analyzing said data;

determining when to notify a user of an impending arrival of said one vehicle at a particular location based on said analyzing step;

transmitting a notification request based on said determining step; and

allocating said notification request to a communication handler based on a number of notification requests transmitted to said communication handler during a first particular time period.

21. The method of claim **20**, further comprising the step of transmitting a notification message from said communication handler in response to said notification request, said notification message indicating said impending arrival of said one vehicle.

**20**

22. The method of claim **20**, further comprising the steps of:

storing said notification request in said communication handler;

determining a number of notification requests stored in said communication handler;

comparing said number of notification requests to a threshold number;

transmitting said notification request to another handler based on said comparing step; and

transmitting a notification message from said other communication handler in response to said notification request, said notification message indicating said impending arrival of said one vehicles.

23. The method of claim **20**, further comprising the step of selecting said data in response to a determination that said data is associated with notification events that are expected to occur during a second particular time period.

*   *   *   *   *

# EXHIBIT C

US006748320B2

(12) **United States Patent**
Jones

(10) Patent No.: **US 6,748,320 B2**
(45) Date of Patent: **\*Jun. 8, 2004**

(54) **ADVANCE NOTIFICATION SYSTEMS AND METHODS UTILIZING A COMPUTER NETWORK**

(75) Inventor: **M. Kelly Jones**, Delray Beach, FL (US)

(73) Assignee: **ArrivalStar, Inc.**, Delray Beach, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/326,556**

(22) Filed: **Dec. 20, 2002**

(65) **Prior Publication Data**

US 2003/0146854 A1 Aug. 7, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 08/852,119, filed on May 6, 1997.

(51) Int. Cl.[7] ............................................. G01C 21/26
(52) U.S. Cl. ...................... 701/201; 701/200; 701/117; 340/989; 340/991; 340/994; 455/414.1; 455/412.2; 455/456.1; 455/456.3
(58) Field of Search ................................. 701/200, 201, 701/207–213, 215, 117; 340/994, 992, 988, 990, 995.13, 993, 995.19, 995.21; 455/403, 411, 414.3; 379/67.1, 207.02, 156; 342/357.07, 357.17, 457

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,568,161 A 3/1971 Knickel ...................... 340/994
3,644,883 A 2/1972 Borman et al. ............... 340/23

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

EP 0219859 A2 4/1987 ............ G08G/1/12

(List continued on next page.)

OTHER PUBLICATIONS

Moriok, et al., "Advanced Vehicle Monitoring and communication Systems for Bus Transit—Benefits and Economic

(List continued on next page.)

*Primary Examiner*—Jacques H. Louis-Jacques
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley, LLP

(57) **ABSTRACT**

An advance notification system notifies users of the impending arrival of a vehicle, for example, an overnight package delivery vehicle, at a particular vehicle stop. The system generally includes an on-board vehicle control unit (VCU) for each vehicle and a base station control unit (BSCU) for sending messages to user computers in order to inform the users when the vehicle resides at a certain predefined time period, distance, prior stop, and/or location point from the vehicle stop. Moreover, vehicle tracking, the BSCU, a computer network (e.g., the Internet), and software located on a user computer may be combined in a plurality of configurations for launching and communicating a message of the impending arrival of a particular vehicle before it arrives. Significantly, the computer message is to advise of the impending arrival and preferably will exhibit a distinctive display and/or sound on the recipient computer so that the recipient is informed of the message. The VCU sends vehicle location and/or stop information to the BSCU, the BSCU compares the vehicle route stop list with route management software, then determines when to send an impending arrival message by preferences, normally chosen by the system operator or a user preparing to receive the advance notification message. The user computer displays information associated with the impending arrival of a vehicle in the form of the name of the vehicle, when the vehicle has finished a previous delivery, the miles before a stop, the time before arriving, and/or an actual location of a vehicle when a vehicle reaches a certain point/place. Additionally, other addressable communication devices could be used in place of or in addition to the computer message, such as personal pagers, mobile telephones, television box descramblers, etc. Users may also contact the computer site and/or computer address for impending arrival information.

**20 Claims, 44 Drawing Sheets**



# US 6,748,320 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,845,289 A | 10/1974 | French | 235/151.2 |
| 3,886,515 A | 5/1975 | Cottin et al. | 340/994 |
| 3,934,125 A | 1/1976 | Macano | 235/150.2 |
| 4,220,946 A | 9/1980 | Henriot | 340/23 |
| 4,297,672 A | 10/1981 | Fruchey et al. | 340/23 |
| 4,325,057 A | 4/1982 | Bishop | 340/539 |
| 4,350,969 A | 9/1982 | Greer | 340/23 |
| 4,525,601 A | 6/1985 | Barnich et al. | 379/7 MM |
| 4,585,904 A | 4/1986 | Mincone et al. | 179/7.1 TP |
| 4,713,661 A | 12/1987 | Boone et al. | 340/994 |
| 4,791,571 A | 12/1988 | Takahashi et al. | 364/436 |
| 4,799,162 A | 1/1989 | Shinkawa et al. | 364/436 |
| 4,804,837 A | 2/1989 | Farley | 250/251 |
| 4,812,843 A | 3/1989 | Champion, III et al. | 340/905 |
| 4,813,065 A | 3/1989 | Segala | 379/112 |
| 4,857,925 A | 8/1989 | Brubaker | 340/994 |
| 4,894,649 A | 1/1990 | Davis | 340/825.44 |
| 4,956,777 A | 9/1990 | Cearley et al. | 364/424.02 |
| 5,003,584 A | 3/1991 | Benyacar et al. | 379/119 |
| 5,006,847 A | 4/1991 | Rush et al. | 340/994 |
| 5,014,206 A | 5/1991 | Scribner et al. | 364/449 |
| 5,021,780 A | 6/1991 | Fabiano et al. | 340/994 |
| 5,048,079 A | 9/1991 | Harrington et al. | 379/112 |
| 5,068,656 A | 11/1991 | Sutherland | 340/989 |
| 5,097,429 A | 3/1992 | Wood et al. | 364/569 |
| 5,103,475 A | 4/1992 | Shuen | 379/115 |
| 5,113,185 A | 5/1992 | Ichikawa | 340/995 |
| 5,121,326 A | 6/1992 | Moroto et al. | 364/449 |
| 5,122,959 A | 6/1992 | Nathanson et al. | 364/436 |
| 5,131,020 A | 7/1992 | Liebesny et al. | 379/59 |
| 5,144,301 A | 9/1992 | Jackson et al. | 340/994 |
| 5,146,491 A | 9/1992 | Silver et al. | 379/114 |
| 5,155,689 A | 10/1992 | Wortham | 364/460 |
| 5,168,451 A | 12/1992 | Bolger | 364/436 |
| 5,179,584 A | 1/1993 | Tsumura | 379/114 |
| 5,218,629 A | 6/1993 | Dumond, Jr. et al. | 379/59 |
| 5,218,632 A | 6/1993 | Cool | 379/126 |
| 5,223,844 A | 6/1993 | Mansell et al. | 342/357 |
| 5,243,529 A | 9/1993 | Kashiwazaki | 364/449 |
| 5,271,484 A | 12/1993 | Bahjat et al. | 187/29.1 |
| 5,299,132 A | 3/1994 | Wortham | 364/460 |
| 5,323,456 A | 6/1994 | Oprea | 379/375 |
| 5,351,194 A | 9/1994 | Ross et al. | 364/449 |
| 5,361,296 A | 11/1994 | Reyes et al. | 379/96 |
| 5,381,338 A | 1/1995 | Wysocki et al. | 364/449 |
| 5,381,467 A | 1/1995 | Rosinski et al. | 379/121 |
| 5,394,332 A | 2/1995 | Kuwahara et al. | 364/449 |
| 5,398,190 A | 3/1995 | Wortham | 364/460 |
| 5,400,020 A | 3/1995 | Jones | 340/994 |
| 5,420,794 A | 5/1995 | James | 364/436 |
| 5,428,546 A | 6/1995 | Shah et al. | 364/449 |
| 5,432,841 A | 7/1995 | Rimer | 379/59 |
| 5,440,489 A | 8/1995 | Newman | 364/426.05 |
| 5,444,444 A | 8/1995 | Ross | 340/994 |
| 5,446,678 A | 8/1995 | Saltzstein et al. | 364/514 |
| 5,448,479 A | 9/1995 | Kemner et al. | 365/424.02 |
| 5,461,374 A | 10/1995 | Lewiner et al. | 340/994 |
| 5,483,234 A | 1/1996 | Correel et al. | 340/994 |
| 5,483,454 A | 1/1996 | Lewiner et al. | 364/443 |
| 5,493,295 A | 2/1996 | Lewiner et al. | 340/994 |
| 5,493,694 A | 2/1996 | Vlcek et al. | 455/53.1 |
| 5,506,893 A | 4/1996 | Buscher et al. | 379/114 |
| 5,513,111 A | 4/1996 | Wortham | 364/460 |
| 5,515,421 A | 5/1996 | Sikand et al. | 379/67 |
| 5,519,621 A | 5/1996 | Wortham | 364/460 |
| 5,526,401 A | 6/1996 | Roach, Jr. et al. | 379/59 |
| 5,539,810 A | 7/1996 | Kennedy, III et al. | 379/59 |
| 5,544,225 A | 8/1996 | Kennedy, III et al. | 379/59 |
| 5,546,444 A | 8/1996 | Roach, Jr. et al. | 379/59 |
| 5,552,795 A | 9/1996 | Tayloe et al. | 342/357 |
| 5,559,871 A | 9/1996 | Smith | 379/115 |
| 5,570,100 A | 10/1996 | Grube et al. | 364/446 |
| 5,577,101 A | 11/1996 | Bohm | 379/58 |
| 5,579,376 A | 11/1996 | Kennedy, III et al. | 379/60 |
| 5,587,715 A | 12/1996 | Lewis | 342/357 |
| 5,594,650 A | 1/1997 | Shah et al. | 364/449.1 |
| 5,594,787 A | 1/1997 | Ohshima et al. | 379/114 |
| 5,602,739 A * | 2/1997 | Haagenstad et al. | 701/117 |
| 5,623,260 A | 4/1997 | Jones | 340/994 |
| 5,648,770 A | 7/1997 | Ross | 340/994 |
| 5,652,707 A | 7/1997 | Wortham | 364/460 |
| 5,657,010 A * | 8/1997 | Jones | 340/994 |
| 5,668,543 A * | 9/1997 | Jones | 340/994 |
| 5,673,305 A | 9/1997 | Ross | 379/58 |
| 5,680,119 A | 10/1997 | Magliari et al. | 340/904 |
| 5,694,322 A | 12/1997 | Westerlage et al. | 364/464 |
| 5,694,459 A | 12/1997 | Backaus et al. | 379/427 |
| 5,699,275 A | 12/1997 | Beasley et al. | 364/514 R |
| 5,712,908 A | 1/1998 | Brinkman et al. | 379/119 |
| 5,715,307 A | 2/1998 | Zazzera | 379/265 |
| 5,719,771 A | 2/1998 | Buck et al. | 364/443 |
| 5,724,243 A | 3/1998 | Westerlage et al. | 364/446 |
| 5,724,584 A | 3/1998 | Peters et al. | 395/671 |
| 5,729,597 A | 3/1998 | Bhusri | 379/115 |
| 5,732,074 A * | 3/1998 | Spaur et al. | 370/313 |
| 5,734,981 A | 3/1998 | Kennedy, III et al. | 455/445 |
| 5,736,940 A | 4/1998 | Burgener | 340/994 |
| 5,739,774 A | 4/1998 | Olandesi | 340/994 |
| 5,742,672 A | 4/1998 | Burk | 379/198 |
| 5,751,245 A | 5/1998 | Janky et al. | 342/357 |
| 5,760,742 A | 6/1998 | Branch et al. | 342/457 |
| 5,771,282 A | 6/1998 | Friedes | 379/121 |
| 5,771,455 A | 6/1998 | Kennedy, III et al. | 455/456 |
| 5,774,825 A | 6/1998 | Reynolds | 364/449.7 |
| 5,781,156 A | 7/1998 | Krasner | 342/357 |
| 5,784,443 A | 7/1998 | Chapman et al. | 379/119 |
| 5,793,853 A | 8/1998 | Sbisa | 379/120 |
| 5,796,365 A | 8/1998 | Lewis | 342/357 |
| 5,799,073 A | 8/1998 | Fleischer, III et al. | 379/113 |
| 5,799,263 A | 8/1998 | Culbertson | 701/117 |
| 5,805,680 A | 9/1998 | Penzias | 379/118 |
| 5,808,565 A | 9/1998 | Matta et al. | 340/994 |
| RE35,920 E | 10/1998 | Sorden et al. | 342/457 |
| 5,835,580 A | 11/1998 | Frazer | 379/115 |
| 5,841,847 A | 11/1998 | Graham et al. | 379/114 |
| 5,852,659 A | 12/1998 | Welter, Jr. | 379/116 |
| 5,864,610 A | 1/1999 | Ronen | 379/127 |
| 5,875,238 A | 2/1999 | Glitho et al. | 379/116 |
| 5,881,138 A | 3/1999 | Kearns et al. | 379/114 |
| 5,910,979 A | 6/1999 | Goel et al. | 379/120 |
| 5,912,954 A | 6/1999 | Whited et al. | 379/115 |
| 5,915,006 A | 6/1999 | Jagadish et al. | 379/127 |
| 5,920,613 A | 7/1999 | Alcott et al. | 379/114 |
| 5,922,040 A | 7/1999 | Prabhakaran | 701/117 |
| 5,937,044 A | 8/1999 | Kim | 379/121 |
| 5,938,721 A * | 8/1999 | Dussell et al. | 701/211 |
| 5,943,320 A | 8/1999 | Weik et al. | 370/259 |
| 5,943,406 A | 8/1999 | Leta et al. | 379/120 |
| 5,943,657 A | 8/1999 | Freestone et al. | 705/400 |
| 5,945,919 A | 8/1999 | Trask | 340/825.491 |
| 5,946,379 A | 8/1999 | Bhusri | 379/115 |
| 5,950,174 A | 9/1999 | Brendzel | 705/34 |
| 5,955,974 A | 9/1999 | Togawa | 340/994 |
| 5,956,391 A | 9/1999 | Melen et al. | 379/114 |
| 5,982,864 A | 11/1999 | Jagadish et al. | 379/115 |
| 5,987,108 A | 11/1999 | Jagadish et al. | 379/114 |
| 5,987,377 A | 11/1999 | Westerlage et al. | 701/204 |
| 5,991,377 A | 11/1999 | Malik | 379/114 |
| 5,991,380 A | 11/1999 | Bruno et al. | 379/115 |
| 5,991,381 A | 11/1999 | Bouanaka et al. | 379/115 |
| 5,995,602 A | 11/1999 | Johnson et al. | 379/116 |

**US 6,748,320 B2**

Page 3

| 6,006,159 | A | | 12/1999 | Schmier et al. | 701/200 |
| 6,094,149 | A | | 7/2000 | Wilson | 340/904 |
| 6,097,317 | A | * | 8/2000 | Lewiner et al. | 340/994 |
| 6,111,538 | A | | 8/2000 | Schuchman et al. | 342/357 |
| 6,124,810 | A | | 9/2000 | Segal et al. | 340/994 |
| 6,134,501 | A | | 10/2000 | Oumi | 701/209 |
| 6,137,425 | A | | 10/2000 | Oster et al. | 340/994 |
| 6,144,301 | A | | 11/2000 | Frieden | 340/572.8 |
| 6,178,378 | B1 | | 1/2001 | Leibold | 701/202 |
| 6,184,802 | B1 | | 2/2001 | Lamb | 340/994 |
| 6,191,708 | B1 | | 2/2001 | Davidson | 340/994 |
| 6,222,462 | B1 | | 4/2001 | Hahn | 340/904 |
| 6,240,362 | B1 | | 5/2001 | Gaspard, II | 701/209 |
| 6,253,146 | B1 | | 6/2001 | Hanson et al. | 701/202 |
| 6,253,148 | B1 | | 6/2001 | Decaux et al. | 701/204 |
| 6,278,936 | B1 | | 8/2001 | Jones | 701/201 |
| 6,313,760 | B1 | | 11/2001 | Jones | 340/944 |
| 6,317,060 | B1 | | 11/2001 | Jones | 340/994 |
| 6,360,101 | B1 | | 3/2002 | Irvin | 445/456 |
| 6,363,254 | B1 | | 3/2002 | Jones et al. | 455/456 |
| 6,363,323 | B1 | | 3/2002 | Jones | 701/213 |
| 6,374,176 | B1 | * | 4/2002 | Schmier et al. | 701/200 |
| 6,400,956 | B1 | | 6/2002 | Richton | 455/456 |
| 6,411,891 | B1 | * | 6/2002 | Jones | 701/201 |
| 6,415,207 | B1 | | 7/2002 | Jones | 701/1 |
| 6,430,496 | B1 | * | 8/2002 | Smith et al. | 701/117 |
| 6,486,801 | B1 | | 11/2002 | Jones | 340/994 |
| 6,492,912 | B1 | | 12/2002 | Jones | |
| 6,510,383 | B1 | | 1/2003 | Jones | |
| 6,618,668 | B1 | * | 9/2003 | Laird | 701/204 |
| 6,683,542 | B1 | * | 1/2004 | Jones | 340/994 |
| 2002/0016171 | A1 | | 2/2002 | Doganata et al. | 455/456 |
| 2002/0069017 | A1 | | 6/2002 | Schmier et al. | 701/213 |
| 2002/0070882 | A1 | | 6/2002 | Jones | |
| 2002/0082770 | A1 | | 6/2002 | Jones | |
| 2002/0098802 | A1 | | 7/2002 | Jones | 340/994 |
| 2002/0099500 | A1 | | 7/2002 | Schmier et al. | 701/200 |
| 2003/0093218 | A1 | * | 5/2003 | Jones | 701/201 |
| 2003/0193412 | A1 | * | 10/2003 | Jones | 701/201 |
| 2003/0193413 | A1 | * | 10/2003 | Jones | 340/994 |
| 2003/0193414 | A1 | * | 10/2003 | Jones | 340/994 |
| 2003/0195696 | A1 | * | 10/2003 | Jones | 701/201 |
| 2003/0195697 | A1 | * | 10/2003 | Jones | 701/201 |
| 2003/0195698 | A1 | * | 10/2003 | Jones | 701/201 |
| 2003/0233188 | A1 | * | 12/2003 | Jones | 701/200 |

FOREIGN PATENT DOCUMENTS

| EP | 0805427 A1 | 11/1997 | G08G/1/123 |
| FR | 2 559 930 | 8/1985 | G08G/1/12 |
| FR | 2674355 | 9/1992 | |
| GB | WO 93/13510 A1 | 7/1993 | G08G/1/123 |
| JP | 52066175 | 6/1977 | |
| JP | 11034872 A | 2/1999 | B61L/25/02 |
| WO | WO 90/01236 | 2/1990 | H04M/1/54 |
| WO | WO 93/13503 | 7/1993 | |
| WO | WO 94/02922 | 2/1994 | G08G/1/123 |
| WO | WO 94/27264 | 11/1994 | G08G/1/123 |
| WO | WO 96/04634 | 2/1996 | G08G/5/22 |
| WO | WO 96/16386 | 5/1996 | G08G/1/123 |
| WO | WO 98/07128 | 2/1998 | G08G/1/123 |
| WO | WO 98/08206 | 2/1998 | |
| WO | WO 98/14926 | 4/1998 | G08G/1/123 |
| WO | WO 98/40837 | 9/1998 | G06G/7/70 |

OTHER PUBLICATIONS

Feasibility", Final Report—U.S. Department of Transportation, Sep. 1991, Revised Mar. 1993, Dot–T–94–03.

Brynielsson, Thore, Step by Step Development Towards Attractive Public Transport, Chalmers University of Technology, Goteburd, Sweden, Department of Transportation, 1976.

"Public Transportation Information and Management Systems", IEE Colloquium, Computing and Control Division, May 25, 1993, pp. 9/1–9/4, 12/1–12/2, 7/1–7/3.

"Vehicle Location and Fleet Management Systems", IEE Colloquium, Computing and Control Division, Jun. 8, 1993. The 3rd International Conference on Vehicle Navigation & Information Systems (VNIS) Norway, Sep. 2–4, 1992, pp. 312–315.

Preiss, George; Jenson, Lillian; "The Satref and GPS Information Projects", 1992 IEEE—3rd International Conference on Vehicle Navigation Information Systems, ppp. 648–655.

"Vehicle Navigation & Information Systems Conference Proceedings" (P–253), Society of Automotive Engineers, Inc., Oct. 1991, pp. 789–796.

"1992 Compendium of Technical Papers", Institute of Transportation Engineers—INRAD: A Deminostration of Two–Way Roadway to Vehicle Communication for use in Traffic Operations, Annual Meeting, Washington, D.C. pp. 214–218.

"Paving the Way for GPS in Vehicle Tracking", Showcase World, Dec. 1992

"Advanced Vehicle Monitoring and Communication Systems for Bus Transit", Federal Transit Administration, Sep. 1991, Revised Mar. 1993.

Koncz, et al., "GIS–Based Transit Information Bolsters Travel Options", GIS World, Jul. 1995, pp. 62–64.

Helleker, Jan, Real–Time Traveller Information—in everyone's pocket?!—a pilot test using hand–portable GSM terminals, IEEE—IEE Vehicle Navigation & Information systems Conference, Ottawa, VNIS 1993, pp. 49–52.

Burgener, E.C., et al., "A Personal Transit Arrival Time Receiver", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 54–55.

Peng, Zhong–Ren, "A Methodology for Design for a GIS–Based Automatic Transit Traveler Information System", Computer, Environment and Urban Systems, vol. 21, No. 5, pp. 359–372, 1997.

Lessard, Robert, "The Use of Computer for Urban Transit Operations", IEEE—IEE Vehicle Navigation & Information systems Conference, Ottawa, VNIS 1993, pp. 586–590.

Sommerville, Fraser, et al., "Reliable Information in Everyone's Pocket—a Pilot Test", IEEE, vol. 1927, Mar. 1994, pp. 425–428.

"PROMISE—Personal Mobile Traveller and Traffic Information Service—Specification of Promise Services, Ver. 7", Telematics Application Programme A2, Transport, Jul. 1, 1996.

"PROMISE—Personal Mobile Traveller and Traffic Information Service—Genetic Promise System Architecture, Ver. 2", Telematics Application Programme A2, Transport, Sep. 10, 1996.

PROMISE—Personal Mobile Traveler and Traffic Information Service—Summary of Promise Public Relation Activities, Ver. 1, Telematics Application Programme A2, Transport, Feb. 12, 1999.

"PROMISE—A Personal Mobile Traveller and Traffic Information Service—Abstract", The Institution of Electrical Engineers, 1997.

Sommerville, Fraser, et al., "The Promise of Increased Patronage", The Institution of Electrical Engineers, 1993, pp. 3/1–3/4.

"Automatic Transit Location System", Washington State Department of Transportation, Final Report, Feb. 1996.

"Advanced Traveler Aid Systems for Public Transportation", Federal Transit Administration, Sep. 1994.

"Advanced Vehicle Monitoring and Communication Systems for Bus Transit: Benefits and Economic Feasibility", U.S. Department of Transportation, Urban Mass Transportation Administration, Sep. 1991.

Leong, Robert, et al., "An Unconventional Approach to Automatic Vehicle Location and Control for Urban Transit", IEEE 1989, pp. 219–223.

"1994 Vehicle Navigation & Information Systems Conference Proceedings", Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 807–810.

"Vehicle Navigation & Information Systems Conference Proceedings—P–253, Part 2", Society of Automotive Engineers, Inc., Oct. 1991.

Vehicle Navigation & Information Systems—Conference Record of Papers presented at the 3rd Vehicle Navigation & Information Systems Conference 1992., Reso Hotel, Osio Plaza., pp. 49–52.

Nelson, J. Richard, "Experience Gained in Implementing an Economical Universal Motorist System"., IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 67–71.

"The Cassiope/Eurobus Approach", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS, 1993, pp. 79–81.

Kihl, Mary, "Advanced Vehicle Locations System for Paratransit in Iowa", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 381–384.

Gault, Helen, et al., "Automatic Vehicle Location and Control at OC Transpo", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 596–600.

Vehicle navigation & Information System—Conference Record of Papers presented at the First Vehicle Navigation and Information Systems Conference (VNIS '89), Sep. 11–13, 1999, pp. 602–605.

Heti, Gabriel, "Travelguide: Ontario's Route Guidance System Demonstration", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. A13–A18.

Jeffrey, D.J., et al., "Advanced Traveller Information Systems in the UK: Experience from the Pleiades and Romanse Projects", IEEE—IEE, Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 309–313.

Sweeney, Lawrence, E., et al., "Travinfo: A Progress Report", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 315–320.

Shimamura, Yta, et al., "Combined Position Detection System for Pedestrian/Train Mode", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 603–606.

Zavoli, Walt, "Customer Location Services", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 613–617.

Tanaka, Yoshimi, et al., "Automatic Traffic Information Provision System Utilizing Facsimile and Telephone (Now Operating in Osaka), 1994 Vehicle Navigation & Information Systems Conference Proceedings", Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 627–632.

McDonald, Mike, et al., "Romance (Road Management System for Europe) Project", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. A–11–A–14.

Scott III, Robert H., "Computer–Aided Dispatch," 1998, pp. 46–50.

Moore, Rodney J., "Hold the Phone!", American Demographics, Ithaca, Jan./Feb. 1996, p. 68.

Delong, Jr., Edgar S., "Making 911 even better", Telephony, Dec. 14, 1987, pp. 60–63.

Bruzek, Frank J., "Class Calling Service—A Consumer Service Perspective", Globecom '85 Global Telecommunications Conference, Dec. 2–5, 1985, vol. 1 of 3, pp. 11.4.1–11.4.4.

Powell, R., et al., "Real Time Passenger Information System for the Romanse Project", Colloouin Digest—IEE, Boston, Sep. 1993, pp. 9/1–9/3.

Huber, Paul, "Public Transport Information Systems in Munich", Intelligent Transport Systems World Congress '95—Second Wold Congress on Intelligent Transport Systems, Yokahama, Japan., Nov. 9–11. 1995, pp. 2362–2366.

Ronez, Nicholas, et al, "GIS–Based Transit Information Bolsters Travel Options", GIS World, vol. 6, part 7, Jun. 1995, pp. 62–64.

Catling, Ian, et al., "TABASCO—Improving Transport Systems in Europe", Pacific Rim TransTech Conference, Jul. 30–Aug. 2, 1995, 995 Vehicle Navigation & Information Systems Conference Proceedings, Washington State Convention and Trade Center, Seattle, Washington, USA, pp. 503–507.

Dailey, D.J., "Demonstration of an Advance Public Transportation System in the Context of an IVHS Regional Architecture", Proceedings of the First World Congress on Applications of Transport Telematics and Intelligent Vehicle–Highway Systems, Nov. 30–Dec. 3, 1994, Paris, France, pp. 3024–3031.

Hubner, Paul, "Advance Public Transportation Information in Munich", International Conference on Public Transport Electronic Systems, Conference Publication No. 42, Jun. 1996.

Thompson, S.M., et al., "Exploiting Telecommunications to Delivery Real Time Transport Information", Road Transport Information and Control, Apr. 21–23, 1998, pp. 59–63, Conference Publication No. 454 IEE 1998.

Kaminitzer, David, et al., Driver Information Systems: Influencing your Route, IEE Seminar, Mar. 3, 1999, pp. 5/1–5/5.

"Board Cites ATC in Spokane Near Miss", Article in Aviation Week & Space Technology, Mar. 28, 1977, URL: http://www.aviationnow.com.

Shifrin, Carole A., "Gate Assignment Expert System Reduces Delays at United's Hubs", Article in Aviation Week & Space Technology, Jan. 25, 1988.

"United Airlines applies TI's advance technologies to improve gate management at major airports", Article in Business Wire, Inc., Nov. 19, 1987.

Musich, Paula, "Airline Designs Software to move planes, people; Unite Airline's use of Covia Corp.'s Open Systems Manager, Connectivity Section", Article in PC Week, Jun. 7, 1988, vol. 5, No. 23, p. C11.

Stoll, Marilyn, "Systems help Airlines Manage Gate Schedules; Connectivity Supplement", PC Week, Jul. 25, 1988, vol. 5, No. 30, p. C4.

US 6,748,320 B2

Page 5

Reddy, Shyamala, "Traveling LAN: United Airlines Networks Its Terminals", Article in The Local Area Network Magazine, Jan. 1990, vol. 5, No. 1, p. 108.

Fisher, Sharon, "Networked Airport Systems help Travelers find their way; United Airlines subsidiary Covia Corp. devices integrated network.", Article in Software Magazine, Mar. 15, 1990, vol. 10, No. 4, p. 31..

Henderson, Danna K., "Automation Takes aim at airports: the power of the networked PC unleased on passenger handling and ramp activities worldwide.", Article in Air Transport Wold, Aug. 1990., vol. 27, No. 8, p. 52.

"United Airlines introduces United Cargo Plug I, a new cargo computer system to serve freight forwarders", Business Wire, Oct. 22, 1990.

Miller, Barry, "Special Report: Airline Equipment, Service Center", Aviation Week & Space Technology, Aug. 25, 1975, p. 51.

Lyon, Mark W., "Cargo Net Debate Splits Industry", Journal of Commerce, Specials, p. 4, Jul. 27, 1992.

Davies, I.L., et al., "Electronics and the Aeroplane", Proceedings of the Institution of Electrical Engineers, Paper No. 7604, delivered before the IEE Electronics Division, 29th Oct. 1975.

"Global Niche", Flight International, Sep. 26, 1990.

"Real–Time Briefings", Aviation Week and Space Technology, Oct. 13, 1986.

Flanagan, Mike, et al., "Amelia Earhart—Mystery Still Clouds Soaring Achievements", Chicago Tribune, Jul. 5, 1987, Final Edition, p. 5, Tempo Woman.

"Official Airline Guides", Airports®, Nov. 20, 1990, Around Airports, vol. 7, No. 47, p. 485.

"Automation System Gains Acceptance", Aviation Week & Space Technology, Nov. 23, 1992, vol. 137, No. 21, p. 97.

Klass, Philip, "French Testing Ground–Derived MLS", Aviation & Space Technology, Avionics, p. 56, Dec. 15, 1975.

"Forecast Realized for ATC System", Aviation & Space Technology, Mar. 17, 1975, Avionics, p. 168.

Henderson, Danna, et al., "Ionworks: American West Automates New Phoenix Terminal Fully Integrated System to Handle Customer–Service Demands (America West Airlines Inc) (Includes Related Article Automation of passenger Service at Airports)", Airport Transport World, May 1, 1991. vol. 62.

3 Pages from a web site search under http://mit.edu/afs/net.mit/edu/project/attic/usa–today/tech/37, Jun. 12, 2003.

"What's New in passenger Handling Equipment", Air Transport World, vol. 24, p. 62, Sep. 1987.

"Senator Urges Acceleration of Navstar", Aviation & Space Technology, Avionics, p. 153, Oct. 3, 1983.

"AFSC Broadens Joint Program Efforts", Aviation & Space Technology, System Acquisition, p. 83, Jul. 19, 1976.

Herskovitz, Don, "GPS Insurance Antijamming the System; Brief Article", Journal of Electronic Defense, Dec. 1, 2000, Nov. 12, vol. 23, p. 41.

Hambly, Richard M., et al., "Aircraft Traffic Management on the Airport Surface Using VHF Data Link for CNS", IEE AES Systems Magazine, Mar. 1995, pp. 9–13.

Berzins, G., et al., "INMARSAT: Worldwide Mobile Satellite Services on Seas, in Air and on Land", Space Technology, vol. 10, No. 4, pp. 231–237, 1990.

Jenney, L.L., et al., "Man as Manager of Automated Resources in an Advanced Air Traffic System", J. Aircraft, vol. 12, No. 12, Dec. 1975.

"Routing & Scheduling System improvements from RTSI; Routing Technology Software, Inc.; Product Announcement", Modern Brewery Age, vol. 43, No. 3, p. 11S, Jan. 20, 1992.

Yanacek, Frank, "Hitching to the stars; satellites for shipment tracking", Research Information Transportation Journals, Combined, No. 6, vol. 29, p. 16.

Stoll, Marilyn, "For–on–the–road firms, hand–held terminals are pivotal. Connectivity", Research Information Transportation Journals, Combined, No. 34, vol. 5, p. C11.

"IBM and Hunt to Market New Truck Tracker; International Business Machines", J.B. Hunt Transport Services; Brief Article, No. 210, vol. 101, p. 4.

Klass, Philip J., "Two Carriers Plan Automatic Data Link", Aviation Week and Space Technology, Air Transport Section, May 23, 2977, p. 36.

"Data Link Evolved Over Three Decades", Aviation Week and Space Technology, Air Transport Section, May 23, 1977, p. 36.

Klass, Philip J., "American to Install Printers in Cockpits", Aviation Week and Space Technology, Avionics, Jul. 21, 1980, p. 56.

Lefer, Henry, "Computers on a boon to E&M, but at a price", Air Transport World, vol. 23, p. 53, Feb. 1986.

Donaghue, J.A., "Choice of Data Link Systems Expands as New Generation Hits the Market", Air Transport World, vol. 20, p. 58, Apr. 1983.

Klass, Philip J., "Digital Network Could Improve Aircraft Links to Operations, ATC", Aviation Week and Space Technology, International Air Transport Section, vol. 131, No. 21, p. 121, Nov. 20, 1989.

Board Cites ATC in Spokane Near Miss, Article in Aviation Week & Space Technology, Safety Section, Mar. 28, 1977, p. 59.

"Vicorp Interactive Systems", Aviation Daily, Aviation Suppliers Section, vol. 309, No. 17, p. 147.

Neumann, Dr. Horst, "ATC Concepts with Extensive Utilization of Automatic Data Processing", pp. 4–1 to 4–9; No Publication Information or Date Information Provided.

Maxwell, Robert L., "Automation Possibilities in Air Traffic Control", pp. 561–563, No Publication Information or Date Information Available.

"History of GPS", 3 pages, No Publication Information or Date Information Available.

"Road Transport Research—Intelligent Vehicle High Systems—Review of Field Trials", prepared by An OECD Scientific Expert Group, pp. 1–101, Organisation for Economic Co–Operation and Development—No Date Information Available.

Ratcliff, Robert, et al., Transportation Resources Information Processing System (TRIPS), pp. 109–113, No Publication Information or Date Information Available.

Balke, Kevin,, et al., Collection and Dissemination of Real–Time Travel Time and Incident Information with In–Vehicle Communication Technologies, pp. 77–82, No Publication Information or Date Information Available.

RLM Software, "FlightView" Maintenance Guide (Labeled as Ex.7), Copyrighted 1995 (12 Pages).

RLM Software, "FlightView Workstation" User's Guide, Version 1.05, 1997 (48 Pages).

Computer Screen Images of "FlightView" software program (Labeled as "Ex. 3") (8 Pages).

US 6,748,320 B2

Page 6

Washington International Airport Terminal Observation Lounge, "Exhibit Development Progress Work Sheets, Baltimore", Cambridge Seven Associates, Inc., Dec. 2, 1993, (Labeled as "Ex. 4") (36 pages).

Document entitled "Story Board—ASD Interactive, BWI Observation Lounge" (Labeled as Ex. 5) (9 Pages).

RLM Software, Inc., "Flight Table"—Production Specification Document, Mar. 1996, (3 Pages).

RLM Software, Inc., Diagram and Literature regarding "FlightView—Flight Operation Workstation", (Labeled as Ex. 9) (5 Pages).

Letter from American West Airlines dated Apr. 24, 1996, and Software Lice and Maintenance Agreement Between RLM Software, Inc. and American West Airlines, Inc., (Labeled as Ex. 15) (35 Pages).

* cited by examiner







FIG. 3



FIG. 4



FIG 5



FIG 6



FIG 7

**VCU** — 12

- GLOBAL POSITIONING SENSOR (GPS) TRACKING SENSOR — 25a
- COMPUTER CONTROLLER (CC) — 22a
- CELLULAR TRANSCEIVER (CT) (WIRELESS COMMUNICATION) — 18a
- USER INPUT CONTROLS (UIC) (BUTTONS, BAR CODE READER, IGNITION SWITCH, ETC.) — 21a
- LIQUID CRYSTAL DISPLAY (LCD) — 33a

**BSCU MODULES LINKED OVER COMPUTER NETWORKS** — 14

- WIRELESS TRANSCEIVER (WT) (VEHICLE COMMUNICATION) — 26
- VEHICLE LOCATION DATA BASE (VLDB) — 14a
- MAPPING SOFTWARE DATA BASE (MSDB) — 14b
- NOTIFICATION DATA BASE (NDB) — 14c
- USER REQUESTS DATA BASE (URDB) — 14d

**PERSON'S COMPUTER LINKED TO COMPUTER NETWORK** — 29

- MESSAGE ON PERSON'S COMPUTER SCREEN OF IMPENDING VEHICLE ARRIVAL — 36a

10



FIG. 8



FIG 9

VCU

COMPUTER CONTROLLER (CC)

CELLULAR TRANSCEIVER (CT) (WIRELESS COMMUNICATION)

USER INPUT CONTROLS (UIC) (BUTTONS, BAR CODE READER, IGNITION SWITCH, ETC.)

LIQUID CRYSTAL DISPLAY (LCD)

BSCU MODULES LINKED OVER COMPUTER NETWORKS

WIRELESS TRANSCEIVER (WT) (VEHICLE COMMUNICATION)

VEHICLE LOCATION DATA BASE (VLDB)

ATTEMPT TO DELIVER FROM VEHICLE (AID)

ROUTE LIST WITH ORDER OF DELIVERY (RL)

PERSON'S COMPUTER LINKED TO COMPUTER NETWORK

MESSAGE ON PERSON'S COMPUTER SCREEN OF IMPENDING VEHICLE ARRIVAL

MAPPING SOFTWARE DATA BASE (MSDB)

NOTIFICATION DATA BASE (NDB)

USER REQUESTS DATA BASE (URDB)



FIG 10



FIG 11



FIG. 12



FIG. 13



FIG 14



Case 1:05-cv-21046-JLK    Document 1    Entered on FLSD Docket 04/15/2005    Page 126 of 336



FIG. 16



FIG. 17



FIG. 18





WHAT IS THE VEHICLE LOCATION DETERMINING FACTOR (VLDF)? 99

WHAT IS THE VEHICLE'S CURRENT LOCATION? 100

WHAT IS THE DESTINATION OF THE NEXT STOP OR LOCATION? 101

SEND AND PROCESS INFORMATION 102

103

ROADS AND STREETS ABOUT TO BE TRAVELED
TIME OF DAY
DAY OF WEEK
WEEK OF YEAR
ALL RESETS OR CHANGES OCCURRING WITH PAST ROUTES
= AVERAGE OVERALL
= AVERAGE FOR THIS DAY / TIME

VLDF = (100)

VLDF IS (100) 104

FIG 21



**FIG 22**





**FIG. 25**



FIG. 26



FIG. 27



FIG. 26



FIG. 20





FIG. 31



FIG. 32







FIG. 35







FIG. 36





FIG. 41



FIG. 43



FIG. 40



FIG. 42



FIG 44



FIG. 45



**FIG. 47**

BASE STATION CONTROL
PROCESS #2

14

54 — COMMUNICATE VEHICLE LOCATION AND / OR OTHER INFORMATION WITH VCUS

55 — STORE VEHICLE INFORMATION

56 — RECEIVE REQUESTS FOR VEHICLE INFORMATION FROM PERSONS COMPUTERS EQUIPPED WITH ANS SOFTWARE

57 — LOOKUP VEHICLE INFORMATION ASSOCIATED WITH VEHICLE LOCATION, ROUTE OR STOP ADDRESS, ETC.

58 — IF INFORMATION IS AVAILABLE, SEND INFORMATION BACK TO PERSONS COMPUTER

**FIG. 46**

BASE STATION CONTROL
PROCESS #1

14

47 — COMMUNICATE VEHICLE LOCATION AND / OR OTHER INFORMATION WITH VCUS

48 — STORE VEHICLE INFORMATION

49 — STORE USER NOTIFICATION PREFERENCES

50 — DETERMINE ROUTE LIST ORDER AND ROADS TO BE TAKEN BY DRIVER OF DELIVERY VEHICLE

51 — DETERMINE LOCATIONS TO ACTIVATE IMPENDING ARRIVAL MESSAGES FROM GPS LONGITUDE LATITUDE NUMBERS ON A MAP

52 — IS A VEHICLE AT A LOCATION TO ACTIVATE AN IMPENDING ARRIVAL MESSAGE?

53 — SEND MESSAGE TO PERSONS COMPUTER OF VEHICLE'S LOCATION



FIG. 48



FIG. 49



US 6,748,320 B2

**1**

ADVANCE NOTIFICATION SYSTEMS AND
METHODS UTILIZING A COMPUTER
NETWORK

CLAIM OF PRIORITY AND CROSS
REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No.
08/852,119, filed May 6, 1997, which is incorporated herein
by reference.

FIELD OF THE INVENTION

The present invention generally relates to data commu-
nications and information systems and, more particularly, to
advance notification systems and methods for notifying
users in advance of the impending arrival of a vehicle or
user, for example but not limited to, a bus, train, delivery
van, plane, fishing vessel, or other vessel, or user walking or
riding, to or at a particular stop.

BACKGROUND OF THE INVENTION

There are many situations when it is desirable for people
to know of the approximate arrival time of a particular
vehicle, the distance of a particular vehicle approaching,
when a vehicle crosses particular location points, and when
a particular vehicle is leaving its last stop, all shortly before
the vehicle is to arrive at a particular destination. With such
information, passengers, users, and companies can adjust
their schedules accordingly and avoid having to wait on a
particular vehicle to reach a particular destination. For
example, a user having to pick up a friend or relative at a
commercial bus station either has to call the bus station to
find out the approximate arrival time (information which is
oftentimes unavailable) or plan on arriving at the bus station
prior to the scheduled arrival time of the bus and hope the
bus is not delayed.

Another example includes a user walking and carrying a
device such as a mobile phone or communication device
with a location device, such as global positioning system
(GPS) receiver, connected for sending location information
to a control unit. This control unit can broadcast a user
impending arrival time, distance to be traveled before
arriving, specific location points and/or the time when
leaving their last stop. This information may be broadcast to
an employer, spouse, parent, or other user, when the vehicle/
user reaches a predetermined location.

Another example involves school children that ride school
buses. School children who ride buses to school often have
to wait at their bus stops for extended lengths of time
because school buses arrive at particular bus stops at sub-
stantially different times from one day to the next. The
reason is that school buses are not always the best-
maintained vehicles on the roads, frequently operate during
rush hour traffic, and must contend with congested urban/
suburban conditions. As a result, school children are forced
to wait at their bus stops for long periods of time, oftentimes
in adverse weather conditions, on unlit street corners, or in
hazardous conditions near busy or secluded streets. If it is
raining, snowing, windy and cold, and/or even dark, such
conditions can be unhealthy and unsafe for children.

Yet another example is in the commercial overnight
package delivery industry, wherein packages are delivered
on a tight schedule.

It is desirable to notify a user at a delivery stop for better
customer preparation as the vehicle approaches. By the
customer becoming better prepared and a delivery driver

**2**

being able to deliver more packages per day, an overnight
package delivery company can increase profits by requiring
fewer vehicles to deliver more packages in a business day.
Additionally, individuals already try to project the arrival of
a vehicle or package by online package tracking services
provided by commercial delivery companies, such as the
United Parcel Service (UPS), Federal Express (FED-X), and
others. Although traditional methods used in determining
when a vehicle is to arrive at a stop is effective in some
cases, a more precise method using a pre-warning message
can be more helpful in providing accurate information.
Currently, such vehicles, in order to ensure being able to
deliver all packages in the same day, keep loads at a lower
capacity and often predetermine the need for excessive
waiting times at a percentage of vehicle stops when cus-
tomers react slowly to their arrival.

Thus, generally, it would be desirable for a user to know
when a vehicle (such as a bus, truck, train, plane, user, or the
like) is (a) a particular time period (for example, number of
minutes or seconds) away from arriving at a destination, (b)
a particular distance (for example, number of miles or
height) away from the destination, or (c) at a particular
location among a set of location points, so that the user can
adjust his/her schedule and avoid arriving too early or too
late.

In the past, in order to combat the arrival time problem in
the context of school buses, student notification systems
have been employed that use a transmitter on each bus and
a receiver inside each student home. U.S. Pat. No. 4,713,661
to Boone et al. and U.S. Pat. No. 4,350,969 describe systems
of this type. When the school bus and its on-board trans-
mitter come within range of a particular home receiver, the
transmitter sends a signal to notify the student that his/her
school bus is nearby. While such notification systems work
satisfactorily under certain circumstances, nevertheless,
these systems are limited by the range of the transmitters and
require the purchase of relatively expensive receivers for
each student. In addition, such systems provide little flex-
ibility for providing additional information to the students,
such as notifying them of the delayed arrival of a bus,
alternative bus route information, or information regarding
important school events.

SUMMARY OF THE INVENTION

Briefly described, the present invention provides for
advance notification systems and methods for notifying a
user of an impending arrival of a vehicle as the vehicle
approaches a particular stop. Notification of a vehicle arrival
may be in the form of, but not limited to, predefined
locations, predefined times, and/or predefined distances, and
may occur when the vehicle is leaving its last stop before
approaching the particular stop. The advance notification
system generally comprises a vehicle control unit (VCU)
disposed on each vehicle and a base station control unit
(BSCU) which is configured to communicate with all of the
vehicle control units and with a user computer, pager,
television, and/or telephone.

The VCU includes different types of configurations, based
on the system application. In a first system configuration a
vehicle control unit includes a vehicle communication
mechanism controlled by the vehicle control mechanism, a
global positioning system (GPS) location device or package
delivery indicator for determining actual vehicle
positioning, and, optionally, one or more input devices, e.g.,
a bar code scanner, hand held remote data entry device, or
switches (such as buttons) that may be operated by the

**3**

vehicle driver, for the purpose of relaying messages to the BSCU. The control mechanism is adapted to initiate or receive data communications utilizing the vehicle communication mechanism when the vehicle location and/or package delivery information needs to be uploaded to the BSCU. In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone, radio frequency (RF) transceiver, or other suitable device.

In a second system configuration, the vehicle control unit includes a vehicle communication mechanism controlled by the vehicle control mechanism, and/or sensors (e.g., global positioning system receiver, door opening, package delivery indicator, ignition switch input, etc.) which convey to the vehicle communication mechanism their vehicle sensor information for determining location.

In a third system configuration, the vehicle control mechanism and sensors include the packages and delivery list for signaling to the vehicle communication mechanism and the vehicles' stops. The BSCU determines each stop address and/or time of last delivery for the timing of each message to the user computer address.

The control mechanism is adapted to initiate communication utilizing the vehicle communication mechanism when the time elapsed and/or traveled distance of the vehicle at any of the particular positions is either ahead of or behind the scheduled time and/or on a regular basis and/or when a delivery is made, and/or when polled by the BSCU. In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone's voice or data channels, radio frequency (RF) transceiver, or other suitable device.

The BSCU has a base station communication mechanism and a base station control mechanism for controlling the base station communication mechanism. The base station communication mechanism receives the vehicle identification and location information and/or delivery information from the VCU. The base station control mechanism may be configured to store vehicle location, compare locations and/ or deliveries with a mapping data base, compare user definable requests for advance notification of the vehicle's impending arrival, and send information to users' computers, pagers, televisions, and/or telephones for the advance arrival of a vehicle. Additionally, one or more functions of the BSCU internal modules/components may be linked to remote sites, such as a user computer. In one BSCU configuration, a user wishing to be notified of the impending arrival of a vehicle may share some or all part/s of the BSCU operation with software running on a user computer. In this example the user computer equipped with advance notification software may have the control mechanism for comparing locations with a mapping database, comparing user definable requests for advance notification of the vehicle's impending arrival and the ability to receive vehicle locations, deliveries from a vehicle, BSCU collecting vehicle location and/or delivery information. The computer messages to be displayed with or without audio before the vehicle arrives on a user computer is achieved from networking software and/or advance notification software on the computer network or a user computer. Moreover, when the configuration is set-up on a person's computer, the computer can activate paging to a pager and telephone calls to other locations with a modem and software for forwarding messages. The preferred mechanism for displaying the arrival of the vehicle at a particular stop location is a remote BSCU sending messages to a user computer over a computer network with or without additional advance notification

**4**

software, a user computer with advance notification software and receiving vehicle location/delivery information from a vehicle or remote BSCU storing vehicle location information. In the preferred embodiment, the base station communication mechanism is a modem communication device, such as a telephone, RF, cable modem, or combination thereof, for communicating with the vehicle communication mechanism and also comprises at least one telephone modem, RF modem, or cable modem for sending information to users' computers, receiving information from a BSCU with vehicle location information and/or a computer network for linking BSCU mechanisms over a network to a user computer. Additionally, connecting a television to a user's computer and the user's computer operating software/hardware for displaying images onto a person's television screen when a vehicle is approaching. This type of display is accomplished in many different methods including, over existing programming, similar to on screen programming/remote control commands displays.

The advance notification message is to advise a user of the impending arrival of the vehicle. Preferably, a computer can exhibit a distinctive video and sound so that the message recipient will be informed of the arrival of a vehicle. A user computer may exhibit a display on the monitor or attached television of a video and/or sound, so that the recipient may be notified of the vehicle time of arrival, distance before arriving, particular location, and/or its last stop, all of which are predefined by the user, passenger, or service provider.

In accordance with a significant feature of the present invention, the computer network is used to advise users of a vehicle's impending arrival. Moreover, a user computer may display an impending time of arrival, distance to be traveled before arriving and the vehicle's actual location on a map when the vehicle reaches a predetermined location.

It should be emphasized that while the present invention is particularly suited for commercial overnight delivery applications, there are many other applications. As examples, the advance notification system and method of the present invention could be employed with commercial buses, trains, planes, pickup vehicles, fishing vessels, other transportation vehicles, delivery vehicles, and individuals carrying location devices and/or delivery sensors and/or other sensors for determining location by a remote computer for advance notification messaging.

Other features and advantages of the present invention will become apparent from the following drawings. All such additional objects, features, and advantages are intended to be included herein.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating the principles of the present invention. Moreover, like reference numerals designate corresponding parts throughout the several views.

FIG. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a delivery truck system, as an example, the advance notification system generally comprising a vehicle control unit (VCU) in communication with a base station control unit (BSCU), which is in turn in communication with a customer computer and/or computer address, the customer computer then offers a video and/or audio display.

FIG. 2 is a high level schematic diagram of an advance notification system of the present invention as applied to a

US 6,748,320 B2

5                                              6

delivery truck system, as an example, the advance notification system generally comprising a VCU in communication with a BSCU, which is in turn in communication with a customer computer and/or computer address, a customer's business or home telephone, a customer's mobile phone, a customer's wireless pager, and a customer's television, these devices offer an improved method for notifying a person of the impending arrival of people or vehicles.

FIG. 3 is a high level flow chart diagram of the advance notification system of the present invention as applied to a delivery truck system, as indicated in this diagram, the advance notification system generally comprises a vehicle monitoring process for determining the location of vehicle's remotely, a messaging component for sending electronic messages when a vehicle reaches a predetermined point prior to the arrival at a person's stop, and a person's computer connected to a network (e.g., Internet) for receiving and displaying an impending arrival message.

FIG. 4 is a high level flow chart diagram for determining when to use a second method of sending an impending arrival message to a person. This diagram shows how a telephone call can be activated first and if unsuccessful, determined by the retry attempts in this diagram, secondly sends a computer message. Asking an individual receiving an electronic message to respond could reverse this and if no response was received back, a telephone call to the person would be made. Also worth noting, the messaging method to an individual could always be one, both, or others.

FIG. 5 is a high level flow chart diagram of different messaging options. While one method is suitable for some people, two or more different type messaging methods are more likely to be effective for others. The diagrams show the options for receiving impending arrival messages as a message to a computer address, a telephone call with a message (if answered), a message on a pager, and a message to a person's television address.

FIG. 6 is a high level flow chart diagram for activating an impending arrival message when electronic mail (E-Mail) is received on a person's computer or at a person's computer address. An impending arrival message in the form of an electronic message or more commonly known as E-Mail, activates additional software, setup with user preferences, for tailored audio announcements and video displays.

FIG. 7 is a high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual module configurations. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a user's computer address a message when a vehicle is approaching and also used as an overview of FIG. 1.

FIG. 8 is another high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual modular configurations. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a user computer vehicle location information only, for the user computer to determine when to notify the user and send a message to the computer screen and also by audio means, when a vehicle is approaching.

FIG. 9 is another high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual modular configuration preferences of different systems. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a message about the next stop to a users computer as the last delivery (prior to the impending stop) is made and thus notify the user via a message on a computer screen and audio means, when a vehicle is approaching.

FIG. 10 is another high level modular diagram of the overall operation of the advance notification system described as system configurations and necessary to show the differences of individual modular configuration preferences of each system. Additionally, this configuration is a simple diagram of an advance notification system, designed to determine a vehicle location by a stop, or delivery at a particular location, without GPS or normal location devices on the vehicle. This system determines vehicle location from a delivery list and acknowledgment of each delivery to the BSCU. The address and distance to the next stop is determined by routing software, mapping software, past records of travel, and actual traffic data systems, compared in the BSCU to determine time, distance, and actual vehicle location prior to a user stop. The ability to notify a user computer as the pre-selected advance notification preferences are activated allows the system to notify the user of a message on a computer screen and/or by audio means when a vehicle is approaching. Other combinations of the configurations (FIG. 7 through FIG. 10) are used based on application, business, and customer needs.

FIG. 11 is a high-level schematic circuit diagram of the VCU. The VCU is designed to be a compact unit with a generally rectangular housing that is mounted preferably on or in front of the dashboard of the vehicle in view of and within reach of the vehicle driver. In the housing, the microprocessor controller is interfaced with the transceiver by a transceiver jack (preferably a conventional 8[][]conductor telephone jack when transceiver is a mobile telephone), and the transceiver includes an antenna for transmitting and/or receiving signals to and from the BSCU. Further, the VCU includes a liquid crystal display (LCD) module disposed for external viewing of the display by the driver and for providing information to the driver, as described previously.

FIG. 12 is a low level block diagram of the VCU of FIG. 11.

FIG. 13 is a flow chart of a vehicle control process for the VCU and BSCU.

FIG. 14 is an example of a route list after calculations have determined the route stop order and the time between stops. The left side shows GPS longitude/latitude coordinates and estimated time between stops that is maintained in the VCU database, while the right side shows the mailing address and stop number to be displayed on an LCD.

FIG. 15 is a diagram showing how to determine route stop timing events with past route averages and actual live inputs from VCU's for a combined calculation for better estimations of a vehicle actual location between communication updates and improved accuracy of impending arrival messages.

FIG. 16 is a diagram of an event schedule for sequencing and activating of impending arrival messages from predetermined locations, time before arrival and distance before arrival of a particular vehicle.

FIG. 17 is an example diagram of a messaging event sequence when sending messages to users before the vehicle arrives. Moreover, it shows an update message used when a particular vehicle is delayed. The update message is used when a person is notified and waiting on a vehicle to arrive, but the vehicle is delayed after passing the activation point for sending the first message.

FIG. 18 is a flow chart of when a second or third message is used and how the BSCU determines the activation of these messages.

FIG. 19 is a diagram of an example of a method for determining vehicle location without the vehicle being equipped with a location device, such as a GPS, or other devices used for odometer/distance reading device, etc., in an advance notification system. This flow chart diagram illustrates a method for determining vehicle location from a delivery list, actual delivery or attempt to deliver notices and route determining software in the BSCU and/or a user computer. The route and/or mapping software determines the vehicle path (roads) to the next stop and then calculates the distance from mapping software. Furthermore, the vehicle location is associated with time for determining a moving vehicle location. This vehicle location/time is calculated from past route data, mapping software of speed limits, stops signs, red lights, etc. and/or traffic monitoring systems with sensors normally located along the roadside. It also provides an inexpensive means for determining a vehicle time, distance, and/or location away from a home or business for activating an advance notification message of an impending arrival of a vehicle from different user preferences.

FIG. 20 is a flow chart of a simple and low cost advance notification system for notifying users of the impending arrival of a particular vehicle, when the vehicle leaves it's last (prior) stop, and on it's way to the user's stop.

FIG. 21 is a high level flow chart for determining the reliability of a vehicle's location without constant communication. A vehicle's location determining factor (VLDF) is calculated by the BSCU from past route averages, including roads/streets, time of day, vehicle driver, day of week, week of year (holidays normally take more time), and averaged for a particular route, time, and day.

FIG. 22 is a diagram of an example of the communication flow of an advance notification system using a computer network. The BSCU is equipped with a computer network site for interfacing and displaying information on a person's computer for setting up and starting the advance notification service. Additionally shown is how the personal preferences are processed and impending arrival messages are activated when the vehicle's location matches the personal preferences.

FIG. 23 is a high level flow chart for determining when to use a cycle communication protocol. This chart discloses one method for lowering communication while a vehicle is in route for an advance notification system.

FIG. 24 is a high level flow chart for showing the methods for determining when to program a VCU with cycle communication before a route starts.

FIG. 25 is a high level flow chart of a user computer equipped with software for displaying audio and video, and moreover, the user preferences for playing audio and/or video displays when impending arrival messages are received.

FIG. 26 is a diagram and example for accessing and receiving advance notification information when accessing an Internet or computer site page.

FIG. 27 is a table used for determining activation points for impending arrival messages. The roads and locations are normally taken from past records and mapping software for placing a user's request at particular location mapping points associated with a distance, time, or other location activation areas for starting an impending arrival message.

FIG. 28 is a graphic of a map showing impending arrival activation points when a user request is compared with

distance, time, or locations, for activating an impending arrival message/s.

FIGS. 29 through 39 is diagrams of user preferences and on-screen displays of the advance notification system, as a user is connected over a computer network and/or is operating proprietary software.

FIG. 29 is a diagram and example of an on-screen display of a user connecting to a internet computer site/location. To sign-up for the advance notification service a user has the ability to download the software for additional displays and audio options or to signup on-line through a computer connection.

FIG. 30 is a diagram and example of an on-screen display for entering the users home or business address, telephone number, and computer address (not shown). It would also be obvious to enter pager numbers, mobile phone numbers, cable television box identification numbers and other communication hardware addresses that would notify the user of an impending arrival of a vehicle, when the vehicle reaches a predefined location, time, prior stop, or distance.

FIG. 31 is a diagram and example of an on-screen display for showing the user location on a map and how the location is confirmed by the user.

FIG. 32 is a diagram and example of an on-screen display for providing the user with a choice of different type notification messages based on the type or category of selected vehicles. This allows (if optioned) the user, as an example, to receive an impending arrival message from a school bus when the school bus is five minutes away and an impending arrival message from a delivery truck when the vehicle is two miles away.

FIG. 33 is a diagram and example of an on-screen display of user options for being notified when a vehicle is at a predetermined time, distance, or particular location. This screen is not shown when a vehicle or company predefines when an impending arrival message is sent.

FIG. 34 is a diagram and example of an on-screen display for adjusting the amount of time before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (FIG. 28).

FIG. 35 is a diagram and example of an on-screen display for adjusting the amount of distance before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (FIG. 28).

FIG. 36 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a circle perimeter around a stop or location. The activation points are at the outside areas of the circle and matching road/street addresses.

FIG. 37 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a grid perimeter around a stop or location. The activation points are at the outside areas of the grid area/s and matching road/street addresses.

FIG. 38 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a perimeter around a stop or location by placing street markers onto a map roads and streets. The activation points are the street markers located at the road/street addresses. Additionally, (not shown) all roads/street markers should close a perimeter around a users home or business.

US 6,748,320 B2

9

FIG. 39 is a diagram and example of an on-screen display for user options and needed for selecting methods of receiving impending arrival messages over a computer network to a user computer and/or ringing a user telephone. Although not shown in this configuration and illustration, other messaging methods, such as a personal pager, a mobile phone, a cable television box, or other communication devices could be used to notify a user when a vehicle reaches a predetermined location, time, prior stop, or distance, and therefore could be added to FIG. 39.

FIG. 40 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's next stop in a text format for the driver. This text format could be changed to show a map with highlighted roads to the next stop or actual directions (not shown).

FIG. 41 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order and the next stop/delivery to be made, as highlighted.

FIG. 42 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop/delivery to be made, and a stop that has been moved (lower highlighted area with (M) on left side) from an earlier route stop, as previously indicated in FIG. 41.

FIG. 43 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop/delivery to be made, and a stop that has been rescheduled from an attempted delivery (lower highlighted area with (AR) on left side) from an earlier route stop.

FIG. 44 is a diagram and example of a vehicle control unit (VCU) and a flow chart showing a method for determining when the route list is completed and sending additional information to the VCU display for the driver to return to a loading area, as an example.

FIG. 45 is a flow chart diagram of a personal computer operating advance notification software and communicating with the BSCU for actual vehicles, and said vehicles' related information, that are approaching their stop. Additionally, this configuration is another example for operating software on a person's computer, for activating an impending arrival message to the user, when a vehicle is approaching.

FIG. 46 is a high level flow chart diagram of a BSCU and control process when the BSCU initializes, activates, and sends impending arrival messages, as opposed to FIG. 47, when the BSCU is not used for sending impending arrival messages, but vehicle location information to a computer equipped with advance notification software.

FIG. 47 is a high level flow chart diagram of a BSCU and control process, when the BSCU sends vehicle location information to remote computers, for activation of impending arrival messages on user computers.

FIG. 48 is a high level flow chart diagram of the initialization process between the VCU and The BSCU. Additionally, this illustration shows a configuration for the BSCU to configure the VCU clock and the communication method.

FIG. 49 is an example and diagram of a computer screen connected by software/hardware to an internet service provider and receiving an vehicle's impending arrival message in the form of E-Mail or electronic mail.

10

FIG. 50 is a high level flow chart diagram of a method for receiving impending arrival messages through a satellite television link or cable television link, and displaying the impending arrival information on a person's television.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The features and principles of the present invention will now be described relative to preferred embodiments thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention, as set forth and defined in the claims.

I. System Architecture

Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views; FIG. 1 is a schematic diagram of the advance notification system 10 of the present invention, as configured to operate for example, but not limited to, a delivery truck system.

The advance notification system 10 comprises, preferably, a plurality of on-board vehicle control units (VCU) 12, a single base station control unit (BSCU) 14, and a plurality of user computers 29 and/or additional communication devices 36x. As configured in the delivery truck system 10, a VCU 12 is installed in each of a plurality of delivery trucks 19, all of which communicate with the BSCU 14. Moreover, the BSCU 14 communicates with the computers 29 and/or a person's telephone 36b, a person's pager 36e, a person's mobile phone 36c or a person's television 36d, at one or more locations 36x (FIG. 2), in the present example of an application.

A. Vehicle Control Unit

The VCU 12 will now be described with reference to FIGS. 1, 11, and 12. Referring first to FIG. 1, each VCU 12 comprises a microprocessor controller 16, preferably a model MC68HC705C8P microprocessor controller that is manufactured by and commercially available from the Motorola Corporation, USA. The microprocessor controller 16 is electrically interfaced with a communication mechanism 18, preferably a wireless communication device, for enabling intercommunication of data with the BSCU 14. Examples of suitable wireless communication devices include a mobile telephone (e.g., cellular) and a transceiver (having both a transmitter and a receiver) operating at a suitable electromagnetic frequency range, perhaps the radio frequency (RF) range. In the embodiment using a wireless RF transceiver as the communication mechanism 18, data can be sent in bursts in the form of in-band tones, commonly called "twinkle tones". These tone bursts can occur in the background of an existing voice channel. Twinkle tones are oftentimes used in transportation systems, such as taxicab communications systems.

The microprocessor controller 16 is electrically interfaced with a system menu switch 21, an attempt to deliver switch 22, a reschedule stop switch 23, a clock 24, and GPS location device sensor 25. Generally, vehicle tracking is accomplished by monitoring the control switches 21-23, the GPS location sensor 25, the power (35) to the controller 16, and a onboard package inventory and delivery database (FIG. 11). Additionally, existing switches, such as door, seat, placing the vehicle in drive, and/or driver held package-tracking devices 20 may also be used or added to existing switches. It is recommended that all of the foregoing fea-

11

tures be employed to provide redundant checking and control of communication. More specifically, the system menu switch 21 includes options for route starting and resetting, driver responses to messages sent from the BSCU, suspended operation (lunch, breaks, etc.), emergency activation, etc. The system menu switch 21 operates by scrolling upward and downward through options and selecting by pressing left or right on the control knob. Special events also are programmed to occur throughout a normal day of operation such as, on screen displays to the driver and driver prompts to enter a response "are you starting your route?" or "when are you breaking for lunch, after this stop?" or "stop 115 3rd street has responded to message and is available to receive a package or not available for delivery". Would you like to reschedule this delivery for today?" etc. The attempt to deliver switch 22 can be actuated by the driver upon reaching a user stop and finding no one available to sign for and/or receive a package, in order to inform the VCU 12 that a stop has been made and the package is still on board, the details of which will be further described hereinafter. The driver at a stop can actuate the reschedule stop switch 23 if the driver is planning to revisit the stop in the same day, as will be further described in detail hereinafter. This indicates to the microprocessor controller 16 that a display module 33 and memory should be updated. In essence, the attempt to deliver switch 22 and the reschedule stop switch 23 cause the stop designation to be rescheduled for a second time in a day or for the following day. The actual displayed information on the display module 33 is acceptance of input and further instructions, normally when the reschedule stop switch is activated. Additional options include the placement of the stop to be rescheduled within the upcoming stops in that day. The stored driver choices in the VCU 12 from the attempt to deliver and/or the reschedule stop switch/s, are sent to the BSCU respectively. Additional menu options 21 can be added to the VCU in the form of buttons, as shown in FIG. 40.

The VCU 12 can be configured so that the operation of the system menu switch 21, the attempt to deliver switch 22, and the reschedule stop switch 23 are purely optional. In this configuration, the location sensor 25 automatically accomplishes the aforementioned functions of the switches 21-23. However, in a simple configuration the delivery driver has no user functions and the VCU sends package, delivery, and time information only to the BSCU (FIGS. 19 and 20). The range of configurations is provided for the types of deliveries and nature of a company and its packages or cargo. As an example, a furniture delivery company only delivers a limited number of packages per day. Most delivery times (on location) for furniture is unpredictable and, therefore, advanced features needed for quicker and more frequent stops are not needed.

However, in one of the simplest configuration, the delivery driver has no user functions and the VCU is not equipped with a location-determining device. The VCU is equipped with a package sensor only, and the package sensor sends signals to the BSCU for the actual delivery of a package at a stop. Furthermore, for the BSCU to determine notification time, distance, location on a map, or broadcast the delivery vehicle's next stop, the BSCU should store the driver's route in its data base and/or receive next stop information from the VCU or other stored means. Other types of information may also be displayed on the display module 33. For example, the display module 33 may inform the driver of a particular vehicle, to meet another driver for load sharing (as in a holiday season, or when a driver experiences an emergency, such as a breakdown from a deflated tire or involvement in

12

an accident), and the status of the VCU 12 in communication with the BSCU 14, or that the advance notification system 10 is operating.

A sensor comparison in the VCU provides the BSCU with more accurate vehicle operational intentions, such as a vehicle door sensor and a location device (e.g., GPS) which may be compared for knowing if the driver has started to the next stop. A cross reference of these sensors and switches can make a determination between the vehicle making a delivery stop and stopping at a road sign or red light or rest area. By comparing the location device outputs and determining when the vehicle is stopped, with the delivery door sensor, a determination of a stop can be assured. Other calculations can be utilized on single sensors such as to count the number of times the delivery door opens and closes, or as a package is scanned as it enters or leaves a vehicle.

A positioning system 25 can be used to determine the geographical position of the vehicle 19 on or above the earth's surface. The positioning system 25 could be GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other suitable position tracking system.

FIGS. 7, 8, 9, and 10, are modular component diagrams of the advance notification system 10 of the present invention, as configured to operate for example, but not limited to, delivery truck systems. Furthermore, each diagram helps to show examples of VCU 12 in different, but not limited to, system configurations and applications. It will be apparent to those skilled in the art that numerous other variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention.

To better understand the modules within VCU 12, FIGS. 7, 8, 9, and 10, are examples of different configurations for providing advance notification of an impending arrival of a particular vehicle. Moreover, to understand the VCU 12 in different systems, FIGS. 7, 8, 9, and 10, are illustrations and modular diagrams of the advance notification system and how the VCU 12 interacts with the other system components. FIG. 7, is an advance notification system 10 comprising, preferably, a plurality of on-board vehicle control units (VCU) 12, a modular Base Station Control Unit (BSCU) 14 and one or more person's linked to a computer network with one or more computers 36. In this configuration each Vehicle Control Unit (VCU) 12 is equipped with a global positioning system (GPS) 25 receiver for receiving satellite signals for determining vehicle location. The global positioning system (GPS) receiver sends positioning data to the Computer Controller (CC) 12a. The computer controller from a hierarchy standpoint controls the overall operation of the Vehicle Control Unit (VCU) 12. The computer controller 12a interacts with the Cellular Transceiver (CT) 18a and establishes wireless communication through the Wireless Transceiver (WT) 26 to the Base Station Control Unit (BSCU) 14. Actual communication between the Vehicle Control Unit (VCU) 12 and the Base Station Control Unit (BSCU) 14 can occur when the Computer Controller (CC) 12a receives wireless communication from the Base Station Control Unit (BSCU) 14, or when predefined User Input Controls (UIC) 21a are activated, or when a predetermined time period has expired, or a predetermined vehicle location is determined, through the Global Positioning System (GPS) 25 receiver. The actual communication protocol is normally set by the Base Station Control Unit (BSCU) 14 and established from the end-user requirements during the setup of each system.

US 6,748,320 B2

13

The advance notification system 10 is customized for each system implementation for communication optimization needed for lowering the number of wireless messages and the cost between the Vehicle Control Unit (VCU) 12 and the Base Station Control Unit (BSCU) 14. As an example, when vehicles have extended and long drives, normally in rural or remote areas, communication can be stopped until the vehicle reaches a predetermined location, time, or when polled by the (BSCU) 14. Upon reaching the predefined location, or the expiring of a predefined time period, or when polled by the (BSCU) 14, communication is restarted. Additionally, the actual communication can be triggered by the activation of a User Input Control (UIC) 21a. As an example, when a vehicle driver activates the User Input Control (UIC) 21a (when a package is delivered and sensor is activated), communication from the Vehicle Control Unit (VCU) 12 to the Base Station Control Unit (BSCU) 14 can be established. Because the (BSCU) 14 controls the communication protocols (ability to analyze travel data for best communication methods, then down loaded to VCU 12) in the (VCU) 12, multiple combinations in most trucks can be used to limit communication.

FIGS. 8, and 9, are illustrations of advance notification system configurations, without the use of a Global Positioning System (GPS) as shown in FIGS. 1, 2, 6, 7, and others. These configurations illustrate a system for notifying a Person's Computer (PC) 36 by tracking each vehicle's package delivery attempt, by monitoring User Input Controls (UIC) 21a and each truck route list with order of delivery (RL) 21b. By monitoring each vehicle's attempted delivery and their particular route order, advance notification can be set for a prior stop, a particular estimated location using mapping software and/or past records of vehicle times associated with package delivery stops and the time between.

FIG. 11 is a schematic circuit diagram of the VCU 12.

The VCU 12 is designed to be a compact unit with a generally rectangular housing 34 that is mounted preferably on or in front of the dashboard of the vehicle 19 in view of and within reach of the vehicle driver. In the housing 34, the microprocessor controller 16 is interfaced with the transceiver 18 by a transceiver jack 31 (preferably a conventional 8[]conductor telephone jack when transceiver 18 is a mobile telephone), and the transceiver 18 includes an antenna 32 for transmitting and/or receiving signals to and from the BSCU 14. Furthermore, the VCU 12 includes a liquid crystal display (LCD) module 33 disposed for external viewing of the display by the driver for providing information to the driver, as described previously.

FIG. 12 is a more detailed schematic circuit diagram of the electronic components associated with the VCU 12. The microprocessor controller 16 essentially controls the operation of the transceiver 18, the Global Positioning System (GPS) 25 and the LCD display module 33. A switching element 37, such as an opto isolator (optical isolator) is provided as a buffer between the microprocessor controller 16 and the battery 35 as well as switches 20, 21, 22, and 23. An EEPROM 43 is provided for storing the control programs (FIGS. 11 and 12) and other requisite data for the microprocessor controller 16, and a RAM 44 is provided for running the control programs in the microprocessor controller 16. A matrix keyboard emulator 39 is interfaced between the transceiver 18 and the microprocessor controller to control and transmit signals over the transceiver 18. Further, a dual tone multiple frequency decoder 41 is interfaced between the mobile telephone transceiver 18 and the microprocessor controller 16 for decoding modem signals, or tones, received by the mobile telephone transceiver 18 from the BSCU 14.

14

B. Base Station Control Unit

The BSCU 14 may be implemented using any conventional computer with suitable processing capabilities. The BSCU 14 can communicate to the homes or businesses of customers via, for example but not limited to, either of the following interfaces: (a) computer links through modem cards to the users' computers 29; (b) a computer network operated by an Internet service provider. The Internet adheres to the conventional computer-networking model and supports the carrying of application information in an application independent fashion. The computer network is a cost effective technology that delivers voice and data information between computer terminals and a computer network or Internet using existing POTS (plain old telephone service) lines, ADSL (asynchronous digital subscriber line), FTTC (fiber-to-the-curb) networks or cable television network or a combination of the two infrastructures. The BSCU 14 or parts of the BSCU 14 may also reside in a user home or business as a stand alone operational system, via software operating on a user computer and receiving vehicle location information from VCU/s through a modem and/or network link. Moreover, the BSCU and user computer may contain combinations of modules for achieving notification of the impending arrival of a vehicle at a user stop, on that user computer/computer address.

In the preferred embodiment, a centralized BSCU 14 communicates through a direct link to user computer network and/or multiple port modem cards to user computers 29. When using multiple means in this regard, a set of conventional modem processing cards 36 are utilized for communicating with computers 27 in one or more homes or businesses, or with computer/Internet addresses as depicted in FIG. 1 as user locations 36. The system 10 could be configured to send an electronic message to prospective users' network address, thus warning them of the impending arrival of a vehicle 19, as opposed to sending data to activate a user computer equipped with additional software, for displays and audio warnings. In the preferred embodiment, the BSCU 14 includes at least one communication mechanism 26 and associated line 26a, dedicated for communication with the VCUs 12. However, as mentioned previously, the BSCU 14 may be designed to communicate with the VCUs 12 via any suitable wireless communication device, in which case, the BSCU 14 would comprise a corresponding transceiver having the ability to receive a plurality of signals from the plurality of vehicles 19.

The BSCU 14 also includes at least one, but preferably a plurality of telephone modems 27 (or other suitable communication interface) with associated telephone lines 27a, for making the communication links to users' computer locations, or in this case, the homes or businesses of the users receiving and sending packages. The user messaging program (FIG. 3) for the advance notification system can be designed to send messages to the computer address associated with homes or businesses of that user and allow the computer to display a message to be recognized as that of the advance notification system. Although, sending information from a BSCU to a user computer as described above is used in this example, other configurations are equally important. Another configuration includes a user computer 36, equipped with the BSCU software modules and a link to a computer network 27 for receiving vehicle location information FIG. 8.

The BSCU 14 modules and the PC 36 modules can be configured in multiple arrangements. In FIGS. 7, 8, 9, and 10, system modules are setup in different configurations to show examples of moving modules from remote BSCU 14

15

16

areas to a PC 36. A system setup normally requires a Wireless Transceiver (WT) 26 for communication with the VCU 12 on vehicles and a Vehicle Location Data Base (VLDB) 14a for storing vehicle location data and a Mapping Software Data Base (MSDB) 14b for positioning the vehicle's location onto maps and a Notification Data Base (NDB) 14c for activating an impending arrival message from a User Request Data Base (URDB) 14d. The URDB 14d stores each person's phone number/s, computer address, preferences for notification, package information, stopping deliveries when out of town, etc. The Person's Computer 36 linked to a computer network is for receiving impending arrival messages when vehicles are approaching. A person's computer can be equipped with standard messaging software associated with a computer network or additional software that activates additional audio and/or video when vehicles are approaching and an impending arrival message is received. Moreover, networking software provided by commercial Internet access providers with electronic messaging (E-Mail) capabilities, provides an easy method for a person wanting impending vehicle arrival information on their computer screen without adding proprietary software associated with an advance notification system. Actual messages can be forwarded to the Vehicle Control Unit (VCU) 12 when necessary and displayed on the Liquid Crystal Display (LCD) 33a for driver requests and delivery needs, requesting additional information, etc.

FIG. 8 illustrates a system configuration for placing more intelligence and computer processing capabilities in each person's computer 36, as opposed to FIG. 7 where the Base Station Control Unit (BSCU) 14 is controlling the Mapping Software Data Base (MSDB) 14b, the Notification Data Base (NDB) 14c, the User Request Data Base (URDB) 14d and in FIG. 7 these modules are controlled by each Person's Computer (PC) 36 linked to a computer network. By equipping, each Person's Computer (PC) 36 with proprietary advance notification system software as illustrated in FIG. 8, different system configurations can be used for optimization and customization for the end user. Additionally, information sharing between modules on a person's computer 36, as opposed to more modules located at remote locations (FIG. 7) away from each person's computer, may, in some cases, not optimize performance. By locating system modules (proprietary software) on each person's computer, the Base Station Control Unit (BSCU) 14 loading can be minimized. Moreover, actual onscreen video and audio associated with the advance notification warning can be stored on a person's computer, with activation by a vehicle's location as it reaches a predefined location, time, or prior stop. This configuration allows vehicle location information to be received by the Wireless Transceiver (WT) 26. The live vehicle location information is made accessible through the Vehicle Location Data Base (VLDB) 14a. The (VLDB) 14a also analyzes route data by averaging past routes with time from one location to the next. Time of day, day of week and month are also determining factors needed for determining the average travel time from one location to the next. The protocols used for the computer network communication between the modules located on a person's computer 36 and the modules located at a remote site 14 for vehicle location are normally as follows. (a) The Person's Computer (PC) 36 contacts the Base Station Control Unit's (BSCU) 14 Vehicle Location Data Base (VLDB) 14a when vehicle location is needed for monitoring a vehicle for an advance notification warning. Timing cycles are used for vehicle location updates and preferences can be set for communication optimization. (b) The Base Station Control Unit

(BSCU) 14 sends vehicle location to the Person's Computer (PC) 36 when a predefined time period expires, the estimated vehicle location is not correct with the actual vehicle location, when a vehicle sensor is activated, or when loading or capacity allows for communication to take place. Additionally, vehicle location 14a information can be sent over a computer network and/or Internet at predefined times and automatically received by each Person's Computer (PC) that is linked to the computer network/Internet. A particular vehicle's location, in-between communication cycles, is established by past vehicle location records and average time needed to travel from one location to the next. Moreover, some configurations only update vehicle locations at a predefined time of day.

FIG. 9 and FIG. 10 are illustrations of an advance notification system configuration without the use of a Global Positioning System (GPS) as shown in FIGS. 1, 2, 7, and 8. These configurations illustrate a system for notifying a Person's Computer (PC) 36 by tracking vehicles' package delivery attempts, by monitoring User Input Controls (UIC) 21a and each truck's Route List with order of delivery (RL) 21b. By monitoring each vehicle's attempted delivery and their particular route order, advance notification can be set for a prior stop, a particular estimated location using mapping software and/or past records of vehicle times associated with package delivery stops and time between. The BSCU 14 modules can be networked between remote locations and a PC 36. These configurations allow the BSCU 14 to run all or some of the proprietary software and messaging capabilities for sending or displaying impending arrival messages to or on a PC 36 before a particular vehicle arrives. Additionally, setting preferences can be achieved by connecting a (PC) 36 to the data stored on the BSCU 14, or storing the preferences on each PC 36.

The messaging program (FIGS. 3, 4, 5, 6, 8, 9, 22, and 25) associated with the advance notification system 10 may also be configured to make the user computer 36 exhibit a distinctive audio sound, or audio message, so that the recipient can be away from the computer and receive the message. The message may also be in the form of a code for activation of advance notification software for displaying messages or direct a modem link for playing audio from a broadcast. A standard activation or broadcast of a message is in signals, sent to a computer with a modem attached, over a telephone line and typically in the form of tones. The message is asserted over the telephone line 29, for accessing a computer address and establishing a communication link to a user computer 36 over a telephone line 29.

Implementation of an advance notification system over a computer network may be accomplished by purchasing a networking feature as a software and/or hardware package or in the form of a software program with communication capabilities and network service provider package or links to networks. One form of a network link is in the form of an Internet service provider. This service is widely available to the public. Generally, Internet service providers operate network computers for linking computers with other computers, now usually over normal telephone line interfaces, but greater capacity handling communication links including fiber optics, cable television networks, and digital wireless networks may also be used. When a computer is connected over a telephone line to an Internet service provider the telephone line link travels from telephone lines linked to the Internet service provider through the telephone company switch to the user computer.

The feature for establishing the Internet connection is sold to the public under several different commercial trade

US 6,748,320 B2

17

names. Examples are as follows: America On Line (AOL), Microsoft Network (MSN), AT&T WorldNet Service, CompuServe and many more.

The package addresses are normally associated with the package identification numbers in many ways. For example, the package address may be added to the package by additional bar coding when the package is shipped or, the user sending or receiving a package may connect to the BSCU over a computer network or telephone and add an address (computer network address) to a package identification number for activating an advance notification message associated with the impending arrival of a vehicle carrying this package.

II. System Operation

A. Initialization

Initially, vehicle stops for each vehicle 19 are programmed into the advance notification system 10 by entering the respective package addresses. As the vehicle 19 is loaded with packages, the package addresses are considered as the vehicle location stops by the system 10. The actual addresses of the packages are normally scanned into a database program using a bar code scanner device (United Parcel Service tracking numbers are of the following formats: 1Z 999 999 99 9999 999 9, 9999 9999 999, T999 9999 999, or D999 9999 999 with spaces and dashes ignored). The actual vehicle number (which delivers or picks up a package from a business or resident, and not necessarily mid-point vehicles) and package addresses are recorded into the BSCU 14 when packages are sorted to a specific delivery vehicle or truck or entered into the BSCU 14 by the user sending or receiving the package. Additional vehicle stops may be added when requests to pickup packages are received. The request to pickup a package can be downloaded to the VCU 12, with a display for the driver to accept or return for another driver or time/day. If the vehicle driver enters route or package data (the order of delivery, packages, or changes from a computer generated delivery list) the data is then uploaded to the BSCU 14. The timing and package delivery locations are recorded in the BSCU 14 during the initialization of the system 10 and used as a reference for determining locations from impending arrival message points. This information accesses the computer network to inform a user computer when a delivery vehicle 19 is at a predetermined time, mileage, street location, and/or last delivery away from a vehicle stop. In the preferred embodiment, determining the location of a delivery vehicle 19 is accomplished by sending the vehicle location of a delivery vehicle 19 from the time the vehicle departs and/or starts its route.

The timing information is recorded during the initialization and daily recording of vehicle locations with time, and the system 10 is used as a reference during the usual operation of the system 10 for the purpose of determining whether a delivery vehicle 19 is at a predetermined location or time from a delivery stop. Other reference information may be obtained from software for mapping, for example, streets, vehicle speed limits, and traffic flow.

However, it should be emphasized that other methodologies could be utilized for determining the communication to or from a location sensor of a delivery vehicle 19. For example, the GPS sensor 25 may communicate with the BSCU 14 when the delivery vehicle is in motion (as indicated by phantom lines in FIG. 1), additional VCU timing cycles for communication controlled by the microprocessor controller 16. At particular times, the longitude and latitude readings or optionally a Universal Transverse Mercator (UTM) grid system number, could be sent when the vehicle

18

is in a stationary position, the communication cycle controlled by the microprocessor could be slowed down to one cycle until the vehicle is in motion again, compared to reference longitude and latitude or (UTM) information readings which were obtained on a cycle per minute when the vehicle is in motion 10. In this way, the determination of the location of a delivery vehicle could be accomplished by less communication to and from the VCU and BSCU 14.

Another methodology, which could be utilized for the timing cycles of communication to and from the delivery vehicle 19 involves interfacing the BSCU 14 with wireless communication protocols. The BSCU 14 system is equipped with communication software for contacting each VCU 12 and asking for GPS longitude and latitude information or Universal Transverse Mercator (UTM) grid system information from the VCU 12 on each delivery vehicle 19. The vehicle location may be polled in normal communication protocols, such as contacting each VCU 12 in a first to last cycle with vehicles in motion or on a normal clock cycle for minimizing communication to and from the VCU 12 and BSCU 14. The received delivery vehicle location (longitude and latitude or Universal Transverse Mercator (UTM) grid system information) from the VCU 12 to the BSCU 14, is calculated from the time and/or distance away from a stop using mapping technology for road distances, and additional speed limits, actual traffic averages, and other means for better calculation accuracy.

B. Regular Operation

The overall operation of the advance notification system 10 will be described with reference to FIGS. 13 and 15. FIG. 13 sets forth a flow chart showing the overall operation after the system 10 has been initialized. FIG. 15 shows an example of a schedule of possible events and the interactions, which might occur between the VCU 12 and the BSCU 14 as the vehicle 19 travels along its route and makes its scheduled delivery stops.

In FIG. 13, the right-hand column illustrates the sequence of events for the BSCU 14, and the left-hand column illustrates the sequence of events on the VCU 12. In the efforts to lower overall communication between the VCU 12 and the BSCU 14 when large vehicle fleets are equipped with the advance notification service, actual vehicle locations in the BSCU are based on past route comparisons, as shown in FIG. 16. FIGS. 14A and 14B are illustrations of a time line for delivery stops and planned route-timing events for each stop. The time line has the following time designations: when the route should start 606, time to each stop 605, and the ability to change the route list 615 when the VCU location sensor determines a difference.

First in FIG. 13, the delivery vehicle ignition is switched on, as indicated at block 45a. At the beginning of each route, the system 10 could be configured to automatically initialize itself upon power up of the VCU 12. The delivery door opening or a bar code scanner initiating communication, or both, could activate the powering up. Further, the BSCU 14 could be programmed to initiate itself after the vehicle 19 moves to a predefined distance or location, such as a waypoint (longitude and latitude or Universal Transverse Mercator (UTM) grid system information area), determined by the GPS 25. This initialization action causes the microprocessor controller 16 to inform the BSCU 14 of the vehicle location and the beginning of its route. The foregoing action is indicated at flow chart block 45b (FIG. 13). Alternatively, the vehicle driver can press the start/reset switch 21 on the VCU 12 system menu 21 to initialize the BSCU 14 for restarting the route tracking sequence. Additionally, driver/user options may be accessed by the user controls on the VCU 12.

US 6,748,320 B2

**19**

After initialization of the VCU 12 to the BSCU 14, the display module 33 on the VCU 12 preferably displays stop and location information. The stop location continuously (FIG. 40) runs on the display as the delivery vehicle 19 progresses along its route.

Next, as indicated at flow chart block 45c (FIG. 13), the VCU 12 determines, continuously or periodically, the location of the delivery vehicle 19 by the GPS 25 and sends the BSCU 14 (FIG. 1) the location information in view of the planned route or stop sequence data (derived from initialization of the packages on the vehicle and/or mapping technologies). In the preferred embodiment, the BSCU 14 at least compares the delivery vehicle current location with the planned route location derived from the logistics of current mapping and route planning technology (FIG. 10) for determining time and/or distance away from a user stop. By comparing previous vehicle routes with time differences between waypoints (longitude and latitude points or Universal Transverse Mercator (UTM) grid system information points an average route timing data base may be used to calculate the time to travel from actual vehicle locations to the impending arrival time at a particular stop. Additional traffic flow measurements may be added by comparing time of day, actual live traffic flow sensors, or other methods.

The method for determining a distance from a user stop for activating an advance notification message may be accomplished by software at the BSCU 14 or the user computer. The user interactive software shows the current user location on a map (FIG. 31). The user places road markers FIG. 38, a circle perimeter FIG. 36, a grid perimeter FIG. 37, which allows the vehicle to determine actual points at each road for a message of the impending arrival of a vehicle, etc. The actual vehicle location activates the impending arrival message when the location matches the selected choice from the user preference data base. Furthermore, the actual order of vehicle stops may be used to determine if the vehicle is entering a selected area on more than one occasion. This comparison provides a distinct advantage by increasing the accuracy of a vehicle impending arrival message by sending the message after the last entry of a vehicle into the user-predefined area. Another advantage of comparing the delivery order list to the user defined areas for notification is the addition of the number of deliveries before reaching the user stop to the impending arrival message, e.g., "UPS has 3 packages for delivery and is 1 mile from your stop at this time. The vehicle has 2 other stops before reaching your location".

While the delivery vehicle actual locations are compared to the existing travel time and distances (FIG. 15), the BSCU 14 is also storing actual location events (time between longitude and latitude or Universal Transverse Mercator (UTM) grid system information points) for averaging with the planned route/travel time over distances. When the BSCU 14 begins sending messages to user computers at a predefined time, distance, location, and/or prior stop, for the impending arrival of a delivery vehicle 19, each particular user computer 36 receives an electronic message and is displayed on their screen, as indicated in flow chart block 145a (FIG. 16). In one example, as shown in FIG. 16, at waypoint number 20 (140c) along the delivery route, the BSCU 14 places a message (144c) to a user computer at waypoint 30 (140d) of the delivery vehicle actual location. A second example in FIG. 16, shows a user being notified when the vehicle is one mile away (144d) from waypoint 30 (144d). The third example in FIG. 16 shows a user being notified when the vehicle is at a predefined street location (144b). This is accomplished by comparing street mapping

**20**

software with included longitude/latitude or Universal Transverse Mercator (UTM) grid system information coordinates, notification requests, and the (BSCU) 14 vehicle location data base (VLDB). As shown in the configurations (FIGS. 15 and 16), time is used to cross reference travel between locations. Determining vehicle location, between communication updates, is achieved by comparing times of prerecorded route information, actual live traffic monitoring systems, and statistical data.

Additionally, preferences for activation of advance notification warnings are shown in FIGS. 33, 34, 35, 36, 37, and 38. After a preference is selected from the end user, the data is normally placed into the Notification Data Base (NDB) 14c after calculations have been made from the address entered into the BSCU computer from a network connection as shown in FIGS. 30 and 31, or ANS software residing on their computer, with or without a network connection. The other calculation of information is in finding an actual longitude/latitude or Universal Transverse Mercator (UTM) grid system information coordinate of each home, business, street address, or most other places on the earth's surface, which can be found with existing mapping software. The Universal Transverse Mercator (UTM) is one grid system that eases the conversion of GPS readings to map data.

Another example compares the list of stops with the vehicle location and determines the last occurrence before the delivery vehicle will cross the predefined marker points to activate the impending arrival message.

Additionally, the BSCU 14 adjusts its messaging activation to an actual stop point at each user stop. This allows each user to be notified in accordance with the selected predefined time, distance, location and/or last stop, for example, "The XYZ Delivery Company truck is currently at the corner of Delk Road And Peachtree Street and is approaching your stop" block 415 (FIG. 18). A second message 419 (FIG. 18) will also be sent when the vehicle is detained outside of the predefined system preferences for being late for a stop after sending the initial message 415. Furthermore, in this configuration, a third message is sent as the vehicle arrives at the stop 424. The Flow Chart 399 (FIG. 18) shows an example of the messaging sequence from the BSCU to each user. The example also shows the activation methods used for determining when a vehicle is late and a second and/or third message should be activated and sent to the person's computer. However, when the BSCU 14 determines that the delivery vehicle 19 is excessively late after notifying an individual of an impending arrival at a particular stop, the BSCU 14 resets the message for a route update sequence (FIG. 17) that informs the user of an unexpected occurrence (e.g. a traffic jam), as indicated at flow chart block 399 (FIG. 18). The planned route (FIG. 17) 401 is updated by the actual route information when the preferences 403 are exceeded and the actual time exceeding the predefined limits 406 are reached. The route update is complete when the one actual time 402 resets the planned time associated with the location of the vehicle. The route timing update is shown in block 404 (FIG. 17). After each route update, a message update routine determines if an end user needs a second or third message. The activation of a second message is normally determined by the planned location predefined limit 403, or an individual limit predefined for sending a second or third message. The illustration (FIG. 17) 406 shows an automatic sequence for activating a second message 405 and sending a second message 405b, when each route is reset. A more detailed description (FIG. 18) 399 shows how the activation of a second message is determined.

US 6,748,320 B2

21

As indicated at flow chart block 45f (FIG. 13), the BSCU 14 again determines if the delivery vehicle 19 is on the planned route and stop schedule by analyzing the vehicle location 25 (FIG. 1) and comparing it to the actual stops on the list. Preferably, in this regard, the BSCU 14 at least compares stops on the driver list and the actual location of stops made by the driver to determine if the driver has changed from his route list order. Other stops, such as pickups (FIG. 44), are displayed on the vehicle VCU display, and changes to the route list (FIGS. 42 and 43) order are available to the driver via push button entry. Additionally, so the driver acknowledges a new entry or route update, the VCU may be equipped with an audible sound, such as a buzzer, tone, or different voice recordings for announcing each event without the need for the driver's eyes to look at the VCU display when driving. Accordingly, requests for package pickups are processed in the BSCU 14 and sent to the appropriate vehicle VCU 12 and scheduled into the drivers' list of stops (FIG. 41). The driver has the final opportunity to reschedule (FIG. 43) or move (FIG. 42) an added stop through the VCU 12 push button menu.

For example, FIG. 14 shows a finished delivery route that started at seven thirty. After starting the delivery route, the delivery vehicle arrives at stop number 001 at 07:37:22AM 610 after driving seven minutes and twenty-two seconds 609. Stop 001 takes two minutes to unload all the packages and another two minutes and ten seconds to reach stop 002 at 07:41:32AM. Stop 003 takes five minutes and forty-five seconds from the time the vehicle arrived at stop 002. The arrival at stop 004 is on time but the delivery takes an unexpected ten minutes 614 and causes a ten-minute delay 615 in the scheduled route. The scheduled route list was rescheduled by the delay 615 of ten minutes and stop 005 was reached ten minutes later than the scheduled planned route, at 08:13:34AM. The VCU display in FIG. 14 and block diagram 602 is an example of the information that the driver sees and uses. The other route information shown in FIG. 14 and block diagram 601, is not needed for driver interaction and is a VCU 12 automatic component for lowering the wireless communication between BSCU 14 and the VCU 12. Although not disclosed in this example, additional directions with or without map displays, estimated route completion times, on or off normal schedule indicators, and others may also be displayed on the VCU display module 33. Just prior to leaving a stop, the driver views his next stop on the display module 33. Additional directions can be activated by the drivers' input or automatically after a predefined time period or a predefined distance the vehicle has traveled. The automatic display changes may start when the driver arrives at a stop by displaying the next location. The display shows the next address until the vehicle has started moving and the display cycles between the next stop's address and a map display showing directions. The display continues to cycle until the vehicle arrives at the next stop, then the sequence repeats.

The vehicle location and the communication of the vehicle location from the VCU 12 to the BSCU 14 are determined by both the BSCU 14 and the VCU 12 for lowering the amount of wireless communication. As previously explained the VCU 12 can be programmed to compare a planned route with an actual route and communicate to the BSCU 14 when the differences exceed the predefined limits. The VCU 12 can also be programmed by the BSCU 14 for communication cycles. The cycles which can be programmed for acknowledgment of sensor activation and communication from the VCU 12 to the BSCU 14 can only be made when the vehicle has left stop 1. The display

22

module 33 preferably displays "next stop" followed by directions and/or messages received from the BSCU 14. The foregoing feedback signal from the vehicle in motion may be replaced or generated from other sensors, such as the driver seat, the ignition switch, placement of the vehicle in gear, etc.

In accordance with FIG. 27, the BSCU 14 checks the vehicle location to confirm that the vehicle location 141a corresponds to the programmed vehicle location 140a. When actual vehicle location 141a is different from the planned route location 140a changes are made 142a in the planned route data. Determining when the vehicle 19 is at a predetermined location on a map is shown in FIG. 28. The actual location points and/or addresses 341a-341f are determined by the VLDB 14a, the MSDB 14b, and the URDB 14d, then stored into the NDB 14c. In FIG. 27 a user at 1010 Oak Lane 332 has requested an advance warning time. The advance warning time is five minutes and thirty seconds 336 before XYZ Delivery Company 335 delivery truck arrives. When the vehicle crosses any locations matching notification time/s 341, shown in more detail in FIG. 28, the advance warning is activated. The only exception is a stop that is scheduled between an activation point/location and the final destination. The delay of notification for each stop between (FIG. 27) 343 is used to determine an arrival time when other stops will be made between the activation points and the targeted destination. Past route averages normally determine how much time a stop will take. In FIG. 27, block diagram 343, each stop in-between the activation points/locations and the final destination will take fifty-five seconds. Each stop the vehicle makes, at each location, can be averaged and therefore different and better determinations of actual delivery times can be made for more accurate advance warning message times. Although time is used as the advance notification method 336 in this example, notification by distance 337, and notification by location 338 can also be used.

If the delivery vehicle 19 is stopped in traffic, the then VCU 12 will continue to communicate with the BSCU 14 each time the vehicle is in motion to inform the BSCU 14 of this new location, not exceeding the predetermined cycle limit, such as a vehicle in start/stop traffic. If the vehicle 19 is on a normal schedule and on an expressway or interstate, the BSCU 14 may have a Vehicle Location Determining Factor (VLDF) 104 (FIG. 21) of 95% or higher, without repeated cycles from the normal operation of the VCU 12. Based on the location of a vehicle and the VLDF 104 the BSCU 14 may lower the communication cycle rate of the VCU 12 until the vehicle enters a more demanding area or an area closer to a user stop or when the VLDF 104 is at a lower percentage. The VLDF 104 (FIG. 21) is determined by the past vehicle location points and averaged time. This feature can lower the communication rate from the VCU 12 to the BSCU 14 by determining when communication should be increased or decreased and not overloading existing communication channels. Other methods to determine when to use cycle communication, as shown in FIG. 21 and FIG. 24 are before the route starts 914, and in FIG. 23 when the route is in progress 901. Moreover, as previously described, the VLDF 104 is also used to determine when cycle communication is used. In FIG. 23, the next stop is evaluated by the time 905 and distance 904, then the distance 904 is compared to the default distance exceeding limit 906, and the time 905 is compared to the default time limit 907. When time or distance exceeds the predefined limits, the method is changed to cycle communication 910 for delaying communication when it's not needed. The

**23**

distance, location, or time 911 sets the restarting of communication. FIG. 24 shows an example for determining when to use a cycle communication method in a route list, before the route starts 914. By comparing the route list with mapping software 915 for determining actual roads and streets to be traveled, adding the notification data base (NOB) 916 (when impending arrival messages will be sent), delays between notification activation times can be determined. When the time delay between notification times reach a preset limit, in this example ten minutes 917, the communication can be stopped 918 for a period of time 919 or when a location is reached 920. The actual time or distance for stopping the communication is determined by the amount of time or distance/location between stops and notification activation points.

After the BSCU 14 downloads communication methods to the VCU 12, and during the VCU 12 actual route, if the VCU 12 communication monitoring means determines no changes in the vehicle location and no sensor activity after a clock cycle has been completed, communication is delayed until the vehicle location has changed and/or actual sensor activity is determined. Additionally, when the VCU 12 communication monitoring means determines a communication problem after an attempt has been made to contact the BSCU 14 (e.g. vehicle enters an area the wireless communication means cannot connect to the BSCU 14 known in the art as a "dead area or drop area), the clock cycle is accelerated until the communication to the BSCU 14 is regained. The VCU 12 will continue to monitor the inputs from devices (FIG. 12) 20, 21, 22, 23, and 25, to gain current information when communication is acknowledged/restored.

Communication methods are normally associated with wireless loading and the ability to handle a fleet of VCU 12 responding to one BSCU 14 in most configurations. When other configurations are used for advance notification systems, such as, (FIG. 19 and FIG. 20) the VCU 12 equipped with a delivery order route list (FIG. 19) 181 and a sensor or activation method for determining when an attempt to deliver a package on the route list has been made, the communication is simply activated by the sensor input. In FIG. 19, the flow chart shows how the VCU 12 and the BSCU 14 communicate to locate a particular vehicle location. To find a vehicle's location 160, in this configuration, the current stop and order of delivery list 161 is determined from the information received by the VCU 12. The location of the last stop 162 and the time of the last stop 163, is compared with the next delivery stop 165 and the distance 166 and time 167 between the stops for an estimated time of arrival 169. Mapping software 14b and prior route records of past deliveries 168 provide additional data for determining the vehicle's location. Determining the activation of an advance notification warning associated with this configuration is shown in FIG. 20. When a delivery or an attempted delivery is made 191, the information is sent 191a from the VCU 12, to the BSCU 14, and the VCU 12 determines what stop is next on the delivery list 193, and then tries to find this next stop in the data base 194. If the user has information in the data base, preferences for sending an impending arrival message 195 are established and a message is sent to this person's computer of the impending arrival of a vehicle 196.

In FIG. 35, the VCU 12 is using and monitoring via the computer controller 12a, a GPS 25 location device and the user input controls 21a. The vehicle location and sensor input is sent to the BSCU 14 from the VCU 12 cellular transceiver 18a. The BSCU 14 receives the wireless infor-

**24**

mation after the wireless information from the VCU 12 passes through the closest land based antenna, then the information is routed over switched telephone lines to the BSCU 14 modem connection 26k. The vehicle information 201 is added to the vehicle location data base (VLDB) 14a. The actual user notification requests are received from a person's computer connected over a network 209, and taken from user input options 210, then stored into a notification data base (NDB) 211. The notification data base (NDB) 211 includes timing for activating an advance warning 205 to physical and electronic addresses 204 and compiling this information into a list for notifying persons' computers 203 associated with a route list. To activate a message, the vehicle location and the preferences for notifying an individual should match 202. When the match occurs, a message is initialized 208 and sent to a person's computer 207, through computer network interface 206 and computer network 300.

The information sent to a person's computer can be received with normal computer networking software, or with additional proprietary software. With proprietary software (FIG. 25) operating on a person's computer 223, the software can determine when a vehicle is approaching 224, then compare user preferences 225 when a vehicle is approaching for displaying video 226 and playing audio messages 227 of the impending arrival of a vehicle. Display information can for example, but is not limited to, any of the following display options 226a, show vehicle driver information 230, vehicle information 231, location on a map 232, time countdown 233, mileage countdown 234, last delivery or stop location 235, cargo information 236, etc. Audio information can be for example, but is not limited to, any of the following audio options 227a, play audio of vehicle name 238, vehicle information 239, street address 240, time countdown 241, mileage countdown 242, last delivery or stop location 243, identification of cargo 244, etc. An example of a person's computer operating proprietary advance notification software is shown in FIG. 26. The display shows a map 770a, a location on a map that represents a person's business or home address 773a, and the location of a vehicle approaching the business or home address 774a. Additionally, this display has been configured to show the time before the vehicle arrives 771a, and to show the distance in miles before the vehicle arrives 772a at the person's business or home address 773a.

At the end of a delivery route (FIG. 44), the VCU 12 makes an inquiry to the BSCU 14 as to whether there are any more delivery stops 151. If the delivery list has been completed 152, then the VCU 12 may contact 153 the BSCU 14 and receive additional information 155 to display on the VCU's LCD 155a that prompts the driver to stop at a receiving dock for more packages, (especially during the holiday seasons and peak loading) or meet a second delivery vehicle to share its load when it is behind in its schedule. When the vehicle receives packages from another vehicle, the packages taken from the second vehicle are normally scanned out with normal hand held bar code scanners and are loaded and scanned into the first vehicle package delivery data base 151 and the package location information/bar code numbers (package identification numbers) are uploaded to the BSCU 14 with a new vehicle number. The route list is established from the BSCU 14 determining the shortest routes from the addresses and downloaded to the VCU 12. The sequence for notification to a user computer is restarted.

A second method for a user to learn of the impending arrival information of a package delivery may be accom-

25

US 6,748,320 B2

26

plished by a user accessing and requesting information through a computer network, for instance, the Internet, from the BSCU 14 through an Internet site or home page. The BSCU 14 software is designed to be added to the existing Internet site pages, which are owned and operated by delivery companies. When a user accesses a computer address (e.g. Internet site), the user may enter requests for a delivery by entering their telephone number, business or home address, or package identification number, for locating actual packages for delivery. If a delivery is to be made that day, an actual route list from each vehicle stored in the BSCU 14 is compared to the planned route and scheduled time of delivery (STD) database. The STD is a record of events from other routes, this record averages the time and distance to be traveled with the actual route in progress. Note: the STD records are from GPS sensor readings and the time between or travel time between each reading and not from completed routes from start to finish. Thus, by incorporating the STD with the actual delivery schedule, esti-mated time of delivery is established and accessible to a user requesting delivery schedule information. The advantages of offering a user a close approximate time of delivery are easily seen in these examples: a user needing to leave a delivery stop (home or business) for lunch or errands and expecting an important package to be delivered, or a user needing materials for an important meeting and knowing if the materials will be delivered before the scheduled meeting time. Upon receiving the information request from a user computer linked to the BSCU 14, a request for a vehicle, package, or user location (street address/location on a map), telephone number, computer address, etc. can be made available to the user to locate an area in which a delivery is going to be made. The vehicle associated with the delivery to this user business, or package identification number processes that delivery request. If a package is scheduled for delivery, the actual delivery vehicle estimated time of arrival is given to the user requesting the information in, but not limited to, two formats, one the time of day (1:45PM) and/or a time count down (4:21:03). Additionally, people placing requests may be offered other services from the delivery companies, these requests are made available to the com-panies to increase revenues while providing the customers with more and better options on deliveries. One example of a user request is an express delivery request (EDR) option. An EDR becomes available through the existing advance notification system network by allowing customers to inter-act with the vehicle's driver through their computer con-nected to a network. A customer can send an EDR from their computer to the BSCU 14 over a computer network, then a live operator or preferably an automatic calculation of the driver's load, schedule (early or late), and location/distance from the address sending the EDR; The request is processed and a new estimated time of arrival can be given to the customer, with an optional additional fee from the delivery company. Additionally, a customer can look up a location on a route and meet the driver at a prior stop when an EDR is not used, thus shortening the driver's route time. Upon requesting an EDR, an estimated time of arrival is given to the user. At the same time a quoted fee (on-screen) is given upon a flat rate or the actual delay time for that particular vehicle is given to the customer.

The BSCU 14 communication controller 16 may also control a second messaging means over a normal telephone network as described in more detail in the Patent Application "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by Jones et al. and assigned Ser. No. 08/063,533, now U.S. Pat. No. 5,400,020 to Jones et al. that issued on Mar. 21, 1995. The Patent describes an advance notification system with a BSCU controller for messaging through a telephone system. The flow chart in FIG. 13 shows a computer with a telephone connection 45f (via a modem). By offering dual means of messaging to a stop, the likeli-hood of reaching or getting through to a user increases. In accordance with the user request when signing-up for the service (FIG. 39), the end-user can choose any combinations of, but not limited to, a telephone call with a voice message 170, a telephone call using a distinctive ringing sound 171, a computer message over a network 172, and an on-screen display/s 173, and an additional audio message/s 174.

In one configuration, the system first communicates to the user computer by initiating/sending a message over a com-puter network to a user computer address. If the person's computer is equipped with proprietary software for addi-tional displays (FIG. 25) 226a and/or additional audio messages 227a, the person receives additional visual and audio warnings, based on their user preferences. Then, the microprocessor controller initiates a second module for communication by a telephone call to the user. The order of messaging (telephone or computer) is defined automatically or by the end user. Furthermore, each vehicle can have different notification preferences for announcing the impending arrival of more important vehicles in a method that is more surely effective. In most cases, the telephone is available more than the computer and the telephone call can activate pagers, mobile phones, and home phones with sound normally throughout the home or business phones normally answered by an individual equipped for handling messages. In the preferred embodiment, a telephone call may proceed a computer message to the homes of users and a computer message will proceed a telephone message to businesses. Additionally, a user responding to an impending arrival message will stop the second method as described above. For example, a user expecting a package to be delivered, and only having one phone line, may receive an impending arrival message while maintaining normal com-munication practices. If a user is on the telephone talking to another business client, when he hangs up the telephone and views the computer, once connected to a network, a message will be waiting concerning the impending arrival of a vehicle. If the user receiving an impending arrival message has additional software, route calculations may be deter-mined by the time of the message download or an up link may be requested for the actual vehicle location.

Moreover, as indicated at flow chart block 36 (FIG. 45), a personal computer with ANS software can process the user requests and contact the BSCU data base 170 for two primary reasons. First the personal computer with ANS software can be used for retrieving information from the BSCU data base 170, and using the information for activat-ing impending arrival messages after the computer is dis-connected from the computer network. Second, the BSCU data base 170 may be contacted before and/or in place of an impending arrival message sent from the BSCU. Each person's computer when operating ANS software 171, looks up user preferences 172 and checks for a network connec-tion 173, if the network connection is not active, the ANS software starts the network software, then a request is sent to an area of the BSCU for vehicle information 176. An identification number associated with the person's street address processes the request from the person's computer. The address is looked up, then vehicles approaching this address 177 can be identified 178, with vehicle names 179,

US 6,748,320 B2

27

vehicle locations 180 and route stops with past vehicle records and directions from one stop to the next 181. Additionally, cargo or other delivery information 182 is then sent back to the personal computer operating ANS software 171 for activation of impending arrival messages and displays, based on the user preferences. Furthermore, this configuration offers an individual with only one communication channel (phone line) the ability to be notified when the communication channel is being used or is not available when an impending arrival message is sent from the BSCU.

The ANS software can display the vehicle location/ impending arrival time, distance, and/or packages to be delivered before a particular delivery is made. The user requesting a route update receives a new message and/or vehicle location, number of packages before delivery, and if running, advance notification software for continuous updates, the user computer reschedules the impending arrival distance, time, or package delivery order, with each update, as the vehicle approaches.

Worth noting is that the BSCU 14 (FIG. 17) may be configured so that if a delivery vehicle becomes delayed by more than a maximum length of time, such as five minutes, the BSCU 14 immediately sends a message to the stops 36 of the users already notified of the impending arrival of that vehicle, in order to keep users at these stops 36 from waiting when a vehicle should have already arrived. When an impending arrival message 420 (FIG. 18) is sent to stop 36, and a vehicle delay of five minutes is determined before the vehicle arrives at this particular stop, a second message informing them of the delay is sent 421 to the same stop, based on the amount of delay, a third message may be sent 425 as the vehicle arrives at this particular stop.

Worth noting also, are the methods for determining the actual directions (roads to be taken) of a vehicle from one stop to the next which may be described, but not limited to, three areas. The first configuration contains dual route information in the BSCU 14 and VCU 12. Preferably, the VCU 12 displays road names or a mapping diagram for the driver to follow. The BSCU 14 has the same information for determining the route a vehicle is likely to take. The second configuration determines the closest and/or quickest route from one stop to the next by comparing mapping software, actual and past traffic flow. A third configuration is determined by past vehicle delivery routes. As found in the art of route management, most delivery vehicle drivers have roads and routes each individual prefers to take. Some of these routes are known to take more time, but for the determining factors associated with an advance notification system, these records provide a better means of determining distance, time, locations on a map, etc., when the driver's company policies do not request the following of predefined or displayed sequence of roads. In the preferred embodiment some, all, and additional methods may be used.

III. Control Processes

The control processes are normally, but not limited to, three different area locations. The first area is the VCU 12 on each vehicle, with the ability to communicate vehicle location, driver inputs, and/or cargo information to the BSCU 14. The second area is the BSCU 14 software, for communicating with the VCU 12, storing information from the VCU 12, and in some configurations, storing end-user data and preferences for generating impending arrival messages when vehicles are approaching their address. The third area of the control process is a person's computer for displaying impending arrival messages when a vehicle's impending arrival information is received from a computer

28

network. Although additional software can be added for additional displays and audio, additional software modules from the BSCU 14 can be added also. The overall control processes can be moved from one area to another area based on system configuration needs, normally determined by the application of the end-user. Worth noting, the communication channels and their internal control process are not considered in this description.

Furthermore, FIG. 7, FIG. 8, FIG. 9, and FIG. 10, are examples of general block diagrams containing, but not limited to, system modules and their ability to be moved or removed, without loosing the scope of the present invention. The ability to move the system modules (FIG. 7) for the implementation of a advance notification system requiring a person's computer to only have normal networking software, such as an internet browser from Netscape, Microsoft, America Online, etc. or Local Area Networks (LAN) attached to an information server for receiving vehicle impending arrival information, or most other network with the ability to send and receive information over Cable, Fiber, Copper, or wireless channel/s. As shown in this diagram, a person's computer 36 is acknowledging a vehicle's impending arrival. In block 14, one module is receiving vehicle information from the VCU's 12. While this module indicates a wireless transceiver 26, it is replaced when a gateway converts wireless information into land line information with a modem. The vehicle location data base 14a, stores vehicle location information. The Mapping Software Data Base (MSDB) 14b is provided to locate roads and streets associated with the person's address and the vehicle's route from one stop to the next, this Mapping Software Data Base 14b also associates GPS numbers with actual physical addresses, distances over streets, roads, highways, etc. The Notification Data Base (NDB) 14c maintains location points, distances, times, and other activation information, associated with a person's physical address. In this illustration the Notification Data Base (NDB) 14c also is used to activate and send messages to the person's computer 36. The User Request Data Base (URDB) 14d stores user preferences, account information, and in this illustration, software used for entering or making changes to this data. By moving some of the system modules (FIG. 8), described as the BSCU 14, to the person's computer area 36, the person's computer 36 is able to process more of the information associated with the advance notification system. The person's computer 36 accesses vehicle location information from the BSCU 14 over a network, then compares the information to, but not only to, the MSDB 14b, the NDB 14c, and the URDB 14d. Furthermore, displaying additional information on-screen and/or additional audio messages associated with an impending arrival of a vehicle is easily accomplished. FIG. 9, is an example of tracking a vehicle without the use of a GPS location, or having another suitable location device on the vehicle. The control process compares route stop addresses 21b with sensor inputs at each location 22a. The location is logged into the Vehicle Location Data Base (VLDB) 14a and the next stop is looked up for tracking the actual path (streets/roads) 21b and averaging the normal time to the next stop, with vehicle location estimations along each road. The person's computer 36 is equipped with software for placing an image of the location of the vehicle on a map 14b, activating an impending arrival message from the NDB 14c, when the vehicle reaches a predetermined location, and storing the user preferences in a data base 14d. FIG. 10 shows a control process using the same VCU modules as FIG. 9, but moving all the modules from a person's computer, except normal networking software, to

29

30

the BSCU area. This system can activate and send an impending arrival message to a person's computer when a vehicle is at a predefined location, time, distance, or previous stop. It should be noted, without moving away from the scope of this invention, changing modules and other minor modifications to this invention for similar or customized applications, is obvious to individuals skilled in the art and not mentioned for that reason.

A. Base Station Control Process

With reference to FIG. 46 and FIG. 47, the base station control process 14 essentially comprises two control subprocesses which run concurrently, namely, (a) a vehicle communications process 47 or 54 and (b) a delivery messaging process 53 or a vehicle information update process 58, based on the location of the modules used to generate the impending arrival message on a person's computer. The vehicle communications process 47 or 54 will be described hereafter, followed by the delivery messaging process 53 or 58. FIG. 46 illustrates one advance notification system configuration using the BSCU 14 for messaging to persons' computer addresses, and FIG. 47 illustrates an advance notification system configuration using the BSCU 14 to update advance notification software on a person's computer by providing vehicle location to each person's computer address. It should be noted in the communication process to the person's computer, other combinations of sending/receiving information from the BSCU 14 and to the person's computer, are used and based on end user needs, tailoring, and configuration.

1. Vehicle Communications Process

The vehicle communications process 18 initially is started from a cellular link from one of the VCUs 12 located on one of the plurality of delivery vehicles 19 to the BSCU 14, as indicated by block 12, FIG. 1. The BSCU 14 vehicle communications process 18 is preferably capable of monitoring a plurality of telephone lines 26, for receiving information from a cellular phone or data network gateway that converts wireless transmissions into land line phone line transmissions (with or without additional connections through a computer network), from a plurality of delivery vehicles 19. As the number of delivery vehicles 19 increases, the number of telephone lines 26 (or bandwidth) which are monitored by the vehicle communication process (FIG. 46) 47 and (FIG. 47) 54 should also be increased to some extent.

After the start of a VCU 12 on a delivery vehicle (FIG. 13), the respective VCU 12 will initiate a cellular link 45b to the BSCU 14, as indicated by the telephone bell symbol (FIG. 1) 18. After the BSCU 14 receives the telephone call, a string of symbols is exchanged between the VCU 12 and the BSCU 14 so as to validate the communication connection, as indicated in (FIG. 13) flow chart block 45b. In other words, the BSCU 14 ensures that it is in fact communicating with the VCU 12 and vice versa.

Next, as shown in FIG. 48 flow chart block 61, the BSCU 14 waits for communication from the VCU 12, when communication is established information regarding (a) the time of the on-board clock 63, (b) the list of stops and related information 64, (c) other information to be displayed for the vehicle driver 65 on the VCU LCD, and (d) when needed; a resetting of the communication method is added and then a shut down of communication 67 is initiated, based on system configuration. In addition, route data 64 is gained from the VCU 12 driver or package sensor input or from the BSCU 14 ability to access a local data base with driver information or a combination of these inputs. The route data 64 includes information pertaining to each delivery stop

location, before and after stops, and cargo. This information is normally displayed on the VCU 12 liquid crystal display (LCD) for the driver's viewing. The prioritizing of the driver's list is based on, but not limited to, mapping software, the driver input, and past recorded route data. From the route data 64 and the information listed above as (a), (b), (c), and (d), the BSCU 14, can determine the location of the vehicle by, as indicated by FIG. 22, flow chart blocks 201 and 14a, and determine when to send impending arrival messages 202 based on this location, as the vehicle starts and continues its route, as indicated by a flow chart block 202. In the case where the delivery vehicle 19 is stopped in-between scheduled stops, the VCU 12 resets its on-board communication clock cycle back so that the communication to the BSCU 14 is stopped, until the vehicle restarts it route or progress. When the delivery vehicle restarts it route, the standard communication cycle is restarted. In the case where the delivery vehicle 19 is in start and stop traffic, the VCU 12 communication cycles are normally stopped until the vehicle is moved a predefined distance, reaches a location associated with the activation of an impending message or the ignition switch is turned to the off/on position 24, or a sensor is activated on the VCU 12. The VCU 12 communication cycles (FIG. 23) are programmable from the BSCU 14 and are reset when a distance 904, or time 905, to the next messaging point excessively exceeds the number of minutes 907, miles 906, from the location to which a user impending arrival message is to be sent. Moreover, this communication change can be preset at the beginning of a route at areas and times the vehicle's location is not associated with an impending arrival message and at times when the vehicle can become off its estimated route without effecting the impending arrival messaging for a brief time. While the route is in progress, the BSCU 14 can determine from the mapping software, current route data, and past recorded route data 908, when to send a VCU 12 a request to use cycle communication. Moreover, in the situation where the delivery vehicle VCU 12 has stopped sending vehicle location communication to the BSCU 14, as requested by the BSCU 14 or in-between communication cycles from the VCU 12, the BSCU 14 can determine the estimated vehicle location from past routes, delivery lists, mapping software, and additional road/traffic monitoring systems for controlling the communication of the VCU 12. When the vehicle has reached a cycle completion, predetermined by location or time and known by the BSCU 14 and VCU 12, a communication link to the BSCU 14 is not necessarily made at this time. As the communication method is changed back to route comparison 14a (FIG. 15), if the vehicle's planned route location 140a matches it's actual route location, communication to the BSCU 14 is not needed. Essentially, the communication methods are controlling the overall communication loading needed for vehicle location and messaging associated with the vehicle location between the BSCU 14 and the VCU 12. To better understand clock cycles: clock cycles are time (minutes/seconds) lapses or distance lapses for particular location points (longitude/latitude numbers from GPS) or actual miles, and are started, controlled (more/less), and used for decreasing communication from a delivery vehicle VCU 12 to the BSCU 14.

Finally, as shown in FIG. 21, flow chart block 99, the BSCU 14 may slow down or speed up the communication clock cycle by determining the Vehicle Location Determining Factor (VLDF) 99. The VLDF is used to determine the likelihood of delays between two stops. To determine the VLDF rating, the current vehicle location 100, the next stop

US 6,748,320 B2

31

and route to the next stop 101 are compared to past route records 103. If the vehicle is likely to travel the same speed and take the same amount of time as previously recorded vehicles, the communication cycle is slowed down.

Worth noting from the forgoing discussion is the fact that the BSCU 14 (FIG. 1) is the ultimate controller of the advance notification system 10 from a hierarchical vantage point. The base station clock 28 maintains the absolute time of the advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the delivery vehicle 19 clock differs from the BSCU 14. Further, it should be noted that the VCU 12 communicates to the BSCU 14 (a) when asked by the BSCU 14, (b) when the clock cycle reaches a predetermined point or when the vehicle reaches a predetermined location, (c) when a planned route time differs from an actual route time and (d) when the delivery vehicle driver activates a predefined sensor on the vehicle (buttons on the VCU 12, bar code scanner, etc.) to minimize communication.

2. Package, Tracking, and Notification Process

As previously mentioned, the messaging process 202 (FIG. 22) runs concurrently with the vehicle communications process 189 within the BSCU 14. In essence, the computer messaging process 202 uses the vehicle location information 25 retrieved from the VCU 12 by the vehicle communications process 18a in order for the BSCU 14 to send computer messages of the approaching delivery vehicle 19. A delivery list is accessible from a local data base (FIG. 27) by the BSCU 14 and comprises information regarding (a) the person's name 331 and/or delivery street address 332, (b) the computer network address 333 (c) the telephone number 334 (d) the type of vehicles for activating notification messages 335 and (e) the activation of the impending arrival message. The impending arrival message is activated when a vehicle is at a predefined time 336, distance away from a stop 337, or at a location/address 338. The computer messaging activation points (as indicated in FIG. 27) and the delivery list (as indicated in FIG. 14) are crossed referenced with the vehicle's actual progress through its route and delivery stops. When a particular time, location, and/or package delivery for sending a particular message is reached, the messaging process initiates an electronic computer message to the particular user, as indicated by the flow chart diagram in FIG. 22. The computer messaging may be sent over an existing computer network/Internet or through a direct modem link from another computer, as described previously. Moreover, the particular time, distance, location, and/or stop are fully programmable by the user (person receiving an impending arrival message), and/or by the company providing the service. Programming and user options are discussed in more detail in the Computer Messaging Control Process area.

Also worth noting is a feature for monitoring messages to be placed in the future, for handling message loading (exceeding available communication channels) to end users. In accordance with this feature, upon anticipation of a heavy load of messages, some of the messages would be initiated earlier than the originally scheduled corresponding message time, previous stop, or distance/location. Numerous other networking options can also be used to solve this problem.

After the delivery vehicle has completed its route (FIG. 44), that particular delivery vehicle can be programmed to contact 153 the BSCU 14 when it recognizes the end of the route 152. Additionally, the VCU 12 may have instructions 155 displayed 155a for the driver. The BSCU 14 from a hierarchy stand point is the controller of the system, but

32

instructions from the VCU 12 of new packages, reschedules, other sensor inputs, etc. can be sent to the BSCU 14, for instructions on the vehicle's intent. Otherwise, the computer messaging process has completed its list for people to contact (FIG. 27) and unless additional vehicle tracking is needed or more stops are scheduled, the communication between the VCU 12 and BSCU 14 is stopped.

As further use of completed route data, an event list is maintained for diagnostics and system monitoring. The event list receives data from both the vehicle communications process and the computer messaging process. The event list essentially comprises records of, among other things, all messages sent and all past and current vehicle locations.

B. Vehicle Control Process

Reference will now be made to the vehicle control process as shown in FIG. 11. Once powered up, the VCU 12 runs through an initiation procedure in which the delivery list is retrieved from packages scanned onto the vehicle (activation of the scanner may also power up the VCU) and/or a downloaded list of packages from the BSCU 14 for delivery is received. If packages are scanned 20 into the VCU 12 (FIG. 12), the stops are placed in order of delivery by the vehicle's driver as shown in FIG. 29 or sent to the BSCU 14 for list optimization. The delivery list is organized into an optimized route FIG. 14, showing stop list order 607 and the location or address, as indicated in flow chart block 608. The automatic route optimization software resides in the Vehicle Location Data Base (VLDB) 14a in the BSCU 14 and includes past records of delivery times, routes taken by driver, traffic flow from recorded points and times of past routes, etc. This route optimization software and/or the driver input is how the stop list is organized. Initially the clock in the VCU 12 is set by the BSCU 14 when communication is made. Additionally, when comparisons with the actual time in the BSCU 14 differs from the time in the VCU 12, clock resets are made by the BSCU 14.

After the foregoing initialization procedure, a call is placed via the transceiver 18 (FIG. 1) to the BSCU 14 as indicated by the bell symbol. After the connection, the VCU 12 and the BSCU 14 exchange information as described herein before and which will be further described hereinafter relative to FIG. 12. Furthermore, it should be noted that in some configurations the BSCU 14 might contact the VCU 12 to initialize, schedule timing, or send remote activation from the driver of one vehicle to the BSCU 14 or other vehicle-in-motion sensors.

Next, as shown in FIG. 1, the vehicle control process begins a looping operation wherein the VCU 12 continuously monitors the switches 21-23, clock 24, and sensors 25 to determine the vehicle location. As mentioned previously, the vehicle control process initiates a wireless communication at the initializing point of a route, when the vehicle 19 clock cycle reaches (time between communication updates) a completed loop, planned route data stops matching actual route data, or when a package is delivered. The VCU 12 can also answer and receive information from the BSCU 14.

While in the main looping operation, a determination is first made as to whether the delivery vehicle 19 has reached the end of the route or deliveries/pick ups. If the vehicle 19 is at the end of its route, then the vehicle communication process is slowed down or stopped, and does not need to be restarted or increased unless switches 20, 21, 22, or 23 are triggered by the driver. Otherwise, the process continues and makes a determination as to the vehicle location, as indicated in flow chart block 25. In the preferred embodiment,

US 6,748,320 B2

33

34

the delivery vehicle 19 location and total expired time at each stop is not a factor. But if the VCU 12 notices a change in a delivery stop when a stop is made at a delivery location not on the list, or out of sequence, a driver prompt is displayed on the VCU/LCD screen 33. Additionally, a package scanned out (delivery was made or attempted) could also determine an out-of-sequence delivery. When the delivery vehicle 19 is stopped for an out-of-sequence delivery, then the communication is initiated to the BSCU 14, as shown by a telephone bell symbol 18 in FIG. 1. The communication is an override and not part of a normal communication event, such as, a clock cycle, a distance/location cycle, a route comparison, or polling protocol, but a special need for informing the BSCU 14 of a special occurrence.

The first attempt to correct the list is a flashing screen from the VCU 12 for the driver. If the driver responds, menus of questions are asked and the driver responses are recorded from the switches 21, 22, and 23 (FIG. 1). On screen questions are "is this delivery out of order?" if the driver selects yes, "is (address) your next stop?" if yes the information is uploaded to the BSCU 14 and the route continues, if no, a choice is given from the route list, and the driver is asked to highlight the next stop. When the process is not then uploaded to the BSCU 14. The BSCU 14 process determines the driver intent by comparing the vehicle direction, these stops, with destinations from the route list, and makes locations to closest stops, and past times of deliveries to a calculated determination of the driver's intent. The new sequence of stops is downloaded into the VCU 12 and the next stop location and question "is this correct" is displayed to the driver. Normally one of two events occurs, the driver responds or the vehicle arrives at a stop. If none of the switches 21, 22, or 23 have been actuated, then the process 76 will loop back around and begin once again. Otherwise, if actuation of a switch 21, 22, or 23 is detected, then the process will determine which of the switches 21, 22, 23 have been actuated.

First, the process will determine whether the "yes" switch has been actuated. If the driver has actuated the attempt to deliver switch 22, then the VCU 12 will continue normal operation. When the reschedule delivery switch 23 is pressed, a list of the local area deliveries is displayed and the driver is prompted to select the next stop. Moreover, a decision will be made by the BSCU 14 to notify users of the vehicle's impending arrival, if time, distance, previous delivery stop and location for that particular stop has passed. In the preferred embodiment, the delivery vehicle 19 is considered to be following its routing list if the vehicle 19 arrives at the stop on the display. A stop does not determine a delivery was made, but an attempt to deliver a package was made. Furthermore, when a user is not available to receive a package, a stop may be rescheduled automatically from the BSCU 14 or manually from the driver, as shown in FIG. 43. A reschedule delivery is a common occurrence for a delivery driver, so, determining when a second attempt should be made or a route list sequence of stops for a driver is a user preference. In most cases, a driver who becomes familiar with customers and customer schedules is more likely to be accurate and successful on a delivery than a route chosen by location and distance, from a list. Past tracking of actual times of deliveries to a particular stop make the BSCU 14 likely to be close also.

In the event that the vehicle driver has not delivered a package, and an attempt was made, and normally when the driver is not repeating the stop in a given day, the driver can activate an attempt to deliver switch 21 to inform the BSCU 14 to cancel this user stop from a list, and send a second message of the time of attempted delivery and package information to the user computer. Then the process determines whether the driver has actually pressed the reset switch 22 for the rest of the deliveries that day. An attempt to deliver computer message sent to a user computer address might be used to increase revenue for additional services, such as, fees for redeliveries, etc. If the driver has not actuated the reset switch 22, then the process loops back and begins again.

C. Computer Messaging Control Process

When a computer message is initiated by the BSCU 14 as indicated by FIG. 22, the BSCU 14 follows a messaging control process as indicated in flow chart blocks 208, 207, and 206.

Although the description in FIG. 22 is from a BSCU controller, the BSCU 14 or modules in the BSCU 14 may be better incorporated into a user computer. Three examples of different type configurations for displaying impending arrival information on a user computer connected to a network are shown in FIG. 7, FIG. 8, FIG. 9, and FIG. 10. For illustration purposes, the system described as a BSCU 14 is considered different than a person's computer, which could be considered part of the BSCU 14 operation. In FIG. 7 the person's computer is equipped with networking software, and is not associated with an advance notification system. In FIG. 8 the person's computer is equipped with all the advance notification modules for activating 14c and 14d impending arrival messages, mapping software 14b for displaying and/or comparing vehicle locations to streets, and a method for getting and/or receiving actual vehicle location from a network address. In FIG. 9 and FIG. 10, the example shows advance notification systems for tracking vehicles without GPS location devices. The BSCU 14 modules in FIG. 9 are set to track delivery stops from a route list and delivery stops within each route, then the vehicle location information is sent to the person's computer or accessed from the person's computer for vehicle location information. The vehicle location is compared in the person's computer, then activated and displayed when the user preferences match the actual vehicle's location. FIG. 10 is placing all modules in the BSCU 14 area and not requiring the person's computer to be equipped with any extra software (FIG. 49). As a note, the main differences between FIG. 7 and FIG. 10 are the methods used for determining vehicle location or stop points.

Additionally, when the user computer has software/hardware for connecting to a computer network and software for displaying messages received by the BSCU 14 for advance notification, the additional software can be an electronic mail reader for activating messages from a computer network, or a connection to a satellite/cable network 501 (FIG. 50) for displaying images onto a television screen. When the impending arrival messages are broadcast through a satellite/cable network 501, a personal computer 504 monitors signals from a broadcast channel 505 and activates an impending arrival message when an identification code is received 506. The impending arrival message is compared to the user preferences 508-511 and sent to a person's television 36d.

In the preferred embodiment, a person's computer can activate an impending arrival message when software is residing on a person's computer 223 as shown in FIG. 25. The software compares vehicle location 224 and user activation preferences 225 to the user preferences display

35

options 226a and user audio options 227a, each time a vehicle is approaching.

The methods used for signing up and providing the system with messaging preferences is accomplished with software on a person's computer or in the preferred embodiment, linked to a remote computer site FIG. 29. By linking to the site a person wanting to sign up may download software 380 (FIG. 29) to save online time, or sign up from a connection to a remote site 381. The user can only subscribe and make changes from the site to be notified 382, FIG. 30, and the computer address is given before this screen (not shown). This allows the advance notification system to have a level of security. The person is prompted to enter a telephone number 383, then a mailing address 384. This information is stored and compared to mapping software for placing the person's address on a map for display 385b, FIG. 31. After the information is displayed 385b, the user is prompted to agree with the location or choose the next one from a list 386, until their location on a map is agreed upon. The next area allows the user to select different activation and messaging methods for different vehicles 387, FIG. 32. When the same for vehicles in a particular category 389, or each vehicle is different 390, display screens shown as illustrations in FIG. 33 through FIG. 39 are looped for each vehicle/group selected. The next screen prompt asks, "when you would like to be notified?" 392 (FIG. 33) and options for time before arriving 393, distance before arriving 394, or at a location/s of choice 395. When a person entering time before vehicle arrives for notification, the next screen (FIG. 34) allows the minutes and seconds before a stop to be selected. When a person enters distance before a vehicle arrives for an impending arrival message (FIG. 35), the distance can be selected as shown. When a person selects to define a particular area for impending arrival activation, the person can choose a circle around their home/business, as shown in FIG. 36. The circle can be adjusted by pulling the edge with a computer mouse left button held down and releasing when the circle is at a desired size. The activation points are the edges of the circle and/or areas with streets. The next option for selecting an area is the grid perimeter/s (FIG. 37). The actual squares (or other shapes) can be clicked with the left button on a mouse for highlighting areas and adjusting the highlighted areas with the slide bars at the bottom or right for precise positioning for activating impending arrival messages. The next option is placing street markets (FIG. 38) on roads and highways for activation points for impending arrival messaging. The street markers are positioned with a computer's mouse, normal drag and drop operations onto actual areas. Additionally, other areas, such as waypoint/s (longitude/latitude areas), prior vehicle stop/s, letting the vehicle define customer offering services, etc. can be used as well. After defining the locations, the selected preferences are referenced with past route data, mapping software, and other information for placing notification areas in a data base, to be used when a vehicle is approaching this predefined stop. Next the person wanting impending arrival messages should enter how they would like to receive the message/s (FIG. 39). A person may select a telephone call with a voice message 170, a telephone call with a distinctive ringing sound 171, and/or over a computer network/internet 172, with additional software for on screen displays 173 and/or audio messages 174. Additionally worth noting, sending impending arrival messages to other communication devices 36x (FIG. 2) with addresses or activation numbers from the BSCU would be obvious in the scope of this invention and is therefore not discussed in detail, but would be included in the area of FIG. 39.

36

The computer address/electronic address number corresponding with the user computer at a particular stop is obtained from the data, as indicated above in FIG. 29 through FIG. 39. Other information can also be obtained, including the ability to send one type of message (telephone, electronic mail, personal pager, television, etc.) over the other, and allowing different vehicles to activate impending arrival messages differently. For example FIG. 4 illustrates a flow chart 82 for activating a telephone call first when a vehicle is approaching 83. First the vehicle's location matches 85 the preferences in the user data base 84 and dials a phone number, if the phone is answered the message is played and additional messages are not sent. In the case where the phone is not answered after a preset number of retries expire 88, then an electronic message is sent 89, and the event is removed from the data base 90. It should be noted that different combinations of messages are obvious to a person experienced in the art without loosing the scope of the present invention, and are therefore not mentioned in greater detail.

Moreover, companies may include the service without acknowledgment of the end user or in some cases notify them on one occasion and offer the service if they respond to the message. In these cases finding the contact information can be achieved by existing and known industry standards for finding computer addresses with telephone numbers and shipping address. Additional resources for obtaining this information are established by (a) a user providing the information to a delivery company, and (b) a user posting this information in an advance notification computer site, and (c) a user listing this information with other published references, such as a telephone book, mapping software, etc. This information may be accessed when a delivery is scheduled. Next, the control process sets a time-out variable for keeping track of successful messages sent and any messages returned from wrong addresses or busy networks. The number n of allowable attempts is predetermined and is stored in the user preferences data base and the person's old address can activate an automatic update for a new telephone number or computer address, when needed.

Furthermore, message timing and activation of impending arrival messages to users can be set at the start of the route or day, or in some cases the day/s before the vehicle is to arrive. By sending impending arrival messages early, users can rearrange their schedules for meeting a delivery vehicle/driver when he arrives. As an example, a person taking a lunch break or leaving a delivery area, will know of particular deliveries scheduled in a certain day and the impending arrival time/s.

Worth noting, actual pictures or live video taken from a vehicle could be sent to the BSCU 14 from the VCU 12 and then used as part of the messaging process of the impending arrival of a particular vehicle to a user. As wireless channels become capable of carrying more and more data (by increased band width and data compression routines), increased information taken from the vehicle can be utilized in the message of the impending arrival of a vehicle to the user.

In the claims hereafter, all "means" and "logic" elements are intended to include any structure, material, or design for accomplishing the functionality recited in connection with the corresponding element.

Therefore, the following is claimed:

1. A method for an advance notification system for notifying a user of an impending arrival of a vehicle at a vehicle stop, the system comprising (a) a user communica-

US 6,748,320 B2

**37**

tions device associated with said user, (b) a system communications device, and (c) a computer system for monitoring travel of said vehicle in relation to said vehicle stop and for initiating a communication with said system communication device to the user communications device before the vehicle reaches said vehicle stop to thereby indicate impending arrival of the vehicle at said vehicle stop, the method comprising the steps of:

permitting said user to solicit a vehicle progress report relating to said vehicle by the following steps:

permitting establishment of a communication link between said user communications device and said system communications device; and

providing said vehicle progress report from said computer system to said user during said communication link.

2. The method of claim 1, wherein said progress report includes a time when a previous call was initiated by said system communications device to said user communications device.

3. The method of claim 1, further comprising the steps of:

maintaining a reference caller identification number associated with said user communications drvice: and

when said communication link is established, determining whether said communication link is authorized by comparing a caller identification number associated with said communication link with said reference caller identification.

4. The method of claim 1, further comprising the step of:

permitting said user communications device to solicit a report corresponding to a previous communication made by said system communications device to said user telephone communications device.

5. The method of claim 4, further comprising the step of indicating in said report whether said previous communication was successful.

6. The method of claim 1, further comprising the steps of:

permitting said user to input notification timing information indicative of when the user is to receive a communication, the notification timing information indicative of a proximity of the vehicle to the vehicle stop.

7. The system of claim 1, wherein the user communications device is a computer, television, pager, or telephone.

8. The system of claim 1, wherein the communication link is established, at least in part, over the Internet.

9. The system of claim 1, wherein said vehicle progress report is provided in an email.

10. The system of claim 1, wherein said vehicle progress report indicates a proximity of said vehicle in relation to said stop location.

11. An advance notification system for notifying a user of an impending arrival of a vehicle at a vehicle stop and for

**38**

permitting a user to solicit a vehicle progress report relating to said vehicle, comprising:

a user communications device associated with said user;

a computer system for monitoring travel of said vehicle in relation to said vehicle stop;

a system communications device in communication with said computer system, said system communications device for communicating with said user communications device at a time before said vehicle reaches said vehicle stop; and

vehicle progress report generator associated with said computer system for permitting said user to solicit a vehicle progress report relating to said vehicle by providing said vehicle progress report from said computer system to said user communications device during a communication link between said user and said system communications device.

12. The system of claim 11, wherein said vehicle progress report generator is further configured to specify in said vehicle progress report a time when a previous communication was initiated by said system communications device to said user communications device.

13. The system of claim 12, wherein said user communications device is a telephone and wherein said vehicle progress report generator is further configured to indicate in said report whether said user communications device was answered when said system communications device initiated said previous communication to said user communications device.

14. The system of claim 11, wherein said computer system further comprises means for permitting said user to define a preset notification time period when the user is to receive a communication, the preset notification time period indicative of a proximity of said vehicle and said vehicle stop.

15. The system of claim 11, wherein the computer system monitors travel of said vehicle by reviewing data pertaining to travel status of said vehicle

16. The system of claim 11, wherein the computer system monitors travel of said vehicle by reviewing data pertaining to travel status of said vehicle.

17. The system of claim 11, wherein the user communications device is a computer, television, pager, or telephone.

18. The system of claim 11, wherein the communication link is established, at least in part, over the Internet.

19. The system of claim 11, wherein said vehicle progress report is provided in an email.

20. The system of claim 11, wherein said vehicle progress report indicates a proximity of said vehicle in relation to said stop location.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,748,320 B2                                    Page 1 of  1
DATED          : June 8, 2004
INVENTOR(S)  : M. Kelly Jones

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [63], **Related U.S. Application Data**, replace "Continuation of application No.
08/852,119, filed on May 6, 1997." with
-- Continuation of application No. 08/852,119, filed on May 6, 1997, now Pat. No.
6,748,318, which is a continuation of application No. 08/434,049, filed on May 2, 1995,
now Pat. No. 5,623,260, which is a continuation of application No. 08/432,898, filed on
May 2, 1995, now Pat. No. 5,657,010, which is continuation-in-part of application No.
08/432,666, filed on May 2, 1995, now Pat. No. 5,668,543, which is a continuation-in-
part of application No. 08/407,319, filed on Mar. 20, 1995, now abandoned, which is a
continuation-in-part of application No. 08/063,533, filed on May 18, 1993, now Pat. No.
5,400,020. --

Signed and Sealed this

Seventeenth Day of August, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT D

US006411891B1

(12) **United States Patent**

Jones

(10) Patent No.: **US 6,411,891 B1**

(45) Date of Patent: **\*Jun. 25, 2002**

(54) **ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING USER-DEFINABLE NOTIFICATION TIME PERIODS**

(75) Inventor: **Martin Kelly Jones**, Vancouver (CA)

(73) Assignee: **Global Research Systems, Inc.**, Rome, GA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/558,713**

(22) Filed: **Apr. 26, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/852,119, filed on May 6, 1997.

(60) Provisional application No. 60/039,925, filed on Mar. 7, 1997.

(51) Int. Cl.[7] ............................. **G01C 21/00**; G06G 7/78

(52) U.S. Cl. ................... **701/201**; 701/117; 701/209; 701/210; 455/12.1; 455/18.1; 455/13.2; 342/357.07; 342/357.09; 342/457

(58) Field of Search ................................. 701/201, 209, 701/207, 208, 210, 117; 340/990, 995, 998, 438, 439; 342/357.03, 357.09, 357.07, 457; 455/12.1, 13.1, 13.2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,644,883 A | 2/1972 | Borman et al. | ............... 340/23 |
| 3,845,289 A | 10/1974 | French | ..................... 701/117 |
| 3,934,125 A | 1/1976 | Macano | ..................... 701/20 |
| 4,220,946 A | 9/1980 | Henriot | ....................... 340/23 |
| 4,297,672 A | 10/1981 | Fruchey et al. | ............... 340/23 |
| 4,325,057 A | 4/1982 | Bishop | ..................... 340/539 |
| 4,350,969 A | 9/1982 | Greer | ..................... 340/994 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| FR | 2674355 | 9/1992 | ................. 340/994 |
| FR | 2559930 | 8/1995 | ................. 340/994 |
| JP | 0066175 | 6/1977 | ................. 340/994 |
| JP | 0288400 | 11/1988 | ................. 340/994 |

*Primary Examiner*—Jacques H. Louis-Jacques
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley, LLP

(57) **ABSTRACT**

An advance notification system and method notifies users of the impending arrival of a transportation vehicle, for example, a school bus, at a particular vehicle stop. The system generally includes an on-board vehicle control unit (VCU) for each vehicle and a base station control unit (BSCU) for transmitting notification messages to users in order to inform the users when the vehicle is a certain predefined time period away from the vehicle stop. The VCU compares elapsed time and/or traveled distance to the programmed schedule time and/or traveled distance to determine if the vehicle is on schedule. If the vehicle is behind or ahead of schedule, the VCU calls the BSCU, which then adjusts its calling schedule accordingly. Significantly, a preset notification time period mechanism in the BSCU permits the user to contact the BSCU in order to define a preset notification time period when the user is to receive a notification message prior to arrival of a vehicle at a vehicle stop to thereby indicate impending arrival of the vehicle at the stop.

**18 Claims, 44 Drawing Sheets**



## US 6,411,891 B1

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,713,661 A | 12/1987 | Boone et al. | 340/994 |
| 4,791,571 A | 12/1988 | Takahashi et al. | 364/436 |
| 4,799,162 A | 1/1989 | Shinkawa et al. | 340/994 |
| 4,804,937 A | 2/1989 | Harbiaux et al. | 340/52 F |
| 4,812,843 A | 3/1989 | Champion et al. | 340/993 |
| 4,956,777 A | 9/1990 | Cearley et al. | 364/424 |
| 5,014,206 A | 5/1991 | Scribner et al. | 364/449 |
| 5,021,780 A | 6/1991 | Fabiano et al. | 340/994 |
| 5,068,656 A | 11/1991 | Sutherland | 340/989 |
| 5,113,185 A | 5/1992 | Ichikawa | 340/995 |
| 5,121,326 A | 6/1992 | Moroto et al. | 364/449 |
| 5,122,959 A | 6/1992 | Nathanson et al. | 701/117 |
| 5,131,020 A | 7/1992 | Liebesney et al. | 379/59 |
| 5,144,301 A | 9/1992 | Jackson et al. | 340/994 |
| 5,168,451 A | 12/1992 | Bolger | 701/117 |
| 5,218,629 A | 6/1993 | Dumond, Jr. et al. | 379/58 |
| 5,223,844 A | 6/1993 | Mansell et al. | 342/357 |
| 5,299,132 A | 3/1994 | Wortham | 364/460 |
| 5,323,456 A | 6/1994 | Oprea | 379/375 |
| 5,351,194 A | 9/1994 | Ross et al. | 364/449 |
| 5,361,296 A | 11/1994 | Reyes et al. | 379/96 |
| 5,381,338 A | 1/1995 | Wysocki et al. | 364/449 |
| 5,394,332 A | 2/1995 | Kuwahara et al. | 364/449 |
| 5,400,020 A | 3/1995 | Jones et al. | 340/994 |
| 5,444,444 A | 8/1995 | Ross | 340/994 |
| 5,448,479 A | 9/1995 | Kemner et al. | 364/424 |
| 5,450,613 A * | 9/1995 | Takahara et al. | 455/517 |
| 5,461,374 A | 10/1995 | Lewiner et al. | 340/994 |
| 5,493,295 A | 2/1996 | Lewiner et al | 340/994 |
| 5,519,621 A | 5/1996 | Wortham | 364/460 |
| 5,526,401 A | 6/1996 | Roach, Jr. et al. | 379/59 |
| 5,539,810 A | 7/1996 | Kennedy, III et al. | 379/59 |
| 5,544,226 A | 8/1996 | Kennedy, III et al. | 379/59 |
| 5,546,444 A | 8/1996 | Roach, Jr. et al. | 379/59 |
| 5,579,376 A | 11/1996 | Kennedy, III et al. | 379/60 |
| 5,587,715 A | 12/1996 | Lewis | 342/357 |
| 5,594,650 A | 1/1997 | Shah et al. | 364/449.1 |
| 5,602,739 A | 2/1997 | Haagenstad et al. | 364/436 |
| 5,623,260 A | 4/1997 | Jones | 340/994 |
| 5,648,770 A | 7/1997 | Ross | 340/994 |
| 5,652,707 A | 7/1997 | Wortham | 364/460 |
| 5,657,010 A | 8/1997 | Jones | 340/994 |
| 5,666,647 A * | 9/1997 | Maine | 455/12.1 |
| 5,668,543 A | 9/1997 | Jones | 340/994 |
| 5,673,305 A | 9/1997 | Ross | 379/58 |
| 5,694,322 A | 12/1997 | Westerlage et al. | 364/464.27 |
| 5,699,275 A | 12/1997 | Beasley et al. | 364/514 R |
| 5,719,771 A | 2/1998 | Buck et al. | 364/443 |
| 5,724,243 A | 3/1998 | Westerlage et al. | 364/446 |
| 5,736,940 A | 4/1998 | Burgener | 340/994 |
| 5,739,774 A | 4/1998 | Olandesi | 340/994 |
| 5,751,245 A | 5/1998 | Janky et al. | 342/357 |
| 5,760,742 A | 6/1998 | Branch et al. | 342/457 |
| 5,771,455 A | 6/1998 | Kennedy, III et al. | 455/456 |
| 5,781,731 A * | 7/1998 | Koreeda et al. | 709/204 |
| RE35,920 E | 10/1998 | Sorden et al. | 342/457 |
| 6,006,159 A | 12/1999 | Schmier et al. | 701/200 |
| 6,134,501 A | 10/2000 | Oumi | 701/209 |

* cited by examiner

Case 1:05-cv-21046-JLK   Document 1   Entered on FLSD Docket 04/15/2005   Page 178 of 336



FIG 1



FIG 2



FIG 3



FIG 4



FIG 5



FIG 6



FIG 7



FIG. 8



**FIG 9**



FIG 10



FIG 11



FIG 12



FIG 13




FIG. 14



FIG 15



FIG. 16



FIG 17



FIG. 18





99 — WHAT IS THE VEHICLE LOCATION DETERMINING FACTOR (VLDF)?

100 — WHAT IS THE VEHICLE'S CURRENT LOCATION?

101 — WHAT IS THE DESTINATION OF THE NEXT STOP OR LOCATION?

102 — SEND AND PROCESS INFORMATION

104 — VLDF IS (100)

103 —

ROADS AND STREETS ABOUT TO BE TRAVELED
TIME OF DAY
DAY OF WEEK
WEEK OF YEAR
ALL RESETS OR CHANGES OCCURRING WITH PAST ROUTES
= AVERAGE OVERALL
= AVERAGE FOR THIS DAY / TIME

VLDF = (100)

**FIG 21**

Case 1:05-cv-21046-JLK   Document 1   Entered on FLSD Docket 04/15/2005   Page 198 of 336



**FIG. 22**





**FIG. 25**

**INFORMATION OVER COMPUTER NETWORK** 14

- 220 IDENTIFIES VEHICLE NAME & ATTACHED INFORMATION
- 221 IDENTIFIES LOCATION OF VEHICLE
- 222 IDENTIFIES CARGO INFORMATION

**VEHICLE CONTROL UNITS (VCU)** 12

**ANS SOFTWARE ON PERSONS COMPUTER** 223

- 223 ANS SOFTWARE ON PERSONS COMPUTER
- 224 IS A VEHICLE APPROACHING
- 225 COMPARE USER PREFERENCES
- 226 DISPLAY IMPENDING ARRIVAL ON SCREEN
- 227 PLAY AUDIO MESSAGE OF IMPENDING ARRIVAL
- 228 STOP IMPENDING ARRIVAL MESSAGES
- 229 END THIS VEHICLES IMPENDING ARRIVAL MESSAGE

YES / NO

**ANS SOFTWARE SCREEN DISPLAY OPTIONS FOR PACKAGE DELIVERY SYSTEM** 226a

- 230 SHOW VEHICLE DRIVER INFORMATION
- 231 SHOW VEHICLE INFORMATION
- 232 SHOW VEHICLE LOCATION ON MAP
- 233 SHOW TIME COUNTDOWN
- 234 SHOW MILEAGE COUNTDOWN
- 235 SHOW LAST DELIVERY OR STOP LOCATION
- 236 DISPLAY CARGO INFORMATION

**ANS SOFTWARE AUDIO OPTIONS FOR PACKAGE DELIVERY SYSTEM** 227a

- 238 PLAY VEHICLE NAME
- 239 PLAY VEHICLE INFORMATION
- 240 PLAY STREET ADDRESS OF VEHICLE
- 241 PLAY TIME COUNTDOWN
- 242 PLAY MILEAGE COUNTDOWN
- 243 PLAY LAST DELIVERY OR STOP LOCATION
- 244 PLAY IDENTIFICATION OF CARGO



FIG. 26



FIG. 27



FIG. 28



FIG. 29



FIG 30



FIG. 31



FIG. 32



FIG. 33



FIG. 34



**Advance Notification**

File   Edit   Go To   Views   Events   Window   Help

# Please Enter A Vehicle's Distance (miles) From Your Home or Office You Would Like To Be Notified!

Please Enter A Distance For Advance Warning

How much distance away from your home or office do you need, before the vehicle arrives?

1.200 miles

Would You Like To See This Vehicle's Location At This Distance On A Map?

WOULD YOU LIKE THIS DISTANCE AS A DEFAULT FOR ALL VEHICLES?

NO   YES   HELP

NO ALLOWS YOU TO SET DIFFERENT PREFERENCES FOR EACH VEHICLE!

Start   Advance Notification                2:15 PM

FIG. 35





FIG. 37



FIG. 38



FIG. 38











FIG. 44



FIG. 45



**BASE STATION CONTROL PROCESS #2**

*54* COMMUNICATE VEHICLE LOCATION AND / OR OTHER INFORMATION WITH VCUS

*55* STORE VEHICLE INFORMATION

*56* RECEIVE REQUESTS FOR VEHICLE INFORMATION FROM PERSONS COMPUTERS EQUIPPED WITH ANS SOFTWARE

*57* LOOKUP VEHICLE INFORMATION ASSOCIATED WITH VEHICLE LOCATION, ROUTE OR STOP, ADDRESS, ETC.

*58* IF INFORMATION IS AVAILABLE, SEND INFORMATION BACK TO PERSONS COMPUTER

*14*

**FIG. 47**

**BASE STATION CONTROL PROCESS #1**

*47* COMMUNICATE VEHICLE LOCATION AND / OR OTHER INFORMATION WITH VCUS

*48* STORE VEHICLE INFORMATION

*49* STORE USER NOTIFICATION PREFERENCES

*50* DETERMINE ROUTE LIST ORDER AND ROADS TO BE TAKEN BY DRIVER OF DELIVERY VEHICLE

*51* DETERMINE LOCATIONS TO ACTIVATE IMPENDING ARRIVAL MESSAGES FROM GPS LONGITUDE LATITUDE NUMBERS ON A MAP

*52* IS A VEHICLE AT A LOCATION TO ACTIVATE AN IMPENDING ARRIVAL MESSAGE?

*53* SEND MESSAGE TO PERSONS COMPUTER OF VEHICLE'S LOCATION

*14*

**FIG. 46**



FIG 48





SOFTWARE
500 MONITORING SIGNALS FROM CABLE CHANNEL

505 — SOFTWARE MONITORING SIGNALS FROM BROADCAST CHANNEL

NO

506 — ARE SIGNALS MATCHING THIS ADDRESS?

YES

507 — WHAT ARE USER PREFERENCES?

508 — DISPLAY OVER FULL SCREEN OR TICKERTAPE ON BOTTOM OF SCREEN?

509 — DISPLAY OVER FULL SCREEN OR TICKERTAPE ON BOTTOM OF SCREEN?

510 — DISPLAY COUNT DOWN? VEHICLE IMAGE? OTHER?

511 — PLAY AUDIO ONLY? PLAY AUDIO WITH DISPLAY?

504 — CONNECTION TO PERSONAL COMPUTER

512 — SEND INFORMATION TO TELEVISION SCREEN OVER EXISTING PROGRAMMING

501 — SATELLITE OR CABLE TELEVISION LINK

502 — DESCRAMBLER DEVICE

503 — CONNECTION BETWEEN TELEVISION AND DESCRAMBLER

35d

PERSONS TELEVISION

513 — "THE XYZ DELIVERY TRUCK IS 1.2 MILES AWAY FROM YOUR STOP!"

FIG. 50

US 6,411,891 B1

1

## ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING USER-DEFINABLE NOTIFICATION TIME PERIODS

This document is a continuation-in-part of and claims priority to nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEMS AND METHODS UTILIZING A COMPUTER NETWORK," filed May 6, 1997 by M. K. Jones and assigned Ser. No. 08/852,119. The foregoing application claims priority to the following U.S. applications:

(a) provisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING A COMPUTER NETWORK," filed Mar. 7, 1997 by M. K. Jones and assigned Ser. No. 60/039,925;

(b) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER-DEFINABLE NOTIFICATION TIME PERIOD," filed May 2, 1995 by M. K. Jones and assigned Ser. No. 08/434,049, now U.S. Pat. No. 5,623,260;

(c) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING VEHICLE PROGRESS REPORT GENERATOR," filed May 2, 1995 by M. K. Jones and assigned Ser. No. 08/432,898, now U.S. Pat. No. 5,657,010; and

(d) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER CALLING REPORT GENERATOR," filed May 2, 1995 by M. K. Jones and assigned Ser. No. 08/432,666, now U.S. Pat. No. 5,668,543;

where documents (b), (c), and (d) are each a continuation-in-part of the application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING A DISTINCTIVE TELEPHONE RING," filed Mar. 20, 1995 by M. K. Jones and assigned Ser. No. 08/407,319, now abandoned, which in turn is a continuation-in-part of an application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by M. K. Jones et al. and assigned Ser. No. 08/063,533, now U.S. Pat. No. 5,400,020 to M. K. Jones et al. that issued on Mar. 21, 1995.

Each of the aforementioned patents and patent applications is incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention generally relates to data communications and information systems and, more particularly, to advance notification systems and methods for notifying users in advance of the impending arrival of a vehicle or user, for example but not limited to, a bus, train, delivery van, plane, fishing vessel, or other vessel, or user walking or riding, to or at a particular stop.

### BACKGROUND OF THE INVENTION

There are many situations when it is desirable for people to know of the approximate arrival time of a particular vehicle, the distance of a particular vehicle approaching, when a vehicle crosses particular location points, and when a particular vehicle is leaving its last stop. With such information, passengers, users, and companies can adjust their schedules accordingly and avoid having to wait on a particular vehicle to reach a particular destination. For

2

example, a user having to pick up a friend or relative at a commercial bus station either has to call the bus station to find out the approximate arrival time (information which is oftentimes unavailable) or plan on arriving at the bus station prior to the scheduled arrival time of the bus and hope the bus is not delayed.

Another example includes a user walking and carrying a device such as a mobile phone or communication device with a location device, such as global positioning system (GPS) receiver, connected for sending location information to a control unit. It would be desirable for this control unit to broadcast a user's impending arrival time, distance to be traveled before arriving, specific location points and/or the time when leaving their last stop. This information may be broadcast to an employer, spouse, parent, or other user, when the vehicle/user reaches a predetermined location.

Another example involves school children that ride school buses. School children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at particular bus stops at substantially different times from one day to the next. The reason is that school buses are not always the best-maintained vehicles on the roads, frequently operate during rush hour traffic, and must contend with congested urban/suburban conditions. As a result, school children are forced to wait at their bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets. If it is raining, snowing, windy and cold, and/or even dark, such conditions can be unhealthy and unsafe for children.

Yet another example is in the commercial overnight package delivery industry, wherein packages are delivered on a tight schedule. In this regard, it is desirable to notify a user at a delivery stop for better customer preparation as the vehicle approaches. By the customer becoming better prepared and a delivery driver being able to deliver more packages per day, an overnight package delivery company can increase profits by requiring fewer vehicles to deliver more packages in a business day.

Additionally, individuals already try to project the arrival of a vehicle or package by online package tracking services provided by commercial delivery companies, such as the United Parcel Service (UPS), Federal Express (FED-X), and others. Although traditional methods used in determining when a vehicle are to arrive at a stop is effective in some cases, a more precise method using a pre-warning message can be more helpful in providing accurate information. Currently, such vehicles, in order to ensure delivery of all packages in the same day, keep loads at a lower capacity in order to compensate for waiting times encountered at a percentage of vehicle stops when customers react slowly to their arrival.

Thus, generally, it would be desirable for a user to know when a vehicle (such as a bus, track, train, plane, user, or the like) is (a) a particular time period (for example, number of minutes or seconds) away from arriving at a destination, (b) a particular distance (for example, number of miles or height) away from the destination, or (c) at a particular location among a set of location points, so that the user can adjust his/her schedule and avoid arriving too early or too late.

In the past, in order to combat the arrival time problem in the context of school buses, student notification systems have been employed that use a transmitter on each bus and a receiver inside each student home. U.S. Pat. No. 4,713,661 to Boone et al. and U.S. Pat. No. 4,350,969 describe systems

US 6,411,891 B1

**3**

of this type. When the school bus and its on-board transmitter come within range of a particular home receiver, the transmitter sends a signal to notify the student that his/her school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters for each student. In addition, such systems provide little flexibility for providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

SUMMARY OF THE INVENTION

Briefly described, the present invention allows a user to define a preset notification time period when the user is to receive a notification message prior to arrival of a vehicle at a vehicle stop to thereby indicate impending arrival of the vehicle at the vehicle stop. The advance notification system comprises (a) a user communication device associated with the user, (b) a system control for monitoring travel of the vehicle in relation to the vehicle stop, and (c) a system communication interface for establishing communication between the system control and the passenger telephone when the vehicle is at a location that corresponds with the preset notification time period from said vehicle stop. The method may comprise the following steps: permitting the passenger to define the preset notification time period by the steps of (1) establishing a communication link with the system telephone interface; (2) receiving data indicative of the preset notification time period during the telephone communication link; and (3) interfacing the data with the system control.

In accordance with another feature of the present invention, a reference caller identification number associated with the user communication device is maintained. When the communication link is established, a determination is made as to whether the communication link is authorized by comparing a caller identification number associated with the communication link with the reference caller identification.

Other features and advantages of the present invention will become apparent from the following drawings. All such additional objects, features, and advantages are intended to be included herein.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating the principles of the present invention. Moreover, like reference numerals designate corresponding parts throughout the several views.

FIG. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a delivery truck system, as an example, FIG. 1 depicts a vehicle control unit (VCU) in communication with a vehicle station control unit (BSCU), which is in turn in communication with a customer computer and/or computer address, the customer computer preferably offers a video and/or audio display.

FIG. 2 is a high level schematic diagram of an advance notification system of the present invention as applied to a delivery truck system, as an example. FIG. 1 depicts a VCU in communication with a BSCU, which is in turn in communication with a customer computer and/or computer munication with a customer computer and/or computer

**4**

address, a customer's business or home telephone, a customer's mobile phone, a customer's wireless pager, and a customer's television. These devices offer an improved method for notifying a person of the impending arrival of people or vehicles.

FIG. 3 is a high level flow chart diagram of the advance notification system of the present invention as applied to a delivery truck system, as indicated in this diagram, the advance notification system generally includes a vehicle monitoring process for determining the location of vehicle's remotely, a messaging component for sending electronic messages when a vehicle reaches a predetermined point prior to the arrival at a person's stop, and a person's computer connected to a network (e.g., Internet) for receiving and displaying an impending arrival message.

FIG. 4 is a high level flow chart diagram for determining when to use a second method of sending an impending arrival message to a person. This diagram shows how a telephone call can be activated first and if unsuccessful, determined by the retry attempts in this diagram, secondly sends a computer message. Asking an individual receiving an electronic message to respond could reverse this and if no response was received back, a telephone call to the person would be made. Also worth noting, the messaging method to an individual could always be one, both, or others.

FIG. 5 is a high level flow chart diagram of different messaging options. While one method is suitable for some people, two or more different type messaging methods are more likely to be effective for others. The diagrams show the options for receiving impending arrival messages as a message to a computer address, a telephone call with a message (if answered), a message on a pager, and a message to a person's television address.

FIG. 6 is a high level flow chart diagram for activating an impending arrival message when electronic mail (E-Mail) received on a person's computer or at a person's computer address. An impending arrival message in the form of an address, electronic message or more commonly known as E-Mail, activates additional software, setup with user preferences, for tailored audio announcements and video displays.

FIG. 7 is a high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual module configurations. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a user's computer address a message when a vehicle is approaching and also used as an overview of FIG. 1.

FIG. 8 is another high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual modular configurations. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a user computer vehicle location information only, for the user computer to determine when to notify the user and send a message to the computer screen and also by audio means, when a vehicle is approaching.

FIG. 9 is another high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual modular configuration preferences of different systems. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a message about the next stop to a users computer as the last delivery (prior to the impending stop) is made and

thus notify the user via a message on a computer screen and audio means, when a vehicle is approaching.

FIG. 10 is another high level modular diagram of the overall operation of the advance notification system described as system configurations and necessary to show the differences of individual modular configuration preferences of each system. Additionally, this configuration is a simple diagram of an advance notification system, designed to determine a vehicle location by a stop, or delivery at a particular location, without GPS or normal location devices on the vehicle. This system determines vehicle location from a delivery list and acknowledgment of each delivery to the BSCU. The address and distance to the next stop is determined by routing software, mapping software, past records of travel, and actual traffic data systems, compared in the BSCU to determine time, distance, and actual vehicle location prior to a user stop. The ability to notify a user computer as the pre-selected advance notification preferences are activated allows the system to notify the user of a message on a computer screen and/or by audio means when a vehicle is approaching. Other combinations of the configurations (FIG. 7 through FIG. 10) are used based on application, business, and customer needs.

FIG. 11 is a high-level schematic circuit diagram of the VCU. The VCU is designed to be a compact unit with a generally rectangular housing that is mounted preferably on or in front of the dashboard of the vehicle in view of and within reach of the vehicle driver. In the housing, the microprocessor controller is interfaced with the transceiver by a transceiver jack (preferably a conventional 8-conductor telephone jack when transceiver is a mobile telephone), and the transceiver includes an antenna for transmitting and/or receiving signals to and from the BSCU. Further, the VCU includes a liquid crystal display (LCD) module disposed for external viewing of the display by the driver and for providing information to the driver, as described previously.

FIG. 12 is a low level block diagram of the VCU of FIG. 11.

FIG. 13 is a flow chart of a vehicle control process for the VCU and BSCU.

FIGS. 14 is an example of a route list after calculations have determined the route stop order and the time between-stops. The left side shows GPS longitude/latitude coordinates and estimated time between stops that is maintained in the VCU database, while the right side shows the mailing address and stop number to be displayed on an LCD.

FIG. 15 is a diagram showing how to determine route stop timing events with past route averages and actual live inputs from VCU's for a combined calculation for better estimations of a vehicle actual location between communication updates and improved accuracy of impending arrival messages.

FIG. 16 is a diagram of an event schedule for sequencing and activating of impending arrival messages from predetermined locations, time before arrival and distance before arrival of a particular vehicle.

FIG. 17 is an example diagram of a messaging event sequence when sending messages to users before the vehicle arrives. Moreover, it shows an update message used when a particular vehicle is delayed. The update message is used when a person is notified and waiting on a vehicle to arrive, but the vehicle is delayed after passing the activation point for sending the first message.

FIG. 18 is a flow chart of when a second or third message is used and how the BSCU determines the activation of these messages.

FIG. 19 is a diagram of an example of a method for determining vehicle location without the vehicle being equipped with a location device, such as a GPS, or other devices used for odometer/distance reading device, etc., in an advance notification system. This flow chart diagram illustrates a method for determining vehicle location from a delivery list, actual delivery or attempt to deliver notices and route determining software in the BSCU and/or a user computer. The route and/or mapping software determines the vehicle path (roads) to the next stop and then calculates the distance from mapping software. Furthermore, the vehicle location is associated with time for determining a moving vehicle location. This vehicle location/time is calculated from past route data, mapping software of speed limits, stops signs, red lights, etc. and/or traffic monitoring systems with sensors normally located along the roadside. It also provides an inexpensive means for determining a vehicle time, distance, and/or location away from a home or business for activating an advance notification message of an impending arrival of a vehicle from different user preferences.

FIG. 20 is a flow chart of a simple and low cost advance notification system for notifying users of the impending arrival of a particular vehicle, when the vehicle leaves it's last (prior) stop, and on it's way to the user's stop.

FIG. 21 is a high level flow chart for determining the reliability of a vehicle's location without constant communication. A vehicle's location determining factor (VLDF) is calculated by the BSCU from past route averages, including roads/streets, time of day, vehicle driver, day of week, week of year (holidays normally take more time), and averaged for a particular route, time, and day.

FIG. 22 is a diagram of an example of the communication flow of an advance notification system using a computer network. The BSCU is equipped with a computer network site for interfacing and displaying information on a person's computer for setting up and starting the advance notification service. Additionally shown is how the personal preferences are processed and impending arrival messages are activated when the vehicle's location matches the personal preferences.

FIG. 23 is a high level flow chart for determining when to use a cycle communication protocol. This chart discloses one method for lowering communication while a vehicle is in route for an advance notification system.

FIG. 24 is a high level flow chart for showing the methods for determining when to program a VCU with cycle communication before a route starts.

FIG. 25 is a high level flow chart of a user computer equipped with software for displaying audio and video, and moreover, the user preferences for playing audio messages and/or video displays when impending arrival messages are received.

FIG. 26 is a diagram and example for accessing and receiving advance notification information when accessing an Internet or computer site page.

FIG. 27 is a table used for determining activation points for impending arrival messages. The roads and locations are normally taken from past records and mapping software for placing a user's request at particular location points associated with a distance, time, or other location activation areas for starting an impending arrival message.

FIG. 28 is a graphic of a map showing impending arrival activation points when a user request is compared with distance, time, or locations, for activating an impending arrival message/s.

US 6,411,891 B1

7                                                          8

FIG. 29 through 39 is diagrams of user preferences and on-screen displays of the advance notification system, as a user is connected over a computer network and/or is operating proprietary software.

FIG. 29 is a diagram and example of an on-screen display of a user connecting to a internet computer site/location. To sign-up for the advance notification service a user has the ability to download the software for additional displays and audio options or to signup on-line through a computer connection.

FIG. 30 is a diagram and example of an on-screen display for entering the users home or business address, telephone number, and computer address (not shown). It would also be obvious to enter pager numbers, mobile phone numbers, cable television box identification numbers and other communication hardware addresses that would notify the user of an impending arrival of a vehicle, when the vehicle reaches a predefined location, time, prior stop, or distance.

FIG. 31 is a diagram and example of an on-screen display for showing the user location on a map and how the location is confirmed by the user.

FIG. 32 is a diagram and example of an on-screen display for providing the user with a choice of different type notification messages based on the type or category of selected vehicles. This allows (if optioned) the user, as an example, to receive an impending arrival message from a school bus when the school bus is five minutes away and an impending arrival message from a delivery truck when the vehicle is two miles away.

FIG. 33 is a diagram and example of an on-screen display of user options for being notified when a vehicle is at a predetermined time, distance, or particular location. This screen is not shown when a vehicle or company predefines when an impending arrival message is sent.

FIG. 34 is a diagram and example of an on-screen display for adjusting the amount of time before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (FIG. 28).

FIG. 35 is a diagram and example of an on-screen display for adjusting the amount of distance before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (FIG. 28)

FIG. 36 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a circle perimeter around a stop or location. The activation points are at the outside areas of the circle and matching road/street addresses.

FIG. 37 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a grid perimeter around a stop or location. The activation points are at the outside areas of the grid area/s and matching road/street addresses.

FIG. 38 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a perimeter around a stop or location by placing street markers onto a map roads and streets. The activation points are the street markers located at the road/street addresses. Additionally, (not shown) all roads/street markers should close a perimeter around a users home or business.

FIG. 39 is a diagram and example of an on-screen display for user options and needed for selecting methods of receiving impending arrival messages over a computer network to a user computer and/or ringing a user telephone. Although not shown in this configuration and illustration, other messaging methods, such as a personal pager, a mobile phone, a cable television box, or other communication devices could be used to notify a user when a vehicle reaches a predetermined location, time, prior stop, or distance, and therefore could be added to FIG. 39.

FIG. 40 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's next stop in a text format for the driver. This text format could be changed to show a map with highlighted roads to the next stop or actual directions (not shown).

FIG. 41 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order and the next stop/delivery to be made, as highlighted.

FIG. 42 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop/delivery to be made, and a stop that has been moved (lower highlighted area with (M) on left side) from an earlier route stop, as previously indicated in FIG. 41.

FIG. 43 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop/delivery to be made, and a stop that has been rescheduled from an attempted delivery (lower highlighted area with (AR) on left side) from an earlier route stop.

FIG. 44 is a diagram and example of a vehicle control unit (VCU) and a flow chart showing a method for determining when the route list is completed and sending additional information to the VCU display for the driver to return to a loading area, as an example.

FIG. 45 is a flow chart diagram of a personal computer operating advance notification software and communicating with the BSCU for actual vehicles, and said vehicles' related information, that are approaching their stop. Additionally, this configuration is another example for operating software on a person's computer, for activating an impending arrival message to the user, when a vehicle is approaching.

FIG. 46 is a high level flow chart diagram of a BSCU and control process when the BSCU initializes, activates, and sends impending arrival messages, as opposed to FIG. 47, when the BSCU is not used for sending impending arrival messages, but vehicle location information to a computer equipped with advance notification software.

FIG. 47 is a high level flow chart diagram of a BSCU and control process, when the BSCU sends vehicle location information to remote computers, for activation of impending arrival messages on user computers.

FIG. 48 is a high level flow chart diagram of the initialization process between the VCU and The BSCU. Additionally, this illustration shows a configuration for the BSCU to configure the VCU clock and the communication method.

FIG. 49 is an example and diagram of a computer screen connected by software/hardware to an internet service provider and receiving an impending arrival message in the form of E-Mail or electronic mail.

FIG. 50 is a high level flow chart diagram of a method for receiving impending arrival messages through a satellite

9

television link or cable television link, and displaying the impending arrival information on a person's television.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

I. The features and principles of the present invention will now be described relative to preferred embodiments thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention, as set forth and defined in the claims.

I. System Architecture

Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views; FIG 1 is a schematic diagram of the advance notification system 10 of the present invention, as configured to operate for example, but not limited to, a delivery truck system.

The advance notification system 10 includes, preferably, a plurality of on-board vehicle control units (VCU) 12, a single base station control unit (BSCU) 14, and a plurality of user computers 29 and/or, as depicted by FIG. 2, additional communication devices 35. As configured in the delivery truck system 10, a VCU 12 is installed in each of a plurality of delivery trucks 19, all of which communicate with the BSCU 14. Moreover, the BSCU 14 communicates with the computers 29 and/or a person's telephone 35b, a person's pager 35e, a person's mobile phone 35c or a person's television 35d, at one or more locations 36, in the present example of an application.

A. Vehicle Control Unit

The VCU 12 will now be described with reference to FIGS. 1, 11, and 12. Referring first to FIG. 1, each VCU 12 includes a microprocessor controller 16, preferably a model MC68HC705C8P microprocessor controller that is manufactured by and commercially available from the Motorola Corporation, USA. The microprocessor controller 16 is electrically interfaced with a communication mechanism 18, preferably a wireless communication device, for enabling intercommunication of data with the BSCU 14. Examples of suitable wireless communication devices include a mobile telephone (e.g., cellular) and a transceiver (having both a transmitter and a receiver) operating at a suitable electromagnetic frequency range, perhaps the radio frequency (RF) range. In the embodiment using a wireless RF transceiver as the communication mechanism 18, data can be sent in bursts in the form of in-band tones, commonly called "twinkle tones". These tone bursts can occur in the background of an existing voice channel. Twinkle tones are oftentimes used in transportation systems, such as taxicab communications systems.

The microprocessor controller 16 is electrically interfaced with a system menu switch 21, an attempt to deliver switch 22, a reschedule stop switch 23, a clock 24, and a GPS location device sensor 25.

Generally, vehicle tracking is accomplished by monitoring the control switches 21–23, the GPS location sensor 25, the battery 35 providing power to the controller 16, and an onboard package inventory and delivery database (FIG. 11). Additionally, existing switches, such as door, seat, placing the vehicle in drive, and/or driver held package-tracking devices 20 (FIG. 11) may also be used or added to existing switches. It is recommended that all of the foregoing features be employed to provide redundant checking and control of communication. More specifically, the system menu

10

switch 21 includes options for route starting and resetting, driver responses to messages sent from the BSCU 14, suspended operation (lunch, breaks, etc.), emergency activation, etc. The system menu switch 21 operates by scrolling upward and downward through options and selecting an option by pressing left or right on the control knob. Special events also can be programmed to occur throughout a normal day of operation such as, on screen displays to the driver and driver prompts to enter a response "are you starting your route?", or "when are you breaking for lunch, after this stop?" or "stop 115 3rd street has responded to message and is available to receive a package," "not available for delivery" or "would you like to reschedule this delivery for today?" etc.

The attempt to deliver switch 22 can be actuated by the driver of vehicle 12 upon reaching a user stop and finding no one available to sign for and/or receive a package. In this example, the driver activates the attempt to deliver switch 22 in order to inform the VCU 12 that a stop has been made and the package is still on board, the details of which will be further described hereinafter.

The driver at a stop can actuate the reschedule stop switch 23 if the driver is planning to revisit the stop in the same day, as will be further described in detail hereinafter. Activation of the stop switch 23 indicates to the microprocessor controller 16 that a display module 33 and memory should be updated. In essence, the attempt to deliver switch 22 and the reschedule stop switch 23 cause the stop designation to be rescheduled for a second time in a day or for the following day. The actual displayed information on the display module 33 is acceptance of input and further instructions, normally when the reschedule stop switch is activated.

Additional options include the placement of the stop to be rescheduled within the upcoming stops in that day. The stored driver choices in the VCU 12 from the attempt to deliver and/or the reschedule stop switch/s, are sent to the BSCU 14 respectively. Additional menu options 21 can be added to the VCU 12 in the form of buttons, as shown in FIG. 40.

The VCU 12 can be configured so that the operation of the system menu switch 21, the attempt to deliver switch 22, and the reschedule stop switch 23 are purely optional. In this configuration, the location sensor 25 can automatically accomplish the aforementioned functions of the switches 21–23. However, in a simple configuration, the delivery driver has no user functions and the VCU sends package, delivery, and time information only to the BSCU 14. The range of configurations is provided for the types of deliveries and nature of a company and its packages or cargo. As an example, a furniture delivery company only delivers a limited number of packages per day. Most delivery times (on location) for furniture is unpredictable and, therefore, advanced features needed for quicker and more frequent stops are not needed.

However, in one of the simplest configurations, the delivery driver has no user functions, and the VCU 12 is not equipped with a location-determining device. The VCU is equipped with a package sensor only, and the package sensor sends signals to the BSCU for the actual delivery of a package at a stop. Furthermore, for the BSCU to determine notification time, distance, location on a map, or broadcast the delivery vehicle's next stop, the BSCU should store the driver's route in its data base and/or receive next stop information from the VCU or other stored means. Other types of information may also be displayed on the display module 33. For example, the display module 33 may inform the driver of a particular vehicle to meet another driver for

US 6,411,891 B1

11

load sharing (as in a holiday season or when a driver experiences an emergency, such as a breakdown from a deflated tire or involvement in an accident), may inform the driver that the status of the VCU 12 in communication with the BSCU 14, or may inform the driver that the advance notification system 10 is operating.

A sensor comparison in the VCU provides the BSCU 14 with more accurate vehicle operational intentions, such as a vehicle door sensor and a location device (e.g., GPS) which may be compared for determining whether the driver has started to the next stop. A cross reference of these sensors and switches can make a determination between the vehicle 19 making a delivery stop and stopping at a road sign or red light or rest area. By comparing the location device outputs and determining when the vehicle 19 is stopped, with the delivery door sensor, a determination of a stop can be assured. Other calculations can be utilized on single sensors such as counting the number of times the delivery door opens and closes, or as a package is scanned as it enters or leaves a vehicle.

The positioning system 25 can be used to determine the geographical position of the vehicle 19 on or above the earth's surface. The positioning system 25 could be GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other suitable position tracking system.

FIGS. 7, 8, 9, and 10, are modular component diagrams of the advance notification system of the present invention, as configured to operate for example, but not limited to, delivery truck systems. Furthermore, each diagram helps to show examples of VCU 12 in different, but not limited to, system configurations and applications. It will be apparent to those skilled in the art that numerous other variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention.

To better understand the modules within VCU 12, FIGS. 7, 8, 9, and 10, are examples of different configurations for providing advance notification of an impending arrival of a particular vehicle 19. Moreover, to understand the VCU 12 in different systems, FIGS. 7, 8, 9, and 10, are illustrations and modular diagrams of the advance notification system and show how the VCU 12 interacts with the other system components.

FIG. 7, is an advance notification system 10 comprising, preferably, a plurality of on-board vehicle control units (VCU) 12, a modular Base Station Control Unit (BSCU) 14 and one or more person's linked to a computer network with one or more computers 36. In this configuration each Vehicle Control Unit (VCU) 12 is equipped with a global positioning system (GPS) sensor 25a for receiving satellite signals for determining vehicle 19 location. The global positioning system (GPS) sensor 25a sends positioning data to the Computer Controller (CC) 12a. The computer controller 12a from a hierarchy standpoint controls the overall operation of the Vehicle Control Unit (VCU) 12. The computer controller 12a interacts with the Cellular Transceiver (CT) 18a and establishes wireless communication through the Wireless Transceiver (WT) 26 to the Base Station Control Unit (BSCU) 14. Actual communication between the Vehicle Control Unit (VCU) 12 and the Base Station Control Unit (BSCU) 14 can occur when the Computer Controller (CC) 12a receives wireless communication from the Base Station Control Unit (BSCU) 14, when predefined User Input Controls (UIC) 21a are activated, when a predetermined time period has expired, or when a predetermined vehicle location is determined, through the Global Positioning System

12

(GPS) Sensor 25a. The actual communication protocol can be set by the Base Station Control Unit (BSCU) 14 and established from the end-user requirements during the setup of each system.

The advance notification system 10 is customized for each system implementation for communication optimization needed for lowering the number of wireless messages and the cost between the Vehicle Control Unit (VCU) 12 and the Base Station Control Unit (BSCU) 14. As an example, when vehicles have extended and long drives, normally in rural or remote areas, communication can be stopped until the vehicle reaches a predetermined location, time, or when polled by the (BSCU) 14. Upon reaching the predefined location, or the expiring of a predefined time period, or when polled by the (BSCU) 14, communication is restarted. Additionally, the actual communication can be triggered by the activation of a User Input Control (UIC) 21a. As an example, when a vehicle driver activates the User Input Control (UIC) 21a (e.g., when a package is delivered and sensor is activated), communication from the Vehicle Control Unit (VCU) 12 to the Base Station Control Unit (BSCU) 14 can be established. Because the (BSCU) 14 controls the communication protocols (ability to analyze travel data for best communication methods, then down loaded to VCU 12) in the (VCU) 12, multiple combinations in most trucks 19 can be used to limit communication.

FIGS. 8, and 9, are illustrations of advance notification system configurations, without the use of a Global Positioning System (GPS) as shown in FIGS. 1, 2, 6, 7, and others. FIGS. 8 and 9 illustrate a system for notifying a Person's Computer (PC) 36 by tracking each vehicle's package delivery attempt, by monitoring User Input Controls (UIC) 21a and each truck route list with order of delivery (RL) 21b (FIG. 9). By monitoring each vehicle's 19 attempted delivery and their particular route order, advance notification can be set for a prior stop, a particular estimated location using mapping software and/or past records of vehicle times associated with package delivery stops and the time between.

FIG. 11 is a schematic circuit diagram of the VCU 12. The VCU 12 is designed to be a compact unit with a generally rectangular housing 34 that is mounted preferably on or in front of the dashboard of the vehicle 19 in view of and within reach of the vehicle driver. In the housing 34, the microprocessor controller 16 is interfaced with the transceiver 18 by a transceiver jack 31 (preferably a conventional 8-conductor telephone jack when transceiver 18 is a mobile telephone), and the transceiver 18 includes an antenna 32 for transmitting and/or receiving signals to and from the BSCU 14. Furthermore, the VCU 12 includes a liquid crystal display (LCD) module 33 disposed for external viewing of the display by the driver for providing information to the driver, as described previously.

FIG. 12 is a more detailed schematic circuit diagram of the electronic components associated with the VCU 12. The microprocessor controller 16 essentially controls the operation of the transceiver 18, the Global Positioning System (GPS) 25 and the LCD display module 33. A switching element 37, such as an opto isolator (optical isolator) unit, provides a buffer between the microprocessor controller 16 and the battery 35 as well as switches 20, 21, 22, and 23. An EEPROM 43 is provided for storing the control programs and other requisite data for the microprocessor controller 16, and a RAM 44 is provided for running the control programs in the microprocessor controller 16. A matrix keyboard emulator 39 is interfaced between the transceiver 18 and the microprocessor controller 16 to control and transmit signals

US 6,411,891 B1

**13**

over the transceiver 18. Further, a dual tone multiple frequency decoder 41 is interfaced between the mobile telephone transceiver 18 and the microprocessor controller 16 for decoding modem signals, or tones, received by the mobile telephone transceiver 18 from the BSCU 14.

B. Base Station Control Unit

Referring to FIGS. 1 and 2, the BSCU 14 may be implemented using any conventional computer with suitable processing capabilities. The BSCU 14 can communicate to the homes or businesses of customers via, for example but not limited to, either of the following interfaces: (a) computer links 31 through modem cards to the user computers 29; (b) a computer network operated by an Internet service provider. The Internet adheres to the conventional computer-networking model and supports the carrying of application information in an application independent fashion. The computer network is a cost effective technology that delivers voice and data information between computer terminals and a computer network or Internet using existing POTS (plain old telephone service) lines, ADSL (asynchronous digital subscriber line), FTTC (fiber-to-the-curb) networks or cable television network or a combination of the two infrastructures. The BSCU 14 or parts of the BSCU 14 may also reside in a user home or business as a stand alone operational system, via software operating on a user computer 29 and receiving vehicle 19 location information from VCU/s 12 through a modem and/or network link. Moreover, the BSCU 14 and user computer 29 may contain combinations of modules for achieving notification of the impending arrival of a vehicle 19 at a user stop, on that user computer/ computer address.

In the preferred embodiment, a centralized BSCU 14 communicates through a direct link to a computer network and/or multiple port modem cards to user computers 29. When using multiple means in this regard, a set of conventional modem processing cards are utilized for communicating with computers 29 in one or more homes or businesses, or with computer/Internet addresses as depicted in FIG. 1 as user locations 36. The system 10 could be configured to send an electronic message to a prospective users' network address, thus warning the user of the impending arrival of a vehicle 19, as opposed to sending data to activate a user computer equipped with additional software for displays and audio warnings. In the preferred embodiment, the BSCU 14 includes at least one communication mechanism 26 and associated line, dedicated for communication with the VCUs 12. However, as mentioned previously, the BSCU 14 may be designed to communicate with the VCUs 12 via any suitable wireless communication device, in which case, the BSCU 14 would include a corresponding transceiver having the ability to receive a plurality of signals from the plurality of vehicles 19.

The BSCU 14 also includes at least one, but preferably a plurality of telephone modems 27 (or other suitable communication interface) with associated telephone lines, for making the communication links to users' computer locations 36, or in this case, the homes or businesses of the users receiving and sending packages. The user messaging program (FIG. 3) for the advance notification system 10, which will be discussed in further detail hereinafter, can be designed to send messages to the computer address associated with homes or businesses of a user and allow the users computer 29 to display a message to be recognized as that of the advance notification system 11. Although, sending information from a BSCU 14 to a user computer 29 as described above is used in this example, other configurations are equally important. Another configuration includes a user

**14**

computer 29, equipped with the BSCU 14 software modules and a link to a computer network for receiving vehicle location information (FIG. 8).

The BSCU 14 modules and the PC 29 modules can be configured in multiple arrangements. In FIGS. 7, 8, 9, and 10, system modules are setup in different configurations to show examples of moving modules from remote BSCU 14 areas to a PC 29. A system setup normally requires a Wireless Transceiver (WT) 26 for communication with the VCU 12 on vehicles 19 and a Vehicle Location Data Base (VLDB) 14a for storing vehicle location data and a Mapping Software Data Base (MSDB) 14b for positioning the vehicle's 19 location onto maps and a Notification Data Base (NDB) 14c for activating an impending arrival message from a User Request Data Base (URDB) 14d. The URDB 14d stores each person's phone number/s, computer address, preferences for notification, package information, stopping deliveries when out of town, etc. The Person's Computer 29 linked to a computer network is for receiving impending arrival messages when vehicles 19 are approaching. A person's computer 29 can be equipped with standard messaging software associated with a computer network or additional software that activates additional audio and/or video when vehicles 19 are approaching and an impending arrival message is received. Moreover, networking software provided by commercial Internet access providers with electronic messaging (E-Mail) capabilities, provides an easy method for a person wanting impending vehicle 19 arrival information on their computer screen without adding proprietary software associated with an advance notification system 10. Actual messages can be forwarded to the Vehicle Control Unit (VCU) 12 when necessary and displayed on the Liquid Crystal Display (LCD) 33a for driver requests and delivery needs, requesting additional information, etc.

FIG. 8 illustrates a system configuration for placing more intelligence and computer processing capabilities in each person's computer 29, as opposed to FIG. 7 where the Base Station Control Unit (BSCU) 14 is controlling the Mapping Software Data Base (MSDB) 14b, the Notification Data Base (NDB) 14c, the User Request Data Base (URDB) 14d. In FIG. 7, these modules are controlled by each Person's Computer (PC) 29 linked to a computer network. By equipping each Person's Computer (PC) 29 with proprietary advance notification system software as illustrated in FIG. 8, different system configurations can be used for optimization and customization for the end user. Additionally, information sharing between modules on a person's computer 29, as opposed to more modules located at remote locations (FIG. 7) away from each person's computer 29, may, in some cases, not optimize performance. By locating system modules (proprietary software) on each person's computer 29, the Base Station Control Unit (BSCU) 14 loading can be minimized. Moreover, actual onscreen video and audio associated with the advance notification warning can be stored on a person's computer 29, with activation by a vehicle's 19 location as it reaches a predefined location, time, or prior stop. This configuration allows vehicle 19 location information to be received by the Wireless Transceiver (WT) 26.

The live vehicle 19 location information is made accessible through the Vehicle Location Data Base (VLDB) 14a. The (VLDB) 14a also analyzes route data by averaging past routes with time from one location to the next. Time of day, day of week and month are also determining factors needed for determining the average travel time from one location to the next. The protocols used for the computer network communication between the modules located on a person's

15

computer 29 and the modules located at a BSCU14 for vehicle location 14a are normally as follows. (a) The Person's Computer (PC) 29 contacts the Base Station Control Unit's (BSCU) 14 Vehicle Location Data Base (VLDB) 14a (FIGS. 7–10) when vehicle 19 location is needed for monitoring a vehicle 19 for an advance notification warning. Timing cycles are used for vehicle 19 location updates, and preferences can be set for communication optimization. (b) The Base Station Control Unit (BSCU) 14 sends vehicle location to the Person's Computer (PC) 29 when a pre-defined time period expires, the estimated vehicle 19 location is not correct with the actual vehicle 19 location, when a vehicle 19 sensor is activated, or when loading or capacity allows for communication to take place. Additionally, vehicle 19 location information can be sent over a computer network and/or Internet at predefined times and automatically received by each Person's Computer (PC) 29 that is linked to the computer network/Internet. A particular vehicle's location, in-between communication cycles, is established by past vehicle location records and average time needed to travel from one location to the next. Moreover, some configurations only update vehicle 19 locations at a predefined time of day.

FIG. 9 and FIG. 10 are illustrations of an advance notification system 10 configuration without the use of a Global Positioning System (GPS) sensor 25a as shown in FIGS. 1, 2, 7, and 8. These configurations illustrate a system 10 for notifying a Person's Computer (PC) 29 by tracking vehicles' 19 package delivery attempts, by monitoring User Input Controls (UIC) 21a and each truck's Route List with order of delivery (RL) 21b. By monitoring each vehicle's 19 attempted delivery and the particular route order, advance notification can be set for a prior stop, a particular estimated location using mapping software and/or past records of vehicle 19 times associated with package delivery stops and time therebetween. The BSCU 14 modules can be networked between remote locations and a PC 29. These configurations allow the BSCU 14 to run all or some of the proprietary software and messaging capabilities for sending or displaying impending arrival messages to or on a PC 29 before a particular vehicle 19 arrives. Additionally, setting preferences can be achieved by connecting a (PC) 29 to the data stored on the BSCU 14, or storing the preferences on each PC 29.

The messaging program (FIGS. 3, 4, 5, 6, 8, 9, 22, and 25) associated with the advance notification system 10 may also be configured to make the user computer 29 exhibit a distinctive audio sound, or audio message, so that the recipient can be away from the computer 29 and receive the message. The message may also be in the form of a code for activation of advance notification software for displaying messages or direct a modem link for playing audio from a broadcast. A standard activation or broadcast of a message is in signals, sent to a computer with a modem attached, over a telephone line and typically in the form of tones. The message is asserted over a telephone line communicating information between modems 27 and 30, for accessing a computer address and establishing a communication link 31 to a user computer 29 over the telephone line.

Implementation of an advance notification system 10 over a computer network may be accomplished by purchasing a networking feature as a software and/or hardware package or in the form of a software program with communication capabilities and network service provider package or links to networks. One form of a network link is in the form of an Internet service provider. This service is widely available to the public. Generally, Internet service providers operate

16

network computers for linking computers with other computers, now usually over normal telephone line interfaces, but greater capacity handling communication links including fiber optics, cable television networks, and digital wireless networks may also be used. When a computer is connected over a telephone line to an Internet service provider the telephone line link travels from telephone lines linked to the Internet service provider through the telephone company switch to the user computer.

The feature for establishing the Internet connection is sold to the public under several different commercial trade names. Examples are as follows: America On Line (AOL), Microsoft Network (MSN), AT&T WorldNet Service, CompuServe and many more.

The package addresses are normally associated with the package identification numbers in many ways. For example, the package address may be added to the package by additional bar coding when the package is shipped or, the user sending or receiving a package may connect to the BSCU 14 over a computer network or telephone and add an address (computer network address) to a package identification number for activating an advance notification message associated with the impending arrival of a vehicle 19 carrying this package.

II. System Operation

A. Initialization

Initially, vehicle stops for each vehicle 19 are programmed into the advance notification system 10 by entering the respective package addresses. As the vehicle 19 is loaded with packages, the package addresses are considered as the vehicle location stops by the system 10. The actual addresses of the packages are normally scanned into a database program using a bar code scanner device (United Parcel Service tracking numbers are of the following formats: 1Z 999 999 99 9999 999 9, 9999 9999 999, T999 9999 999, or D999 9999 999 with spaces and dashes ignored). The actual vehicle 19 number (which delivers or picks up a package from a business or resident, and not necessarily mid-point vehicles) and package addresses are recorded into the BSCU 14 when packages are sorted to a specific delivery vehicle 19 or are entered into the BSCU 14 by the user sending or receiving the packages. Additional vehicle 19 stops may be added when requests to pickup packages are received. The request to pickup a package can be down-loaded to the VCU 12, with a display for the driver to accept or return for another driver or time/day. If the vehicle 19 driver enters route or package data (the order of delivery, packages, or changes from a computer generated delivery list), the data is then uploaded to the BSCU 14. The timing and package delivery locations are recorded in the BSCU 14 during the initialization of the system 10 and used as a reference for determining locations from impending arrival message points. This information accesses the computer network to inform a user computer 29 when a delivery vehicle 19 is at a predetermined time, mileage, street location, and/or last delivery away from a vehicle 19 stop. In the preferred embodiment, determining the location of a delivery vehicle 19 is accomplished by sending the vehicle location of a delivery vehicle 19 from the time the vehicle 19 departs and/or starts its route.

The timing information is recorded during the initialization and daily recording of vehicle locations with time, and the system 10 is used as a reference during the usual operation of the system 10 for the purpose of determining whether a delivery vehicle 19 is at a predetermined location or time from a delivery stop. Other reference information may be obtained from software for mapping, for example, streets, vehicle speed limits, and traffic flow.

US 6,411,891 B1

17

However, it should be emphasized that other methodologies could be utilized for determining the communication to or from a location sensor of a delivery vehicle 19. For example, the GPS sensor 25 may communicate with the BSCU 14 when the delivery vehicle 19 is in motion (as indicated by phantom lines in FIG. 1), additional VCU 12 timing cycles for communication controlled by the microprocessor controller 16. At particular times, the longitude and latitude readings or optionally a Universal Transverse Mercator (UTM) grid system number, could be sent. When the vehicle 19 is in a stationary position, the communication cycle controlled by the microprocessor could be slowed down to one cycle until the vehicle is in motion again, compared to reference longitude and latitude or (UTM) information readings which were obtained on a cycle per minute when the vehicle is in motion 10. In this way, the determination of the location of a delivery vehicle 19 could be accomplished by less communication to and from the VCU 12 and BSCU 14.

Another methodology, which could be utilized for the timing cycles of communication to and from the delivery vehicle 19 involves interfacing the BSCU 14 with wireless communication protocols. The BSCU 14 system is equipped with communication software for contacting each VCU 12 and asking for GPS longitude and latitude information or Universal Transverse Mercator (UTM) grid system information from the VCU 12 on each delivery vehicle 19. The vehicle 19 location may be polled in normal communication protocols, such as contacting each VCU 12 in a first to last cycle with vehicles 19 in motion or on a normal clock cycle for minimizing communication to and from the VCU 12 and BSCU 14. The received delivery vehicle 19 location (longitude and latitude or Universal Transverse Mercator (UTM) grid system information) from the VCU 12 to the BSCU 14, is calculated from the time and/or distance away from a stop using mapping technology for road distances, and additional speed limits, actual traffic averages, and other means for better calculation accuracy.

B. Regular Operation

The overall operation of the advance notification system 10 will be described with reference to FIGS. 13 and 15. FIG. 13 sets forth a flow chart showing the overall operation after the system 10 has been initialized. FIG. 15 shows an example of a schedule of possible events and the interactions, which might occur between the VCU 12 and the BSCU 14 as the vehicle 19 travels along its route and makes its scheduled delivery stops.

In FIG. 13, the right-hand column illustrates the sequence of events for the BSCU 14, and the left-hand column illustrates the sequence of events on the VCU 12. In efforts to lower overall communication between the VCU 12 and the BSCU 14 when large vehicle 19 fleets are equipped with the advance notification service, actual vehicle 19 locations in the BSCU 14 are based on past route comparisons, such as those shown in FIGS. 14 and 16. FIG. 14 shows illustrations of a time line for delivery stops and planned route-timing events for each stop. The time line has the following time designations: when the route should start 606, time to each stop 605, and the ability to change the route list 615 when the VCU 12 location sensor determines a difference.

First in FIG. 13, the delivery vehicle 19 ignition is switched on, as indicated at block 45a. At the beginning of each route, the system 10 could be configured to automatically initialize itself upon power up of the VCU 12. The delivery door opening or a bar code scanner initiating communication, or both, could activate the powering up.

18

Further, the BSCU 14 could be programmed to initiate itself after the vehicle 19 moves to a predefined distance or location, such as a waypoint (longitude and latitude or Universal Transverse Mercator (UTM) grid system information area), determined by the positioning system 25. This initialization action causes the microprocessor controller 16 to inform the BSCU 14 of the vehicle 19 location and the beginning of its route. The foregoing action is indicated at flow chart block 45b (FIG. 13). Alternatively, the vehicle 19 driver can press the start/reset switch 21 on the VCU 12 system menu 21 to initialize the BSCU 14 for restarting the route tracking sequence. Additionally, driver/user options may be accessed by the user controls on the VCU 12.

After initialization of the VCU 12 to the BSCU 14, the display module 33 on the VCU 12 preferably displays stop and location information. The stop location continuously (FIG. 40) runs on the display as the delivery vehicle 19 progresses along its route.

Next, as indicated at flow chart block 45c (FIG. 13), the VCU 12 determines, continuously or periodically, the location of the delivery vehicle 19 by the positioning system 25 and sends the BSCU 14 (FIG. 1) the location information in view of the planned route or stop sequence data (derived from initialization of the packages on the vehicle 19 and/or mapping technologies). In the preferred embodiment, the BSCU 14 at least compares the delivery vehicle 19 current location with the planned route location derived from the logistics of current mapping and route planning technology (FIG. 10) for determining time and/or distance away from a user stop. By comparing previous vehicle 19 routes with time differences between waypoints (longitude and latitude points or Universal Transverse Mercator (UTM) grid system information points an average route timing data base may be used to calculate the time to travel from actual vehicle locations to the impending arrival time at a particular stop. Additional traffic flow measurements may be added by comparing time of day, actual live traffic flow sensors, or other methods.

The method for determining a distance from a user stop for activating an advance notification message may be accomplished by software at the BSCU 14 or the user computer 29. The user interactive software shows the current user location on a map (FIG. 31). The user places road markers FIG. 38, a circle perimeter FIG. 36, a grid perimeter FIG. 37, which allows the vehicle 19 to determine actual points at each road for a message of the impending arrival of a vehicle 19, etc. The actual vehicle location activates the impending arrival message when the location matches the selected choice from the user preference data base. Furthermore, the actual order of vehicle 19 stops may be used to determine if the vehicle 19 is entering a selected area on more than one occasion. This comparison provides a distinct advantage by increasing the accuracy of a vehicle 19 impending arrival message by sending the message after the last entry of a vehicle 19 into the user-predefined area. Another advantage of comparing the delivery order list to the user defined areas for notification is the addition of the number of deliveries before reaching the user stop to the impending arrival message, e.g., "UPS has 3 packages for delivery and is 1 mile from your stop at this time. The vehicle has 2 other stops before reaching your location".

While the delivery vehicle 19 actual locations are compared to the existing travel time and distances (FIG. 15), the BSCU 14 is also storing actual location events (time between longitude and latitude or Universal Transverse Mercator (UTM) grid system information points) for averaging with the planned route/travel time over distances.

US 6,411,891 B1

**19**

When the BRCU 14 begins sending messages to user computers 29 at a predefined time, distance, location, and/or prior stop, for the impending arrival of a delivery vehicle 19, each particular user computer 29 receives an electronic message and is displayed on their screen, as indicated in flow chart block 145a (FIG. 16). In one example, as shown in FIG. 16, at waypoint number 20 (140c) along the delivery route, the BSCU 14 places a message (144c) to a user computer 29 at waypoint 30 (140d) of the delivery vehicle 19 actual location. A second example in FIG. 16, shows a user being notified when the vehicle 19 is one mile away (144d) from waypoint 30 (144d). The third example in FIG. 16, shows a user being notified when the vehicle is at a predefined street location (144b). This is accomplished by comparing street mapping software with included longitude/ latitude or Universal Transverse Mercator (UTM) grid system information coordinates, notification requests, and the (BSCU) 14 vehicle location data base (VLDB). As shown in the configurations (FIGS. 15 and 16), time is used to cross reference travel between locations. Determining vehicle location 19, between communication updates, is achieved by comparing times of prerecorded route information, actual live traffic monitoring systems, and statistical data.

Additionally, preferences for activation of advance notification warnings are shown in FIGS. 33, 34, 35, 36, 37, and 38. After a preference is selected from the end user, the data is normally placed into the Notification Data Base (NDB) 14c after calculations have been made from the address entered into the BSCU computer 32 (FIG. 1) from a network connection as shown in FIGS. 30 and 31, or ANS software residing on their computer, with or without a network connection. The other calculation of information is in finding an actual longitude/latitude or Universal Transverse Mercator (UTM) grid system information coordinate of each home, business, street address, or most other places on the earth's surface, which can be found with existing mapping software. The Universal Transverse Mercator (UTM) is one grid system that eases the conversion of GPS readings to map data.

Another example compares the list of stops with the vehicle 19 location and determines the last occurrence before the delivery vehicle will cross the predefined marker points to activate the impending arrival message 19.

Additionally, the BSCU 14 adjusts its messaging activation to an actual stop point at each user stop. This allows each user to be notified in accordance with the selected predefined time, distance, location and/or last stop, for example, "The XYZ Delivery Company truck is currently at the corner of Delk Road And Peachtree Street and is approaching your stop" block 415 (FIG. 18). A second message 419 (FIG. 18) will also be sent when the vehicle 19 is detained outside of the predefined system 10 preferences for being late for a stop after sending the initial message 415. Furthermore, in this configuration, a third message is sent as the vehicle 19 arrives at the stop 424. The flow chart (FIG. 18) shows an example of the messaging sequence from the — BSCU 14 to each user. The example also shows the activation methods used for determining when a vehicle 19 is late and shows that a second and/or third message should be activated and sent to the person's computer 29. However, when the BSCU 14 determines that the delivery vehicle 19 is excessively late after notifying an individual of an impending arrival at a particular stop, the BSCU 14 resets the message for a route update sequence (FIG. 17) that informs the user of an unexpected occurrence (e.g. a traffic jam), as indicated at flow chart block 399 (FIG. 18). The planned route (FIG. 17) 401 is updated by the actual route

**20**

information when the preferences 403 are exceeded and the actual time exceeding the predefined limits 406 are reached. The route update is complete when the new actual time 402 resets the planned time associated with the location of the vehicle 19. The route timing update is shown in block 404 (FIG. 17). After each route update, a message update routine determines if an end user needs a second or third message. The activation of a second message is normally determined by the planned location predefined limit 403, or an individual limit predefined for sending a second or third message. The illustration (FIG. 17) shows an automatic sequence for activating a second message 405 and sending a second message 405b, when each route is reset. A more detailed description (FIG. 18) shows how the activation of a second message is determined.

As indicated at flow chart block 45f (FIG. 13), the BSCU 14 again determines if the delivery vehicle 19 is on the planned route and stop schedule by analyzing the vehicle location 25 (FIG. 1) and comparing it to the actual stops on the list. Preferably, in this regard, the BSCU 14 at least compares stops on the driver list and the actual location of stops made by the driver to determine if the driver has changed from his route list order. Other stops, such as pickups (FIG. 44), are displayed on the vehicle VCU 12 display, and changes to the route list (FIGS. 42 and 43) order are available to the driver via push button entry. Additionally, so the driver acknowledges a new entry or route update, the VCU 12 may be equipped with an audible sound, such as a buzzer, tone, or different voice recordings for announcing each event without the need for the driver's eyes to look at the VCU 12 display when driving. Accordingly, requests for package pickups are processed in the BSCU 14 and sent to the appropriate vehicle VCU 12 and scheduled into the drivers' list of stops (FIG. 41). The driver has the final opportunity to reschedule (FIG. 43) or move (FIG. 42) an added stop through the VCU 12 push button menu.

For example, FIG. 14 shows a finished delivery route that started at seven thirty. After starting the delivery route, the delivery vehicle arrives at stop number 001 at 07:37:22 AM as depicted by information block 610 after driving seven minutes and twenty-two seconds as depicted by information block 609. Stop 001 takes two minutes to unload all of the packages and another two minutes and ten seconds to reach stop 002 at 07:41:32 AM. Stop 003 takes five minutes and forty-five seconds from the time the vehicle 19 arrived at stop 002. The arrival at stop 004 is on time but the delivery takes an unexpected ten minutes and causes a ten-minute delay in the scheduled route as depicted by information block 614 and 615. The scheduled route list was rescheduled by the delay depicted by block 615 of ten minutes and stop 005 was reached ten minutes later than the scheduled planned route, at 08:13:34 AM. The VCU 12 display 602 in FIG. 14 is an example of the information that the driver sees and uses. The other route information 601 shown in FIG. 14 is not needed for driver interaction and is a VCU 12 automatic component for lowering the wireless communication between BSCU 14 and the VCU 12. Although not disclosed in this example, additional directions with or without map displays, estimated route completion times, on or off normal schedule indicators, and others may also be displayed on the VCU 12 display module 33. Just prior to leaving a stop, the driver views his next stop on the display module 33. Additional directions can be activated by the drivers' input or automatically after a predefined time period or a predefined distance the vehicle 19 has traveled. The automatic display changes may start when the driver arrives

US 6,411,891 B1

21

at a stop by displaying the next location. The display shows the next address until the vehicle 19 has started moving and the display cycles between the next stop's address and a map display showing directions. The display continues to cycle until the vehicle 19 arrives at the next stop, then the sequence repeats.

The vehicle 19 location and the communication of the vehicle 19 location from the VCU 12 to the BSCU 14 are determined by both the BSCU 14 and the VCU 12 for lowering the amount of wireless communication. As previously explained the VCU 12 can be programmed to compare a planned route with an actual route and communicate to the BSCU 14 when the differences exceed the predefined limits. The VCU 12 can also be programmed by the BSCU 14 for communication cycles. The cycles which can be programmed for acknowledgment of sensor activation and communication from the VCU 12 to the BSCU 14 can only be made when the vehicle 19 has left stop 1. The display module 33 preferably displays "next stop" followed by directions and/or messages received from the BSCU 14. The foregoing feedback signal from the vehicle 19 in motion may be replaced or generated from other sensors, such as the driver seat, the ignition switch, placement of the vehicle 19 in gear, etc.

The BSCU 14 checks the vehicle 19 location to confirm that the vehicle location 141a (FIG. 15) corresponds to the programmed vehicle location 140a (FIG. 15). When actual vehicle location 141a is different from the planned route location 140a changes are made 142a (FIG. 15) in the predetermined location on a map as shown in FIG. 28. The actual location points and/or addresses 341a–341f are determined by the VLDB 14a, the MSDB 14b, and the URDB 14d, then stored into the NDB 14c. In FIG. 27, it is shown that a user at 1010 Oak Lane 332 has requested an advance warning time. The advance warning time is five minutes and thirty seconds before XYZ Delivery Company delivery truck arrives as depicted by information blocks 335 and 336. When the vehicle crosses any locations matching notification time/s shown in 341 and shown in more detail in FIG. 28, the advance warning is activated. The only exception is a stop that is scheduled between an activation point/location and the final destination. Block 343 of FIG. 27 shows the delay of notification for each stop that is used to determine an arrival time when other stops will be made between the activation points and the targeted destination. Past route averages normally determine how much time a stop will take. In FIG. 27, each stop in-between the activation points/locations and the final destination will take fifty-five seconds. Each stop the vehicle 19 makes, at each location, can be averaged and therefore different and better determinations of actual delivery times can be made for more accurate advance warning message times. Although time is used in the advance notification block 336 in this example, notification by a distance block 337, and notification by a location block 338 can also be used.

If the delivery vehicle 19 is stopped in traffic, then the VCU 12 will continue to communicate with the BSCU 14 each time the vehicle 19 is in motion to inform the BSCU 14 of this new location, not exceeding the predetermined cycle limit, such as a vehicle 19 in start/stop traffic. If the vehicle 19 is on a normal schedule and on an expressway or interstate, the BSCU 14 may have a Vehicle Location Determining Factor (VLDF) 104 (FIG. 21) of 95% or higher, without repeated cycles from the normal operation of the vehicle 19 and the VCU 12. Based on the location of the vehicle 19 and the VLDF 104 the BSCU 14 may lower the communication

22

cycle rate of the VCU 12 until the vehicle 19 enters a more demanding area, until the vehicle 19 enters an area closer to a user stop or when the VLDF 104 is at a lower percentage. The VLDF 104 (FIG. 21) is determined by the past vehicle 19 location points and averaged time. This feature can lower the communication rate from the VCU 12 to the BSCU 14 by determining when communication should be increased or decreased and not overloading existing communication channels.

Other methods to determine when to use cycle communication are depicted in FIG. 24. In this regard, FIGS. 21 and 24 show methods used before the route starts 914, and FIG. 23 shows methods use when the route is in progress 901. Moreover, as previously described, the VLDF 104 is also used to determine when cycle communication is used. In FIG. 23, the next stop is evaluated in block 905 by the time and in block 904 by the distance. The Then the distance in block 904 is compared in block 906 to the default distance exceeding limit, and the time of block 905 is compared to the default time limit in block 907. When time or distance exceeds the predefined limits, the method is changed to cycle communication in block 910 for delaying communication when it's not needed. The distance, location, or time in blocks 911, 912 and 913 sets the restarting of communication.

FIG. 24 shows an example for determining when to use a cycle communication method in a route list, before the route starts as depicted by block 914. By comparing the route list with mapping software in block 915 for determining actual roads and streets to be traveled and by comparing the data to the notification data base (NOB) in block 916 (when impending arrival messages will be sent), delays between notification activation times can be determined. When the time delay between notification times reaches a preset limit, in this example ten minutes as depicted by block 917, the communication can be stopped in block 918 for a period of time as shown by block 919 or when a location is reached as shown by block 920. The actual time or distance for stopping the communication is determined by the amount of time or distance/location between stops and notification activation points.

After the BSCU 14 downloads communication methods to the VCU 12, and during the VCU 12 actual route, if the VCU 12 communication monitoring means determines no changes in the vehicle 19 location and no sensor activity after a clock cycle has been completed, communication is delayed until the vehicle 19 location has changed and/or actual sensor activity is determined. Additionally, when the VCU 12 communication monitoring means determines a communication problem after an attempt has been made to contact the BSCU 14 (e.g. vehicle 19 enters an area the wireless communication means cannot connect to the BSCU 14 known in the art as a "dead area" or "drop area"), the clock cycle is accelerated until the communication to the BSCU 14 is regained. The VCU 12 will continue to monitor the inputs from devices 20, 21, 22, 23, and 25 (FIG. 12) to gain current information when communication is acknowledged/restored.

Communication methods are normally associated with wireless loading and the ability to handle a fleet of VCU 12 responding to one BSCU 14 in most configurations. When other configurations are used for advance notification systems, such as, when (FIG. 19 and FIG. 20) the VCU 12 is equipped with a delivery order route list (block 181 of FIG. 19) and a sensor or activation method for determining when an attempt to deliver a package on the route list has been made, the communication is simply activated by the

sensor input. In FIG. 19, the flow chart shows how the VCU 12 and the BSCU 14 communicate to locate a particular vehicle 19 location. To find a vehicle's location as depicted by 160, in this configuration, the current stop and order of delivery list is determined in block 161 from the information received by the VCU 12. The location of the last stop from block 162 and the time of the last stop from block 163 are compared with the next delivery stop from block 165 and the distance from block 166, and time from block 167 between the stops for an estimated time of arrival . Mapping software 14b and prior route records of past deliveries in block 168 provide additional data for determining the vehicle's location in block 169.

Determining the activation of an advance notification warning associated with this configuration is shown in FIG. 20. When a delivery or an attempted delivery is made in block 191, the information is sent in blocks 191a and 192 from the VCU 12 to the BSCU 14, and the BSCU 14 determines what stop is next on the delivery list in block 193, and then finding this next stop in the data base is attempted in block 194. If the user has information in the data base, preferences for sending an impending arrival message are established in block 195 and a message is sent to this person's computer 29 of the impending arrival of a vehicle 19 in block 196.

In FIG. 22, the VCU 12 is using and monitoring via the computer controller 12a, a GPS 25 location device and the user input controls 21a. The vehicle 19 location and sensor input is sent to the BSCU 14 from the VCU 12 cellular transceiver 18a. The BSCU 14 receives the wireless information after the wireless information from the VCU 12 passes through the closest land based antenna, then the information is routed over switched telephone lines to the BSCU 14 modem connection 26. The vehicle information 201 is added to the vehicle 19 location data base (VLDB) 14a. The actual user notification requests are received from a person's computer 29 connected over a network 300 (FIG. 22) via interface 209, and taken from user input options 210, then stored into a notification data base (NDB) 211. The notification data base (NDB) 211 includes timing for activating an advance warning 205 to physical and electronic addresses 204 and compiling this information into a list 203 for notifying persons' computers 29 associated with a route list. To activate a message, the vehicle 19 location and the preferences for notifying an individual should match 202. When the match occurs, a message is initialized 208 and sent to a person's computer 207, through computer network interface 206 and computer network 300.

The information sent to a person's computer 29 can be received with normal computer networking software, or with additional proprietary software. With proprietary software 223 (FIG. 25) operating on a person's computer 29, the software 223 can determine when a vehicle 19 is approaching in block 224, then compare user preferences in block 225 when a vehicle 19 is approaching for displaying video and playing audio messages of the impending arrival of a vehicle 19 in blocks 226 and 227. As depicted by blocks 230–236, display information can show for example, but not limited to, any of the following display options 226a: vehicle driver information, vehicle information, location on a map, time countdown, mileage countdown, last delivery or stop location, cargo information, etc. As depicted by blocks 238–244, audio information can be for example, but not limited to, any of the following audio options 227a: play audio of vehicle name, vehicle information, street address, time countdown, mileage countdown, last delivery or stop location, identification of cargo, etc. An example of a

person's computer 29 operating proprietary advance notification software is shown in FIG. 26. The display shows a map 770a, a location on a map that represents a person's business or home address 773a, and the location of a vehicle 19 approaching the business or home address 774a. Additionally, this display has been configured to show the time before the vehicle arrives 771a, and to show the distance in miles before the vehicle arrives 772a at the person's business or home address 773a.

At the end of a delivery route (FIG. 44), the VCU 12 makes an inquiry to the BSCU 14 as to whether there are any more delivery stops in block 151. As shown by blocks 152–156, if the delivery list has been completed, then the VCU 12 may contact the BSCU 14 and receive additional information to display on the VCU's LCD 155a that prompts the driver to stop at a receiving dock for more packages, (especially during the holiday seasons and peak loading) or meet a second delivery vehicle to share its load when it is behind in its schedule. When the vehicle 19 receives packages from another vehicle, the packages taken from the second vehicle are normally scanned out with normal hand held bar code scanners and are loaded and scanned into the first vehicle 19 package delivery data base and the package location information/bar code numbers (package identification numbers) are uploaded to the BSCU 14 with a new vehicle 19 number. The route list is established from the BSCU 14 determining the shortest routes from the addresses and downloaded to the VCU 12. The sequence for notification to a user computer 29 is restarted.

A second method for a user to learn of the impending arrival information of a package delivery may be accomplished by a user accessing and requesting information through a computer network, for instance, the Internet, from the BSCU 14 through an Internet site or home page. The BSCU 14 software is designed to be added to the existing Internet site pages, which are owned and operated by delivery companies. When a user accesses a computer address (e.g. Internet site), the user may enter requests for a delivery by entering their telephone number, business or home address, or package identification number, for locating actual packages for delivery. If a delivery is to be made that day, an actual route list from each vehicle 19 stored in the BSCU 14 is compared to the planned route and scheduled time of delivery (STD) database. The STD is a record of events from other routes, this record averages the time and distance to be traveled with the actual route in progress. Note: the STD records are from GPS sensor readings and the time between or travel time between each reading and not from completed routes from start to finish.

Thus, by incorporating the STD with the actual delivery schedule, estimated time of delivery is established and accessible to a user requesting delivery schedule information. The advantages of offering a user a close approximate time of delivery are easily seen in these examples: a user needing to leave a delivery stop (home or business) for lunch or errands and expecting an important package to be delivered, or a user needing materials for an important meeting and knowing if the materials will be delivered before the scheduled meeting time. Upon receiving the information request from a user computer linked to the BSCU 14, a request for a vehicle, package, or user location (street address/location on a map), telephone number, computer address, etc. can be made available to the user to locate an area in which a delivery is going to be made. The vehicle 19 associated with the delivery to this user business, or package identification number processes that delivery request. If a package is scheduled for delivery, the actual

US 6,411,891 B1

25                                                                    26

delivery vehicle 19 estimated time of arrival is given to the user requesting the information in, but not limited to, two formats, a time of day (e.g., 1:45 PM) format and/or a time count down (e.g., 4:21:03) format.

Additionally, people placing requests may be offered other services from the delivery companies. These requests are made available to the companies to increase revenues while providing the customers with more and better options on deliveries. One example of a user request is an express delivery request (EDR) option. An EDR becomes available through the existing advance notification system network by allowing customers to interact with the vehicle's driver through their computer 29 connected to a network 300 (FIG. 22). A customer can send an EDR from their computer 29 to the BSCU 14 over a computer network 300, then a live operator or preferably an automatic calculation of the driver's load, schedule (early or late), and location/distance from the address sending the EDR. The request is processed and a new estimated time of arrival can be given to the customer, with an optional additional fee from the delivery company. Additionally, a customer can look up a location on a route and meet the driver at a prior stop when an EDR is not used, thus shortening the driver's route time. Upon requesting an EDR, an estimated time of arrival is given to the user. At the same time a quoted fee (on-screen) based upon a flat rate or the actual delay time for that particular vehicle 19 is given to the customer.

The BSCU 14 communication controller may also control a second messaging means over a normal telephone network as described in more detail in the Patent Application "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by Jones et al. and assigned Ser. No. 08/063,533, now U.S. Pat. No. 5,400,020 to Jones et al. that issued on Mar. 21, 1995. The Patent describes an advance notification system with a BSCU controller for messaging through a telephone system. Blocks 45a–45m of the flow chart in FIG. 13 shows a duel means of communication, both a telephone in block 45m and a computer with a telephone connection in block 45f (via a modem). By offering dual means of messaging to a stop, the likelihood of reaching or getting through to a user increases. In accordance with the user request when signing-up for the service (FIG. 39), the end-user can choose any combinations of, but not limited to, a telephone call with a voice message 170, a telephone call using a distinctive ringing sound 171, a computer message over a network 172, additional on-screen display/s 173, and an additional audio message/s 174.

In one configuration, the system first communicates to the user computer 29 by initiating/sending a message over a computer network 300 to a user computer address. If the person's computer 29 is equipped with proprietary software for additional displays (FIG. 25) 226a and/or additional audio messages 227a, the person receives additional visual and audio warnings, based on their user preferences. Then, the microprocessor controller initiates a second module for communication by a telephone call to the user. The order of messaging (telephone 35a or computer 29) is defined automatically or by the end user. Furthermore, each vehicle 19 can have different notification preferences for announcing the impending arrival of more important vehicles in a method that is more surely effective. In most cases, the telephone 35a is available more than the computer 28 and the telephone call can activate pagers 35e, mobile phones 35c, and home phones 35a with sound normally throughout the home or business phones normally answered by an individual equipped for handling messages. In the preferred embodiment, a telephone call may proceed a computer

message to the homes of users and a computer message will proceed a telephone message to businesses. Additionally, a user responding to or acknowledging a message will stop the second method as described above. For example, a user expecting a package to be delivered, and only having one phone line, may receive an impending arrival message while maintaining normal communication practices. If a user is on the telephone 35b talking to another business client, when he hangs up the telephone 35b and views the computer 29, once connected to a network, a message will be waiting concerning the impending arrival of a vehicle 19. If the user receiving an impending arrival message has additional software, route calculations may be determined by the time of the message download or an up link may be requested for the actual vehicle 19 location.

Moreover, as indicated by FIG. 45, a personal 29 computer with ANS software can process the user requests and contact the BSCU data base 170 for two primary reasons. First the personal computer with ANS software can be used for retrieving information from the BSCU data base 170 and for using the information for activating impending arrival messages after the computer is disconnected from the computer network 300. Second, the BSCU data base 170 may be contacted before and/or in place of an impending arrival message sent from the BSCU 14. Each person's computer 29 when operating ANS software (block 171), looks up user preferences in block 172 and checks for a network connection in block 173. If the network connection is not active, the ANS software starts the network software, then a request is sent to an area of the BSCU 14 for vehicle information in block 174. An identification number associated with the person's street address processes the request from the person's computer 29. As depicted by blocks 176–181, the address is looked up, then vehicles 19 approaching this address can be identified, with vehicle names, 179 vehicle locations and route stops with past vehicle records 19 and directions from one stop to the next 181. Additionally, cargo or other delivery information in block 182 is then sent back to the personal computer 29 operating ANS software for activation of impending arrival messages and displays in block 175, based on the user preferences. Furthermore, this configuration offers an individual with only one communication channel (phone line) the ability to be notified when the communication channel is being used or is not available when an impending arrival message is sent from the BSCU 14.

The ANS software can display the vehicle 19 location/impending arrival time, distance, and/or packages to be delivered before a particular delivery is made. The user requesting a route update receives a new message and/or vehicle 19 location, number of packages before delivery, and if running, advance notification software for continuous updates, the user computer 29 reschedules the impending arrival distance, time, or package delivery order, with each update, as the vehicle approaches.

As depicted by blocks 401–425 of FIGS. 17 and 18, the BSCU 14 may be configured so that if a delivery vehicle becomes delayed by more than a maximum length of time, such as five minutes, the BSCU 14 immediately sends a message to the stops 36 of the users already notified of the impending arrival of that vehicle 19, in order to keep users at these stops 36 from waiting when a vehicle 19 should have already arrived. When an impending arrival message 420 (FIG. 18) is sent to stop 36, and a vehicle delay of five minutes is determined before the vehicle 19 arrives at this particular stop, a second message informing them of the delay is sent 421 to the same stop, based on the amount of

**27**

delay, a third message may be sent 425 as the vehicle 19 arrives at this particular stop.

Worth noting also, are the methods for determining the actual directions (roads to be taken) of a vehicle 19 from one stop 36 to the next which may be described, but not limited to, three areas. The first configuration contains dual route information in the BSCU 14 and VCU 12. Preferably, the VCU 12 displays road names or a mapping diagram for the driver to follow. The BSCU 14 has the same information for determining the route a vehicle 19 is likely to take. The second configuration determines the closest and/or quickest route from one stop to the next by comparing mapping software, actual and past traffic flow. A third configuration is determined by past vehicle 19 delivery routes. As found in the art of route management, most delivery vehicle 19 drivers have roads and routes each individual prefers to take. Some of these routes are known to take more time, but for the determining factors associated with an advance notification system, these records provide a better means of determining distance, time, locations on a map, etc., when the driver's company policies do not request the following of predefined or displayed sequence of roads. In the preferred embodiment some, all, and additional methods may be used.

III. Control Processes

The control processes are normally, but not limited to, three different area locations. The first area is the VCU 12 on each vehicle, with the ability to communicate vehicle location, driver inputs, and/or cargo information to the BSCU 14. The second area is the BSCU 14 software, for communicating with the VCU 12, storing information from the VCU 12, and in some configurations, storing end-user data and preferences for generating impending arrival messages when vehicles are approaching their address. The third area of the control process is a person's computer 29 for displaying impending arrival messages when a vehicle's impending arrival information is received from a computer network 300. Although additional software can be added for additional displays and audio, additional software modules from the BSCU 14 can be added also. The overall control processes can be moved from one area to another area based on system configuration needs, normally determined by the application of the end-user. Worth noting, the communication channels and their internal control process should be apparent to those ordinarily skilled in the art and are not described in detail by this description.

Furthermore, FIG. 7, FIG. 8, FIG. 9, and FIG. 10, are examples of general block diagrams containing, but not limited to, system modules and their ability to be moved or removed, without loosing the scope of the present invention. The ability to move the system modules (FIG. 7) for the implementation of an advance notification system requiring a person's computer 29 to only have normal networking software, such as an internet browser from Netscape, Microsoft, America Online, etc. or Local Area Networks (LAN) attached to an information server for receiving vehicle 19 impending arrival information, or most other networks with the ability to send and receive information over Cable, Fiber, Copper, or wireless channel/s. As shown in this diagram, a person's computer 29 is acknowledging a vehicle's impending arrival. In block 14, one module is receiving vehicle information from the VCU 12. While this module indicates a wireless transceiver 26, it is replaced when a gateway converts wireless information into land line information with a modem. The vehicle location data base 14a, stores vehicle location information. The Mapping Software Data Base (MSDB) 14b is provided to locate roads and

**28**

streets associated with the person's address and the vehicle's 19 route from one stop 36 to the next. This Mapping Software Data Base 14b also associates GPS numbers with actual physical addresses, distances over streets, roads, highways, etc. The Notification Data Base (NDB) 14c maintains location points, distances, times, and other activation information, associated with a person's physical address. In this illustration the Notification Data Base (NDB) 14c also is used to activate and send messages to the person's computer 29. The User Request Data Base (URDB) 14d stores user preferences, account information, and in this illustration, software used for entering or making changes to this data. By moving some of the system modules (FIG, 8), described as the BSCU 14, to the person's computer area 29, the person's computer 29 is able to process more of the information associated with the advance notification system. The person's computer 29 accesses vehicle 19 location information from the BSCU 14 over a network 300, then compares the information to, but not only to, the MSDB 14b, the NDB 14c, and the URDB 14d.

Furthermore, displaying additional information on-screen and/or additional audio messages associated with an impending arrival of a vehicle 19 is easily accomplished. FIG. 9, is an example of tracking a vehicle 19 without the use of a GPS location, or having another suitable location device on the vehicle 19. The control process compares route stop addresses 21b with sensor inputs at each location 22a. The location is logged into the Vehicle Location Data Base (VLDB) 14a and the next stop is looked up for tracking the actual path (streets/roads) 21b and averaging the normal time to the next stop, which vehicle 19 location estimations along each road. The person's computer 29 is equipped with software for placing an image of the location of the vehicle 19 on a map 14b, activating an impending arrival message from the NDB 14c, when the vehicle 19 reaches a predetermined location, and storing the user preferences in a data base 14d.

FIG. 10 shows a control process using the same VCU modules as FIG. 9, but moving all the modules from a person's computer 29, except normal networking software, to the BSCU area 14. This system can activate and send an impending arrival message to a person's computer 29 when a vehicle 19 is at a predefined location, time, distance, or previous stop. It should be noted, without moving away from the scope of this invention, changing modules and other minor modifications to this invention for similar or customized applications, should be apparent to individuals skilled in the art and is not mentioned for this reason.

A. Base Station Control Process

With reference to FIGS. 46 and FIG. 47, the base station 14 essentially comprises two control sub-processes which run concurrently, namely, (a) a vehicle communications process 47 or 54 and (b) a delivery messaging process 53 or a vehicle information update process 58, based on the location of the modules used to generate the impending arrival message on a person's computer 29. The vehicle communications process 47 or 54 will be described hereafter, followed by the delivery messaging process 53 or 58. FIG. 46 illustrates one advance notification system configuration using the BSCU 14 for messaging to persons' computer addresses, and FIG. 47 illustrates an advance notification system configuration using the BSCU 14 to update advance notification software on a person's computer 29 by providing vehicle 19 location to each person's computer address. It should be noted in the communication process to the person's computer 29, other combinations of sending/receiving information from the BSCU 14 and to the

29

person's computer 29, are used and based on end user needs, tailoring, and configuration.

1. Vehicle Communications Process

The vehicle communications process initially is started from a cellular link from one of the VCUs 12 located on one of the plurality of delivery vehicles 19 to the BSCU 14, as indicated by block 12, FIG. 1. The BSCU 14 vehicle communications process is preferably capable of monitoring a plurality of telephone modems 26, for receiving information from a cellular phone or data network gateway that converts wireless transmissions into land line phone line transmissions (with or without additional connections through a computer network), from a plurality of delivery vehicles 19. As the number of delivery vehicles 19 increases, the number of telephone modems 26 (or bandwidth) which are monitored by the vehicle communication process (FIG. 46) 47 and (FIG. 47) 54 should also be increased to some extent.

As depicted by blocks 45a and 45b, after the start of a VCU 12 on a delivery vehicle 19 (FIG. 13), the respective VCU 12 will initiate a cellular link 45b to the BSCU 14, as indicated by the telephone bell symbol (FIG. 1) 18. After the BSCU 14 receives the telephone call, a string of symbols is exchanged between the VCU 12 and the BSCU 14 so as to validate the communication connection, as indicated in (FIG. 13) flow chart block 45b. In other words, the BSCU 14 ensures that it is in fact communicating with the VCU 12 and vice versa.

Next, as shown in FIG. 48 flow chart blocks 61–67, the BSCU 14 waits for communication from the VCU 12, when communication is established information is obtained regarding (a) the time of the on-board clock, (b) the list of stops and related information, (c) other information to be displayed for the vehicle 19 driver on the VCU LCD, and (d) when needed, a resetting of the communication method is added and then a shut down of communication is initiated, based on system configuration. In addition, route data in block 64 is gained from the VCU 12 driver or package sensor input or from the BSCU 14 ability to access a local data base with driver information or a combination of these inputs. The route data includes information pertaining to each delivery stop location, before and after stops, and cargo. This information is normally displayed on the VCU 12 liquid crystal display (LCD) for the driver's viewing. The prioritizing of the driver's list is based on, but not limited to, mapping software, the driver input, and past recorded route data. From the route data 64 and the information listed above as (a), (b), (c), and (d), the BSCU 14, can determine the location of the vehicle 19 by, as indicated by FIG. 22, flow chart blocks 201 and 14a, and determine when to send impending arrival messages based on this location, as the vehicle 19 starts and continues its route, as indicated by a flow chart block 202.

In the case where the delivery vehicle 19 is stopped in-between scheduled stops, the VCU 12 resets its on-board communication clock cycle back so that the communication to the BSCU 14 is stopped, until the vehicle 19 restarts it route or progress. When the delivery vehicle 19 restarts its route, the standard communication cycle is restarted. In the case where the delivery vehicle 19 is in start and stop traffic, the VCU 12 communication cycles are normally stopped until the vehicle 19 is moved a predefined distance, reaches a location associated with the activation of an impending message or the ignition switch is turned to the off/on position 24, or a sensor is activated on the VCU 12.

The VCU 12 communication cycles (FIG. 23) are programmable from the BSCU 14 and are reset in blocks

30

904–910 when a distance or time to the next messaging point excessively exceeds the number of minutes or miles from the location to which a user impending arrival message is to be sent. Moreover, this communication change can be preset at the beginning of a route at areas and times the vehicle's location is not associated with an impending arrival message and at times when the vehicle can become off its estimated route without effecting the impending arrival messaging for a brief time.

While the route is in progress, the BSCU 14 can determine from the mapping software, current route data, and past recorded route data, when to send a VCU 12 a request to use cycle communication. Moreover, in the situation where the delivery vehicle VCU 12 has stopped sending vehicle 19 location communication to the BSCU 14, as requested by the BSCU 14 or in-between communication cycles from the VCU 12, the BSCU 14 can determine the estimated vehicle 19 location from past routes, delivery lists, mapping software, and additional road/traffic monitoring systems for controlling the communication of the VCU 12. When the vehicle 19 has reached a cycle completion, predetermined by location or time and known by the BSCU 14 and VCU 12, a communication link to the BSCU 14 is not necessarily made at this time. As the communication method is changed back to route comparison 14a (FIG. 15), if the vehicle's planned route location 140a matches it's actual route location, communication to the BSCU 14 is not needed. Essentially, the communication methods are controlling the overall communication loading needed for vehicle 19 location and messaging associated with the vehicle 19 location between the BSCU 14 and the VCU 12. To better understand clock cycles: clock cycles are time (minutes/seconds) lapses or distance lapses for particular location points (longitude/latitude numbers from GPS) or actual miles, and are started, controlled (more/less), and used for decreasing communication from a delivery vehicle VCU 12 to the BSCU 14.

Finally, as shown in FIG. 21, the BSCU 14 may slow down or speed up the communication clock cycle by determining the Vehicle Location Determining Factor (VLDF) in block 99. The VLDF is used to determine the likelihood of delays between two stops. To determine the VLDF rating, the current vehicle location, the next stop and route to the next stop are compared to past route records as depicted by blocks 100–104. If the vehicle 19 is likely to travel the same speed and take the same amount of time as previously recorded vehicles, the communication cycle is slowed down.

Worth noting from the forgoing discussion is the fact that the BSCU 14 (FIG. 1) is the ultimate controller of the advance notification system 10 from a hierarchical vantage point. The base station clock 28 maintains the absolute time of the advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the delivery vehicle 19 clock differs from the BSCU 14. Further, it should be noted that the VCU 12 communicates to the BSCU 14 (a) when asked by the BSCU 14, (b) when the clock cycle reaches a predetermined point or when the vehicle reaches a predetermined location, (c) when a planned route time differs from an actual route time and (d) when the delivery vehicle driver activates a predefined sensor on the vehicle (buttons on the VCU 12, bar code scanner, etc.) to minimize communication.

2. Package, Tracking, And Notification Process

As previously mentioned, the messaging process 202 (FIG. 22) runs concurrently with the vehicle communications process 189 within the BSCU 14. In essence, the computer messaging process 202 uses the vehicle location

information 25 retrieved from the VCU 12 by the vehicle communications process 18a in order for the BSCU 14 to send computer messages of the approaching delivery vehicle 19. A delivery list is accessible from a local data base (FIG. 27) by the BSCU 14 and comprises information regarding (a) the person's name 331 and/or delivery street address 332, (b) the computer network address 333 (c) the telephone number 334 (d) the type of vehicles for activating notification messages 335 and (e) the activation of the impending arrival message. The impending arrival message is activated when a vehicle 19 is at a predefined time 336, distance away from a stop 337, or at a location/address 338. The computer messaging activation points (as indicated in FIG. 27) and the delivery list (as indicated in FIG. 14) are crossed referenced with the vehicle's actual progress through its route and delivery stops. When a particular time, location, and/or package delivery for sending a particular message is reached, the messaging process initiates a particular com-puter message to the particular user, as indicated by the flow chart diagram in FIG. 22. The computer messaging may be sent over an existing computer network/Internet or through a direct modem link from another computer, as described previously. Moreover, the particular time, distance, location, and/or stop are fully programmable by the user (person receiving an impending arrival message), and/or by the company providing the service. Programming and user options are discussed in more detail in the Computer Mes-saging Control Process area.

Also worth noting is a feature for monitoring messages to be placed in the future, for handling message loading (exceeding available communication channels) to end users. In accordance with this feature, upon anticipation of a heavy load of messages, some of the messages would be initiated earlier than the originally scheduled corresponding message time, previous stop, or distance/location. Numerous other networking options can also be used to solve this problem.

After the delivery vehicle 19 has completed its route (FIG. 44), the delivery vehicle 19 can be programmed to contact in block 153 the BSCU 14 when it recognizes the end of the route in block 152. Additionally, the VCU 12 may have instructions displayed 155a for the driver. The BSCU 14 from a hierarchy stand point is the controller of the system, but instructions from the VCU 12 of new packages, reschedules, other sensor inputs, etc. can be sent to the BSCU 14, for instructions on the vehicle's 19 intent. Otherwise, the computer messaging process has completed its list for people to contact (FIG. 27) and unless additional vehicle 19 tracking is needed or more stops 36 are scheduled, the communication between the VCU 12 and BSCU 14 is stopped.

As further use of completed route data, an event list is maintained for diagnostics and system monitoring. The event list receives data from both the vehicle communica-tions process and the computer messaging process. The event list essentially comprises records of, among other things, all messages sent and all past and current vehicle locations.

**B. Vehicle Control Process**

Reference will now be made to the vehicle control process as shown in FIG. 11. Once powered up, the VCU 12 runs through an initiation procedure in which the delivery list is retrieved from packages scanned into the vehicle 19 (activation of the scanner may also power up the VCU) and/or a downloaded list of packages from the BSCU 14 for delivery is received. If packages are scanned via package tracking device 20 into the VCU 12 (FIG. 12), the stops are placed in order of delivery by the vehicle's driver as shown

in FIG. 29 or sent to the BSCU 14 for list optimization. The delivery list is organized into an optimized route FIG. 14, showing stop list order 607 and the location or address, as indicated in block 608. The automatic route optimization software resides in the Vehicle Location Data Base (VLDB) 14a in the BSCU 14 and includes past records of delivery times, routes taken by driver, traffic flow from recorded points and times of past routes, etc. This route optimization software and/or the driver input is how the stop list is organized. Initially the clock 24 in the VCU 12 is set by the BSCU 14 when communication is made. Additionally, when comparisons with the actual time in the BSCU 14 differs from the time in the VCU 12, clock resets are made by the BSCU 14.

After the foregoing initialization procedure, a call is placed via the transceiver 18 (FIG. 1) to the BSCU 14 as indicated by the bell symbols 18 and 26. After the connection, the VCU 12 and the BSCU 14 exchange infor-mation as described herein before and which will be further described hereinafter relative to FIG. 12. Furthermore, it should be noted that in some configurations the BSCU 14 might contact the VCU 12 to initialize, schedule timing, or send remote activation from the driver of one vehicle to the BSCU 14 or other vehicle-in-motion sensors.

Next, as shown in FIG. 1, the vehicle control process begins a looping operation wherein the vehicle control process continu-ously monitors the switches 21–23, clock 24, and sensors 25 to determine the vehicle location. As mentioned previously, the vehicle control process initiates a wireless communica-tion at the initializing point of a route, when the vehicle 19 clock cycle reaches (time between communication updates) a completed loop, planned route data stops matching actual route data, or when a package is delivered. The VCU 12 can also answer and receive information from the BSCU 14.

While in the main looping operation, a determination is first made as to whether the delivery vehicle 19 has reached the end of the route or delivery/pick ups. If the vehicle 19 is at the end of its route, then the vehicle communication process is slowed down or stopped, and does not need to be restarted or increased unless switches 20, 21, 22, or 23 are triggered by the driver. Otherwise, the process continues and makes a determination as to the vehicle 19 location, as indicated in block 25. In the preferred embodiment, the delivery vehicle 19 location and total expired time at each stop is not a factor. But if the VCU 12 notices a change in a delivery stop when a stop is made at a delivery location not on the list, or out of sequence, a driver prompt is displayed on the VCU/LCD screen 33. Additionally, a package scanned out (delivery was made or attempted) could also determine an out-of-sequence delivery. When the delivery vehicle 19 is stopped for an out-of-sequence delivery, then the communication is initiated to the BSCU 14, as shown by a telephone bell symbol 18 in FIG. 1. The communication is an override and not part of a normal communication event, such as, a clock cycle, a distance/location cycle, a route comparison, or polling protocol, but a special need for informing the BSCU 14 of a special occurrence.

The first attempt to correct the list is a flashing screen from the VCU 12 for the driver. If the driver responds, menus of questions are asked and the driver responses are recorded from the switches 21, 22, and 23 (FIG. 1). On screen questions are "is this delivery out of order?" if the information is uploaded to the BSCU 14 and the route continues, if no, a choice is given from the route list, and the driver selects yes, "is (address) your next stop?" if yes the driver is asked to highlight the next stop. The information is then uploaded to the BSCU 14. When the process is not

US 6,411,891 B1

33

34

corrected by the driver, then the BSCU 14 process determines the driver intent by comparing the vehicle direction, locations to closest stops, and past times of deliveries to these stops, with destinations from the route list, and makes a calculated determination of the driver's intent. The new sequence of stops is downloaded into the VCU 12 and the next stop location and question "is this correct" is displayed to the driver. Normally one of two events occurs, the driver responds or the vehicle arrives at a stop. If none of the switches 21, 22, or 23 have been actuated, then the 5 process 76 will loop back around and begin once again. Otherwise, if actuation of a switch 21, 22, or 23 is detected, then the process will determine which of the switches 21, 22, 23 have been actuated.

First, the process will determine whether the "yes" switch 15 has been actuated. If the driver has actuated the attempt to deliver switch 22, then the VCU 12 will continue normal operation. When the reschedule delivery switch 23 is pressed, a list of the local area deliveries is displayed and the driver is prompted to select the next stop 36. Moreover, a 20 decision will be made by the BSCU 14 to notify users of the vehicle's impending arrival, if time, distance, previous delivery stop and location for that particular stop has passed. In the preferred embodiment, the driver the vehicle 19 is considered to be following its routing list if the vehicle 19 25 arrives at the stop on the display. A stop does not determine a delivery was made, but an attempt to deliver a package was made. Furthermore, when a user is not available to receive a package, a stop may be rescheduled automatically from the BSCU 14 or manually from the driver, as shown in FIG. 43. 30 A reschedule delivery is a common occurrence for a delivery driver, so, determining when a second attempt should be made or a route list sequence of stops for a driver is a user preference. In most cases, a driver who becomes familiar with customers and customer schedules is more likely to be 35 accurate and successful on a delivery than a route chosen by location and distance, from a list. Past tracking of actual times of deliveries to a particular stop make the BSCU 14 likely to be close also.

In the event that the vehicle driver has not delivered a 40 package, and an attempt was made, and normally when the driver is not repeating the stop in a given day, the driver can activate an attempt to deliver switch 21 to inform the BSCU 14 to cancel this user stop from a list, and send a second 45 message of the time of attempted delivery and package information to the user computer. Then the process determines whether the driver has actually pressed the reset switch 22 for the rest of the deliveries that day. An attempt to deliver computer message sent to a user computer address 50 might be used to increase revenue for additional services, such as, fees for redeliveries, etc. If the driver has not actuated the reset switch 22, then the process loops back and begins again.

C. Computer Messaging Control Process 55

When a computer message is initiated by the BSCU 14 as indicated by FIG. 22, the BSCU 14 follows a messaging control process as indicated in flow chart blocks 208, 207, and 206.

Although the description in FIG. 22 is from a BSCU 60 controller, the BSCU 14 or modules in the BSCU 14 may be better incorporated into a user computer. Three examples of different type configurations for displaying impending, arrival information on a computer connected to a network are shown in FIG. 7, FIG. 8, FIG. 9, and FIG. 10. For 65 illustration purposes, the system described as a BSCU 14 is considered different than a person's computer 29, which could be considered part of the BSCU 14 operation. In FIG.

7 the person's computer 29 is equipped with networking software, and is not associated with an advance notification system. In FIG. 8 the person's computer 29 is equipped with all the advance notification modules for activating, 14c and 14d impending arrival messages, mapping software 14b for displaying and/or comparing vehicle locations to streets, and a method for getting and/or receiving actual vehicle location from a network address. In FIG. 9 and FIG. 10, the example shows advance notification systems for tracking vehicles 19 without GPS location devices. The BSCU 14 modules in FIG. 9 are set to track delivery stops from a route list and delivery stops within each route, then the vehicle 19 location information is sent to the person's computer 29 or accessed from the person's computer 29 for vehicle 19 location information. The vehicle 19 location is compared in the person's computer 29, then activated and displayed when the user preferences match the actual vehicle's location. FIG. 10 is placing all modules in the BSCU 14 area and not requiring the person's computer 29 to be equipped with any extra software (FIG. 49). As a note, the main differences between FIG. 7 and FIG. 10 are the methods used for determining vehicle 19 location or stop points 36.

Additionally, when the user computer 29 has software/ hardware for connecting to a computer network 300 and software for displaying messages received by the BSCU 14 for advance notification, the additional software can be an electronic mail reader for activating messages from a computer network 300, or a connection to a satellite/cable network 501 (FIG. 50) for displaying images onto a television screen. When the impending arrival messages are broadcast through a satellite/cable network 501, and descrambler device 502, a personal computer via connections 503 and 504 monitors signals from a broadcast channel 505 and activates an impending arrival message when an identification code is received 506. The impending arrival message is compared to the user preferences 507–511 and sent to a person's television 35d, as depicted by blocks 512 and 513.

In the preferred embodiment, a person's computer 29 can activate an impending arrival message when software 223 is residing on a person's computer 29 as shown in FIG. 25. The software 223 compares vehicle location in block 224 and user activation preferences in block 225 to the user preferences display options 226a and user audio options 227a, each time a vehicle 19 is approaching.

The methods used for signing up and providing the system with messaging preferences is accomplished with software on a person's computer 29 or in the preferred embodiment, linked to a remote computer site FIG. 29. By linking to the site, a person wanting to sign up may download software 380 (FIG. 29) to save online time, or sign up from a connection to a remote site 381. The user can only subscribe and make changes from the site to be notified 382, FIG. 30, and the computer address is given before this screen (not shown). This allows the advance notification system to have a level of security. The person is prompted to enter a telephone number 383, then a mailing address 384. This information is stored and compared to mapping software for placing the person's address on a map for display 385b, FIG. 31. After the information is displayed 385b, the user is prompted to agree with the location or choose the next one from a list 386, until their location on a map is agreed upon. The next area allows the user to select different activation and messaging methods for different vehicles 387, FIG. 32. When the same for vehicles in a particular category 389, or each vehicle is different 390, display screens shown as illustrations in FIG. 33 through FIG. 39 are looped for each

35

vehicle/group selected. The next screen prompt asks, "when you would like to be notified?" 392 (FIG. 33) and options for time before arriving 393, distance before arriving 394, or at a location/s of choice 395. When a person entering time before vehicle 19 arrives for notification, the next screen (FIG. 34) allows the minutes and seconds before a stop to be selected. When a person enters distance before a vehicle 19 arrives for an impending arrival message (FIG. 35), the distance can be selected as shown.

When a person selects to define a particular area for impending arrival activation, the person can choose a circle around their home/business, as shown in FIG. 36. The circle can be adjusted by pulling the edge with a computer mouse left button held down and releasing when the circle is at a desired size. The activation points are the edges of the circle and/or areas with streets. The next option for selecting an area is the grid perimeter/s (FIG. 37). The actual squares (or other shapes) can be clicked with the left button on a mouse for highlighting areas and adjusting the highlighted areas with the slide bars at the bottom or right for precise positioning for activating impending arrival messages. The next option is placing street markets (FIG. 38) on roads and highways for activation points for impending arrival messaging. The street markers are positioned with a computer's mouse, normal drag and drop operations onto actual areas. Additionally, other areas, such as waypoint/s (longitude/latitude areas), prior vehicle stop/s, letting the vehicle define customer offering services, etc. can be used as well.

After defining the locations, the selected preferences are referenced with past route data, mapping software, and other information for placing notification areas in a data base, to be used when a vehicle 19 is approaching this predefined stop. Next the person wanting impending arrival messages should enter how they would like to receive the message/s (FIG. 39). A person may select a telephone call with a voice message 170, a telephone call with a distinctive ringing sound 171, and/or over a computer network/internet 172, with additional software for on screen displays 173 and/or audio messages 174. Additionally worth noting, sending impending arrival messages to other communication devices 35 (FIG. 2) with addresses or activation numbers from the BSCU 14 it should be apparent to one skilled in the art and is therefore not discussed in detail, but would be included in the area of FIG. 39.

The computer address/electronic address number corresponding with the user computer 29 at a particular stop is obtained from the data, as indicated above in FIG. 29 through FIG. 39. Other information can also be obtained, including the ability to send one type of message (telephone, electronic mail, personal pager, television, etc.) over the other, and allowing different vehicles to activate impending arrival messages differently. For example, FIG. 4 illustrates a flow chart 82 for activating a telephone call first when a vehicle 19 is approaching. As depicted by blocks 83–85, when the vehicle's location matches the preferences in the user data base 84, the user's phone number is dialed. If the phone is answered, the message is played and additional messages are not sent. In the case where the phone is not answered after a preset number of retries expire is depicted by blocks 87 and 88, an electronic message is sent in block 89, and the event is removed from the data base in block 90. It should be noted that different combinations of messages are obvious to a person experienced in the art without departing from the scope of the present invention, and are therefore not mentioned in greater detail.

Moreover, companies may include the service without acknowledgment of the end user or in some cases notify

36

them on one occasion and offer the service if they respond to the message. In these cases finding the contact information can be achieved by existing and known industry standards for finding computer addresses with telephone numbers and shipping address. Additional resources for obtaining this information are established by (a) a user providing the information to a delivery company, and (b) a user posting this information in an advance notification computer site, and (c) a user listing this information with other published references, such as a telephone book, mapping software, etc. This information may be accessed when a delivery is scheduled. Next, the control process sets a time-out variable for keeping track of successful messages sent and any messages returned from wrong addresses or busy networks. The number n of allowable attempts is predetermined and is stored in the user preferences data base and the person's old address can activate an automatic update for a new telephone number or computer address, when needed.

Furthermore, message timing and activation of impending arrival messages to users can be set at the start of the route or day, or in some cases the day/s before the vehicle is to arrive. By sending impending arrival messages early, users can rearrange their schedules for meeting a delivery vehicle/driver when he arrives. As an example, a person taking a lunch break or leaving a delivery area, will know of particular deliveries scheduled in a certain day and the impending arrival time/s.

Worth noting, actual pictures or live video taken from a vehicle 19 could be sent to the BSCU 14 from the VCU 12 and then used as part of the messaging process of the impending arrival of the particular vehicle 19 to a user. As wireless channels become capable of carrying more and more data (by increased band width and data compression routines), increased information taken from the vehicle 19 can be utilized in the message of the impending arrival of the vehicle 19 to the user.

In the claims hereafter, all "means" and "logic" elements are intended to include any structure, material, or design for accomplishing the functionality recited in connection with the corresponding element.

Therefore, the following is claimed:

1. A method for an advance notification system, the method for allowing a user to define a preset notification time period when the user is to receive a notification prior to arrival of a vehicle at a vehicle stop to thereby indicate impending arrival of the vehicle at the vehicle stop, the advance notification system comprising (a) a user communication device associated with said user, (b) a system control for monitoring travel of said vehicle in relation to the vehicle stop, and (c) a system communication interface for establishing communication between said system control and said user communication device when said vehicle is at a location that corresponds with the preset notification time period from said vehicle stop, the method comprising the steps of:

(a) permitting said user to define said preset notification time period by the following steps:

(1) establishing a communication link with said system communication interface; and

(2) providing data indicative of said preset notification time period to said system control during said communication link.

2. The method of claim 1, further comprising the steps of: maintaining a reference caller identification number associated with said user communication device; and

when said communication link is established, determining whether said communication link is authorized by

37

comparing a caller identification number associated with said communication link with said reference caller identification.

3. The method of claim 1, further comprising the step of providing said data to said system control by depressing touch tone buttons on said user communication device.

4. A method for an advance notification system for allowing a user to define a preset notification time period when the user receives a notification to indicate impending arrival of a vehicle at a vehicle stop, wherein the advance notification system comprises:

(a) a vehicle control unit disposed on said vehicle, said vehicle control unit having:
  (1) a vehicle travel monitoring means;
  (2) a vehicle transmitter adapted to transmit a travel signal based upon said vehicle travel monitoring means;
  (3) a vehicle processor controlling said vehicle travel monitoring means and said vehicle transmitter; and

(b) a base station control unit having:
  (1) a receiver adapted to receive said travel signal from said vehicle control unit;
  (2) a base station communication interface;
  (3) a base station processor controlling said receiver and said base station communication interface, said base station processor for establishing communication between said base station communication interface and a user communication device associated with said user when said vehicle is at said present notification time period from said vehicle stop;

and wherein the method comprises the steps of:

(a) permitting said user to define said preset notification time period by the following steps:
  (1) establishing a communication link with said base station communication interface; and
  (2) providing data indicative of said preset notification time period to said base station processor over said communication link.

5. The method of claim 4, further comprising the step of providing said data to said base station processor by depressing touch tone buttons on said user communication device.

6. The method of claim 4, further comprising the steps of:

maintaining a reference caller identification number associated with said user communication device; and

when said communication link is established, determining whether said communication link is authorized by comparing a caller identification number associated with said communication link with said reference caller identification.

7. An advance notification system that allows a user to define a preset notification time period when the user is to receive a notification prior to arrival of a vehicle at a vehicle stop, the notification for indicating impending arrival of the vehicle at the vehicle stop, comprising:

a user communication device associated with said user;

a system control for monitoring travel of said vehicle in relation to the vehicle stop;

a system communication interface in communication with said system control, said system communication interface for establishing communication with said user communication device when said vehicle is at a location that corresponds with the preset notification time period from said vehicle stop; and

user configuration means associated with said system control, said user configuration means for permitting said user to define said preset notification time period

38

by providing data indicative of said preset notification time period to said system communication interface over a communication link established between said user communication device and said system communication interface.

8. The system of claim 7, wherein said system control further comprises:

means for storing a reference caller identification number associated with said user communication device; and

means for, when said communication link is established, determining whether said communication link is authorized by comparing a caller identification number associated with said communication link with said reference caller identification.

9. The system of claim 7, wherein said system control is adapted to monitor a distance traveled by said vehicle.

10. The system of claim 7, wherein said system control is adapted to monitor time traveled by said vehicle.

11. An advance notification system that allows a user to define a preset notification time period when the user is to receive a notification prior to arrival of a vehicle at a vehicle stop, the notification for indicating impending arrival of the vehicle at the vehicle stop, comprising:

(a) a vehicle control unit disposed on said vehicle, said vehicle control unit having:
  (1) a vehicle travel monitoring means;
  (2) a vehicle transmitter adapted to transmit a travel signal based upon said vehicle travel monitoring means;
  (3) a vehicle control means controlling said vehicle travel monitoring means and said vehicle transmitter; and

(b) a base station control unit having:
  (1) a receiver adapted to receive said travel signal from said vehicle control unit;
  (2) a base station communication interface;
  (3) a base station control means controlling said receiver and said base station communication interface, said base station control means for establishing a communication connection between said base station communication interface and a user communication device when said vehicle is at a location corresponding with said preset notification time period from said vehicle stop, said user communication device associated with said user; and
  (4) user configuration means associated with said base station control means, said user configuration means for permitting said user to define said preset notification time period by providing data indicative of said preset notification time period to said base station communication interface over a communication link established between said user communication device and said base station communication interface.

12. The system of claim 11, wherein said base station control means further comprises:

means for storing a reference caller identification number associated with said user communication device; and

means for, when said communication link is established, determining whether said communication link is authorized by comparing a caller identification number associated with said communication link with said reference caller identification.

13. The system of claim 11, wherein vehicle travel monitoring means monitors a distance traveled by said vehicle.

14. The system of claim 11, wherein vehicle travel monitoring means monitors a time traveled by said vehicle.

US 6,411,891 B1

39

**15.** The system of claim 11, wherein said travel signal includes a time traveled by said vehicle.

**16.** The system of claim 11, wherein said travel signal includes a distance traveled by said vehicle.

**17.** A method for an advance notification system, the method for allowing a user to define a preset notification time period when the user is to receive a notification prior to arrival of a vehicle at a vehicle stop to thereby indicate impending arrival of the vehicle at the vehicle stop, the advance notification system comprising (a) a user communication device associated with said user, (b) system control for monitoring travel of said vehicle in relation to the vehicle stop, and (c) a system communication interface for establishing communication between said system control and said passenger telephone when said vehicle is at a location that corresponds with the preset notification time period from said vehicle stop, the method comprising the steps of:

(a) permitting said user to define said preset notification time period by the following steps:

(1) establishing a communication link with said system communication interface;

40

(2) receiving data indicative of said preset notification time period during said communication link; and

(3) interfacing said data with said system control.

**18.** An advance notification method, comprising the steps of:

establishing communication with a remote communication device associated with a user;

receiving data from said user communication device;

identifying a notification time period based on said data;

monitoring travel of a vehicle in relation to a vehicle stop;

determining, based on said monitoring step, whether said vehicle is within said notification time period from said vehicle stop; and

establishing communication with said remote communication device or another remote communication device associated with said user when said vehicle is within said preset notification time period from said vehicle stop.

\*   \*   \*   \*   \*

# EXHIBIT E



US006714859B2

## (12) United States Patent
### Jones

(10) Patent No.: **US 6,714,859 B2**
(45) Date of Patent: **\*Mar. 30, 2004**

(54) **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

(75) Inventor: **Martin Kelly Jones**, Dalton, GA (US)

(73) Assignee: **ArrivalStar, Inc.**, Delray Beach, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/908,471**

(22) Filed: **Jul. 18, 2001**

(65) **Prior Publication Data**

US 2002/0082770 A1 Jun. 27, 2002

### Related U.S. Application Data

(63) Continuation of application No. 09/163,958, filed on Sep. 30, 1998, now Pat. No. 6,278,936, which is a continuation-in-part of application No. 08/852,119, filed on May 6, 1997, and a continuation-in-part of application No. 08/432,898, filed on May 2, 1995, now Pat. No. 5,657,010, and a continuation-in-part of application No. 08/432,666, filed on May 2, 1995, now Pat. No. 5,668,543, and a continuation-in-part of application No. 08/434,049, filed on May 2, 1995, now Pat. No. 5,623,260, and a continuation-in-part of application No. 08/407,319, filed on Mar. 20, 1995, now abandoned, which is a continuation-in-part of application No. 08/063,533, filed on May 18, 1993, now Pat. No. 5,400,020.

(60) Provisional application No. 60/039,925, filed on Mar. 10, 1997.

(51) Int. Cl.⁷ ............................ **G01C 21/26; H04Q 7/20**

(52) U.S. Cl. ...................... **701/201**; 701/117; 701/202; 340/989; 340/994; 340/995.12; 340/825.49; 342/357.07; 342/357.09; 342/357.1; 455/456.1; 455/456.2; 455/456.5; 455/456.6

(58) Field of Search ................................. 701/201, 207, 701/208, 209, 211, 213, 117, 202, 116, 118; 342/357.06, 357.07, 357.11, 357.09, 357.1, 357.13, 357.01; 340/990, 995, 988, 903, 905, 989, 994, 995.12, 995.13, 991, 825.36, 825.49; 455/412.1, 412.2, 456.1, 456.6, 456.5, 456.3, 457

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,644,883 A    2/1972 Borman et al. ............... 340/23

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

FR    2 559 930    8/1985    ............ G08G/1/12

(List continued on next page.)

OTHER PUBLICATIONS

Moriok, et al., "Advanced Vehicle Monitoring and communication Systems for Bus Transit—Benefits and Economic Feasibility", Final Report—U.S. Department of Transportation, Sep. 1991, Revised Mar. 1993, Dot–T–94–03.

(List continued on next page.)

*Primary Examiner*—Jacques H. Louis-Jacques
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley, LLP

(57) **ABSTRACT**

Generally, the present invention monitors and communicates travel data transmitted from vehicles being monitored by the system to users requesting travel information on a particular vehicle. A travel data storage unit receives and stores the travel data. When a user desires to view some or all of this travel data, the user submits a request to a data manager. In response, the data manager retrieves the appropriate information from the travel data stored in the travel data storage unit and transmits this information to the user. The data manager may communicate the information in a variety of mediums and preferably contact information is predefined that enables the data manager to determine which medium is preferable and how to establish communication once the medium is determined.

**40 Claims, 7 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,845,289 A | 10/1974 | French | 235/151.2 |
| 3,934,125 A | 1/1976 | Macano | 235/150.2 |
| 4,297,672 A | 10/1981 | Fruchey et al. | 340/23 |
| 4,325,057 A | 4/1982 | Bishop | 340/539 |
| 4,350,969 A | 9/1982 | Greer | 340/23 |
| 4,713,661 A | 12/1987 | Boone et al. | 340/994 |
| 4,791,571 A | 12/1988 | Takahashi et al. | 364/436 |
| 4,799,162 A | 1/1989 | Shinkawa et al. | 701/117 |
| 4,812,843 A | 3/1989 | Champion, III et al. | 340/905 |
| 4,956,777 A | 9/1990 | Cearley et al. | 701/24 |
| 5,021,780 A | 6/1991 | Fabiano et al. | 340/994 |
| 5,113,185 A | 5/1992 | Ichikawa | 340/995 |
| 5,121,326 A | 6/1992 | Moroto et al. | 701/212 |
| 5,122,959 A | 6/1992 | Nathanson et al. | 701/117 |
| 5,131,020 A | 7/1992 | Liebezeit et al. | 379/59 |
| 5,144,301 A | 9/1992 | Jackson et al. | 340/994 |
| 5,155,689 A | 10/1992 | Wortham | 455/456.3 |
| 5,168,451 A * | 12/1992 | Bolger | 340/994 |
| 5,218,629 A | 6/1993 | Dumond, Jr. et al. | 379/59 |
| 5,299,132 A | 3/1994 | Wortham | 364/460 |
| 5,323,456 A | 6/1994 | Oprea | 379/375 |
| 5,351,194 A | 9/1994 | Ross et al. | 455/456.3 |
| 5,361,296 A | 11/1994 | Reyes et al. | 379/96 |
| 5,381,338 A | 1/1995 | Wysocki et al. | 701/207 |
| 5,394,332 A | 2/1995 | Kuwahara et al. | 701/211 |
| 5,398,190 A | 3/1995 | Wortham | 355/456.3 |
| 5,400,020 A | 3/1995 | Jones et al. | 340/994 |
| 5,420,794 A | 5/1995 | James | 701/117 |
| 5,432,841 A | 7/1995 | Rimer | 379/59 |
| 5,444,444 A | 8/1995 | Ross | 340/994 |
| 5,448,479 A | 9/1995 | Kemner et al. | 365/424.02 |
| 5,461,374 A | 10/1995 | Lewiner et al. | 340/994 |
| 5,493,295 A | 2/1996 | Lewiner et al. | 340/994 |
| 5,493,694 A | 2/1996 | Vlcek et al. | 455/53.1 |
| 5,519,621 A | 5/1996 | Wortham | 455/99 |
| 5,526,401 A | 6/1996 | Roach, Jr. et al. | 379/59 |
| 5,539,810 A | 7/1996 | Kennedy, III et al. | 379/59 |
| 5,544,225 A | 8/1996 | Kennedy, III et al. | 379/59 |
| 5,546,444 A | 8/1996 | Roach, Jr. et al. | 379/59 |
| 5,579,376 A | 11/1996 | Kennedy, III et al. | 379/60 |
| 5,587,715 A | 12/1996 | Lewis | 342/357 |
| 5,594,650 A | 1/1997 | Shah et al. | 701/207 |
| 5,623,260 A | 4/1997 | Jones | 340/994 |
| 5,648,770 A * | 7/1997 | Ross | 340/988 |
| 5,652,707 A | 7/1997 | Wortham | 455/456.3 |
| 5,657,010 A | 8/1997 | Jones | 340/994 |
| 5,668,543 A | 9/1997 | Jones | 340/994 |
| 5,673,305 A | 9/1997 | Ross | 379/58 |
| 5,694,322 A | 12/1997 | Westerlage et al. | 364/464 |
| 5,699,275 A | 12/1997 | Beasley et al. | 709/221 |

| | | | |
|---|---|---|---|
| 5,719,771 A | 2/1998 | Buck et al. | 455/456.5 |
| 5,732,074 A | 3/1998 | Spaur et al. | 370/313 |
| 5,736,940 A | 4/1998 | Burgener | 340/994 |
| 5,751,245 A | 5/1998 | Janky et al. | 342/357 |
| 5,760,743 A | 6/1998 | Branch | 342/457 |
| 5,771,455 A | 6/1998 | Kennedy, III et al. | 455/456 |
| 5,796,365 A | 8/1998 | Lewis | 342/357 |
| 5,799,263 A | 8/1998 | Culbertson | 701/117 |
| 5,808,565 A * | 9/1998 | Matta et al. | 340/988 |
| RE35,920 E | 10/1998 | Sorden et al. | 342/457 |
| 5,922,040 A | 7/1999 | Prabhakaran | 701/117 |
| 5,945,919 A | 8/1999 | Trask | 340/825.491 |
| 6,006,159 A | 12/1999 | Schmier et al. | 701/200 |
| 6,278,936 B1 * | 8/2001 | Jones | 340/989 |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| FR | 2674355 | 9/1992 | |
| JP | 52066175 | 6/1977 | |
| JP | 63288400 | 11/1988 | G08G/1/12 |

## OTHER PUBLICATIONS

Brynielsson, Thore, Step by Step Development Towards Attractive Public Transport, Chalmers University of Technology, Goteborg, Sweden, Department of Transportation, 1976.

RLM Software, "FlightView" Maintenance Guide, (Labeled as Ex. 7), Copyrighted 1995 (12 Pages).

RLM Software, "FlightView Workstation" User's Guide, Version 1.05, 1997 (48 Pages).

Computer Screen Images of "Flight View" software program (Labeled as "Ex. 3") (8 Pages).

Washington International Airport Terminal Observation Lounge, "Exhibit Development Progress Work Sheets, Baltimore", Cambridge Seven Associates, Inc., Dec. 2, 1993, (Labeled as "Ex. 4") (36 pages).

Document entitled "Story Board—ASD Interactive, BWI Observation Lounge"(Labeled as Ex. 5) (9 Pages).

RLM Software, Inc., "Flight Table"—Production Specification Document, Mar. 1996, (3 Pages).

RLM Software, Inc., Diagram and Literature regarding "FlightView—Flight Operations Workstation", (Labeled as Ex. 9) (5 Pages).

Letter from American West Airlines dated Apr. 24, 1996, and Software Lice and Maintenance Agreement Between RLM Software, Inc. and American West Airlines, Inc., (Labeled as Ex. 15) (35 Pages).

* cited by examiner



**Fig. 1**



**Fig. 2**



**Fig. 3**



**Fig. 4**



**Fig. 5**



**Fig. 6**



**Fig. 7**

US 6,714,859 B2

**1**

# SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE

## RELATED APPLICATIONS/PATENTS

This document claims priority to and is a continuation of copending U.S. Patent Application entitled "SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE," assigned Ser. No. 09/163,958, and filed on Sep. 30, 1998 now U.S. Pat. No. 6,278,936. This document also claims priority to and is a continuation-in-part of copending U.S. Patent Application entitled "ADVANCE NOTIFICATION SYSTEMS AND METHODS UTILIZING A COMPUTER NETWORK," assigned Ser. No. 08/852,119, and filed on May 6, 1997, which claims priority to (a)–(d) hereafter, and which is a continuation-in-part of (b)–(d) hereafter:

(a) provisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING A COMPUTER NETWORK," filed Mar. 10, 1997 by M. K. Jones and assigned Ser. No. 60/039,925;

(b) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER-DEFINABLE NOTIFICATION TIME PERIOD," filed May 2, 1995 by M. K. Jones and assigned Ser. No. 08/434,049, now U.S. Pat. No. 5,623,260 to M. K. Jones that issued on Apr. 22, 1997;

(c) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING VEHICLE PROGRESS REPORT GENERATOR," filed May 2, 1995 by M. K. Jones and assigned Ser. No. 08/432,898, now U.S. Pat. No. 5,657,010 to M. K. Jones that issued on Aug. 12, 1997; and

(d) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER CALLING REPORT GENERATOR," filed May 2, 1995 by M. K. Jones and assigned Ser. No. 08/432,666, now U.S. Pat. No. 5,668,543 to M. K. Jones that issued on Sep. 16, 1997;

where documents (b), (c), and (d) are each a continuation-in-part of the application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING A DISTINCTIVE TELEPHONE RING," filed Mar. 20, 1995 by M. K. Jones and assigned Ser. No. 08/407,319, now abandoned, which in turn is a continuation-in-part of an application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by M. K. Jones et al. and assigned Ser. No. 08/063,533, now U.S. Pat. No. 5,400,020 to M. K. Jones et al. that issued on Mar. 21, 1995.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention generally relates to data communications and information systems and, in particular, to an automated system and method for monitoring travel of a vehicle and for communicating vehicle travel information to a user at a remote location regarding the proximity of the vehicle relative to a predefined destination.

### 2. Related Art

There are many situations when it is desirable to know the actual arrival time of a particular vehicle at a particular destination or other location. With this information, adjust-

**2**

ments can be made to avoid waiting for a particular vehicle to reach the particular destination. For example, a person picking up a friend or relative at a commercial bus station usually either calls the bus station to find out the approximate arrival time (information which is oftentimes unavailable or unreliable) and/or arrives at the bus station prior to the scheduled arrival time of the bus hoping that the bus is not significantly delayed.

Another example involves school children that ride school buses. The arrival times of school buses at scheduled stops can be significantly affected by many factors such as maintenance problems, rush hour traffic, and congested urban/suburban conditions. As a result, school children typically wait at bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets. A system informing the students of the school bus' proximity is desirable in order for the students to avoid waiting on the school bus at the school bus stop for extended times.

Yet another example is in the commercial overnight package delivery industry, wherein packages are delivered on a tight schedule. Customers oftentimes wait on delivery of important time-critical packages not knowing precisely when the delivery will occur. A system informing the customer of the precise arrival time is desirable in order to improve customer service and to allow the customer to better rely on the estimated arrival time of the delivery.

Thus, generally, it is desirable to know when a vehicle (such as a bus, truck, train, plane, user, or the like) is (a) a particular time period (for example, a certain number of minutes or seconds) away from arriving at a destination, (b) a particular distance (for example, number of feet or miles) away from the destination, or (c) at a particular location among a set of predetermined location points.

In order to alleviate the arrival time problem in the context of school buses, student notification systems in the past have been employed that use a transmitter on each bus and a receiver inside each student home. U.S. Pat. No. 4,713,661 to Boone et al. and U.S. Pat. No. 4,350,969 describe systems of this type. When the school bus and its on-board transmitter come within a certain range of a particular home receiver, the transmitter sends a signal to notify the student that the school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student. In addition, such systems provide little flexibility for providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

Thus, a heretofore unaddressed need exists in the industry for a system and method for monitoring travel of a vehicle and for providing desirable travel information, such as, for example, an updated location of the vehicle.

## SUMMARY OF THE INVENTION

The present invention overcomes the inadequacies and deficiencies of the prior art as discussed herein. In general, the present invention provides an automated system and method for monitoring travel of a vehicle and for communicating vehicle travel information to a user located at a remote location in response to a request by the user.

In a broad sense, the present invention utilizes a storage mechanism, a data manager, and communications devices. The storage mechanism receives and stores travel informa-

US 6,714,859 B2

**3**

tion transmitted from a vehicle at a remote location. The travel information preferably includes data that indicates a location of the vehicle, such as the coordinates of the vehicle relative to a predefined reference point, but the travel information may include various other information in lieu of or in combination with the location data. When a user at another remote location wishes to view all or some of this the travel information transmitted by the vehicle, the user establishes communication with the data manager and submits a request. In response to the request, the data manager retrieves the desired information and transmits a message containing the information from a communications device at associated with the data manager to another communications device associated with the user. By analyzing this retrieved information, the user can monitor the travel of a particular vehicle.

In accordance with another feature of the present invention, a mapping system is designed to receive the travel data retrieved by the data manager and to generate mapping data based on the retrieved travel data. The mapping data is transmitted to a device at the user's location which renders the mapping data as a graphical display indicating the location of the vehicle on a map. By viewing the map, the user can monitor the travel of the vehicle.

In accordance with another feature of the present invention, the data manager compares predefined preference data to travel data associated with a particular vehicle. When a comparison of the predefined preference data to the travel data associated with the particular vehicle indicates that there is an impending arrival of the vehicle at a particular location, the data manager transmits a notification message to the user.

In accordance with another feature of the present invention, the particular vehicle includes a sensor for determining a location of the particular vehicle relative to a predefined reference point. A communications device associated with the particular vehicle transmits travel data indicating the location of the particular vehicle to the storage mechanism. Preferably, the communications device associated with the particular vehicle transmits the travel data through a cellular network or some other wireless communications system.

In accordance with another feature of the present invention, contact information is retrieved by the data manager in order to enable communication between the communications devices. The contact information is preferably predefined by the user and indicates a preferred medium of communication with which to transmit the travel data to the user.

The present invention can also be viewed as providing a method for communicating travel data associated with a particular vehicle. Briefly described, the method can be broadly conceptualized by the following steps: receiving travel data transmitted from vehicles located at remote locations; storing the travel data; receiving a request from a user located at a remote location; retrieving travel data associated with a particular vehicle in response to the request; forming a message corresponding with the travel data retrieved in the retrieving step; and transmitting the message to a communications device associated with the user.

The present invention has many advantages, a few of which are delineated hereafter, as mere examples.

An advantage of the present invention is that a particular vehicle associated with the system can be monitored, and a user can be notified when an arrival of the vehicle at a

**4**

predefined destination is imminent. As a result, the user can prepare for the arrival of the vehicle knowing the precise time of arrival of the vehicle.

Another advantage of the present invention is that a user at a remote location can monitor the travel of a particular vehicle by gaining access to the travel data used to monitor the vehicle.

Another advantage of the present invention is that a user at a remote location can receive, on demand, updated information pertaining to the travel or status of a particular vehicle.

Another advantage of the present invention is that it can be implemented in software, hardware, or a combination thereof.

Other features and advantages of the present invention will become apparent to one skilled in the art upon examination of the following detailed description, when read in conjunction with the accompanying drawings. It is intended that all such features and advantages be included herein within the scope of the present invention, as is defined by the claims.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention can be better understood with reference to the following drawings. The elements of the drawings are not necessarily to scale relative to each other, emphasis instead being placed upon clearly illustrating the principles of the invention. Furthermore, like reference numerals designate corresponding parts throughout the several views.

FIG. 1 is a block diagram illustrating a vehicle monitoring system in accordance with the preferred embodiment of the present invention.

FIG. 2 is a block diagram illustrating an implementation of the vehicle manager of FIG. 1 in accordance with the preferred embodiment of the present invention.

FIG. 3 is a block diagram illustrating an implementation of the base station manager of FIG. 1 in accordance with the preferred embodiment of the present invention.

FIG. 4 is a detailed block diagram of the base station of FIG. 1.

FIG. 5 is a detailed block diagram of the data manager of FIG. 4.

FIG. 6 is a flowchart illustrating the functionality of the monitoring mechanism of FIG. 5.

FIG. 7 is a flowchart illustrating the functionality of the message manager of FIG. 5.

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 depicts an automated monitoring system 10 illustrating the principles of the present invention. Vehicle control unit (VCU) 15 can be attached to any mobile structure or vehicle capable of carrying or moving a sensor 18 over various distances. For example, VCU 15 can be attached to an automobile, an airplane, a train, a boat or any other structure capable of moving across or through the Earth's surface and/or atmosphere. VCU 15 can also be carried by a person while walking or running.

The sensor 18 within VCU 15 is configured to determine the location of VCU 15 relative to a predetermined reference point. For example, in the preferred embodiment, sensor 18 is a global positioning system (GPS) sensor coupled to VCU 15, although other types of positioning systems and/or sensors are also possible. The GPS sensor 18 is configured

US 6,714,859 B2

5

to receive signals 21a–21c from a plurality of GPS satellites 23, and as known in the art, sensor 18 is designed to analyze signals 21a–21c in order to determine the sensor's coordinate values relative to a predetermined reference point. For example, in the preferred embodiment where sensor 18 is a GPS sensor, the sensor 18 determines the sensor's coordinate values relative to the Earth's zero degree latitude and zero degree longitude reference point, which is located at the intersection of the Equator and the Prime Meridian. U.S. Pat. No. 5,781,156 entitled "GPS Receiver and Method for Processing GPS Signals" and filed on Apr. 23, 1997 by Krasner, which is incorporated herein by reference, discusses the processing of GPS signals 21a–21c received from GPS satellites 23 in order to determine the coordinate values. Since the sensor 18 is located within VCU 15, the coordinate values determined by the sensor 18 are assumed to match the coordinate values of the vehicle or other structure attached to the VCU 15.

It should be noted that the term "coordinate value" shall be defined herein to mean any value or set of values that may be used to determine a location of a point on the Earth. These values may be grid values, polar values, vector values, or any other type of value or values known in the art for indicating locations of points.

Sensor 18 is designed to transmit a signal 27 to vehicle manager 29 indicating the VCU's current coordinate values. Vehicle manager 29 is configured to receive signal 27 and to monitor the location of the VCU 15 over time by processing multiple signals 27. The vehicle manager 29 can be implemented in software, hardware, or a combination thereof In the preferred embodiment, as illustrated by way of example in FIG. 2, the vehicle manager 29 of the present invention along with its associated methodology is implemented in software and stored in computer memory 30a of a computer system 31a.

Note that the vehicle manager 29 can be stored and transported on any computer-readable medium for use by or in connection with an instruction execution system, apparatus, or device, such as a computer-based system, processor-containing system, or other system that can fetch the instructions from the instruction execution system, apparatus, or device and execute the instructions. In the context of this document, a "computer-readable medium" can be any means that can contain, store, communicate, propagate, or transport the program for use by or in connection with the instruction execution system, apparatus, or device. The computer readable medium can be, for example but not limited to, an electronic, magnetic, optical, electromagnetic, infrared, or semiconductor system, apparatus, device, or propagation medium. More specific examples (a nonexhaustive list) of the computer-readable medium would include the following: an electrical connection (electronic) having one or more wires, a portable computer diskette (magnetic), a random access memory (RAM) (magnetic), a read-only memory (ROM) (magnetic), an erasable programmable read-only memory (EPROM or Flash memory) (magnetic), an optical fiber (optical), and a portable compact disc read-only memory (CDROM) (optical). Note that the computer-readable medium could even be paper or another suitable medium upon which the program is printed, as the program can be electronically captured, via for instance optical scanning of the paper or other medium, then compiled, interpreted or otherwise processed in a suitable manner if necessary, and then stored in a computer memory. As an example, the vehicle manager 29 may be magnetically stored and transported on a conventional portable computer diskette.

6

The preferred embodiment of the computer system 31a of FIG. 2 comprises one or more conventional processing elements 32a, such as a digital signal processor (DSP), that communicate to and drive the other elements within the system 31a via a local interface 33 a, which can include one or more buses. Furthermore, an input device 34a, for example, a keyboard or a mouse, can be used to input data from a user of the system 31a, and screen display 35a or a printer 36a can be used to output data to the user. A disk storage mechanism 37a can be connected to the local interface 33a to transfer data to and from a nonvolatile disk (e.g., magnetic, optical, etc.). It should be noted that input device 34a, display 35a, printer 36a, and disk 37a are optional and are not a part of the preferred embodiment, although other embodiments may include these features.

The vehicle manager 29 is preferably configured to maintain a database of travel data. The travel data includes the vehicle location information as well as any other desirable information. For example, when VCU 15 is attached to a delivery vehicle, vehicle manager 29 can be configured to include a list of items to be delivered and to indicate which deliveries have been successfully attempted, which deliveries have been unsuccessfully attempted, and which deliveries remain to be attempted. Vehicle manager 29 can also be configured to include the time that particular deliveries or other types of stops (e.g. bus stops) have been made and/or attempted. The travel data stored in vehicle manager 29 may include other desirable information not mentioned herein without departing from the principles of the present invention.

When desired, vehicle manager 29 is configured to transmit certain travel data (preferably including the location of VCU 15 and other desirable information) to base station control unit (BSCU) 38, which is remotely located from the VCU 15. Co-pending U.S. Patent Application entitled "System and Method for Enciphering and Communicating Vehicle Tracking Information" filed by Jones of even date herewith (Express Mail No. EL068353584US), which is incorporated herein by reference, describes a system and method for transmitting the vehicle data to BSCU 38.

BSCU 38 preferably includes a base station manager 39 designed to monitor the travel data of each VCU 15 associated with the system 10. The base station manager 39 can be implemented in software, hardware, or a combination thereof In the preferred embodiment, as illustrated by way of example in FIG. 3, the base station manager 39 of the present invention along with its associated methodology is implemented in software and stored in computer memory 30b of a computer system 31b. The computer system 31b can be similar to computer system 31a, as can be seen by comparing FIG. 2 to FIG. 3. In this regard, the computer system 31b may include memory 30b for storing monitoring mechanism 39, and the computer system 31b may also include processing element 32b, local interface 33b, input 34b, display 35b, printer 36b, and storage disk 37b. It may also be desirable for computer system 31b to include a network interface 41 that allows the system 31b to exchange data with a network 42. It should be noted that input device 34b, display 35b, printer 36b, disk 37b, network interface 41, and network 42 are optional.

Vehicle manager 29 is configured to transmit travel data, via signal 43 (FIG. 1), to a communications device 44, which is capable of transmitting and receiving data to and from devices outside of VCU 15. In this regard, communications device 44 is preferably a cellular modem configured to transmit and receive wireless signals to and from a cellular network 48.

US 6,714,859 B2

7 | 8

The communications device 44 can transmit the travel data over the voice channels associated with the cellular network 48, as is done by most cellular modems of the prior art. However, in order to reduce the cost associated with transmitting the travel data through the cellular network 48, the travel data may be communicated through the cellular network 48 via a data or control channel. In this regard, the travel data can be encoded by altering indentifiers of communications device 44, such as the mobile identification number (MIN) or electronic serial number (ESN), transmitted over a data channel of the cellular network 48. Alternatively, travel data can be appended to a feature request transmitted over the data channel. U.S. Pat. No. 5,771,445 entitled "Data Messaging in a Communications Network using a Feature Request," filed on Dec. 15, 1995, by Kennedy, III, et al., and U.S. Pat. No. 5,546,444 entitled "Methods and Apparatus for Communicating Data Via a Cellular Network Control Channel" filed on Mar. 11, 1994, by Roach, Jr., et al., which are both incorporated herein by reference, discuss the transmission of travel data over a data or control channel associated with cellular network 48 in further detail.

In order to transmit the travel data through a data channel by manipulating identifiers of the communications device 44, the MIN of communications device 44 is altered to include travel data, but the ESN remains fixed to be used as an identifier of the communications device 44. Therefore, after transmitting the identifiers through the data channel, the communications device 44 can be identified by the ESN, and the travel data can be determined from the MIN. Alternatively, the ESN of communications device 44 can be altered while the MIN is kept constant. It should be understood that the invention contemplates modification of the MIN, ESN, both the MIN and ESN, or other identifiers of the communications device 44 to accomplish the dual task of transmitting travel data and identifying the communications device 44.

Alternatively or in combination with the manipulation of the identifiers of the communications device 44, travel data can be communicated through the data channel by appending travel data to feature requests that are transmitted through the data channel. In this regard, most feature requests are generated by automatically or manually dialing the star key ("*") followed by a two-digit feature request identification code, and 29 digits of data. Therefore, for each feature request generated, 29 digits of travel data can be appended to the two-digit feature request identification code and sent over the data channel of the cellular network 48. Other embodiments may transmit different amounts of travel data following the feature request. By utilizing the manipulation of identifiers or the appendage of travel data to feature requests, less data is transmitted through the voice channels of the cellular network 48, thereby reducing the cost of transmitting data through the cellular network 48.

Cellular network 48 is designed to transmit the travel data to a vehicle communications device 52 at the BSCU 38. Although not necessary for implementation of the present invention, cellular network 48 is preferably designed to transmit to vehicle communications device 52 via a public switched telephone network (PSTN) 55. In this regard, PSTN 55 establishes a link between communications device 52 and cellular network 48, whereby cellular network 48 and communications device 52 can communicate via signals 61 and 65. Therefore, communications device 52 is preferably designed as a PSTN modem capable of communicating signals 65 between base station manager 39 and PSTN network 55.

Although the preferred embodiment utilizes a cellular network 48 and a PSTN network 55 to communicate travel data to base station manager 39, one ordinarily skilled in the art should realize that other configurations are possible. For example, communications device 52 can be configured as a cellular modem capable of communicating signals directly with cellular network 48. Alternatively, utilization of communication networks 48 and 55 can be completely circumvented by configuring communications device 44 to communicate directly with communications device 52, for example. Any embodiment capable of communicating data between vehicle manager 29 and base station manager 39 should be suitable for implementing the principles of the present invention.

Base Station Manager

Base station manager 39 is designed to receive the travel data transmitted from vehicle manager 29 and to monitor the travel of the vehicle attached to the VCU 15 by monitoring the travel of the VCU 15. In this regard, base station manager 39 is designed to include a data manager 67 configured to receive the travel data via signal 66 from communications device 52, as depicted by FIG. 4. Data manager 67 is designed to store the travel data for each VCU 15 being monitored into a travel data storage unit 68. Preferably, travel data storage unit 68 is a database configured to store travel data associated with each VCU 15 being monitored by the system 10. The travel data storage unit 68 is configured to include a relational parameter (i.e., a unique identification value correlated with the VCU 15 and, therefore, the travel data associated with the VCU 15) that enables determination of which travel data is associated with which VCU 15. For example, travel data storage unit 68 can be configured as a data table with each entry in the data table assigned an identification number unique to a particular VCU 15. Furthermore, each entry can include all of the travel data associated with the particular VCU 15. For example, each entry can include information such as, but not limited to, the VCU's coordinate values (i.e., the VCU's 15 location relative to a predetermined reference point), information regarding delivery status of items to be delivered, and/or the times that the VCU 15 reached particular locations or stops. The travel data storage unit 68 can be configured to contain all of the desirable information to monitor the status of each VCU 15 associated with the system 10.

Referring to FIG. 5, data manager 67 is configured to include a monitoring mechanism 69. The functionality of monitoring mechanism 69 is depicted in FIG. 6. As shown by blocks 102–112 of FIG. 6, monitoring mechanism 69 is configured to receive the travel data from VCU 15 and to compare the travel data with predefined preference data stored in travel data storage unit 68. Preference data, as used herein, is data that defines the preferred parameters indicating when to notify a user of the impending arrival of the VCU 15 at a particular location. For example, preference data can be coordinates of a desired location whereby a notification message is sent to a user when the coordinates of the VCU 15 pass the coordinates of the desired location. In this context, the desired location defined by the preference data can, for example, represent a location that is a predetermined distance from the user's house, place of delivery/pick-up, or other particular location. Therefore, when the user receives the notification message, the user is aware of the approximate location of the VCU 15 or of the distance of the VCU 15 from a predetermined point (i.e., of the proximity of the VCU 15 from a predetermined point or location). Consequently, the user can prepare for the arrival

9
10

of the VCU 15, since the user knows that arrival of the VCU 15 is imminent.

Alternatively, the preference data can define a certain time before the VCU 15 reaches a destination or other particular location (i.e., a proximity of the VCU 15 from the predetermined point). In this regard, the monitoring mechanism 69 is designed to determine the location of the VCU 15 from the travel data stored in travel data storage unit 68. The monitoring mechanism 69 is then designed to calculate the time it will take for the VCU 15 to reach the location specified by the preference data based on the location of the VCU 15 and the location of the desired destination. In calculating the travel time, the monitoring mechanism 69 can be configured to make assumptions about the time necessary to travel to the specified location. For example, if the route of the VCU 15 is through congested areas, the monitoring mechanism 69 can assume a certain delay time for traveling certain distances, and if the route of the VCU 15 is through less congested areas, the monitoring mechanism 69 can assume another delay time that is less than the delay time assumed for the congested areas. Alternatively, the monitoring mechanism 69 can use an average of the times it has previously taken for vehicles 15 to travel over the same route during other deliveries. Therefore, by comparing the travel data transmitted from VCU 15 with preference data, the monitoring mechanism 69 can determine when to send a notification message to a user.

As depicted by blocks 102, 104, 114, and 116 of FIG. 6, the preference data can be stored in travel data storage unit 68 (FIG. 5). As stated hereinbefore, the travel data storage unit 68 is preferably configured to store the travel data associated with each VCU 15 in a respective entry uniquely identified with the associated VCU 15. Accordingly, each data entry can also include the preference data associated with each VCU 15 that corresponds with the entry, or the preference data can be stored in separate entries which are correlated with corresponding VCU entries.

Once the monitoring mechanism 69 determines that a notification message should be sent to a user, the data manager 67 is designed to communicate a message to a user at a remote location 71, such as a user's premises, via PSTN network 55 and communications devices 72 and 73 (FIGS. 1, 4, and 5). In this regard, communications devices 72 and 73 are preferably PSTN modems capable of communicating with PSTN network 55. Data manager 67 is designed to transmit the message as signal 70 to user communications device 72, which communicates the message with PTSN network 55 via signal 74. PTSN network 55 then communicates the message to communications device 73, which is preferably configured to communicate the message to a message device 75. Message device 75 is configured to notify the user of the impending arrival of the VCU 15. Preferably, message device 75 is a computer capable of displaying the notification through e-mail or some other communications software. Alternatively, message device 75 can be a telephone, a pager or any other device capable of notifying a user at location 71.

Although the preferred embodiment utilizes a PSTN network 55 to communicate a notification message to message device 75, one ordinarily skilled in the art should realize that other configurations are possible. For example, other communication networks can be utilized or utilization of communication networks can be completely circumvented by configuring communications device 72 to communicate directly with communications device 73. Any embodiment capable of communicating data between data manager 67 and message device 75 should be suitable for implementing the principles of the present invention.

User Activation

In order for data manager 67 to transmit a notification message to a user at user premises 71, data manager 67 should be aware of certain contact information enabling data manager 67 to contact the message device 75. In this regard, data manager 67 is configured to include a user database 78 (FIG. 5) containing contact information pertaining to each user that is to receive a notification message from the data manager 67. The user database 78 is preferably a database capable of uniquely identifying each user of the system 10. In the preferred embodiment, the user database 78 is a data table having entries that specify contact information associated with each user. Each entry preferably includes a user identification number unique to each user that identifies the information in the entry as relating to a particular user.

Each entry preferably includes a value specifying the medium through which the user has specified to be contacted. For example, the value can indicate that the user is to be contacted through e-mail, in which case the entry should also include the user's e-mail address. Alternatively, the value can indicate that the user is to be contacted through a telephone call or a page. In these situations, the entry should also include the user's telephone number or pager number. The value can also indicate multiple methods of notification. For example, the value can indicate that the user is to be first contacted via telephone. If there is no answer when the data manager 67 attempts to deliver a notification message, then the data manager 67 can be configured to attempt notification via paging. If paging fails, then the data manager 67 can be configured to attempt notification through e-mail or other computer oriented messaging system. Accordingly, the order of notification media should be indicated by the data in the user database 78, and the contact information necessary for each method selected (e.g., the telephone number, pager number, and e-mail address of the user) should also be included in the entry. It should be noted that various other communications media and combinations of communications media can be employed without departing from the principles of the present invention.

The contact information (and preference data, which will be discussed in further detail hereinafter) can be manually entered or downloaded into the user database 78 in order to activate a user for the system 10. In this regard, a system operator can receive the contact information (and preference data) via a telephone call or e-mail, for example, and manually enter the information into the system 10.

However, in the preferred embodiment, the contact information is automatically entered into the user database 78 via a message manager 82, which is depicted by FIG. 5. The functionality of the message manager 82 is shown in FIG. 7. The message manager 82 (FIG. 5) is configured to receive, via communications device 72 (FIG. 1), an activation request from a user at user premises 71, as shown by blocks 131–137 of FIG. 7. In this regard, the request can be transmitted to user communications device 72, via any suitable technique known in the art, and the BSCU 38 can be configured to include a plurality of user communications devices 72, as depicted by FIG. 4.

Each of these user communications devices 72 can be configured to simultaneously communicate with a respective user of the system 10. The information received by the user communications devices 72 can be transmitted to message manager 82 (FIG. 5) via any suitable technique, such as time division multiplexing, for example. Each user communications device 72 can also be designed to communicate with different communications media. For example, one user communications device 72 can be designed as a modem to

US 6,714,859 B2

11                                                                12

communicate with a modem at user premises 71. This user
communications device 72 can be designed to send data
configured to prompt the user to return data pertaining to
contact information. An example of such a prompt, could be
a template or web page where the user's message device 75
(i.e., a computer in this case) displays the template, and the
user can fill in fields of the template with the appropriate
contact information. Alternatively, another one of the user
communications devices 72 can be designed to receive a
telephone call from a user at user premises 71 and to prompt
the user to enter data through touch-tone signaling. Other
user communications devices 72 can be designed to com-
municate with other types of communications media known
in the art.

Once the message manager 82 (FIG. 5) receives the
request from the user, the message manager 82 is designed
to determine that the request is a request for activation (i.e.,
a request for the user to be entered into the system 10). In
response, the message manager 82 transmits data to the user,
via user communications device 72, in order to prompt the
user to transmit the necessary contact information, as shown
by block 141 of FIG. 7. In this regard, the message manager
82 is configured to determine the type of medium used by
the user to communicate the request for activation and to
transmit a prompt to the user that is compatible with this
medium. For example, when the user is communicating via
a modem, the message manager 82 is configured to transmit
signals compatible with the user's modem in order to prompt
the user to enter the appropriate contact information. This
data could be in the form of a web page transmitted through
the Internet, or the prompt could simply be messages trans-
mitted through e-mail or some other data communications
system.

When the user is communicating via a telephone, the
message manager 82 is preferably designed to transmit
recorded messages to the user. The user can then select or
enter data by transmitting touch-tone signals in response to
the prompting messages, as is commonly known in the art.
The message manager 82 may be configured to communi-
cate with the user in other formats and media known in the
art.

Once the message manager 82 receives the contact infor-
mation from the user, the message manager 82 is designed
to store the contact information as an entry in the user
database 78, as depicted by block 143 of FIG. 7. When the
monitoring mechanism 69 determines that a user should be
notified of an impending arrival of a VCU 15, the monitoring
mechanism 69 is designed to send a notification command to
message manager 82. The notification command may
include travel data to be sent to the user, such as data
indicating that a particular vehicle is a certain proximity
from the destination defined by the preference data. In
response, the message manager 82 is designed to retrieve the
contact information associated with the user from the user
database 78 and to determine how to contact the user based
on the retrieved contact information, as depicted by blocks
151 and 153 of FIG. 7.

The message manager 82 is then designed to transmit a
message compatible with the medium previously selected by
the user for notification, as depicted by block 156 of FIG. 7.
The message can include any travel data sent to the message
manager 82 from the monitoring mechanism 69. For
example, when the contact information indicates that a
phone call is the preferred medium for notification, the
message manager 82 can send a recorded telephone message
to the telephone number that is indicated by the contact
information retrieved from the user database 78. If the

monitoring mechanism 69 included travel data indicating the
time of arrival in the command to message manager 82, then
message manager 82 can be configured to include a message
indicating the expected time of arrival at a particular loca-
tion. Alternatively, the same information can be sent via
e-mail, facsimile, page or other type of communications
medium to the user, depending on the preferences selected
by the user during activation.

During activation, the message manager 82 can be further
configured to prompt for and receive preference data (i.e.,
data pertaining to when the user is to be notified) from the
user, as shown by block 141 of FIG. 7. In this regard, the
message manager 82 can be designed to prompt the user to
return information indicating which VCU 15 is to be moni-
tored on behalf of the user and when the notification is to be
sent to the user. For example, the user can be prompted to
select a VCU 15, a destination (or other particular location),
and a notification preference to indicate a time or distance
that the VCU 15 should be from the selected destination or
other particular location when a notification is to be sent to
the user. In response, the user specifies, through any known
suitable communications technique, which VCU 15 the user
wishes the system 10 to monitor and how the user wishes to
be notified of an impending arrival of the selected VCU 15
at the selected destination. If the user knows the coordinate
values of the destination, the user can simply transmit the
coordinate values to the data manager 67. If the user selects
the destination without supplying the coordinates of the
destination (e.g., the user selects a destination from a list of
locations) then the data manager 67 is preferably designed to
determine the coordinate values transparently.

In some instances, the user may be aware of the vehicle
number and stop number used by the system 10 to identify
a particular VCU 15 and destination. For example, many
buses are associated with a commonly known bus number,
and the stops along the bus' route are associated with
commonly known bus stop numbers. The data manager 67
can be configured to recognize the VCU 15 and destination
associated with the bus number and stop number entered by
the user in order to register the user with the system 10.

As depicted by block 146 of FIG. 7, the message manager
82 is preferably designed to automatically transmit to moni-
toring mechanism 69 the preferences selected by the user
that pertain to when the user is to be notified. The monitoring
mechanism 69 is designed to store this preference informa-
tion in the travel data storage unit 68 in the entry associated
with the selected VCU 15.

Once a user becomes activated with the system 10, the
user may make changes to the preferences specified by the
user, as shown by blocks 161–169 of FIG. 7. The message
manager 82 is configured to receive the request for changes
from the user. The message manager 82 can be configured to
request the user to resubmit all contact information and
preference data, as updated, or can be configured to request
the user to only submit desired changes to the contact
information or preference data. After receiving the new data,
the message manager 82 is configured to update the contact
information in user database 78 and to send a request to
monitoring mechanism 69 to update the preference data
relating to the monitoring of travel data. In response, moni-
toring mechanism 69 is designed to update the preference
data in the travel data storage unit 68, as shown by blocks
114 and 116 of FIG. 6.

It should be further noted that as described hereinabove,
the preference data and travel data can be automatically
received and stored in travel data storage unit 68 and
selected vehicles 15 can be automatically monitored by the

US 6,714,859 B2

13

system 10. As used herein, the term "automatic" shall be defined to mean without interruption or interference from a human operator. However, it is possible to implement the system 10 such that interference and interruption from a human operator is required.

Requests for Travel Data

In addition to providing the user with automatic advance notification of an impending arrival of a VCU 15, the system 10 can also be used to provide the user with travel data on demand, as depicted by blocks 171–177, 153 and 156 of FIG. 7. In this regard, the user communications device 72 is designed to receive a request for travel data from a user. For example, the user may call the communications device 72 on a telephone and through touch-tone signaling select, among other options, an option to discover the distance and/or time a particular VCU 15 is from the destination specified by the user's preference data or specified by the user during the request for travel data. The user communications device 72 is designed to transmit the user's selections to message manager 82. Based on the selections, the message manager 82 is designed to determine that the user message is a request for travel data. In response, the message manager 82 sends a request to monitoring mechanism 69 to retrieve the requested data from travel data storage unit 68.

The monitoring mechanism 69 is designed to receive the request for travel data from message manager 82 and to interpret the request in order to determine which travel information from the travel data in travel data storage unit 68 is desired by the user, as depicted by blocks 183 and 185 of FIG. 6. The monitoring mechanism 69 is then designed to retrieve from travel data storage unit 68 the desired travel data and to transmit the retrieved travel data to message manager 82, as shown by blocks 188 and 191 of FIG. 6.

In the case where the user desires to know the time and/or distance the selected VCU 15 is from the selected location, the monitoring mechanism 69 is designed to retrieve from travel data storage unit 68 the coordinates of the destination specified by the user (if not provided in the request for travel data) and the current coordinates of the VCU 15 of interest to the user. Prior to retrieving this data, the monitoring mechanism 69 can be configured to update the travel data for the VCU 15 by transmitting an update request to the VCU 15 via vehicle communications device 52. Similar to the user communications devices 72, a plurality of vehicle communications devices 52 may be located at the BSCU 38 in order for multiple vehicles 15 to simultaneously communicate with the monitoring mechanism 69, as depicted by FIG. 5. The vehicle communications devices 52 are configured to communicate with the monitoring mechanism 69 through any suitable technique, such as time division multiplexing, for example.

After receiving the update request via communications devices 52 and 44, the vehicle manager 29 is designed to transmit the current values of the vehicle travel data to the monitoring manager 69. By updating the vehicle travel data before responding to the user's request for travel data, the monitoring mechanism 69 can ensure the accuracy of the response transmitted to the user.

After retrieving the coordinate values from the travel data storage unit 68, the monitoring mechanism 69 is designed to calculate the distance that the VCU 15 is from the selected destination based on the coordinate values of the VCU 15 and the coordinate values of the destination. If the preference data and/or request for travel data indicates that the user is to be notified when the VCU 15 is a certain time from the selected destination, the monitoring mechanism 69 is then designed to determine the estimated time of arrival of the

14

VCU 15 at the destination based on this distance. As described previously, the monitoring mechanism 69 is designed to either assume that certain distances will take a certain amount of time to travel based on the type of traffic conditions usually encountered on the route or to calculate an average time previously required for vehicles 15 of the system to travel the route. To increase the accuracy of the calculations, the route should be divided into sections where the time required to travel each section is independently calculated. Furthermore, time delays associated with scheduled stops or deliveries can be factored into the calculations by assuming a delay time for each stop or delivery depending on the type of stop or delivery expected.

After calculating the distance and, if requested, the time the VCU 15 is from the destination, the monitoring mechanism 69 is configured to transmit the calculated values to the message manager 82. In response, the message manager 82 is designed to transmit the calculated information to the user via user communications device 72. Since the user already has an established communications connection with user communications device 72 when requesting travel data, there is no need for the message manager 82 to consult the contact information in the user database 78. The message manager 82 can simply transmit the data over the same connection. However, if desired, the message manager 82 may consult the contact information in the user database 78 to determine the user preferences in notification and notify the user of the distance and/or time accordingly.

The monitoring mechanism 69 can also be configured to transmit a command to a mapping system 86 (FIG. 5) to transmit mapping data to the message manager 82, if the user's request for travel data or user's preference data in data storage unit 68 includes a request for a mapping. The mapping system 86 may be any system known in the art for supplying a user with mapping data for rendering a display of a map. The command to the mapping system 86 preferably includes the coordinate values of the VCU 15 and the destination. In response, the mapping system 86 transmits to message manager 82 mapping data sufficient for forming a display map with the locations of the VCU 15 and the destination graphically displayed by the display map. The message manager 82 is designed to retrieve the contact information for the user requesting the travel data and is further configured to determine an address (e.g., an IP address or other type of address indicating how the mapping data is to be routed to user) associated with the user for sending the mapping data. The message manager 82 is then designed to transmit the mapping data to the retrieved address, which preferably identifies a computer at the user's premises 71. When the user's message device 75 (i.e., a computer in this case) receives the mapping data, the user's computer is configured to render a graphical display depicting a map that shows the vehicle's location relative to the destination on the map.

If desired, the monitoring mechanism 69 can be configured to transmit the coordinate values of the VCU 15 to the mapping system 86 each time the coordinate values are updated. The user's request for travel data can request this feature or the user can indicate this desire in the preference data submitted during activation. Accordingly, for each update, the mapping system 86 is designed to transmit updated mapping data to the user's computer 75 via message manager 82, as previously described. As a result, the position of the VCU 15 is updated, and the user can monitor the progress of the VCU 15 on the display map rendered by the computer 75.

Although the preferred embodiment illustrates the requests for travel data by determining the distance the VCU

US 6,714,859 B2

15

15 is from a particular location or by determining the time the VCU 15 is from the particular location, other information can be used to indicate the proximity of the VCU 15 from the particular location. For example, the message transmitted to the user in response to a request for travel data can indicate that the VCU 15 is currently at another particular location or landmark, preferably known to the user. Any other information indicating the proximity of the VCU 15 from a particular location can be used in implementing the principles of the present invention.

Operation

The preferred use and operation of the tracking system 10 and associated methodology are described hereafter with specific reference to FIGS. 1, 4 and 5.

Establishing User Preferences

Initially, a user at remote location 71 establishes communication with the message manager 82 via communications devices 72 and 73. As used herein, the term "remote location" shall refer to any location off the site of the BSCU 38. The user can establish communication via a telephone, an e-mail message, the Internet, or any other suitable communication medium. The message manager 82 preferably transmits a list of options to the user, such as whether the user would like to activate a monitoring of a particular vehicle, to retrieve travel data for a particular vehicle or to modify preferences previously selected by the user in an earlier communication session with the message manager 82. In response, the user selects the activation option.

The message manager 82 then prompts the user to select certain preferences. For example, the message manager 82 can request the user to identify a particular VCU 15 that the user wishes the system 10 to track and a particular destination for the selected VCU 15. If the user knows the identification number of the VCU 15 or vehicle stop number used by the system 10 to identify the particular VCU 15 and/or destination, the user can simply transmit a message including this information. As an example, the bus numbers and/or bus stops of commercial and state operated buses are usually available to the public. Therefore, the user may be aware of the bus number and/or stop number of a particular bus that the user wishes to ride, and the user can simply transmit the bus number and/or stop number to the message manager 82. Also, the user should be able to specify other identifying information such as the day or days of desired travel and the time of day of desired travel.

In the embodiment where the user is expecting to receive a package from a particular delivery vehicle, the user may be aware of the package number or delivery number used by the system 10. Therefore, by specifying the package number and the address that the vehicle is to deliver the package, the particular VCU 15 of the vehicle that is to deliver the package can be located by the system 10. In this regard, a database should be defined by the operators of the system 10 that relates package numbers to VCU 15 numbers.

Alternatively, if the user is unable to identify a particular vehicle or VCU 15, the message manager 82 can send information to the user that can be used to help the user identify a particular VCU 15. For example, the message manager 82 can transmit to the user a list of buses or a list of vehicle stops to the user. The user can use this information to select a particular VCU 15 that is suitable to the user.

Also, the message manager 82 can send map data from mapping system 86 to the user. The user can then view the map and select points on the map where the user would like to know when the VCU 15 reaches the selected point. The points available for selection can be predetermined, such as

16

scheduled bus stops or other types of vehicle stops, or the user can be allowed to freely select any point on the map. In either case, the mapping logic preferably transmits the coordinates of the selected points to the message manager 82, which can use this information to not only identify the selected destination, but to also choose an appropriate VCU 15.

The message manager 82 also prompts the user to enter contact information such as how the user would like to be notified of an impending arrival of the selected VCU 15 at the selected destination. In response, the user selects a notification medium or combinations of media to be used to notify the user and supplies the necessary information to enable communication of the notification. For example, if the user selects a telephone as a notification medium, then the user provides a telephone number. In addition, if the user selects a computer as the notification medium, then the user provides a suitable address for the computer, such as an e-mail address or IP address. If the user selects a pager as the notification medium, then the user provides a pager number. It should be apparent to one skilled in the art when reading this disclosure that other types of notification media are possible without departing from the principles of the present invention. After receiving the desired contact information from the user, the message manager 82 stores the contact information in the user database 78.

The message manager 82 also prompts the user to transmit travel data preferences, which is information pertaining to when the user would like to be notified. For example, the user can select to be notified a certain time before the selected VCU 15 is to arrive at the selected destination. Also, the user can choose to be notified when the selected VCU 15 is within a certain distance of the destination, and the user can choose to be notified when the selected VCU 15 is a certain number of deliveries or stops away from the destination.

Since the monitoring mechanism 69 should have access to the travel data preferences in order to determine when a notification is appropriate, the message manager 82 preferably transmits the travel data preferences to the monitoring mechanism 69 along with a unique identification number that identifies the user and a unique identification number identifying the selected VCU 15. The unique identification number identifying the selected VCU 15 can be the vehicle number entered by the user provided that the number entered by the user identifies the VCU 15 to be monitored. In turn, the monitoring mechanism 69 stores this information as an entry in the travel data storage unit 68. All of the entries associated with a particular VCU 15 are preferably arranged together (based on the unique identification number) in the travel data storage unit 68. For example, each entry associated with a particular VCU 15 can be stored within a certain area of memory, or each of the entries can have a pointer pointing to another one of the entries associated with a particular VCU 15. Therefore, all of the entries associated with a particular VCU 15 can be easily located. Other methods known in the art for categorizing the entries and correlating the entries with a particular vehicle or with the travel data of a particular vehicle are also possible.

Once the message manager 82 has received the desired contact information and travel data preferences from the user, the communication between the message manager 82 and the user can be terminated. The base station manager 39 should now have sufficient information to monitor the selected VCU 15. If the user wishes to change the contact information and/or the travel data preferences, the user can reestablish communication with the message manager 82.

**17**

The message manager 82 preferably recognizes the user's requests as an update rather than an activation and prompts the user to transmit the new information. In this regard, the message manager 82 can prompt the user for all of the desired contact information and/or preference data, similar to the activation session, and simply replace the previously stored contact information and/or preference data, or the message manager 82 can prompt the user for only the information to be updated and then merely update the previously stored information.

It should be noted that the information transferred between the user and the message manager 82 can be interfaced with the message manager 82 through a human operator during the activation session or update session described hereinabove and during other sessions, which will be described further hereinbelow. The human operator can prompt the user for certain information through a telephone call or other suitable medium of communication and can enter the response of the user into the message manager 82.

Monitoring the Vehicle

GPS satellites 23 transmit wireless signals $21a$–$21c$ to VCU 15 that can be analyzed through techniques well known in the art to determine a position of the VCU 15 relative to a particular reference point. For example, in GPS systems, the intersection of the Equator and the Prime Meridian is typically used as the reference point. Sensor 18 receives the signals $21a$–$21c$ and determines coordinate values representing the position of the VCU 15 relative to the reference point and transmits these values to vehicle manager 29.

The vehicle manager 29 stores the coordinate values received from sensor 18. The vehicle manager 29 also stores any other desired information as travel data. For example, the vehicle manager 29 can maintain a list of scheduled stops and/or packages to be delivered. This information can be updated as the stops are reached and/or the packages are delivered. Other types of desirable information may also be monitored by the vehicle manager 29 as travel data.

At desired times, the vehicle manager 29 transmits, via communications device 44, the stored travel data to cellular network 48. In this regard, the vehicle manager 29 can transmit the travel data continuously or at predetermined times (e.g., every five minutes or predetermined times of the day). Also, the base station manager 39 can transmit a request for an update to vehicle manager 29 via communication devices 44 and 52. In response to this request, the vehicle manager 29 can retrieve the current set of stored travel data and transmit it to the base station manager 39. In addition, the vehicle manager 29 can transmit the travel data to the base station manager 39 when scheduled stops or deliveries are reached or when other predetermined locations are passed.

Also, the base station manager 39 can assume that the VCU 15 is proceeding along a predetermined route at a predetermined rate, and the vehicle manager 29 can transmit vehicle data only when the VCU 15 is off schedule by a predetermined amount. Accordingly, the base station manager 39 can assume that the proximity of the VCU 15 is changing according to the predetermined schedule unless the base station manager 39 receives travel data from the vehicle manager 29, at which point the base station manager 39 updates the travel data storage unit 68 with the received travel data.

For example, an entry correlated with the VCU 15 in the travel data storage unit 68 can include a plurality of coordinate values representing locations along the VCU's route of travel. When the monitoring mechanism 69 desires to

**18**

know the current location of the VCU 15, the monitoring mechanism 69 retrieves one of the coordinate values in the entry, depending on the amount of time that has elapsed since the VCU 15 began the route. For example, each successive coordinate value in the entry can correspond to the assumed location of the VCU 15 after a predetermined time interval (e.g., five minutes) of travel since the previous assumed location of the VCU 15. Therefore, the first coordinate value represents the starting point of the route. The second coordinate value represents the assumed location of the VCU 15 after the predetermined time interval (e.g., five minutes) from the start of the trip, the third coordinate value represents the assumed location of the VCU 15 after two times the predetermined time interval (e.g., ten minutes) of travel from the start of the trip, and so on.

When the vehicle associated with VCU 15 starts its route of travel, the current time period from a clock (e.g., an internal clock associated with BSCU 38) is stored into the entry in the travel data storage unit 68 correlated with the VCU 15. Therefore, the amount of time elapsed since the start of the route can be determined by comparing the current time period with the start time period stored in the travel data storage unit 68. To retrieve the current coordinate value of the VCU 15, the monitoring mechanism 69 retrieves the coordinate value corresponding with the amount of time that has elapsed since the start of the route. For example, assuming that the predetermined time interval between assumed locations is five minutes, the monitoring mechanism 69 retrieves the second coordinate value if approximately five minutes have elapsed since the start of the route and retrieves the third coordinate value if approximately ten minutes have elapsed since the start of the route.

However, if the VCU 15 is off schedule by a predetermined amount (e.g., one mile or two minutes from the assumed location or, in other words, is outside of a predetermined proximity from said assumed location), then the VCU 15 transmits its true coordinate values to the monitoring mechanism 69. In response, the monitoring mechanism 69 stores the true coordinate values in the entry corresponding with the VCU 15. Therefore, if a true coordinate value has been stored in the entry within the last five minutes (or some other threshold amount), then the monitoring mechanism 69 retrieves the last stored true coordinate value from VCU 15 instead of one of the assumed coordinate values.

The vehicle manager 29 can determine whether or not it is off schedule by comparing the coordinate values of the VCU's true location, as indicated by the GPS sensor 18, against the coordinate values of an assumed location. In this regard, the vehicle manager 29, like the monitoring mechanism 69 described hereinabove, maintains a list of coordinate values representing locations along the VCU's route of travel and determines the amount of time elapsed since the start of the route via a clock (such as an internal clock associated with the VCU 15). Like the monitoring mechanism 69, the vehicle manager 29 can retrieve the coordinate values of the assumed location of the VCU 15 depending on the amount of time elapsed since the start of the trip. Therefore, the coordinate values retrieved by the vehicle manager 29 for comparison with the current coordinate values indicated by the GPS sensor 18 represent the current location of the VCU 15, assuming the VCU 15 is on schedule. If the coordinate values of the assumed location differ from the coordinate values of the GPS sensor 18 by a predetermined amount, then the VCU 15 is off schedule, resulting in the transmission of the VCU's true location to monitoring mechanism 69.

Alternatively, the VCU 15 can transmit a value (such as a time period or distance) that the VCU 15 is off schedule,

**19**

when the VCU 15 determines that it is off schedule by the predetermined amount. Therefore, monitoring mechanism 69 can determine the VCU's proximity by comparing the transmitted value against the assumed location of the VCU 15. When the VCU 15 transmits a time value (e.g. a value indicating the vehicle is off schedule by a certain time, such as two minutes for example), the monitoring mechanism 69 can determine an approximate arrival time at the selected destination by simply combining (i.e., adding or subtracting) the time indicated by the transmitted value with the total time that the route should take to travel. In this situation, the monitoring mechanism 69 does not need to keep track of the assumed locations of the VCU 15. Instead, the monitoring mechanism 69 can simply assume the VCU 15 will arrive at the destination or notification point at a predetermined time (based on the time of start and the total estimated time to reach the destination or the notification point) unless a time value is received. When a time value is received, the monitoring mechanism 69 can update the predetermined time based on the time value. Therefore, when the predetermined time (as updated) expires, notification should be sent to the user. It should be noted that other references and methodologies may be employed to determine when to transmit travel data from vehicle manager 29 to base station manager 39.

When the cellular network 48 receives travel data from communications device 44, the cellular network 48 preferably transmits the travel data to base station manager 39 via PSTN network 55 and communication device 52. Base station manager 39 receives the travel data and monitors the vehicle's location based on the travel data.

In this regard, the monitoring mechanism 69 upon receiving travel data from VCU 15 stores the travel data, including the coordinate values of the VCU 15, into each entry of the travel data storage unit 68 that is configured to contain travel data and is associated with the VCU 15. After accessing an entry for storing travel data, the monitoring mechanism 69 compares the current travel data (either received from the VCU 15 or selected from a predetermined or assumed set of travel data, as described hereinabove) with the user preferences stored in the entry in order to determine whether a notification should be sent to the user. Alternatively, the monitoring mechanism 69 can be configured to periodically poll each entry in the travel data storage unit 68 and to compare the travel data in each entry with the corresponding preference data to determine which users should receive a notification.

In analyzing each entry, the monitoring mechanism 69 preferably subtracts the current coordinate values in the accessed entry of the VCU 15 with the coordinate values previously stored in travel data storage unit 68 that indicate the destination location selected by the user. If the resulting value is less than a predetermined value, then the monitoring mechanism 69 sends a notification command to message manager 82 instructing the message manager 82 to notify the user of the impending arrival of the VCU 15. This predetermined value corresponds to the distance that the VCU 15 should be from the destination before a notification is sent to the user. Preferably, this predetermined value is calculated from or is included in the preference data supplied by the user during activation or during an update to the activation.

The monitoring mechanism 69 can also send the notification command to the message manager 82 based on the estimated time the VCU 15 is from the destination. After calculating the value indicating the distance of the VCU 15 from the destination, the monitoring mechanism 69 can estimate how long it will take for the VCU 15 to reach the

**20**

destination by assuming that the VCU 15 can travel certain distances in a certain amount of time. In order to increase the accuracy of the system 10, the monitoring mechanism 69 can vary the time for the distances according to the type of traffic that is typically encountered at the vehicle's location and route of travel. If traffic conditions are usually congested along the VCU's route, then the monitoring mechanism 69 can assume higher rates of time. Furthermore, if the travel data indicates that the VCU 15 has a number of vehicle stops prior to reaching the destination, the monitoring mechanism 69 can factor in a delay time for each stop depending on the type of the stop.

Once the monitoring mechanism 69 determines the VCU's expected time of arrival at the destination, the monitoring mechanism 69 can determine whether the user should be notified based on this estimated time. If the estimated time is less than a predetermined value indicating the desired estimated time of arrival chosen by the user, then the monitoring mechanism 69 sends the notification command to the message manager 82.

The message manager 82, in response to the notification command from the monitoring mechanism 69, retrieves the contact information from user database 78 indicating how the user desires to be notified. Utilizing the contact information, the message manager 82 then sends a message to the user at remote location 71. The monitoring mechanism 69 preferably includes certain travel data in the notification command, such as the VCU's location. Consequently, the message manager 82 is able to include this travel data with the message sent to the user. For example, the message may indicate that the VCU 15 (and, therefore, that the vehicle attached to the VCU 15) is a certain amount of time or distance from the destination or the message may indicate the VCU's specific location, perhaps with reference to street names and/or street blocks.

If the contact information indicates that the user wishes to have map data sent to a computer at the remote location 71, the message manager 82 sends a request for map data to monitoring mechanism 69. In response, the monitoring mechanism 69 sends to the mapping system 86 the necessary data (e.g., the coordinates of the VCU 15 and the destination) for the mapping system 86 to transmit the appropriate mapping data. The mapping system 86 transmits the mapping data to message manager 82 which again utilizes the contact information retrieved from user data base 78 to communicate the mapping data to the appropriate message device 75 at remote location 71. The message device 75 then displays the mapping data in graphical form so that the user can see the vehicle's location relative to the destination within the map graphically displayed by the message device 75.

The notification message sent to the user indicates the impending arrival of the VCU 15 at the destination previously selected by the user. Accordingly, the user can prepare for the arrival of the VCU 15 knowing approximately how long it should take for the VCU 15 to arrive at the destination.

Requesting Travel Data

During the monitoring process described hereinabove, the user can discover the status of the VCU 15 or of the vehicle attached to the VCU 15, on demand, by contacting the base station manager 39 and requesting information pertaining to the travel data stored in the travel data storage unit 68. In this regard, the user establishes communication with the message manager 82 (FIG. 5) via communications devices 72 and 73. The medium used for communication can be any suitable medium known in the art (e.g., telephone, e-mail,

US 6,714,859 B2

21

Internet, cellular phone, etc.). The preferred operation of the present invention will be discussed hereinafter with the user establishing communication via telephone, although other media of communication are also suitable.

After the telephone connection is established, the message manager 82 prompts the user with a series of recorded questions or options in order to determine the user's request. The user responds to these prompts through touch-tone signaling which is well known in current telephony communications systems. Initially, the message manager 82 prompts the user to indicate whether the call is an activation, an update of an activation, or a request for travel data. The user selects the appropriate touch-tone number to indicate that the user is requesting travel data.

The message manager 82 receives and interprets the touch-tone signal to determine that the user is requesting travel data. In response, the message manager 82 prompts the user to transmit an identification number of the VCU 15 of concern for the user. This prompt can include information to aide the user in selecting a VCU 15. The user responds by transmitting a series of touch-tone signals that indicate the identification number or other unique data of the particular VCU 15 of concern for the user. The message manager 82 receives and interprets the touch-tone signals and determines which VCU 15 is selected by the user based on the received touch-tone signals.

The message manager 82 can then, if desired, prompt the user to indicate which travel data the user desires to know. For example, it is likely that the user may want to know how far the VCU 15 is from the destination or how long it should take the VCU 15 to arrive at the destination. However, the user may want to know other information, such as, but not limited to, how many vehicle stops the VCU 15 encounters enroute or the type of vehicle that is enroute, etc. The user responds with touch-tone signals, as appropriate, to indicate what information the user is requesting.

The message manager 82 then transmits a request for data to the monitoring mechanism 69. The request for data includes the unique identification number used to identify the VCU 15, as well as any other information needed by the monitoring mechanism 69 to provide the desired information. For example, the message manager 82 may also transmit information indicating that the user wishes to discover information pertaining to the type of vehicle that is enroute. The monitoring mechanism 69, in turn, retrieves the desired travel data from the travel data storage unit 68.

After retrieving the desired travel data, the monitoring mechanism 69 transmits the retrieved data to the message manager 82, which communicates the data information to the user in a message transmitted to the user. The message can include the travel data retrieved by the monitoring mechanism 69 or can be formed to indicate the information contained by the travel data. For example, when communication is over a telephone connection, a recorded message can be formed by the message manager 82 indicating the distance the VCU 15 is from the destination based on the travel data sent to the message manager 82. When communication is via modem signals, travel data can be transmitted to the user by the message device 82. In either case, the contents of the message is based on the travel data retrieved by the monitoring mechanism 69. Since a communications line between the user and message manager 82 is already established in order for the user to make the request for travel data, the message manager 82 preferably transmits the data to the user over the established communication connection. When the user desires to receive map data (indicated by the selection of an option during the request for

22

travel data or by the user preferences stored in the travel data storage unit 68), the monitoring mechanism 69 transmits a map generation command and travel data of the selected VCU 15 to mapping system 86. Mapping system 86 then transmits graphical data to message manager 82.

Message manager 82 communicates the graphical data to message device 75 which is capable of generating a map display based on the graphical data. In order to communicate this data, the message manager 82 retrieves the user contact information from the user database 78. The contact information indicates the address (and/or other pertinent information) of the message device 75 so that the message manager 82 knows where to transmit the graphical data. By viewing the map display generated by the message device 75, the user can determine the location and estimated time of arrival of the VCU 15. The map display preferably shows the intended route of travel by the VCU 15 and any scheduled vehicle stops along the route.

Since the system 10 stores certain travel information in order to monitor the travel of a VCU 15 for providing an advance notification of an impending arrival of a VCU 15, the system 10 can also provide an easy and low cost way for a user to access information pertaining to the VCU 15, on demand. Accordingly, the user does not have to wait for preselected preferences to be satisfied before learning of the VCU's (and, therefore, the vehicle's) location and/or estimated time of arrival. The user can monitor the travel of the VCU 15 at any time by submitting a request for travel data and can, therefore, know the location and status of the VCU 15 before receiving an advance notification signal that is based on comparisons between the VCU's travel data and the user's preselected preferences. As a result, the user can better prepare for an arrival of any particular VCU 15 or vehicle attached to the VCU 15 associated with the system 10.

It should be apparent to one skilled in the art that at least a portion of the functionality of the data manager 67 can be implemented by the vehicle manager 29, if desired. In this regard, preference data and/or travel data for the VCU 15 can be store in the computer system 31 a coupled to the VCU 15. Accordingly, it is possible for the vehicle manager 29 to determine when to transmit a notification to the user and to transmit a notification to the user via communication device 52 and 72. However, such an implementation can increase the complexity and cost of the system 10 and is therefore generally not desirable.

In concluding the detailed description, it should be noted that it will be obvious to those skilled in the art that many variations and modifications may be made to the preferred embodiment without substantially departing from the principles of the present invention. All such variations and modifications are intended to be included herein within the scope of the present invention, as set forth in the following claims.

Now, therefore, the following is claimed:

1. A system for monitoring vehicle travel and for reporting vehicle status information, comprising:

a storage mechanism configured to store travel data transmitted from communications devices associated with vehicles being monitored by said system;

a data manager configured to receive a request transmitted by a user, said request including information sufficient for identifying one of said vehicles, said data manager further configured to retrieve travel data associated with said one vehicle from said storage mechanism in response to said request; and

a first communications device configured to transmit a message to a second communications device, said

US 6,714,859 B2

23

second communications device located remotely from said first communications device and associated with said user, said message based on said travel data retrieved by said data manager and indicative of a proximity of said one vehicle from a particular location.

2. The system of claim 1, wherein one of said communications devices associated with said one vehicle transmits said travel data via a control channel of a cellular network.

3. The system of claim 1, wherein said proximity is defined in time.

4. The system of claim 1, wherein said proximity is defined in distance.

5. The system of claim 1, wherein said second communications device is utilized by said user to submit said request to said data manager.

6. The system of claim 1, wherein said data manager is further configured to analyze said travel data stored in said storage mechanism and to automatically transmit a notification message when said one vehicle is within a specified proximity of a particular location.

7. The system of claim 1, wherein one of said communications devices associated with said one vehicle transmits a portion of said travel data in response to a determination that said one vehicle is off schedule.

8. The system of claim 1, further comprising a mapping system configured to produce mapping data based on said travel data retrieved by said data manager, said mapping data defining a graphical map, said graphical map indicating said proximity of said one vehicle.

9. The system of claim 1, wherein said data manager is further configured to receive preference data transmitted by said user and to compare said preference data to travel data associated with said one vehicle, said data manager configured to automatically transmit a notification message to said second communications device based upon a comparison of said preference data to said travel data associated with said one vehicle.

10. The system of claim 9, wherein said travel data associated with said one vehicle indicates a location of said one vehicle and said data manager is configured to transmit said notification message based on said location of said one vehicle relative to a predefined reference point.

11. The system of claim 1, wherein said vehicle comprises:

a sensor configured to determine a location of said one vehicle relative to a predefined reference point; and

a third communications device associated with said one vehicle and configured to transmit travel data indicating said location of said one vehicle to said storage mechanism.

12. The system of claim 11, wherein said third communications device is configured to transmit said travel data indicating said location of said one vehicle through a cellular network.

13. The system of claim 1, wherein said data manager is further configured to retrieve contact information associated with said user, wherein said first communications device is further configured to transmit said travel data retrieved by said data manager based on said contact information.

14. The system of claim 13, wherein said contact information includes data enabling said first communications device to establish communication with said second communications device.

15. The system of claim 14, wherein said contact information indicates a preferred medium of communication for said user and at least one alternate medium of communication for said user.

24

16. The system of claim 14, wherein said data manager is further configured to receive preference data transmitted from said user and to compare said preference data to travel data associated with said one vehicle, said data manager configured to automatically transmit a notification message to said second communications device based upon a comparison of said preference data to said travel data associated with said one vehicle.

17. The system of claim 14, further comprising a mapping system configured to produce mapping data based on said travel data retrieved by said data manager, said mapping data defining a graphical map, said graphical map indicating said proximity of said one vehicle.

18. The system of claim 17, wherein said mapping system is further configured to transmit said mapping data to said second communications device, wherein a device at said second remote location is configured to render said graphical map.

19. A system for monitoring vehicle travel and for reporting vehicle status information, comprising:

means for receiving travel data transmitted from a plurality of vehicles;

means for storing said travel data;

means for receiving, at a first location, a request transmitted by a user at a second location, said first location remotely located from said second location;

means for identifying one of said vehicles based on said request;

means for retrieving travel data associated with said one vehicle in response to said received request;

means for forming a message corresponding with said travel data retrieved by said retrieving means, said message indicative of a proximity of said one vehicle from a particular location; and

means for transmitting said message to a communications device at said second location.

20. The system of claim 19, further comprising a means for transmitting a portion of said travel data in response to a determination that said one vehicle is off schedule.

21. The system of claim 19, further comprising a means for transmitting a portion of said travel data via a data channel associated with a cellular network.

22. The system of claim 19, further comprising:

means for receiving preference data transmitted by said user;

means for comparing said preference data with said travel data associated with said one vehicle; and

means for transmitting a notification message to said user.

23. The system of claim 19, further comprising:

means for producing mapping data based on said travel data retrieved by said retrieving means, said mapping data defining a graphical map that indicates said proximity of said one vehicle; and

means for transmitting said mapping data to a graphics device associated with said user.

24. The system of claim 19, further comprising:

means for forming data indicating a location of said one vehicle; and

means for transmitting said data to a base station, wherein each of said receiving means is located at said base station.

25. The system of claim 24, further comprising:

means for retrieving predefined contact information; and

means for establishing communication between said transmitting means and said communications device at said second location based on said predefined contact information.

US 6,714,859 B2

**25**

26. The system of claim **25**, further comprising a means for determining, based on said contact information, a preferred medium of communication for communicating said message and at least one alternate medium of communication for communicating said message.

27. The system of claim **25**, further comprising:

means for receiving preference data transmitted by said user;

means for comparing said preference data with said travel data associated with said one vehicle; and

means for automatically transmitting a notification message to said user in response to a comparison by said comparing means.

28. The system of claim **25**, further comprising:

means for producing mapping data based on said travel data retrieved by said retrieving travel data means, said mapping data defining a display map that indicates said location of said one vehicle; and

means for transmitting said mapping data to a graphics device associated with said user, said graphics device configured to render said display map.

29. A method for monitoring vehicle travel and for reporting vehicle status information, comprising the steps of:

receiving travel data transmitted from a plurality of vehicles;

storing said travel data;

receiving, via a communications device located at a first location, a request transmitted by a user located at a second location, said first location remotely located from said second location;

identifying one of said vehicles based on said request;

retrieving travel data associated with said one vehicle in response to said received request;

forming a message corresponding with said travel data retrieved in said retrieving step and indicating, via said message, a proximity of said one vehicle from a particular location; and

transmitting said message to a communications device at said second location.

30. The method of claim **29**, further comprising the step of receiving said request from said communications device located at said second location.

31. The method of claim **29**, further comprising the steps of:

analyzing said travel data stored in said storing step; and

automatically transmitting, based on said analyzing step, a notification message when said one vehicle is within a specified proximity of a particular location.

32. The method of claim **29**, further comprising the step of transmitting a portion said travel data via a control channel associated with a cellular network.

33. The method of claim **32**, further comprising the steps of:

**26**

forming data indicating a location of said one vehicle;

transmitting said data to a base station; and

performing said receiving steps at said base station.

34. The method of claim **33**, further comprising the steps of:

retrieving predefined contact information; and

establishing communication between a communications device associated with said base station and said communications device at said second location based on said predefined contact information.

35. The method of claim **34**, further comprising the step of determining, based on said contact information, a preferred medium of communication for communicating said message and at least one alternate medium of communication for communicating said message.

36. The method of claim **34**, further comprising the steps of:

receiving preference data transmitted by said user;

comparing said preference data with said travel data associated with said one vehicle; and

automatically transmitting a notification message to said user in response to said comparing step.

37. The method of claim **34**, further comprising the steps of:

forming mapping data based on said travel data retrieved in said retrieving step, said mapping data defining a map that indicates a current location of said vehicle; and

transmitting said mapping data to a graphics device associated with said user.

38. The method of claim **29**, further comprising the steps of:

receiving preference data transmitted by said user;

comparing said preference data with said travel data associated with said one vehicle; and

automatically transmitting a notification message to said user in response to said comparing step.

39. The method of claim **29**, further comprising the steps of:

assuming that said one vehicle is traveling at a predetermined rate; and

communicating travel data from said one vehicle in response to a determination that said one vehicle is traveling at a rate different from said predetermined rate.

40. The method of claim **29**, further comprising the steps of:

forming mapping data based on said travel data retrieved in said retrieving step, said mapping data defining a map that indicates a current location of said one vehicle; and

transmitting said mapping data to a graphics device associated with said user.

*   *   *   *   *

# EXHIBIT F

US006741927B2

(12) **United States Patent**

Jones

(10) Patent No.: **US 6,741,927 B2**
(45) Date of Patent: **May 25, 2004**

(54) **USER-DEFINABLE COMMUNICATIONS METHODS AND SYSTEMS**

(75) Inventor: **M. Kelly Jones**, Delray Beach, FL (US)

(73) Assignee: **ArrivalStar, Inc.**, Delray Beach, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/436,119**

(22) Filed: **May 12, 2003**

(65) **Prior Publication Data**

US 2003/0195697 A1 Oct. 16, 2003

**Related U.S. Application Data**

(62) Division of application No. 08/852,119, filed on May 6, 1997, which is a continuation-in-part of application No. 08/434,049, filed on May 2, 1995, now Pat. No. 5,623,260, and a continuation-in-part of application No. 08/432,898, filed on May 2, 1995, now Pat. No. 5,647,010, and a continuation-in-part of application No. 08/432,666, filed on May 2, 1995, now Pat. No. 5,668,543, said application No. 08/434,049, is a continuation-in-part of application No. 08/407,319, filed on Mar. 20, 1995, now abandoned, which is a continuation-in-part of application No. 08/063,533, filed on May 18, 1993, now Pat. No. 5,400,020, said application No. 08/432,898, is a continuation-in-part of application No. 08/407,319, which is a continuation-in-part of application No. 08/063,533, said application No. 08/432,666, is a continuation-in-part of application No. 08/407,319, which is a continuation-in-part of application No. 08/063,533, said application No. 08/852,119.

(60) Provisional application No. 60/039,925, filed on Mar. 10, 1997.

(51) Int. Cl.[7] ............................................. **G01C 21/26**

(52) U.S. Cl. ...................... **701/201**; 701/202; 701/211; 340/989; 340/994; 455/414.1; 455/456.1; 455/456.2; 455/456.3

(58) Field of Search .................................. 701/200–201, 701/207–211, 117; 340/901, 905, 988, 989, 993, 994, 995.13, 995.23, 996, 426.16, 426.2, 426.21; 455/414.1, 414.3, 456.1, 456.2, 456.3, 456.5, 456.6, 457, 458, 502, 517, 521; 342/357.01, 357.06, 357.07, 357.09, 357.1, 357.17

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,568,161 A | 3/1971 | Knickel | 340/994 |
| 3,644,883 A | 2/1972 | Borman et al. | 340/23 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 0219859 A2 | 4/1987 | | G08G/1/12 |

(List continued on next page.)

OTHER PUBLICATIONS

"Public Transporation Information and Management Ssytems", IEE Colloquium, Computing and Control Division, May 25, 1993, pp. 9/1–9/4, 12/1–12/2, 7/1–7/3.

(List continued on next page.)

Primary Examiner—Jacques H. Louis-Jacques
(74) Attorney, Agent, or Firm—Thomas, Kayden, Horstemeyer & Risley, LLP

(57) **ABSTRACT**

Notification methods and systems are provided. One such method, among others, can be broadly summarized by the following steps: enabling a user to define at least two communications methods for receiving notifications relating to travel of a mobile thing; enabling a user to define one or more criteria when each communications method should be used as opposed to one or more others; monitoring travel data associated with the mobile thing; and providing a notification using one or more of the communications methods, based upon the criteria. A notification system, among others, would have a mechanism for performing each of the foregoing steps.

**51 Claims, 44 Drawing Sheets**



## US 6,741,927 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,845,289 A | 10/1974 | French | 235/151.2 |
| 3,886,515 A | 5/1975 | Cottin et al. | 340/994 |
| 3,934,125 A | 1/1976 | Macano | 235/150.2 |
| 4,220,946 A | 9/1980 | Henriot | 340/23 |
| 4,297,672 A | 10/1981 | Fruchey et al. | 340/23 |
| 4,325,057 A | 4/1982 | Bishop | 340/539 |
| 4,350,969 A | 9/1982 | Greer | 340/23 |
| 4,525,601 A | 6/1985 | Barnich et al. | 379/7 MM |
| 4,585,904 A | 4/1986 | Mincone et al. | 179/7.1 TP |
| 4,713,661 A | 12/1987 | Boone et al. | 340/994 |
| 4,791,571 A | 12/1988 | Takahashi et al. | 364/436 |
| 4,799,162 A | 1/1989 | Shinkawa et al. | 364/436 |
| 4,804,837 A | 2/1989 | Farley | 250/251 |
| 4,812,843 A | * 3/1989 | Champion et al. | 340/905 |
| 4,813,065 A | 3/1989 | Segala | 379/112 |
| 4,857,925 A | 8/1989 | Brubaker | 340/994 |
| 4,894,649 A | 1/1990 | Davis | 340/825.44 |
| 4,956,777 A | 9/1990 | Cearley et al. | 364/424.02 |
| 5,003,584 A | 3/1991 | Benyacar et al. | 379/119 |
| 5,006,847 A | 4/1991 | Rush et al. | 340/994 |
| 5,014,206 A | 5/1991 | Scribner et al. | 364/449 |
| 5,021,780 A | 6/1991 | Fabiano et al. | 340/994 |
| 5,021,789 A | 6/1991 | Fabiano et al. | 364/436 |
| 5,048,079 A | 9/1991 | Harrington et al. | 379/112 |
| 5,068,656 A | 11/1991 | Sutherland | 340/989 |
| 5,097,429 A | 3/1992 | Wood et al. | 364/569 |
| 5,103,475 A | 4/1992 | Shuen | 379/115 |
| 5,113,185 A | 5/1992 | Ichikawa | 340/995 |
| 5,121,326 A | 6/1992 | Moroto et al. | 364/449 |
| 5,122,959 A | 6/1992 | Nathanson et al. | 364/436 |
| 5,131,020 A | 7/1992 | Liebesney et al. | 379/59 |
| 5,144,301 A | 9/1992 | Jackson et al. | 340/994 |
| 5,146,491 A | 9/1992 | Silver et al. | 379/114 |
| 5,155,689 A | 10/1992 | Wortham | 364/460 |
| 5,168,451 A | 12/1992 | Bolger | 364/436 |
| 5,179,584 A | 1/1993 | Tsumura | 379/114 |
| 5,218,629 A | 6/1993 | Dumond, Jr. et al. | 379/59 |
| 5,218,632 A | 6/1993 | Cool | 379/126 |
| 5,223,844 A | 6/1993 | Mansell et al. | 340/994 |
| 5,243,529 A | 9/1993 | Kashiwazaki | 364/449 |
| 5,263,260 A | 11/1993 | Jones | 340/994 |
| 5,271,484 A | 12/1993 | Babjat et al. | 187/29.1 |
| 5,299,132 A | 3/1994 | Wortham | 364/460 |
| 5,323,456 A | 6/1994 | Oprea | 379/375 |
| 5,351,194 A | 9/1994 | Ross et al. | 364/449 |
| 5,361,296 A | 11/1994 | Reyes et al. | 379/96 |
| 5,381,338 A | 1/1995 | Wysocki et al. | 364/449 |
| 5,381,467 A | 1/1995 | Rosinski et al. | 379/121 |
| 5,394,332 A | 2/1995 | Kuwahara et al. | 364/449 |
| 5,398,190 A | 3/1995 | Wortham | 364/460 |
| 5,400,020 A | 3/1995 | Jones | 340/994 |
| 5,420,794 A | 5/1995 | James | 364/436 |
| 5,428,546 A | 6/1995 | Shah et al. | 364/449 |
| 5,432,841 A | 7/1995 | Rimer | 379/67 |
| 5,440,489 A | 8/1995 | Newman | 364/426.05 |
| 5,444,444 A | 8/1995 | Ross | 340/994 |
| 5,446,678 A | 8/1995 | Saltzstein et al. | 364/514 |
| 5,448,479 A | 9/1995 | Kemner et al. | 365/424.02 |
| 5,461,374 A | 10/1995 | Lewiner et al. | 340/994 |
| 5,483,234 A | 1/1996 | Correel et al. | 340/994 |
| 5,483,454 A | 1/1996 | Lewiner et al. | 364/443 |
| 5,493,295 A | 2/1996 | Lewiner et al. | 340/994 |
| 5,493,694 A | 2/1996 | Vlcek et al. | 455/53.1 |
| 5,506,893 A | 4/1996 | Buscher et al. | 379/114 |
| 5,513,111 A | 4/1996 | Wortham | 364/460 |
| 5,515,421 A | 5/1996 | Sikand et al. | 379/67 |
| 5,519,621 A | 5/1996 | Wortham | 364/460 |
| 5,526,401 A | 6/1996 | Roach, Jr. et al. | 379/59 |
| 5,539,810 A | 7/1996 | Kennedy, III et al. | 379/59 |
| 5,544,225 A | 8/1996 | Kennedy, III et al. | 379/59 |
| 5,546,444 A | 8/1996 | Roach, Jr. et al. | 379/59 |
| 5,552,795 A | 9/1996 | Tayloe et al. | 342/357 |
| 5,559,871 A | 9/1996 | Smith | 379/115 |
| 5,570,100 A | 10/1996 | Grube et al. | 364/446 |
| 5,577,101 A | 11/1996 | Bohm | 379/58 |
| 5,579,376 A | 11/1996 | Kennedy, III et al. | 379/60 |
| 5,587,715 A | 12/1996 | Lewis | 342/357 |
| 5,594,425 A | * 1/1997 | Ladner et al. | 340/825.49 |
| 5,594,650 A | 1/1997 | Shah et al. | 364/449.1 |
| 5,594,787 A | 1/1997 | Ohshima et al. | 455/456 |
| 5,602,739 A | 2/1997 | Haagenstad et al. | 364/436 |
| 5,623,260 A | 4/1997 | Jones | 340/994 |
| 5,648,770 A | 7/1997 | Ross | 340/994 |
| 5,652,707 A | 7/1997 | Wortham | 364/460 |
| 5,657,010 A | 8/1997 | Jones | 340/994 |
| 5,668,543 A | 9/1997 | Jones | 340/994 |
| 5,673,305 A | 9/1997 | Ross | 379/58 |
| 5,680,119 A | 10/1997 | Magliari et al. | 340/904 |
| 5,694,322 A | 12/1997 | Westerlage et al. | 364/464 |
| 5,694,459 A | 12/1997 | Backaus et al. | 379/427 |
| 5,699,275 A | 12/1997 | Beasley et al. | 364/514 R |
| 5,712,908 A | 1/1998 | Brinkman et al. | 379/119 |
| 5,715,307 A | 2/1998 | Zazzera | 379/265 |
| 5,719,771 A | 2/1998 | Buck et al. | 364/443 |
| 5,724,243 A | 3/1998 | Westerlage et al. | 364/446 |
| 5,724,584 A | 3/1998 | Peters et al. | 395/671 |
| 5,729,597 A | 3/1998 | Bhusri | 379/115 |
| 5,732,074 A | 3/1998 | Spaur et al. | 370/313 |
| 5,734,981 A | 3/1998 | Kennedy, III et al. | 455/445 |
| 5,736,940 A | * 4/1998 | Burgener | 340/994 |
| 5,739,774 A | 4/1998 | Olandesi | 340/994 |
| 5,742,672 A | 4/1998 | Burk | 379/198 |
| 5,751,245 A | 5/1998 | Janky et al. | 342/357 |
| 5,760,742 A | 6/1998 | Branch et al. | 342/457 |
| 5,771,282 A | 6/1998 | Friedes | 379/121 |
| 5,771,455 A | 6/1998 | Kennedy, III et al. | 455/456 |
| 5,774,825 A | 6/1998 | Reynolds | 364/449.7 |
| 5,781,156 A | 7/1998 | Krasner | 342/357 |
| 5,784,443 A | 7/1998 | Chapman et al. | 379/119 |
| 5,793,853 A | 8/1998 | Sbisa | 379/120 |
| 5,796,365 A | 8/1998 | Lewis | 342/357 |
| 5,799,073 A | 8/1998 | Fleischer, III et al. | 379/113 |
| 5,799,263 A | 8/1998 | Culbertson | 701/117 |
| 5,805,680 A | 9/1998 | Penzias | 379/118 |
| 5,808,565 A | 9/1998 | Matta et al. | 340/994 |
| RE35,920 E | 10/1998 | Sorden et al. | 342/457 |
| 5,826,195 A | * 10/1998 | Westerlage et al. | 455/456.3 |
| 5,832,217 A | * 11/1998 | Takahara et al. | 709/200 |
| 5,835,580 A | 11/1998 | Frazer | 379/115 |
| 5,841,847 A | 11/1998 | Graham et al. | 379/114 |
| 5,845,227 A | * 12/1998 | Peterson | 701/209 |
| 5,864,610 A | 1/1999 | Ronen | 379/127 |
| 5,875,238 A | 2/1999 | Glitho et al. | 379/116 |
| 5,881,138 A | 3/1999 | Kearns et al. | 379/114 |
| 5,910,979 A | 6/1999 | Goel et al. | 379/120 |
| 5,912,954 A | 6/1999 | Whited et al. | 379/115 |
| 5,915,006 A | 6/1999 | Jagadish et al. | 379/127 |
| 5,920,613 A | 7/1999 | Alcott et al. | 379/114 |
| 5,922,040 A | * 7/1999 | Prabhakaran | 701/117 |
| 5,937,044 A | 8/1999 | Kim | 379/121 |
| 5,943,320 A | 8/1999 | Weik et al. | 370/259 |
| 5,943,406 A | 8/1999 | Leta et al. | 379/120 |
| 5,943,657 A | 8/1999 | Freestone et al. | 705/400 |
| 5,945,919 A | 8/1999 | Trask | 340/825.491 |
| 5,946,379 A | 8/1999 | Bhusri | 379/115 |
| 5,950,174 A | 9/1999 | Brendzel | 705/34 |
| 5,952,659 A | 9/1999 | Welter, Jr. | 379/16 |
| 5,955,974 A | 9/1999 | Togawa | 340/994 |
| 5,956,391 A | 9/1999 | Melen et al. | 379/114 |
| 5,982,864 A | 11/1999 | Jagadish et al. | 379/115 |
| 5,987,103 A | 11/1999 | Jagadish et al. | 379/114 |

US 6,741,927 B2

Page 3

| | | | | | |
|---|---|---|---|---|---|
| 5,987,377 | A | 11/1999 | Westerlage et al. | ......... | 701/204 |
| 5,991,377 | A | 11/1999 | Malik | ......................... | 379/114 |
| 5,991,380 | A | 11/1999 | Bruno et al. | ................. | 379/115 |
| 5,991,381 | A | 11/1999 | Bouanaka et al. | ......... | 379/115 |
| 5,995,602 | A | 11/1999 | Johnson et al. | ............ | 379/116 |
| 6,006,106 | A | * 12/1999 | Cook et al. | ............. | 455/552.1 |
| 6,006,159 | A | 12/1999 | Schmier et al. | ............ | 701/200 |
| 6,094,149 | A | 7/2000 | Wilson | ..................... | 340/904 |
| 6,097,317 | A | 8/2000 | Lewiner et al. | ............ | 340/994 |
| 6,111,538 | A | 8/2000 | Schuchman et al. | ..... | 342/357 |
| 6,124,810 | A | 9/2000 | Segal et al. | ............... | 340/994 |
| 6,134,501 | A | 10/2000 | Oumi | ........................ | 701/209 |
| 6,137,425 | A | 10/2000 | Oster et al. | ............... | 340/994 |
| 6,144,301 | A | 11/2000 | Frieden | ............... | 340/572.8 |
| 6,178,378 | B1 | 1/2001 | Leibold | ..................... | 701/202 |
| 6,184,802 | B1 | 2/2001 | Lamb | ........................ | 340/994 |
| 6,191,708 | B1 | 2/2001 | Davidson | ................. | 340/994 |
| 6,222,462 | B1 | 4/2001 | Hahn | ........................ | 340/994 |
| 6,240,362 | B1 | 5/2001 | Gaspard, II | ............... | 701/209 |
| 6,253,146 | B1 | 6/2001 | Hanson et al. | ............. | 701/202 |
| 6,253,148 | B1 | 6/2001 | Decaux et al. | ............. | 701/204 |
| 6,278,936 | B1 | 8/2001 | Jones | ....................... | 701/201 |
| 6,313,760 | B1 | 11/2001 | Jones | ....................... | 340/994 |
| 6,317,060 | B1 | 11/2001 | Jones | ....................... | 340/994 |
| 6,331,825 | B1 | * 12/2001 | Ladner et al. | ............. | 340/988 |
| 6,360,101 | B1 | 3/2002 | Irvin | ........................ | 445/456 |
| 6,363,254 | B1 | 3/2002 | Jones et al. | ............... | 455/456 |
| 6,363,323 | B1 | 3/2002 | Jones | ....................... | 701/213 |
| 6,374,176 | B1 | 4/2002 | Schmier et al. | ............ | 701/200 |
| 6,400,956 | B1 | 6/2002 | Richton | ................... | 455/456 |
| 6,411,807 | B1 | * 6/2002 | Amin et al. | ............... | 455/432.3 |
| 6,411,891 | B1 | 6/2002 | Jones | ....................... | 701/201 |
| 6,415,207 | B1 | 7/2002 | Jones | ............................ | 701/1 |
| 6,486,801 | B1 | 11/2002 | Jones | ....................... | 340/994 |
| 6,492,912 | B1 | 12/2002 | Jones | ....................... | 340/994 |
| 6,510,383 | B1 | 1/2003 | Jones | ....................... | 701/209 |
| 6,549,780 | B2 | * 4/2003 | Schiff et al. | ............... | 455/439 |
| 6,618,668 | B1 | 9/2003 | Laird | ........................ | 701/200 |
| 2002/0016171 | A1 | 2/2002 | Doganata et al. | ......... | 455/456 |
| 2002/0069017 | A1 | 6/2002 | Schmier et al. | ............ | 701/213 |
| 2002/0070882 | A1 | 6/2002 | Jones | ....................... | 340/994 |
| 2002/0082770 | A1 | 6/2002 | Jones | ....................... | 701/201 |
| 2002/0099500 | A1 | 7/2002 | Schmier et al. | ............ | 701/200 |
| 2003/0093218 | A1 | * 5/2003 | Jones | ....................... | 701/201 |
| 2003/0098802 | A1 | 5/2003 | Jones | ....................... | 340/994 |
| 2003/0146854 | A1 | * 8/2003 | Jones | ....................... | 340/988 |
| 2003/0193412 | A1 | * 10/2003 | Jones | ....................... | 340/994 |
| 2003/0193413 | A1 | * 10/2003 | Jones | ....................... | 340/994 |
| 2003/0193414 | A1 | * 10/2003 | Jones | ....................... | 340/994 |
| 2003/0195696 | A1 | * 10/2003 | Jones | ....................... | 701/201 |
| 2003/0195698 | A1 | * 10/2003 | Jones | ....................... | 340/994 |
| 2003/0233188 | A1 | * 12/2003 | Jones | ....................... | 701/200 |

FOREIGN PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| EP | 0805427 | A1 | 11/1997 | ......... | G08G/1/123 |
| FR | 2 559 930 | | 8/1985 | ......... | G08G/1/12 |
| FR | 2674355 | | 9/1992 | | |
| GB | WO 93/13510 | A1 | 7/1993 | ......... | G08G/1/123 |
| JP | 52066175 | | 6/1977 | | |
| JP | 63288400 | | 11/1988 | ......... | G08G/1/12 |
| JP | 11034872 | A | 2/1999 | ......... | B61L/25/02 |
| WO | WO 90/01236 | | 2/1990 | ......... | H04M/1/54 |
| WO | WO 93/13503 | | 7/1993 | | |
| WO | WO 94/02922 | | 2/1994 | ......... | G08G/1/123 |
| WO | WO 94/27264 | | 11/1994 | ......... | G08G/1/123 |
| WO | WO 96/04634 | | 2/1996 | ......... | G08G/5/22 |
| WO | WO 96/16386 | | 5/1996 | ......... | G08G/1/123 |
| WO | WO 98/07128 | | 2/1998 | ......... | G08G/1/123 |
| WO | WO 98/08206 | | 2/1998 | | |
| WO | WO 98/14926 | | 4/1998 | ......... | G08G/1/123 |
| WO | WO 98/40837 | | 9/1998 | ......... | G06G/7/70 |

OTHER PUBLICATIONS

"Vehicle Location and Fleet Management Systems", IEE Colloquium, Computing and Control Division, Jun. 8, 1993. The 3rd International Conference on Vehicle Navigation & Information Systems (VNIS) Norway, Sep. 2–4, 1992, pp. 312–315.

Preiss, George; Jenson, Lillian; "The Satref and GPS Information Projects", 1992 IEEE—3rd International Conference on Vehcile Navigation Information Systems, ppp. 648–655. "Vehicle Navigation & Information Systems Conference Proceedings" (P–253), Society of Automotive Engineers, Inc., Oct. 1991, pp. 789–796.

"1992 Compendium of Technical Paper", Institute of Transportation Engineers—INRAD: A Deminostration of Two–Way Roadway to Vehicle Communication for use in Traffic Operations, Annual Meeting, Washington, D.C. pp. 214–218.

"Paving the Way for GPS in Vehicle Tracking", Showcase World, Dec. 1992.

"Advanced Vehicle Monitoring and Communication Systems for Bus Transit", Federal Transit Administration, Sep. 1991, Revised Mar. 1993.

Koncz, et al., "GIS–Based Transit Information Bolsters Travel Options", GIS World, Jul. 1995, pp. 62–64.

Helleker, Jan, Real–Time Traveller Information—in everyone's pocket?!—a pilot test using hand–portable GSM terminals, IEEE—IEE Vehicle Navigation & Information systems Conference, Ottawa, VNIS 1993, pp. 49–52.

Burgener, E.C., et al., "A Personal Transit Arrival Time Receiver", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 54–55.

Peng, Zhong–Ren, "A Methodology for Design for a GIS–Based Automatic Transit Traveler Information System", Computer, Environment and Urban Systems, vol. 21, No. 5, pp. 359–372, 1997.

Lessard, Robert, "The Use of Computer for Urban Transit Operations", IEEE—IEE Vehicle Navigation & Information systems Conference, Ottawa, VNIS 1993, pp. 586–590.

Sommerville, Fraser, et al., "Reliable Information in Everyone's Pocket—a Pilot Test", IEEE, vol. 1927, Mar. 1994, pp. 425–428.

"PROMISE—Personal Mobile Traveller and Traffic Information Service—Specification of Promise Services, Ver. 7", Telematics Application Programme A2, Transport, Jul. 1, 1996.

"PROMISE—Personal Mobile Traveller and Traffic Information Service—Generic Promise System Architecture, Ver. 2", Telematics Application Programme A2, Transport, Sep. 10,1996.

PROMISE—Personal Mobile Traveller and Traffic Information Service—Summary of Promise Public Relation Activities, Ver. 1, Telematics Application Programme A2, Transport, Feb. 12, 1999.

"PROMISE"—A Personal Mobile Traveller and Traffic Information Service—Abstract, The Institution of Electrical Engineers, 1997.

Sommerville, Fraser, et al., "The Promise of Increased Patronage", The Institution of Electrical Engineers, 1993, pp. 3/1–3/4.

"Automatic Transit Location System", Washington State Department of Transportation, Final Report, Feb. 1996.

"Advanced Traveler Aid Systems for Public Transportation", Federal Transit Administration, Sep. 1994.

US 6,741,927 B2

Page 4

"Advanced Vehicle Monitoring and Communication Systems for Bus Transit: Benefits and Economic Feasibility", U.S. Departement of Transportation, Urban Mass Transportation Administration, Sep. 1991.

Leong, Robert, et al., "An Unconventional Approach to Automatic Vehicle Location and Control for Urban Transit", IEEE 1989, pp. 219–223.

"1994 Vehicle Navigation & Information Systems Conference Proceedings", Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 807–810.

"Vehicle Navigation & Information Systems Conference Proceedings—P–253, Part 2", Society of Automotive Engineers, Inc., Oct. 1991.

Vehicle Navigation & Information Systems—Conference Record of Papers presented at the 3rd Vehicle Navigation & Information Systems Conference 1992., Reso Hotel, Osio Plaza., pp. 49–52.

Nelson, J. Richard, "Experiences Gained in Implementing an Economical Universal Motorist System", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 67–71.

"The Cassiope/Eurobus Approach", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 79–81.

Kihl, Mary, "Advanced Vehicle Location System for Paratransit in Iowa", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 381–384.

Gault, Helen, et al., "Automatic Vehicle Location and Control at OC Transpo", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 596–600.

Vehicle navigation & Information System—Conference Record of Papers presented at the First Vehicle Navigation and Information Systems Conference (VNIS '89), Sep. 11–13, 1999, pp. 602–605.

Heti, Gabriel, "Travelguide: Ontario's Route Guidance System Demonstration", IEEE–IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. A13–A18.

Jeffery, D.J., et al., "Advanced Traveller Information Systems in the UK: Experience from the Pleiades and Romanse Projects", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 309–313.

Sweeney, Lawrence, E., et al., "Travinfo: A Progress Report", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 315–320.

Shimamura, Yta, et al., "Combined Position Detection System for Pedestrian/Train Mode", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Japan, Aug. 31–Sep. 2, 1994, pp. 603–606.

Zavoli, Walt, "Customer Location Services", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 613–617.

Tanaka, Yoshimi, et al., "Automatic Traffic Information Provision System Utilizing Facsimile and Telephone (Now Operating in Osaka), 1994 Vehicle Navigation & Information Systems Conference Proceedings", Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 627–632.

McDonald, Mike, et al., "Romanse (Road Management System for Europe) Project", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. A–11–A–14.

Scott III, Robert H., "Computer–Aided Dispatch,", 1998, pp. 46–50.

Moore, Rodney J., "Hold the Phone!", American Demographics, Ithaca, Jan./Feb. 1996, p. 68.

Delong, Jr., Edgar S., "Making 911 even better", Telephony, Dec. 14, 1987, pp. 60–63.

Bruzek, Frank J., "Class Calling Service—A Customer Service Perspective", Globecom '85 IEEE Global Telecommunications Conference, Dec. 2–5, 1985, vol. 1 of 3, pp. 11.4.1–11.4.4.

Powell, R., et al., "Real Time Passenger Information System for the Romanse Project", Colloouin Digest—IEE, Boston, Sep. 1993, pp. 9/1–9/3.

Huber, Paul, "Public Transport Information Systems in Munich", Intelligent Transport Systems World Congress '95—Second Wold Congress on Intelligent Transport Systems, Yokohama, Japan., Nov. 9–11. 1995, pp. 2362–2366.

Ronez, Nicholas, et al, "GIS–Based Transit Information Bolsters Travel Options", GIS World, vol. 6, part 7, Jun. 1995, pp. 62–64.

Catling, Ian, et al., "TABASCO—Improving Transport Systems in Europe", Pacific Rim TransTech Conference, Jul. 30–Aug. 2, 1995, 995 Vehicle Navigation & Information Systems Conference Proceedings, Washington State Convention and Trade Center, Seattle, Washington, USA, pp. 503–507.

Dailey, D.J., "Demonstration of an Andvance Public Transportation System in the Context of an IVHS Regional Architecture", Proceedings of the First World Congress on Applications of Transport Telematics and Intelligent Vehicle–Highway Systems, Nov. 30–Dec. 3, 1994, Paris, France, pp. 3024–3031.

Hubner, Paul, "Advance Public Transportation Information in Munich", International Conference on Public Transport Electronic Systems, Conference Publication No. 42, Jun. 1996.

Thompson, S.M., et al., "Exploiting Telecommunications to Delivery Real Time Transport Information", Road Transport Information and Control, Apr. 21–23, 1998, pp. 59–63, Conference Publication No. 454 IEE 1998.

Kaminitzer, David, et al., Driver Information Systems: Influencing your Route, IEE Seminar, Mar. 3, 1999, pp. 5/1–5/5.

"Board Cites ATC in Spokane Near Miss", Article in Aviation Week & Space Technology, Mar. 28, 1977, URL: http://www.aviationnow.com.

Shifrin, Carole A., "Gate Assignment Expert System Reduces Delays at United's Hubs", Article in Aviation Week & Space Technology, Jan. 25, 1988.

"United Airlines applies TI's advance technologies to improve gate management at major airports", Article in Business Wire, Inc., Nov. 19, 1987.

Musich, Paula, "Airline Designs Software to move planes, people; Unite Airline's use of Covia Corp.'s Open Systems Manager, Connectivity Section", Article in PC Week, Jun. 7, 1988, vol. 5, No. 23, p. C11.

Stoll, Marilyn, "Systems help Airlines Manage Gate Schedules; Connectivity Supplement", PC Week, Jul. 25, 1988, vol. 5, No. 30, p. C4..

Reddy, Shyamala, "Traveling LAN: United Airlines Networks Its Terminals", Article in The Local Area Newtwork Magazine, Jan. 1990, vol. 5, No. 1, p. 108.

Fisher, Sharon, "Networked Airport Systems help Travelers find their way; United Airlines subsidiary Covia Corp. devices integrated network.", Article in Software Magazine, Mar. 15, 1990, vol. 10, No. 4, p. 31..

Henderson, Danna K., "Automation Takes aim at airports: the power of the networked PC is being unleashed on passenger handling and ramp activities worldwide.", Article in Air Transport Wold, Aug. 1990., vol., 27, No. 8, p. 52.

"United Airlines introduces United Cargo Plug I, a new cargo computer system to serve freight forwarders", Business Wire, Oct. 22, 1990.

Miller, Barry, "Special Report: Airline Equipment, Service Center", Aviation Week & Space Technology, Aug. 25, 1975, p. 51.

Lyon, Mark W., "Cargo Net Debate Splits Industry", Journal of Commerce, Specials, p. 4, Jul 27, 1992.

Davies, I.L., et al., "Electronics and the Aeroplane", Proceedings of the Institution of Electrical Engiineers, Paper No. 7604, delivered before the IEE Electronics Division, Oct. 29, 1975.

"Global Niche", Flight International, Sep. 26, 1990.

"Real–Time Briefings", Aviation Week and Space Technology, Oct. 13, 1986.

Flanagan, Mike, et al., "Amelia Earhart—Mystery Still Clouds Soaring Achievements", Chicago Tribune, Jul. 5, 1987, Final Edition, p. 5, Tempo Woman.

"Official Airline Guides", Airports®, Nov. 20, 1990, Around Airports, vol. 7, No. 47, p. 485.

"Automation System Gains Acceptance", Aviation Week & Space Technology, Nov. 23, 1992, vol. 137, No. 21, p. 97.

Klass, Philip, "French Testing Ground–Derived MLS", Aviation & Space Technology, Avionics, p. 56, Dec. 15, 1975.

"Forecast Realized for ATC System", Aviation & Space Technology, Mar. 17, 1975, Avionics, p. 168.

Henderson, Danna, et al., "Ionworks: American West Automates New Phoenix Terminal Fully Integrated System to Handle Customer–Service Demands (America West Airlines Inc) (Includes Related Article Automation of passenger Service at Airports)", Airport Transport World, May 1, 1991. vol. 62.

3 Pages from a web site search under http://mit.edu/afs/net.mit/edu/project/attic/usa–today/tech/37, Jun. 12, 2003.

"What's New in passenger Handling Equipment", Air Transport World, vol. 24, p. 62, Sep. 1987.

"Senator Urges Acceleration of Navstar", Aviation & Space Technology, Avionics, p. 153, Oct. 3, 1983.

"AFSC Broadens Joint Program Efforts", Aviation & Space Technology, System Acquisition, p. 83, Jul. 19, 1976.

Herskovitz, Don, "GPS Insurance Antijamming the System; Brief Article", Journal of Electronic Defense, Dec. 1, 2000, No. 12, vol. 23, p. 41.

Hambly, Richard M., et al., "Aircraft Traffic Management on the Airport Surface Using VHF Data Link for CNS", IEEE AES Systems Magazine, Mar. 1995, pp. 9–13.

Berzins, G., et al., "INMARSAT: Worldwide Mobile Satellite Services on Seas, in Air and on Land", Space Technology, vol. 10, No. 4, pp. 231–237, 1990.

Jenney, L.L., et al., "Man as Manager of Automated Resources in an Advanced Air Traffic System", J. Aircraft, vol. 12, No. 12, Dec. 1975.

"Routing & Scheduling System improvements from RTSI; Routing Technology Software, Inc.; Product Announcement", Modern Brewery Age, vol. 43, No. 3, p. 11S, Jan. 20, 1992.

Yanacek, Frank, "Hitching to the stars; satellites for shipment tracking", Research Information Transportation Journals, Combined, No. 6, vol. 29, p. 16.

Stoll, Marilyn, "For on–the–road firms, hand–held terminals are pivotal. Connectivity", Research Information Transportation Journals, Combined, No. 34, vol. 5, p. C11.

"IBM and Hunt to Market New Truck Tracker; International Business Machines", J.B. Hunt Transport Services; Brief Article, No. 210, vol. 101, p. 4.

Klass, Philip J., "Two Carriers Plan Automatic Data Link", Aviation Week and Space Technology, Air Transport Section, May 23, 2977, p. 36.

"Data Link Evolved Over Three Decades", Aviation Week and Space Technology, Air Transport Section, May 23, 1977, p. 36.

Klass, Philip J., "American to Install Printers in Cockpits", Aviation Week and Space Technology, Avionics, Jul. 21, 1980, p. 56.

Lefer, Henry, "Computers on a boon to E&M, but at a price", Air Transport World, vol. 23, p. 53, Feb., 1986.

Donaghue, J.A., "Choice of Data Link Systems Expands as New Generation Hits the Market", Air Transport World, vol. 20, p. 58, Apr. 1983.

Klass, Philip J., "Digital Network Could Improve Aircraft Links to Operations, ATC", Aviation Week and Space Technology, International Air Transport Section, vol. 131, No. 21, p. 121, Nov. 20, 1989.

Board Cites ATC in Spokane Near Miss, Article in Aviation Week & Space Technology, Safety Section, Mar. 28, 1977, p. 59.

"Vicorp Interactive Systems", Aviation Daily, Aviation Suppliers Section, vol. 309, No. 17, p. 147.

Neumann, Dr. Horst, "ATC Concepts with Extensive Utilization of Automatic Data Processing", pp. 4–1 to 4–9; No Publication Information or Date Information Provided.

Maxwell, Robert L., "Automation Possibilities in Air Traffic Control", pp. 561–563, No Publication Information or Date Information Available.

"History of GPS", 3 pages, No Publication Information or Date Information Available.

"Road Transport Research—Intelligent Vehicle High Systems—Review of Field Trials", prepared by An OECD Scientific Expert Group, pp. 1–101, Organisation for Economic Co–Operation and Development—No Date Information Available.

Ratcliff, Robert, et al. Transportation Resources Information Processing System (TRIPS), pp. 109–113, No Publication Information or Date Information Available.

Balke, Kevin,, et al., Collection and Dissemination of Real–Time Travel Time and Incident Information with In–Vehicle Communication Technologies, pp. 77–82, No Publication Information or Date Information Available.

Moriok, et al., "Advanced Vehicle Monitoring and communication Systems for Bus Transit—Benefits and Economic Feasibility", Final Report—U.S. Department of Transportation, Sep. 1991, Revised Mar. 1993, Dot–T–94–03.

Brynielsson, Thore, Step by Step Development Towards Attractive Public Transport, Chalmers University of Technology, Gotebord, Sweden, Department of Transportation, 1976.

* cited by examiner



FIG. 1





**FIG 3**



FIG. 4



**FIG 5**



FIG 6



FIG. 7



**FIG 8**



FIG 3



FIG 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG 15



FIG 16



FIG 17



FIG 18





**WHAT IS THE VEHICLE LOCATION DETERMINING FACTOR (VLDF)?** 99

**WHAT IS THE VEHICLE'S CURRENT LOCATION?** 100

**WHAT IS THE DESTINATION OF THE NEXT STOP OR LOCATION?** 101

**SEND AND PROCESS INFORMATION** 102

103

ROADS AND STREETS ABOUT TO BE TRAVELED
TIME OF DAY
DAY OF WEEK
WEEK OF YEAR
ALL RESETS OR CHANGES OCCURRING WITH PAST ROUTES
= AVERAGE OVERALL
= AVERAGE FOR THIS DAY / TIME

VLDF = (100)

**VLDF IS (100)** 104

**FIG 21**



FIG. 22





FIG. 25



FIG. 26



FIG. 27



FIG. 28



FIG. 28



FIG. 30



FIG. 31



FIG. 32



FIG. 33



FIG 34



FIG. 35



FIG. 38



FIG. 37





FIG. 38



FIG. 41



FIG. 43



FIG. 40



FIG. 42



FIG 44



FIG. 45



**FIG. 47**

BASE STATION CONTROL PROCESS #2

14

54 — COMMUNICATE VEHICLE LOCATION AND / OR OTHER INFORMATION WITH VCUPS

55 — STORE VEHICLE INFORMATION

56 — RECEIVE REQUESTS FOR VEHICLE INFORMATION FROM PERSON'S COMPUTERS EQUIPPED WITH ABS SOFTWARE

57 — LOOKUP VEHICLE INFORMATION ASSOCIATED WITH VEHICLE LOCATION, ROUTE OR STOP, ADDRESS, ETC.

58 — IF INFORMATION IS AVAILABLE, SEND INFORMATION BACK TO PERSON'S COMPUTER

**FIG. 46**

BASE STATION CONTROL PROCESS #1

14

47 — COMMUNICATE VEHICLE LOCATION AND OR OTHER INFORMATION WITH VCUPS

48 — STORE VEHICLE INFORMATION

49 — STORE USER NOTIFICATION PREFERENCES

50 — DETERMINE ROUTE LIST ORDER AND ROADS TO BE TAKEN BY DRIVER OF DELIVERY VEHICLE

51 — DETERMINE LOCATIONS TO ACTIVATE IMPENDING ARRIVAL MESSAGES FROM GPS LONGITUDE LATITUDE NUMBERS ON A MAP

52 — IS A VEHICLE AT A LOCATION TO ACTIVATE AN IMPENDING ARRIVAL MESSAGE?

53 — SEND MESSAGE TO PERSON'S COMPUTER OF VEHICLE'S LOCATION



FIG. 48



FIG. 48



FIG. 50

US 6,741,927 B2

1

## USER-DEFINABLE COMMUNICATIONS METHODS AND SYSTEMS

This application is a divisional of application Ser. No. 08/852,119 filed on May 6, 1997, which is a continuation-in-part of application Ser. No. 08/434,049, filed on May 2, 1995, now U.S. Pat. No. 5,623,260, and a continuation-in-part of application Ser. No. 08/432,898, filed May 2, 1995, now U.S. Pat. No. 5,647,010, and a continuation-in-part of application Ser. No. 08/432,666, filed on May 2, 1995, now U.S. Pat. No. 5,668,543, said application Ser. No. 08/434, 049, is a continuation-in-part of application Ser. No. 08/407, 319, filed on Mar. 20, 1995, now abandoned, which is a continuation-in-part of application Ser. No. 08/063,533, filed May 18, 1993, now U.S. Pat. No. 5,400,020, said application Ser. No. 08/432,898 is a continuation-in-part of application Ser. No. 08/407,319, which is a continuation-in-part of application Ser. No. 08/063,533, said application Ser. No. 08/432,666, is a continuation-in-part of application Ser. No. 08/407,319, which is a continuation-in-part of applica-tion Ser. No. 08/063,533, said application Ser. No. 08/852, 119 claims priority to provisional application No. 60/039, 925, filed on Mar. 10, 1997. All of the foregoing patent applications and patents are incorporated herein by reference in their entirety.

## FIELD OF THE INVENTION

The present invention generally relates to data commu-nications and information systems and, more particularly, to advance notification systems and methods for notifying users in advance of the impending arrival of a vehicle or user, for example but not limited to, a bus, train, delivery van, plane, fishing vessel, or other vessel, or user walking or riding, to or at a particular stop.

## BACKGROUND OF THE INVENTION

There are many situations when it is desirable for people to know of the approximate arrival time of a particular vehicle, the distance of a particular vehicle approaching, when a vehicle crosses particular location points, and when a particular vehicle is leaving its last stop, all shortly before the vehicle is to arrive at a particular destination. With such information, passengers, users, and companies can adjust their schedules accordingly and avoid having to wait on a particular vehicle to reach a particular destination. For example, a user having to pick up a friend or relative at a commercial bus station either has to call the bus station to find out the approximate arrival time (information which is oftentimes unavailable) or plan on arriving at the bus station prior to the scheduled arrival time of the bus and hope the bus is not delayed.

Another example includes a user walking and carrying a device such as a mobile phone or communication device with a location device, such as global positioning system (GPS) receiver, connected for sending location information to a control unit. This control unit can broadcast a user impending arrival time, distance to be traveled before arriving, specific location points and/or the time when leaving their last stop. This information may be broadcast to an employer, spouse, parent, or other user, when the vehicle/ user reaches a predetermined location.

Another example involves school children that ride school buses. School children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at particular bus stops at sub-stantially different times from one day to the next. The

2

reason is that school buses are not always the best-maintained vehicles on the roads, frequently operate during rush hour traffic, and must contend with congested urban/ suburban conditions. As a result, school children are forced to wait at their bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets. If it is raining, snowing, windy and cold, and/or even dark, such conditions can be unhealthy and unsafe for children.

Yet another example is in the commercial overnight package delivery industry, wherein packages are delivered on a tight schedule.

It is desirable to notify a user at a delivery stop for better customer preparation as the vehicle approaches. By the customer becoming better prepared and a delivery driver being able to deliver more packages per day, an overnight package delivery company can increase profits by requiring fewer vehicles to deliver more packages in a business day. Additionally, individuals already try to project the arrival of a vehicle or package by online package tracking services provided by commercial delivery companies, such as the United Parcel Service (UPS), Federal Express (FED-X), and others. Although traditional methods used in determining when a vehicle is to arrive at a stop is effective in some cases, a more precise method using a pre-warning message can be more helpful in providing accurate information. Currently, such vehicles, in order to ensure being able to deliver all packages in the same day, keep loads at a lower capacity and often predetermine the need for excessive waiting times at a percentage of vehicle stops when cus-tomers react slowly to their arrival.

Thus, generally, it would be desirable for a user to know when a vehicle (such as a bus, truck, train, plane, user, or the like) is (a) a particular time period (for example, number of minutes or seconds) away from arriving at a destination, (b) a particular distance (for example, number of miles or height) away from the destination, or (c) at a particular location among a set of location points, so that the user can adjust his/her schedule and avoid arriving too early or too late.

In the past, in order to combat the arrival time problem in the context of school buses, student notification systems have been employed that use a transmitter on each bus and a receiver inside each student home. U.S. Pat. No. 4,713,661 to Boone et al. and U.S. Pat. No. 4,350,969 describe systems of this type. When the school bus and its onboard transmitter come within range of a particular home receiver, the trans-mitter sends a signal to notify the student that his/her school bus is nearby. While such notification systems work satis-factorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student. In addition, such systems provide little flex-ibility for providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

## SUMMARY OF THE INVENTION

Briefly described, the present invention provides user-definable communications methods that can be implemented in connection with notification systems methods for notify-ing users of travel status of movable things.

One such method, among others, can be broadly summa-rized by the following steps: enabling a user to define at least two communications methods for receiving notifications

US 6,741,927 B2

3

relating to travel of a mobile thing; enabling a user to define one or more criteria when a communications method should be used as opposed to one or more others; monitoring travel data associated with the mobile thing; and providing a notification using one or more of the communications methods, based upon the criteria. One such system of the present invention, among others, would have a means for performing each of the foregoing steps.

As a further option, the method or system may enable a party to define the communications methods (as opposed to having them predefined) for receiving notifications relating to travel of the mobile thing.

As a further option, the method or system may enable a party to define times (times of day, days of the week, etc.) for use of each of the communications methods. As a further option, the communications methods may be directed to the same type of device, for example but not limited to, a telephone, or they may be directed to different types of communications devices, for example but not limited to, (a) a telephone and a pager or (b) a pager and a computer configured to communicate email.

Another method of the present invention, among others, can be broadly summarized by the following steps: monitoring travel data associated with a mobile thing; determining that a notification should be made, based upon travel data and upon the relationship of the mobile thing to a location; comparing a current time value with one or more preset time periods associated with one or more communications methods; and selecting one or more of the communication methods based upon the comparing step. One such system of the present invention, among others, would have a means for performing each of the foregoing steps.

The present invention is suited for many applications. As nonlimiting examples, the present invention could be employed in connection with overnight delivery services, commercial buses, trains, planes, pickup vehicles, fishing or shipping vessels, delivery vehicles, individuals carrying location devices and/or delivery sensors and/or other sensors for determining location, etc.

Other features and advantages of the present invention will become apparent from the following drawings. All such additional objects, features, and advantages are intended to be included herein.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating the principles of the present invention. Moreover, like reference numerals designate corresponding parts throughout the several views.

FIG. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a delivery truck system, as an example, the advance notification system generally comprising a vehicle control unit (VCU) in communication with a base station control unit (BSCU), which is in turn in communication with a customer computer and/or computer address, the customer computer then offers a video and/or audio display.

FIG. 2 is a high level schematic diagram of an advance notification system of the present invention as applied to a delivery truck system, as an example, the advance notification system generally comprising a VCU in communication with a BSCU, which is in turn in communication with a customer computer and/or computer address, a customer's business or home telephone, a customer's mobile phone, a

4

customer's wireless pager, and a customer's television, these devices offer an improved method for notifying a person of the impending arrival of people or vehicles.

FIG. 3 is a high level flow chart diagram of the advance notification system of the present invention as applied to a delivery truck system, as indicated in this diagram, the advance notification system generally comprises a vehicle monitoring process for determining the location of vehicle's remotely, a messaging component for sending electronic messages when a vehicle reaches a predetermined point prior to the arrival at a person's stop, and a person's computer connected to a network (e.g., Internet) for receiving and displaying an impending arrival message.

FIG. 4 is a high level flow chart diagram for determining when to use a second method of sending an impending arrival message to a person. This diagram shows how a telephone call can be activated first and if unsuccessful, determined by the retry attempts in this diagram, secondly sends a computer message. Asking an individual receiving an electronic message to respond could reverse this and if no response was received back, a telephone call to the person would be made. Also worth noting, the messaging method to an individual could always be one, both, or others.

FIG. 5 is a high level flow chart diagram of different messaging options. While one method is suitable for some people, two or more different type messaging methods are more likely to be effective for others. The diagrams show the options for receiving impending arrival messages as a message to a computer address, a telephone call with a message (if answered), a message on a pager, and a message to a person's television address.

FIG. 6 is a high level flow chart diagram for activating an impending arrival message when electronic mail (E-Mail) is received on a person's computer or at a person's computer address. An impending arrival message in the form of an electronic message or more commonly known as E-Mail, activates additional software, setup with user preferences, for tailored audio announcements and video displays.

FIG. 7 is a high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual module configurations. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a user's computer address a message when a vehicle is approaching and also used as an overview of FIG. 1.

FIG. 8 is another high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual modular configurations. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a user computer vehicle location information only, for the user computer to determine when to notify the user and send a message to the computer screen and also by audio means, when a vehicle is approaching.

FIG. 9 is another high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual modular configuration preferences of different systems. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a message about the next stop to a users computer as the last delivery (prior to the impending stop) is made and thus notify the user via a message on a computer screen and audio means, when a vehicle is approaching.

5

FIG. 10 is another high level modular diagram of the overall operation of the advance notification system described as system configurations and necessary to show the differences of individual modular configuration preferences of each system. Additionally, this configuration is a simple diagram of an advance notification system, designed to determine a vehicle location by a stop, or delivery at a particular location, without GPS or normal location devices on the vehicle. This system determines vehicle location from a delivery list and acknowledgment of each delivery to the BSCU. The address and distance to the next stop is determined by routing software, mapping software, past records of travel, and actual traffic data systems, compared in the BSCU to determine time, distance, and actual vehicle location prior to a user stop. The ability to notify a user computer as the pre-selected advance notification preferences are activated allows the system to notify the user of a message on a computer screen and/or by audio means when a vehicle is approaching. Other combinations of the configurations (FIG. 7 through FIG. 10) are used based on application, business, and customer needs.

FIG. 11 is a high-level schematic circuit diagram of the VCU. The VCU is designed to be a compact unit with a generally rectangular housing that is mounted preferably on or in front of the dashboard of the vehicle in view of and within reach of the vehicle driver. In the housing, the microprocessor controller is interfaced with the transceiver by a transceiver jack (preferably a conventional 8-conductor telephone jack when transceiver is a mobile telephone), and the transceiver includes an antenna for transmitting and/or receiving signals to and from the BSCU. Further, the VCU includes a liquid crystal display (LCD) module disposed for external viewing of the display by the driver and for providing information to the driver, as described previously.

FIG. 12 is a low level block diagram of the VCU of FIG. 11.

FIG. 13 is a flow chart of a vehicle control process for the VCU and BSCU.

FIG. 14 is an example of a route list after calculations have determined the route stop order and the time between stops. The left side shows GPS longitude/latitude coordinates and estimated time between stops that is maintained in the VCU database, while the right side shows the mailing address and stop number to be displayed on an LCD.

FIG. 15 is a diagram showing how to determine route stop timing events with past route averages and actual live inputs from VCU's for a combined calculation for better estimations of a vehicle actual location between communication updates and improved accuracy of impending arrival messages.

FIG. 16 is a diagram of an event schedule for sequencing and activating of impending arrival messages from predetermined locations, time before arrival and distance before arrival of a particular vehicle.

FIG. 17 is an example diagram of a messaging event sequence when sending messages to users before the vehicle arrives. Moreover, it shows an update message used when a particular vehicle is delayed. The update message is used when a person is notified and waiting on a vehicle to arrive, but the vehicle is delayed after passing the activation point for sending the first message.

FIG. 18 is a flow chart of when a second or third message is used and how the BSCU determines the activation of these messages.

FIG. 19 is a diagram of an example of a method for determining vehicle location without the vehicle being

6

equipped with a location device, such as a GPS, or other devices used for odometer/distance reading device, etc., in an advance notification system. This flow chart diagram illustrates a method for determining vehicle location from a delivery list, actual delivery or attempt to deliver notices and route determining software in the BSCU and/or a user computer. The route and/or mapping software determines the vehicle path (roads) to the next stop and then calculates the distance from mapping software. Furthermore, the vehicle location is associated with time for determining a moving vehicle location. This vehicle location/time is calculated from past route data, mapping software of speed limits, stops signs, red lights, etc. and/or traffic monitoring systems with sensors normally located along the roadside. It also provides an inexpensive means for determining a vehicle time, distance, and/or location away from a home or business for activating an advance notification message of an impending arrival of a vehicle from different user preferences.

FIG. 20 is a flow chart of a simple and low cost advance notification system for notifying users of the impending arrival of a particular vehicle, when the vehicle leaves it's last (prior) stop, and on it's way to the user's stop.

FIG. 21 is a high level flow chart for determining the reliability of a vehicle's location without constant communication. A vehicle's location determining factor (VLDF) is calculated by the BSCU from past route averages, including roads/streets, time of day, vehicle driver, day of week, week of year (holidays normally take more time), and averaged for a particular route, time, and day.

FIG. 22 is a diagram of an example of the communication flow of an advance notification system using a computer network. The BSCU is equipped with a computer network site for interfacing and displaying information on a person's computer for setting up and starting the advance notification service. Additionally shown is how the personal preferences are processed and impending arrival messages are activated when the vehicle's location matches the personal preferences.

FIG. 23 is a high level flow chart for determining when to use a cycle communication protocol. This chart discloses one method for lowering communication while a vehicle is in route for an advance notification system.

FIG. 24 is a high level flow chart for showing the methods for determining when to program a VCU with cycle communication before a route starts.

FIG. 25 is a high level flow chart of a user computer equipped with software for displaying audio and video, and moreover, the user preferences for playing audio messages and/or video displays when impending arrival messages are received.

FIG. 26 is a diagram and example for accessing and receiving advance notification information when accessing an Internet or computer site page.

FIG. 27 is a table used for determining activation points for impending arrival messages. The roads and locations are normally taken from past records and mapping software for placing a user's request at particular location points associated with a distance, time, or other location activation areas for starting an impending arrival message.

FIG. 28 is a graphic of a map showing impending arrival activation points when a user request is compared with distance, time, or locations, for activating an impending arrival message/s.

FIGS. 29 through 39 is a diagrams of user preferences and on-screen displays of the advance notification system, as a

7

user is connected over a computer network and/or is operating proprietary software.

FIG. 29 is a diagram and example of an on-screen display of a user connecting to a internet computer site/location. To sign-up for the advance notification service a user has the ability to download the software for additional displays and audio options or to signup on-line through a computer connection.

FIG. 30 is a diagram and example of an on-screen display for entering the users home or business address, telephone number, and computer address (not shown). It would also be obvious to enter pager numbers, mobile phone numbers, cable television box identification numbers and other communication hardware addresses that would notify the user of an impending arrival of a vehicle, when the vehicle reaches a predefined location, time, prior stop, or distance.

FIG. 31 is a diagram and example of an on-screen display for showing the user location on a map and how the location is confirmed by the user.

FIG. 32 is a diagram and example of an on-screen display for providing the user with a choice of different type notification messages based on the type or category of selected vehicles. This allows (if optioned) the user, as an example, to receive an impending arrival message from a school bus when the school bus is five minutes away and an impending arrival message from a delivery truck when the vehicle is two miles away.

FIG. 33 is a diagram and example of an on-screen display of user options for being notified when a vehicle is at a predetermined time, distance, or particular location. This screen is not shown when a vehicle or company predefines when an impending arrival message is sent.

FIG. 34 is a diagram and example of an on-screen display for adjusting the amount of time before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (FIG. 28).

FIG. 35 is a diagram and example of an on-screen display for adjusting the amount of distance before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (FIG. 28)

FIG. 36 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a circle perimeter around a stop or location. The activation points are at the outside areas of the circle and matching road/street addresses.

FIG. 37 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a grid perimeter around a stop or location. The activation points are at the outside areas of the grid area/s and matching road/street addresses.

—FIG. 38 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a perimeter around a stop or location by placing street markers onto a map roads and streets. The activation points are the street markers located at the road/street addresses. Additionally, (not shown) all roads/street markers should close a perimeter around a users home or business.

FIG. 39 is a diagram and example of an on-screen display for user options and needed for selecting methods of receiving impending arrival messages over a computer network to

8

a user computer and/or ringing a user telephone. Although not shown in this configuration and illustration, other messaging methods, such as a personal pager, a mobile phone, a cable television box, or other communication devices could be used to notify a user when a vehicle reaches a predetermined location, time, prior stop, or distance, and therefore could be added to FIG. 39.

FIG. 40 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's next stop in a text format for the driver. This text format could be changed to show a map with highlighted roads to the next stop or actual directions (not shown).

FIG. 41 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order and the next stop/delivery to be made, as highlighted.

FIG. 42 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop/delivery to be made, and as top that has been moved (lower highlighted area with (M) on left side) from an earlier route stop, as previously indicated in FIG. 41.

FIG. 43 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop/delivery to be made, and a stop that has been rescheduled from an attempted delivery (lower highlighted area with (AR) on left side) from an earlier route stop.

FIG. 44 is a diagram and example of a vehicle control unit (VCU) and a flow chart showing a method for determining when the route list is completed and sending additional information to the VCU display for the driver to return to a loading area, as an example.

FIG. 45 is a flow chart diagram of a personal computer operating advance notification software and communicating with the BSCU for actual vehicles, and said vehicles' related information, that are approaching their stop. Additionally, this configuration is another example for operating software on a person's computer, for activating an impending arrival message to the user, when a vehicle is approaching.

FIG. 46 is a high level flow chart diagram of a BSCU and control process when the BSCU initializes, activates, and sends impending arrival messages, as opposed to FIG. 47, when the BSCU is not used for sending impending arrival messages, but vehicle location information to a computer equipped with advance notification software.

FIG. 47 is a high level flow chart diagram of a BSCU and control process, when the BSCU sends vehicle location information to remote computers, for activation of impending arrival messages on user computers.

FIG. 48 is a high level flow chart diagram of the initialization process between the VCU and The BSCU. Additionally, this illustration shows a configuration for the BSCU to configure the VCU clock and the communication method.

FIG. 49 is an example and diagram of a computer screen connected by software/hardware to an internet service provider and receiving an vehicle's impending arrival message in the form of E-Mail or electronic mail.

FIG. 50 is a high level flow chart diagram of a method for receiving impending arrival messages through a satellite television link or cable television link, and displaying the impending arrival information on a person's television.

9

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The features and principles of the present invention will now be described relative to preferred embodiments thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention, as set forth and defined in the claims.

### I. System Architecture

Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views; FIG. 1 is a schematic diagram of the advance notification system 10 of the present invention, as configured to operate for example, but not limited to, a delivery truck system.

The advance notification system 10 comprises, preferably, a plurality of on-board vehicle control units (VCU) 12, a single base station control unit (BSCU) 14, and a plurality of user computers 29 and/or additional communication devices 36x. As configured in the delivery truck system 10, a VCU 12 is installed in each of a plurality of delivery trucks 19, all of which communicate with the BSCU 14. Moreover, the BSCU 14 communicates with the computers 29 and/or a person's telephone 36b, a person's pager 36e, a person's mobile phone 36c or a person's television 36d, at one or more locations 36x (FIG. 2), in the present example of an application.

### A. Vehicle Control Unit

The VCU 12 will now be described with reference to FIGS. 1, 11, and 12. Referring first to FIG. 1, each VCU 12 comprises a microprocessor controller 16, preferably a model MC68HC705C8P microprocessor controller that is manufactured by and commercially available from the Motorola Corporation, USA. The microprocessor controller 16 is electrically interfaced with a communication mechanism 18, preferably a wireless communication device, for enabling intercommunication of data with the BSCU 14. Examples of suitable wireless communication devices include a mobile telephone (e.g., cellular) and a transceiver (having both a transmitter and a receiver) operating at a suitable electromagnetic frequency range, perhaps in the radio frequency (RF) range. In the embodiment using a wireless RF transceiver as the communication mechanism 18, data can be sent in bursts in the form of in-band tones, commonly called "twinkle tones". These tone bursts can occur in the background of an existing voice channel. Twinkle tones are oftentimes used in transportation systems, such as taxicab communications systems.

The microprocessor controller 16 is electrically interfaced with a system menu switch 21, an attempt to deliver switch 22, a reschedule stop switch 23, a clock 24, and GPS location device sensor 25. Generally, vehicle tracking is accomplished by monitoring the control switches 21–23, the GPS location sensor 25, the power (35) to the controller 16, and a onboard package inventory and delivery database (FIG. 11). Additionally, existing switches, such as door, seat, placing the vehicle in drive, and/or driver held package-tracking devices 20 may also be used or added to existing switches. It is recommended that all of the foregoing features be employed to provide redundant checking and control of communication. More specifically, the system menu switch 21 includes options for route starting and resetting, driver responses to messages sent from the BSCU, suspended operation (lunch, breaks, etc.), emergency

10

activation, etc. The system menu switch 21 operates by scrolling upward and downward through options and selecting by pressing left or right on the control knob. Special events also are programmed to occur throughout a normal day of operation such as, on screen displays to the driver and driver prompts to enter a response "are you starting your route?" or "when are you breaking for lunch, after this stop?" or "stop 115 3rd street has responded to message and is available to receive a package or not available for delivery". Would you like to reschedule this delivery for today?" etc. The attempt to deliver switch 22 can be actuated by the driver upon reaching a user stop and finding no one available to sign for and/or receive a package, in order to inform the VCU 12 that a stop has been made and the package is still on board, the details of which will be further described hereinafter. The driver at a stop can actuate the reschedule stop switch 23 if the driver is planning to revisit the stop in the same day, as will be further described in detail hereinafter. This indicates to the microprocessor controller 16 that a display module 33 and memory should be updated. In essence, the attempt to deliver switch 22 and the reschedule stop switch 23 cause the stop designation to be rescheduled for a second time in a day or for the following day. The actual displayed information on the display module 33 is acceptance of input and further instructions, normally when the reschedule stop switch is activated. Additional options include the placement of the stop to be rescheduled within the upcoming stops in that day. The stored driver choices in the VCU 12 from the attempt to deliver and/or the reschedule stop switch/s, are sent to the BSCU respectively. Additional menu options 21 can be added to the VCU in the form of buttons, as shown in FIG. 40.

The VCU 12 can be configured so that the operation of the system menu switch 21, the attempt to deliver switch 22, and the reschedule stop switch 23 are purely optional. In this configuration, the location sensor 25 automatically accomplishes the aforementioned functions of the switches 21–23. However, in a simple configuration the delivery driver has no user functions and the VCU sends package, delivery, and time information only to the BSCU (FIGS. 19 and 20). The range of configurations is provided for the types of deliveries and nature of a company and its packages or cargo. As an example, a furniture delivery company only delivers a limited number of packages per day. Most delivery times (on location) for furniture is unpredictable and, therefore, advanced features needed for quicker and more frequent stops are not needed.

However, in one of the simplest configuration, the delivery driver has no user functions and the VCU is not equipped with a location-determining device. The VCU is equipped with a package sensor only, and the package sensor sends signals to the BSCU for the actual delivery of a package at a stop. Furthermore, for the BSCU to determine notification time, distance, location on a map, or broadcast the delivery vehicle's next stop, the BSCU should store the driver's route in its data base and/or receive next stop information from the VCU or other stored means. Other types of information may also be displayed on the display module 33. For example, the display module 33 may inform the driver of a particular vehicle, to meet another driver for load sharing (as in a holiday season, or when a driver experiences an emergency, such as a breakdown from a deflated tire or involvement in an accident), and the status of the VCU 12 in communication with the BSCU 14, or that the advance notification system 10 is operating.

A sensor comparison in the VCU provides the BSCU with more accurate vehicle operational intentions, such as a

US 6,741,927 B2

11

vehicle door sensor and a location device (e.g., GPS) which may be compared for knowing if the driver has started to the next stop. A cross reference of these sensors and switches can make a determination between the vehicle making a delivery stop and stopping at a road sign or red light or rest area. By comparing the location device outputs and determining when the vehicle is stopped, with the delivery door sensor, a determination of a stop can be assured. Other calculations can be utilized on single sensors such as to count the number of times the delivery door opens and closes, or as a package is scanned as it enters or leaves a vehicle.

A positioning system 25 can be used to determine the geographical position of the vehicle 19 on or above the earth's surface. The positioning system 25 could be GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other suitable position tracking system.

FIGS. 7, 8, 9, and 10, are modular component diagrams of the advance notification system 10 of the present invention, as configured to operate for example, but not limited to, delivery truck systems. Furthermore, each diagram helps to show examples of VCU 12 in different, but not limited to, system configurations and applications. It will be apparent to those skilled in the art that numerous other variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention.

To better understand the modules within VCU 12, FIGS. 7, 8, 9, and 10, are examples of different configurations for providing advance notification of an impending arrival of a particular vehicle. Moreover, to understand the VCU 12 in different systems, FIGS. 7, 8, 9, and 10, are illustrations and modular diagrams of the advance notification system and how the VCU 12 interacts with the other system components. FIG. 7, is an advance notification system 10 comprising, preferably, a plurality of on-board vehicle control units (VCU) 12, a modular Base Station Control Unit (BSCU) 14 and one or more person's linked to a computer network with one or more computers 36. In this configuration each Vehicle Control Unit (VCU) 12 is equipped with a global positioning system (GPS) 25 receiver for receiving satellite signals for determining vehicle location. The global positioning system (GPS) receiver sends positioning data to the Computer Controller (CC) 12a. The computer controller 12a from a hierarchy standpoint controls the overall operation of the Vehicle Control Unit (VCU) 12. The computer controller 12a interacts with the Cellular Transceiver (CT) 18a and establishes wireless communication through the Wireless Transceiver (WT) 26 to the Base Station Control Unit (BSCU) 14. Actual communication between the Vehicle Control Unit (VCU) 12 and the Base Station Control Unit (BSCU) 14 can occur when the Computer Controller (CC) 12a receives wireless communication from the Base Station Control Unit (BSCU) 14, or when predefined User Input Controls (UIC) 21a are activated, or when a predetermined time period has expired, or a predetermined vehicle location is determined, through the Global Positioning System (GPS) 25 receiver. The actual communication protocol is normally set by the Base Station Control Unit (BSCU) 14 and established from the end-user requirements during the setup of each system.

The advance notification system 10 is customized for each system implementation for communication optimization needed for lowering the number of wireless messages and the cost between the Vehicle Control Unit (VCU) 12 and the Base Station Control Unit (BSCU) 14. As an example, when

12

vehicles have extended and long drives, normally in rural or remote areas, communication can be stopped until the vehicle reaches a predetermined location, time, or when polled by the (BSCU) 14. Upon reaching the predefined location, or the expiring of a predefined time period, or when polled by the (BSCU) 14, communication is restarted. Additionally, the actual communication can be triggered by the activation of a User Input Control (UIC) 21a. As an example, when a vehicle driver activates the User Input Control (UIC) 21a (when a package is delivered and sensor is activated), communication from the Vehicle Control Unit (VCU) 12 to the Base Station Control Unit (BSCU) 14 can be established. Because the (BSCU) 14 controls the communication protocols (ability to analyze travel data for best communication methods, then down loaded to VCU 12) in the (VCU) 12, multiple combinations in most trucks can be used to limit communication.

FIGS. 8, and 9, are illustrations of advance notification system configurations, without the use of a Global Positioning System (GPS) as shown in FIGS. 1, 2, 6, 7, and others. These configurations illustrate a system for notifying a Person's Computer (PC) 36 by tracking each vehicle's package delivery attempt, by monitoring User Input Controls (UIC) 21a and each truck route list with order of delivery (RL) 21b. By monitoring each vehicle's attempted delivery and their particular route order, advance notification can be set for a prior stop, a particular estimated location using mapping software and/or past records of vehicle times associated with package delivery stops and the time between.

FIG. 11 is a schematic circuit diagram of the VCU 12.

The VCU 12 is designed to be a compact unit with a generally rectangular housing 34 that is mounted preferably on or in front of the dashboard of the vehicle 19 in view of and within reach of the vehicle driver. In the housing 34, the microprocessor controller 16 is interfaced with the transceiver 18 by a transceiver jack 31 (preferably a conventional 8-conductor telephone jack when transceiver 18 is a mobile telephone), and the transceiver 18 includes an antenna 32 for transmitting and/or receiving signals to and from the BSCU 14. Furthermore, the VCU 12 includes a liquid crystal display (LCD) module 33 disposed for external viewing of the display by the driver for providing information to the driver, as described previously.

FIG. 12 is a more detailed schematic circuit diagram of the electronic components associated with the VCU 12. The microprocessor controller 16 essentially controls the operation of the transceiver 18, the Global Positioning System (GPS) 25 and the LCD display module 33. A switching element 37, such as an opto isolator (optical isolator) unit, provides a buffer between the microprocessor controller 16 and the battery 35 as well as switches 20, 21, 22, and 23. An EEPROM 43 is provided for storing the control programs (FIGS. 11 and 12) and other requisite data for the microprocessor controller 16, and a RAM 44 is provided for running the control programs in the microprocessor controller 16. A matrix keyboard emulator 39 is interfaced between the transceiver 18 and the microprocessor controller to control and transmit signals over the transceiver 18. Further, a dual tone multiple frequency decoder 41 is interfaced between the mobile telephone transceiver 18 and the microprocessor controller 16 for decoding modem signals, or tones, received by the mobile telephone transceiver 18 from the BSCU 14.

B. Base Station Control Unit

The BSCU 14 may be implemented using any conventional computer with suitable processing capabilities. The

13

BSCU 14 can communicate to the homes or businesses of customers via, for example but not limited to, either of the following interfaces: (a) computer links through modem cards to the user computers 29; (b) a computer network operated by an Internet service provider. The Internet adheres to the conventional computer-networking model and supports the carrying of application information in an application independent fashion. The computer network is a cost effective technology that delivers voice and data information between computer terminals and a computer network or Internet using existing POTS (plain old telephone service) lines, ADSL (asynchronous digital subscriber line), FTTC (fiber-to-the-curb) networks or cable television network or a combination of the two infrastructures. The BSCU 14 or parts of the BSCU 14 may also reside in a user home or business as a stand alone operational system, via software operating on a user computer and receiving vehicle location information from VCU/s through a modem and/or network link. Moreover, the BSCU and user computer may contain combinations of modules for achieving notification of the impending arrival of a vehicle at a user stop, on that user computer/computer address.

In the preferred embodiment, a centralized BSCU 14 communicates through a direct link to a computer network and/or multiple port modem cards to user computers 29. When using multiple means in this regard, a set of conventional modem processing cards 36 are utilized for communicating with computers 27 in one or more homes or businesses, or with computer/Internet addresses as depicted in FIG. 1 as user locations 36. The system 10 could be configured to send an electronic message to prospective users' network address, thus warning them of the impending arrival of a vehicle 19, as opposed to sending data to activate a user computer equipped with additional software, for displays and audio warnings. In the preferred embodiment, the BSCU 14 includes at least one communication mechanism 26 and associated line 26a, dedicated for communication with the VCUs 12. However, as mentioned previously, the BSCU 14 may be designed to communicate with the VCUs 12 via any suitable wireless communication device, in which case, the BSCU 14 would comprise a corresponding transceiver having the ability to receive a plurality of signals from the plurality of vehicles 19.

The BSCU 14 also includes at least one, but preferably a plurality of telephone modems 27 (or other suitable communication interface) with associated telephone lines 27a, for making the communication links to users' computer locations, or in this case, the homes or businesses of the users receiving and sending packages. The user messaging program (FIG. 3) for the advance notification system can be designed to send messages to the computer address associated with homes or businesses of that user and allow the computer to display a message to be recognized as that of the advance notification system. Although, sending information from a BSCU to a user computer as described above is used in this example, other configurations are equally important. Another configuration includes a user computer 36, equipped with the BSCU software modules and a link to a computer network 27 for receiving vehicle location information FIG. 8.

The BSCU 14 modules and the PC 36 modules can be configured in multiple arrangements. In FIGS. 7, 8, 9, and 10, system modules are setup in different configurations to show examples of moving modules from remote BSCU 14 areas to a PC 36. A system setup normally requires a Wireless Transceiver (WT) 26 for communication with the VCU 12 on vehicles and a Vehicle Location Data Base

14

(VLDB) 14a for storing vehicle location data and a Mapping Software Data Base (MSDB) 14b for positioning the vehicle's location onto maps and a Notification Data Base (NDB) 14c for activating an impending arrival message from a User Request Data Base (URDB) 14d. The URDB 14d stores each person's phone number/s, computer address, preferences for notification, package information, stopping deliveries when out of town, etc. The Person's Computer 36 linked to a computer network is for receiving impending arrival messages when vehicles are approaching. A person's computer can be equipped with standard messaging software associated with a computer network or additional software that activates additional audio and/or video when vehicles are approaching and an impending arrival message is received. Moreover, networking software provided by commercial Internet access providers with electronic messaging (E-Mail) capabilities, provides an easy method for a person wanting impending vehicle arrival information on their computer screen without adding proprietary software associated with an advance notification system. Actual messages can be forwarded to the Vehicle Control Unit (VCU) 12 when necessary and displayed on the Liquid Crystal Display (LCD) 33a for driver requests and delivery needs, requesting additional information, etc.

FIG. 8 illustrates a system configuration for placing more intelligence and computer processing capabilities in each person's computer 36, as opposed to FIG. 7 where the Base Station Control Unit (BSCU) 14 is controlling the Mapping Software Data Base (MSDB) 14b, the Notification Data Base (NDB) 14c, the User Request Data Base (URDB) 14d and in FIG. 7 these modules are controlled by each Person's Computer (PC) 36 linked to a computer network. By equipping each Person's Computer (PC) 36 with proprietary advance notification system software as illustrated in FIG. 8, different system configurations can be used for optimization and customization for the end user. Additionally, information sharing between modules on a person's computer 36, as opposed to more modules located at remote locations (FIG. 7) away from each person's computer, may, in some cases, not optimize performance. By locating system modules (proprietary software) on each person's computer, the Base Station Control Unit (BSCU) 14 loading can be minimized. Moreover, actual onscreen video and audio associated with the advance notification warning can be stored on a person's computer, with activation by a vehicle's location as it reaches a predefined location, time, or prior stop. This configuration allows vehicle location information to be received by the Wireless Transceiver (WT) 26. The live vehicle location information is made accessible through the Vehicle Location Data Base (VLDB) 14a. The (VLDB) 14a also analyzes route data by averaging past routes with time from one location to the next. Time of day, day of week and month are also determining factors needed for determining the average travel time from one location to the next. The protocols used for the computer network communication between the modules located on a person's computer 36 and the modules located at a remote site 14 for vehicle location 14a are normally as follows. (a) The Person's Computer (PC) 36 contacts the Base Station Control Unit's (BSCU) 14 Vehicle Location Data Base (VLDB) 14a when vehicle location is needed for monitoring a vehicle for an advance notification warning. Timing cycles are used for vehicle location updates and preferences can be set for communication optimization. (b) The Base Station Control Unit (BSCU) 14 sends vehicle location to the Person's Computer (PC) 36 when a predefined time period expires, the estimated vehicle location is not correct with the actual vehicle

15

location, when a vehicle sensor is activated, or when loading or capacity allows for communication to take place. Additionally, vehicle location 14a information can be sent over a computer network and/or Internet at predefined times and automatically received by each Person's Computer (PC) that is linked to the computer network/Internet. A particular vehicle's location, in-between communication cycles, is established by past vehicle location records and average time needed to travel from one location to the next. Moreover, some configurations only update vehicle locations at a predefined time of day.

FIG. 9 and FIG. 10 are illustrations of an advance notification system configuration without the use of a Global Positioning System (GPS) as shown in FIGS. 1, 2, 7, and 8. These configurations illustrate a system for notifying a Person's Computer (PC) 36 by tracking vehicles' package delivery attempts, by monitoring User Input Controls (UIC) 21a and each truck's Route List with order of delivery (RL) 21b. By monitoring each vehicle's attempted delivery and their particular route order, advance notification can be set for a prior stop, a particular estimated location using mapping software and/or past records of vehicle times associated with package delivery stops and time between. The BSCU 14 modules can be networked between remote locations and a PC 36. These configurations allow the BSCU 14 to run all or some of the proprietary software and messaging capabilities for sending or displaying impending arrival messages to or on a PC 36 before a particular vehicle arrives. Additionally, setting preferences can be achieved by connecting a (PC) 36 to the data stored on the BSCU 14, or storing the preferences on each PC 36.

The messaging program (FIGS. 3, 4, 5, 6, 8, 9, 22, and 25) associated with the advance notification system 10 may also be configured to make the user computer 36 exhibit a distinctive audio sound, or audio message, so that the recipient can be a way from the computer and receive the message. The message may also be in the form of a code for activation of advance notification software for displaying messages or direct a modem link for playing audio from a broadcast. A standard activation or broadcast of a message is in signals, sent to a computer with a modem attached, over a telephone line and typically in the form of tones. The message is asserted over the telephone line 29, for accessing a computer address and establishing a communication link to a user computer 36 over a telephone line 29.

Implementation of an advance notification system over a computer network may be accomplished by purchasing a networking feature as a software and/or hardware package or in the form of a software program with communication capabilities and network service provider package or links to networks. One form of a network link is in the form of an Internet service provider. This service is widely available to the public. Generally, Internet service providers operate network computers for linking computers with other computers, now usually over normal telephone line interfaces, but greater capacity handling communication links including fiber optics, cable television networks, and digital wireless networks may also be used. When a computer is connected over a telephone line to an Internet service provider the telephone line link travels from telephone lines linked to the Internet service provider through the telephone company switch to the user computer.

The feature for establishing the Internet connection is sold to the public under several different commercial trade names. Examples are as follows: America On Line (AOL), Microsoft Network (MSN), AT&T WorldNet Service, CompuServe and many more.

16

The package addresses are normally associated with the package identification numbers in many ways. For example, the package address may be added to the package by additional bar coding when the package is shipped or, the user sending or receiving a package may connect to the BSCU over a computer network or telephone and add an address (computer network address) to a package identification number for activating an advance notification message associated with the impending arrival of a vehicle carrying this package.

II. System Operation

A. Initialization

Initially, vehicle stops for each vehicle 19 are programmed into the advance notification system 10 by entering the respective package addresses. As the vehicle 19 is loaded with packages, the package addresses are considered as the vehicle location stops by the system 10. The actual addresses of the packages are normally scanned into a database program using a bar code scanner device (United Parcel Service tracking numbers are of the following formats: 1Z 999 999 99 9999 999 9, 9999 9999 999, T999 9999 999, or D999 9999 999 with spaces and dashes ignored). The actual vehicle number (which delivers or picks up a package from a business or resident, and not necessarily mid-point vehicles) and package addresses are recorded into the BSCU 14 when packages are sorted to a specific delivery vehicle or truck or entered into the BSCU 14 by the user sending or receiving the package. Additional vehicle stops may be added when requests to pickup packages are received. The request to pickup a package can be downloaded to the VCU 12, with a display for the driver to accept or return for another driver or time/day. If the vehicle driver enters route or package data (the order of delivery, packages, or changes from a computer generated delivery list) the data is then uploaded to the BSCU 14. The timing and package delivery locations are recorded in the BSCU 14 during the initialization of the system 10 and used as a reference for determining locations from impending arrival message points. This information accesses the computer network to inform a user computer when a delivery vehicle 19 is at a predetermined time, mileage, street location, and/or last delivery away from a vehicle stop. In the preferred embodiment, determining the location of a delivery vehicle 19 is accomplished by sending the vehicle location of a delivery vehicle 19 from the time the vehicle departs and/or starts its route.

The timing information is recorded during the initialization and daily recording of vehicle locations with time, and the system 10 is used as a reference during the usual operation of the system 10 for the purpose of determining whether a delivery vehicle 19 is at a predetermined location or time from a delivery stop. Other reference information may be obtained from software for mapping, for example, streets, vehicle speed limits, and traffic flow.

However, it should be emphasized that other methodologies could be utilized for determining the communication to or from a location sensor of a delivery vehicle 19. For example, the GPS sensor 25 may communicate with the BSCU 14 when the delivery vehicle 19 is in motion (as indicated by phantom lines in FIG. 1), additional VCU timing cycles for communication controlled by the microprocessor controller 16. At particular times, the longitude and latitude readings or optionally a Universal Transverse Mercator (UTM) grid system number, could be sent when the vehicle is in a stationary position, the communication cycle controlled by the microprocessor could be slowed down to one cycle until the vehicle is in motion again, compared to

US 6,741,927 B2

17

reference longitude and latitude or (UTM) information readings which were obtained on a cycle per minute when the vehicle is in motion 10. In this way, the determination of the location of a delivery vehicle could be accomplished by less communication to and from the VCU and BSCU 14.

Another methodology, which could be utilized for the timing cycles of communication to and from the delivery vehicle 19 involves interfacing the BSCU 14 with wireless communication protocols. The BSCU 14 system is equipped with communication software for contacting each VCU 12 and asking for GPS longitude and latitude information or Universal Transverse Mercator (UTM) grid system information from the VCU 12 on each delivery vehicle 19. The vehicle location may be polled in normal communication protocols, such as contacting each VCU 12 in a first to last cycle with vehicles in motion or on a normal clock cycle for minimizing communication to and from the VCU 12 and BSCU 14. The received delivery vehicle location (longitude and latitude or Universal Transverse Mercator (UTM) grid system information) from the VCU 12 to the BSCU 14, is calculated from the time and/or distance away from a stop using mapping technology for road distances, and additional speed limits, actual traffic averages, and other means for better calculation accuracy.

B. Regular Operation

The overall operation of the advance notification system 10 will be described with reference to FIGS. 13 and 15. FIG. 13 sets forth a flow chart showing the overall operation after the system 10 has been initialized. FIG. 15 shows an example of a schedule of possible events and the interactions, which might occur between the VCU 12 and the BSCU 14 as the vehicle 19 travels along its route and makes its scheduled delivery stops.

In FIG. 13, the right-hand column illustrates the sequence of events for the BSCU 14, and the left-hand column illustrates the sequence of events on the VCU 12. In the efforts to lower overall communication between the VCU 12 and the BSCU 14 when large vehicle fleets are equipped with the advance notification service, actual vehicle locations in the BSCU are based on past route comparisons, as shown in FIG. 16. FIGS. 14A and 14B are illustrations of a time line for delivery stops and planned route-timing events for each stop. The time line has the following time designations: when the route should start 606, time to each stop 605, and the ability to change the route list 615 when the VCU location sensor determines a difference.

First in FIG. 13, the delivery vehicle ignition is switched on, as indicated at block 45a. At the beginning of each route, the system 10 could be configured to automatically initialize itself upon power up of the VCU 12. The delivery door opening or a bar code scanner initiating communication, or both, could activate the powering up. Further, the BSCU 14 could be programmed to initiate itself after the vehicle 19 moves to a predefined distance or location, such as a waypoint (longitude and latitude or Universal Transverse Mercator (UTM) grid system information area), determined by the GPS 25. This initialization action causes the microprocessor controller 16 to inform the BSCU 14 of the vehicle location and the beginning of its route. The foregoing action is indicated at flow chart block 45b (FIG. 13). Alternatively, the vehicle driver can press the start/reset switch 21 on the VCU 12 system menu 21 to initialize the BSCU 14 for restarting the route tracking sequence. Additionally, driver/user options may be accessed by the user controls on the VCU 12.

After initialization of the VCU 12 to the BSCU 14, the display module 33 on the VCU 12 preferably displays stop

18

and location information. The stop location continuously (FIG. 40) runs on the display as the delivery vehicle 19 progresses along its route.

Next, as indicated at flow chart block 45c (FIG. 13), the VCU 12 determines, continuously or periodically, the location of the delivery vehicle 19 by the GPS 25 and sends the BSCU 14 (FIG. 1) the location information in view of the planned route or stop sequence data (derived from initialization of the packages on the vehicle and/or mapping technologies). In the preferred embodiment, the BSCU 14 at least compares the delivery vehicle current location with the planned route location derived from the logistics of current mapping and route planning technology (FIG. 10) for determining time and/or distance away from a user stop. By comparing previous vehicle routes with time differences-between waypoints (longitude and latitude points or Universal Transverse Mercator (UTM) grid system information points an average route timing data base may be used to calculate the time to travel from actual vehicle locations to the impending arrival time at a particular stop. Additional traffic flow measurements may be added by comparing time of day, actual live traffic flow sensors, or other methods.

The method for determining a distance from a user stop for activating an advance notification message may be accomplished by software at the BSCU 14 or the user computer. The user interactive software shows the current user location on a map (FIG. 31). The user places road markers FIG. 38, a circle perimeter FIG. 36, a grid perimeter FIG. 37, which allows the vehicle to determine actual points at each road for a message of the impending arrival of a vehicle, etc. The actual vehicle location activates the impending arrival message when the location matches the selected choice from the user preference data base. Furthermore, the actual order of vehicle stops may be used to determine if the vehicle is entering a selected area on more than one occasion. This comparison provides a distinct advantage by increasing the accuracy of a vehicle impending arrival message by sending the message after the last entry of a vehicle into the user-predefined area. Another advantage of comparing the delivery order list to the user defined areas for notification is the addition of the number of deliveries before reaching the user stop to the impending arrival message, e.g., "UPS has 3 packages for delivery and is 1 mile from your stop at this time. The vehicle has 2 other stops before reaching your location".

While the delivery vehicle actual locations are compared to the existing travel time and distances (FIG. 15), the BSCU 14 is also storing actual location events (time between longitude and latitude or Universal Transverse Mercator (UTM) grid system information points) for averaging with the planned route/travel time over distances. When the BSCU 14 begins sending messages to user computers at a predefined time, distance, location, and/or prior stop, for the impending arrival of a delivery vehicle 19, each particular user computer 36 receives an electronic message and is displayed on their screen, as indicated in flow chart block 145a (FIG. 16). In one example, as shown in FIG. 16, at waypoint number 20 (140c) along the delivery route, the BSCU 14 places a message (144c) to a user computer at waypoint 30 (140d) of the delivery vehicle actual location. A second example in FIG. 16, shows a user being notified when the vehicle is one mile away (144d) from waypoint 30 (144d). The third example in FIG. 16 shows a user being notified when the vehicle is at a predefined street location (144b). This is accomplished by comparing street mapping software with included longitude/latitude or Universal Transverse Mercator (UTM) grid system information

**19**

coordinates, notification requests, and the (BSCU) 14 vehicle location data base (VLDB). As shown in the configurations (FIGS. 15 and 16), time is used to cross reference travel between locations. Determining vehicle location, between communication updates, is achieved by comparing times of prerecorded route information, actual live traffic monitoring systems, and statistical data.

Additionally, preferences for activation of advance notification warnings are shown in FIGS. 33, 34, 35, 36, 37, and 38. After a preference is selected from the end user, the data is normally placed into the Notification Data Base (NDB) 14c after calculations have been made from the address entered into the BSCU computer from a network connection as shown in FIGS. 30 and 31, or ANS software residing on their computer, with or without a network connection. The other calculation of information is in finding an actual longitude/latitude or Universal Transverse Mercator (UTM) grid system information coordinate of each home, business, street address, or most other places on the earth's surface, which can be found with existing mapping software. The Universal Transverse Mercator (UTM) is one grid system that eases the conversion of GPS readings to map data.

Another example compares the list of stops with the vehicle location and determines the last occurrence before the delivery vehicle will cross the predefined marker points to activate the impending arrival message.

Additionally, the BSCU 14 adjusts its messaging activation to an actual stop point at each user stop. This allows each user to be notified in accordance with the selected predefined time, distance, location and/or last stop, for example, "The XYZ Delivery Company truck is currently at the corner of Delk Road And Peachtree Street and is approaching your stop" block 415 (FIG. 18). A second message 419 (FIG. 18) will also be sent when the vehicle is detained outside of the predefined system preferences for being late for a stop after sending the initial message 415. Furthermore, in this configuration, a third message is sent as the vehicle arrives at the stop 424. The Flow Chart 399 (FIG. 18) shows an example of the messaging sequence from the BSCU to each user. The example also shows the activation methods used for determining when a vehicle is late and a second and/or third message should be activated and sent to the person's computer. However, when the BSCU 14 determines that the delivery vehicle 19 is excessively late after notifying an individual of an impending arrival at a particular stop, the BSCU 14 resets the message for a route update sequence (FIG. 17) that informs the user of an unexpected occurrence (e.g. a traffic jam), as indicated at flow chart block 399 (FIG. 18). The planned route (FIG. 17) 401 is updated by the actual route information when the preferences 403 are exceeded and the actual time exceeding the predefined limits 406 are reached. The route update is complete when the new actual time 402 resets the planned time associated with the location of the vehicle. The route timing update is shown in block 404 (FIG. 17). After each route update, a message update routine determines if an end user needs a second or third message. The activation of a second message is normally determined by the planned location predefined limit 403, or an individual limit predefined for sending a second or third message. The illustration (FIG. 17) 406 shows an automatic sequence for activating a second message 405 and sending a second message 405b, when each route is reset. A more detailed description (FIG. 18) 399 shows how the activation of a second message is determined.

As indicated at flow chart block 45f (FIG. 13), the BSCU 14 again determines if the delivery vehicle 19 is on the

**20**

planned route and stop schedule by analyzing the vehicle location 25 (FIG. 1) and comparing it to the actual stops on the list. Preferably, in this regard, the BSCU 14 at least compares stops on the driver list and the actual location of stops made by the driver to determine if the driver has changed from his route list order. Other stops, such as pickups (FIG. 44), are displayed on the vehicle VCU display, and changes to the route list (FIGS. 42 and 43) order are available to the driver via push button entry. Additionally, so the driver acknowledges a new entry or route update, the VCU may be equipped with an audible sound, such as a buzzer, tone, or different voice recordings for announcing each event without the need for the driver's eyes to look at the VCU display when driving. Accordingly, requests for package pickups are processed in the BSCU 14 and sent to the appropriate vehicle VCU 12 and scheduled into the drivers' list of stops (FIG. 41). The driver has the final opportunity to reschedule (FIG. 43) or move (FIG. 42) an added stop through the VCU 12 push button menu.

For example, FIG. 14 shows a finished delivery route that started at seven thirty. After starting the delivery route, the delivery vehicle arrives at stop number 001 at 07:37:22 AM 610 after driving seven minutes and twenty-two seconds 609. Stop 001 takes two minutes to unload all the packages and another two minutes and ten seconds to reach stop 002 at 07:41:32 AM. Stop 003 takes five minutes and forty-five seconds from the time the vehicle arrived at stop 002. The arrival at stop 004 is on time but the delivery takes an unexpected ten minutes 614 and causes a ten-minute delay 615 in the scheduled route. The scheduled route list was rescheduled by the delay 615 of ten minutes and stop 005 was reached ten minutes later than the scheduled planned route, at 08:13:34 AM. The VCU display in FIG. 14 and block diagram 602 is an example of the information that the driver sees and uses. The other route information shown in FIG. 14 and block diagram 601, is not needed for driver interaction and is a VCU 12 automatic component for lowering the wireless communication between BSCU 14 and the VCU 12. Although not disclosed in this example, additional directions with or without map displays, estimated route completion times, on or off normal schedule indicators, and others may also be displayed on the VCU display module 33. Just prior to leaving a stop, the driver views his next stop on the display module 33. Additional directions can be activated by the drivers' input or automatically after a predefined time period or a predefined distance the vehicle has traveled. The automatic display changes may start when the driver arrives at a stop by displaying the next location. The display shows the next address until the vehicle has started moving and the display cycles between the next stop's address and a map display showing directions. The display continues to cycle until the vehicle arrives at the next stop, then the sequence repeats.

The vehicle location and the communication of the vehicle location from the VCU 12 to the BSCU 14 are determined by both the BSCU 14 and the VCU 12 for lowering the amount of wireless communication. As previously explained the VCU 12 can be programmed to compare a planned route with an actual route and communicate to the BSCU 14 when the differences exceed the predefined limits. The VCU 12 can also be programmed by the BSCU 14 for communication cycles. The cycles which can be programmed for acknowledgment of sensor activation and communication from the VCU 12 to the BSCU 14 can only be made when the vehicle has left stop 1. The display module 33 preferably displays "next stop" followed by directions and/or messages received from the BSCU 14. The

US 6,741,927 B2

21

foregoing feedback signal from the vehicle in motion may be replaced or generated from other sensors, such as the driver seat, the ignition switch, placement of the vehicle in gear, etc.

In accordance with FIG. 27, the BSCU 14 checks the vehicle location to confirm that the vehicle location 141*a* corresponds to the programmed vehicle location 140*a*. When actual vehicle location 141*a* is different from the planned route location 140*a* changes are made 142*a* in the planned route data. Determining when the vehicle 19 is at a predetermined location on a map is shown in FIG. 28. The actual location points and/or addresses 341*a*–341*f* are determined by the VLDB 14*a*, the MSDB 14*b*, and the URDB 14*d*, then stored into the NDB 14*c*. In FIG. 27 a user at 1010 Oak Lane 332 has requested an advance warning time. The advance warning time is five minutes and thirty seconds 336 before XYZ Delivery Company 335 delivery truck arrives. When the vehicle crosses any locations matching notification time/s 341, shown in more detail in FIG. 28, the advance warning is activated. The only exception is a stop that is scheduled between an activation point/location and the final destination. The delay of notification for each stop between (FIG. 27) 343 is used to determine an arrival time when other stops will be made between the activation points and the targeted destination. Past route averages normally determine how much time a stop will take. In FIG. 27, block diagram 343, each stop in-between the activation points/ locations and the final destination will take fifty-five seconds. Each stop the vehicle makes, at each location, can be averaged and therefore different and better determinations of actual delivery times can be made for more accurate advance warning message times. Although time is used as the advance notification method 336 in this example, notification by distance 337, and notification by location 338 can also be used.

If the delivery vehicle 19 is stopped in traffic, the then VCU 12 will continue to communicate with the BSCU 14 each time the vehicle is in motion to inform the BSCU 14 of this new location, not exceeding the predetermined cycle limit, such as a vehicle in start/stop traffic. If the vehicle 19 is on a normal schedule and on an expressway or interstate, the BSCU 14 may have a Vehicle Location Determining Factor (VLDF) 104 (FIG. 21) of 95% or higher, without repeated cycles from the normal operation of the VCU 12. Based on the location of a vehicle and the VLDF 104 the BSCU 14 may lower the communication cycle rate of the VCU 12 until the vehicle enters a more demanding area or an area closer to a user stop or when the VLDF 104 is at a lower percentage. The VLDF 104 (FIG. 21) is determined by the past vehicle location points and averaged time. This feature can lower the communication rate from the VCU 12 to the BSCU 14 by determining when communication should be increased or decreased and not overloading existing communication channels. Other methods to determine when to use cycle communication, as shown in FIG. 21 and FIG. 24 are before the route starts 914, and in FIG. 23 when the route is in progress 901. Moreover, as previously described, the VLDF 104 is also used to determine when cycle communication is used. In FIG. 23, the next stop is evaluated by the time 905 and distance 904, then the distance 904 is compared to the default distance exceeding limit 906, and the time 905 is compared to the default time limit 907. When time or distance exceeds the predefined limits, the method is changed to cycle communication 910 for delaying communication when it's not needed. The distance, location, or time 911 sets the restarting of communication. FIG. 24 shows an example for determining

22

when to use a cycle communication method in a route list, before the route starts 914. By comparing the route list with mapping software 915 for determining actual roads and streets to be traveled, adding the notification data base (NOB) 916 (when impending arrival messages will be sent), delays between notification activation times can be determined. When the time delay between notification times reach a preset limit, in this example ten minutes 917, the communication can be stopped 918 for a period of time 919 or when a location is reached 920. The actual time or distance for stopping the communication is determined by the amount of time or distance/location between stops and notification activation points.

After the BSCU 14 downloads communication methods to the VCU 12, and during the VCU 12 actual route, if the VCU 12 communication monitoring means determines no changes in the vehicle location and no sensor activity after a clock cycle has been completed, communication is delayed until the vehicle location has changed and/or actual sensor activity is determined. Additionally, when the VCU 12 communication monitoring means determines a communication problem after an attempt has been made to contact the BSCU 14 (e.g. vehicle enters an area the wireless communication means cannot connect to the BSCU 14 known in the art as a "dead area or drop area), the clock cycle is accelerated until the communication to the BSCU 14 is regained. The VCU 12 will continue to monitor the inputs from devices (FIG. 12) 20, 21, 22, 23, and 25, to gain current information when communication is acknowledged/ restored.

Communication methods are normally associated with wireless loading and the ability to handle a fleet of VCU 12 responding to one BSCU 14 in most configurations. When other configurations are used for advance notification systems, such as, (FIG. 19 and FIG. 20) the VCU 12 equipped with a delivery order route list (FIG. 19) 181 and a sensor or activation method for determining when an attempt to deliver a package on the route list has been made, the communication is simply activated by the sensor input. In FIG. 19, the flow chart shows how the VCU 12 and the BSCU 14 communicate to locate a particular vehicle location. To find a vehicle's location 160, in this configuration, the current stop and order of delivery list 161 is determined from the information received by the VCU 12. The location of the last stop 162 and the time of the last stop 163, is compared with the next delivery stop 165 and the distance 166 and time 167 between the stops for an estimated time of arrival 169. Mapping software 14*b* and prior route records of past deliveries 168 provide additional data for determining the vehicle's location. Determining the activation of an advance notification warning associated with this configuration is shown in FIG. 20. When a delivery or an attempted delivery is made 191, the information is sent 191*a* from the VCU 12, to the BSCU 14, and the BSCU 14 determines what stop is next on the delivery list 193, and then tries to find this next stop in the data base 194. If the user has information in the data base, preferences for sending an impending arrival message 195 are established and a message is sent to this person's computer of the impending arrival of a vehicle 196.

In FIG. 35, the VCU 12 is using and monitoring via the computer controller 12*a*, a GPS 25 location device and the user input controls 21*a*. The vehicle location and sensor input is sent to the BSCU 14 from the VCU 12 cellular transceiver 18*a*. The BSCU 14 receives the wireless information after the wireless information from the VCU 12 passes through the closest land based antenna, then the

US 6,741,927 B2

23

information is routed over switched telephone lines to the BSCU 14 modem connection 26k. The vehicle information 201 is added to the vehicle location data base (VLDB) 14a. The actual user notification requests are received from a person's computer connected over a network 209, and taken from user input options 210, then stored into a notification data base (NDB) 211. The notification data base (NDB) 211 includes timing for activating an advance warning 205 to physical and electronic addresses 204 and compiling this information into a list for notifying persons' computers 203 associated with a route list. To activate a message, the vehicle location and the preferences for notifying an individual should match 202. When the match occurs, a message is initialized 208 and sent to a person's computer 207, through computer network interface 206 and computer network 300.

The information sent to a person's computer can be received with normal computer networking software, or with additional proprietary software. With proprietary software (FIG. 25) operating on a person's computer 223, the software can determine when a vehicle is approaching 224, then compare user preferences 225 when a vehicle is approaching for displaying video 226 and playing audio messages 227 of the impending arrival of a vehicle. Display information can for example, but is not limited to, any of the following display options 226a, show vehicle driver information 230, vehicle information 231, location on a map 232, time countdown 233, mileage countdown 234, last delivery or stop location 235, cargo information 236, etc. Audio information can be for example, but is not limited to, any of the following audio options 227a, play audio of vehicle name 238, vehicle information 239, street address 240, time countdown 241, mileage countdown 242, last delivery or stop location 243, identification of cargo 244, etc. An example of a person's computer operating proprietary advance notification software is shown in FIG. 26. The display shows a map 770a, a location on a map that represents a person's business or home address 773a, and the location of a vehicle approaching the business or home address 774a. Additionally, this display has been configured to show the time before the vehicle arrives 771a, and to show the distance in miles before the vehicle arrives 772a at the person's business or home address 773a.

At the end of a delivery route (FIG. 44), the VCU 12 makes an inquiry to the BSCU 14 as to whether there are any more delivery stops 151. If the delivery list has been completed 152, then the VCU 12 may contact 153 the BSCU 14 and receive additional information 155 to display on the VCU's LCD 155a that prompts the driver to stop at a receiving dock for more packages, (especially during the holiday seasons and peak loading) or meet a second delivery vehicle to share its load when it is behind in its schedule. When the vehicle receives packages from another vehicle, the packages taken from the second vehicle are normally scanned out with normal hand held bar code scanners and are loaded and scanned into the first vehicle package delivery data base 151 and the package location information/bar code numbers (package identification numbers) are uploaded to the BSCU 14 with a new vehicle number. The route list is established from the BSCU 14 determining the shortest routes from the addresses and downloaded to the VCU 12. The sequence for notification to a user computer is restarted.

A second method for a user to learn of the impending arrival information of a package delivery may be accomplished by a user accessing and requesting information through a computer network, for instance, the Internet, from

24

the BSCU 14 through an Internet site or home page. The BSCU 14 software is designed to be added to the existing Internet site pages, which are owned and operated by delivery companies. When a user accesses a computer address (e.g. Internet site), the user may enter requests for a delivery by entering their telephone number, business or home address, or package identification number, for locating actual packages for delivery. If a delivery is to be made that day, an actual route list from each vehicle stored in the BSCU 14 is compared to the planned route and scheduled time of delivery (STD) database. The STD is a record of events from other routes, this record averages the time and distance to be traveled with the actual route in progress. Note: the STD records are from GPS sensor readings and time between or travel time between each reading and not from completed routes from start to finish. Thus, by incorporating the STD with the actual delivery schedule, estimated time of delivery is established and accessible to a user requesting delivery schedule information. The advantages of offering a user a close approximate time of delivery are easily seen in these examples: a user needing to leave a delivery stop (home or business) for lunch or errands and expecting an important package to be delivered, or a user needing materials for an important meeting and knowing if the materials will be delivered before the scheduled meeting time. Upon receiving the information request from a user computer linked to the BSCU 14, a request for a vehicle, package, or user location (street address/location on a map), telephone number, computer address, etc. can be made available to the user to locate an area in which a delivery is going to be made. The vehicle associated with the delivery to this user business, or package identification number processes that delivery request. If a package is scheduled for delivery, the actual delivery vehicle estimated time of arrival is given to the user requesting the information in, but not limited to, two formats, one the time of day (1:45 PM) and/or a time count down (4:21:03). Additionally, people placing requests may be offered other services from the delivery companies, these requests are made available to the companies to increase revenues while providing the customers with more and better options on deliveries. One example of a user request is an express delivery request (EDR) option. An EDR becomes available through the existing advance notification system network by allowing customers to interact with the vehicle's driver through their computer connected to a network. A customer can send an EDR from their computer to the BSCU 14 over a computer network, then a live operator or preferably an automatic calculation of the driver's load, schedule (early or late), and location/distance from the address sending the EDR; The request is processed and a new estimated time of arrival can be given to the customer, with an optional additional fee from the delivery company. Additionally, a customer can look up a location on a route and meet the driver at a prior stop when an EDR is not used, thus shortening the driver's route time. Upon requesting an EDR, an estimated time of arrival is given to the user. At the same time a quoted fee (on-screen) based upon a flat rate or the actual delay time for that particular vehicle is given to the customer.

The BSCU 14 communication controller 16 may also control a second messaging means over a normal telephone network as described in more detail in the Patent Application "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by Jones et al. and assigned Ser. No. 08/063,533, now U.S. Pat. No. 5,400,020 to Jones et al. that issued on Mar. 21, 1995. The Patent describes an advance notification system with a BSCU controller for messaging

US 6,741,927 B2

25

through a telephone system. The flow chart in FIG. 13 shows a duel means of communication, both a telephone 45m and a computer with a telephone connection 45f (via a modem). By offering dual means of messaging to a stop, the likelihood of reaching or getting through to a user increases. In accordance with the user request when signing-up for the service (FIG. 39), the end-user can choose any combinations of, but not limited to, a telephone call with a voice message 170, a telephone call using a distinctive ringing sound 171, a computer message over a network 172, additional on-screen display/s 173, and an additional audio message/s 174.

In one configuration, the system first communicates to the user computer by initiating/sending a message over a computer network to a user computer address. If the person's computer is equipped with proprietary software for additional displays (FIG. 25) 226a and/or additional audio messages 227a, the person receives additional visual and audio warnings, based on their user preferences. Then, the microprocessor controller initiates a second module for communication by a telephone call to the user. The order of messaging (telephone or computer) is defined automatically or by the end user. Furthermore, each vehicle can have different notification preferences for announcing the impending arrival of more important vehicles in a method that is more surely effective. In most cases, the telephone is available more than the computer and the telephone call can activate pagers, mobile phones, and home phones with sound normally throughout the home or business phones normally answered by an individual equipped for handling messages. In the preferred embodiment, a telephone call may proceed a computer message to the homes of users and a computer message will proceed a telephone message to businesses. Additionally, a user responding to or acknowledging a message will stop the second method as described above. For example, a user expecting a package to be delivered, and only having one phone line, may receive an impending arrival message while maintaining normal communication practices. If a user is on the telephone talking to another business client, when he hangs up the telephone and views the computer, once connected to a network, a message will be waiting concerning the impending arrival of a vehicle. If the user receiving an impending arrival message has additional software, route calculations may be determined by the time of the message download or an up link may be requested for the actual vehicle location.

Moreover, as indicated at flow chart block 36 (FIG. 45), a personal computer with ANS software can process the user requests and contact the BSCU data base 170 for two primary reasons. First the personal computer with ANS software can be used for retrieving information from the BSCU data base 170, and using the information for activating impending arrival messages after the computer is disconnected from the computer network. Second, the BSCU data base 170 may be contacted before and/or in place of an impending arrival message sent from the BSCU. Each person's computer when operating ANS software 171, looks up user preferences 172 and checks for a network connection 173, if the network connection is not active, the ANS software starts the network software, then a request is sent to an area of the BSCU for vehicle information 176. An identification number associated with the person's street address processes the request from the person's computer. The address is looked up, then vehicles approaching this address 177 can be identified 178, with vehicle names 179, vehicle locations 180 and route stops with past vehicle records and directions from one stop to the next 181.

26

Additionally, cargo or other delivery information 182 is then sent back to the personal computer operating ANS software 171 for activation of impending arrival messages and displays, based on the user preferences. Furthermore, this configuration offers an individual with only one communication channel (phone line) the ability to be notified when the communication channel is being used or is not available when an impending arrival message is sent from the BSCU.

The ANS software can display the vehicle location/ impending arrival time, distance, and/or packages to be delivered before a particular delivery is made. The user requesting a route update receives a new message and/or vehicle location, number of packages before delivery, and if running, advance notification software for continuous updates, the user computer reschedules the impending arrival distance, time, or package delivery order, with each update, as the vehicle approaches.

Worth noting is that the BSCU 14 (FIG. 17) may be configured so that if a delivery vehicle becomes delayed by more than a maximum length of time, such as five minutes, the BSCU 14 immediately sends a message to the stops 36 of the users already notified of the impending arrival of that vehicle, in order to keep users at these stops 36 from waiting when a vehicle should have already arrived. When an impending arrival message 420 (FIG. 18) is sent to stop 36, and a vehicle delay of five minutes is determined before the vehicle arrives at this particular stop, a second message informing them of the delay is sent 421 to the same stop, based on the amount of delay, a third message may be sent 425 as the vehicle arrives at this particular stop.

Worth noting also, are the methods for determining the actual directions (roads to be taken) of a vehicle from one stop to the next which may be described, but not limited to, three areas. The first configuration contains dual route information in the BSCU 14 and VCU 12. Preferably, the VCU 12 displays road names or a mapping diagram for the driver to follow. The BSCU 14 has the same information for determining the route a vehicle is likely to take. The second configuration determines the closest and/or quickest route from one stop to the next by comparing mapping software, actual and past traffic flow. A third configuration is determined by past vehicle delivery routes. As found in the art of route management, most delivery vehicle drivers have roads and routes each individual prefers to take. Some of these routes are known to take more time, but for the determining factors associated with an advance notification system, these records provide a better means of determining distance, time, locations on a map, etc., when the driver's company policies do not request the following of predefined or displayed sequence of roads. In the preferred embodiment some, all, and additional methods may be used.

III. Control Processes

The control processes are normally, but not limited to, three different area locations. The first area is the VCU 12 on each vehicle, with the ability to communicate vehicle location, driver inputs, and/or cargo information to the BSCU 14. The second area is the BSCU 14 software, for communicating with the VCU 12, storing information from the VCU 12, and in some configurations, storing end-user data and preferences for generating impending arrival messages when vehicles are approaching their address. The third area of the control process is a person's computer for displaying impending arrival messages when a vehicle's impending arrival information is received from a computer network. Although additional software can be added for additional displays and audio, additional software modules

27

from the BSCU 14 can be added also. The overall control processes can be moved from one area to another area based on system configuration needs, normally determined by the application of the end-user. Worth noting, the communication channels and their internal control process are not considered in this description.

Furthermore, FIG. 7, FIG. 8, FIG. 9, and FIG. 10, are examples of general block diagrams containing, but not limited to, system modules and their ability to be moved or removed, without loosing the scope of the present invention. The ability to move the system modules (FIG. 7) for the implementation of a advance notification system requiring a person's computer to only have normal networking software, such as an internet browser from Netscape, Microsoft, America Online, etc. or Local Area Networks (LAN) attached to an information server for receiving vehicle impending arrival information, or most other networks with the ability to send and receive information over Cable, Fiber, Copper, or wireless channel/s. As shown in this diagram, a person's computer 36 is acknowledging a vehicle's impending arrival. In block 14, one module is receiving vehicle information from the VCU's 12. While this module indicates a wireless transceiver 26, it is replaced when a gateway converts wireless information into land line information with a modem. The vehicle location data base 14a, stores vehicle location information. The Mapping Software Data Base (MSDB) 14b is provided to locate roads and streets associated with the person's address and the vehicle's route from one stop to the next, this Mapping Software Data Base 14b also associates GPS numbers with actual physical addresses, distances over streets, roads, highways, etc. The Notification Data Base (NDB) 14c maintains location points, distances, times, and other activation information, associated with a person's physical address. In this illustration the Notification Data Base (NDB) 14c also is used to activate and send messages to the person's computer 36. The User Request Data Base (URDB) 14d stores user preferences, account information, and in this illustration, software used for entering or making changes to this data. By moving some of the system modules (FIG. 8), described as the BSCU 14, to the person's computer area 36, the person's computer 36 is able to process more of the information associated with the advance notification system. The person's computer 36 accesses vehicle location information from the BSCU 14 over a network, then compares the information to, but not only to, the MSDB 14b, the NDB 14c, and the URDB 14d. Furthermore, displaying additional information on-screen and/or additional audio messages associated with an impending arrival of a vehicle is easily accomplished. FIG. 9, is an example of tracking a vehicle without the use of a GPS location, or having another suitable location device on the vehicle. The control process compares route stop addresses 21b with sensor inputs at each location 22a. The location is logged into the Vehicle Location Data Base (VLDB) 14a and the next stop is looked up for tracking the actual path (streets/roads) 21b and averaging the running time to the next stop, with vehicle location estimations along each road. The person's computer 36 is equipped with software for placing an image of the location of the vehicle on a map 14b, activating an impending arrival message from the NDB 14c, when the vehicle reaches a predetermined location, and storing the user preferences in a data base 14d.

FIG. 10 shows a control process using the same VCU modules as FIG. 9, but moving all the modules from a person's computer, except normal networking software, to the BSCU area. This system can activate and send an impending arrival message to a person's computer when a

28

vehicle is at a predefined location, time, distance, or previous stop. It should be noted, without moving away from the scope of this invention, changing modules and other minor modifications to this invention for similar or customized applications, is obvious to individuals skilled in the art and not mentioned for that reason.

A. Base Station Control Process

With reference to FIG. 46 and FIG. 47, the base station control process 14 essentially comprises two control subprocesses which run concurrently, namely, (a) a vehicle communications process 47 or 54 and (b) a delivery messaging process 53 or a vehicle information update process 58, based on the location of the modules used to generate the impending arrival message on a person's computer. The vehicle communications process 47 or 54 will be described hereafter, followed by the delivery messaging process 53 or 58. FIG. 46 illustrates one advance notification system configuration using the BSCU 14 for messaging to persons' computer addresses, and FIG. 47 illustrates an advance notification system configuration using the BSCU 14 to update advance notification software on a person's computer by providing vehicle location to each person's computer address. It should be noted in the communication process to the person's computer, other combinations of sending/receiving information from the BSCU 14 and to the person's computer, are used and based on end user needs, tailoring, and configuration.

1. Vehicle Communications Process

The vehicle communications process 18 initially is started from a cellular link from one of the VCUs 12 located on one of the plurality of delivery vehicles 19 to the BSCU 14, as indicated by block 12, FIG. 1. The BSCU 14 vehicle communications process 18 is preferably capable of monitoring a plurality of telephone lines 26, for receiving information from a cellular phone or data network gateway that converts wireless transmissions into land line phone line transmissions (with or without additional connections through a computer network), from a plurality of delivery vehicles 19. As the number of delivery vehicles 19 increases, the number of telephone lines 26 (or bandwidth) which are monitored by the vehicle communication process (FIG. 46) 47 and (FIG. 47) 54 should also be increased to some extent.

After the start of a VCU 12 on a delivery vehicle (FIG. 13), the respective VCU 12 will initiate a cellular link 45b to the BSCU 14, as indicated by the telephone bell symbol (FIG. 1) 18. After the BSCU 14 receives the telephone call, a string of symbols is exchanged between the VCU 12 and the BSCU 14 so as to validate the communication connection, as indicated in (FIG. 13) flow chart block 45b. In other words, the BSCU 14 ensures that it is in fact communicating with the VCU 12 and vice versa.

Next, as shown in FIG. 48 flow chart block 61, the BSCU 14 waits for communication from the VCU 12, when communication is established information regarding (a) the time of the on-board clock 63, (b) the list of stops and related information 64, (c) other information to be displayed for the vehicle driver 65 on the VCU LCD, and (d) when needed, a resetting of the communication method is added and then a shut down of communication 67 is initiated, based on system configuration. In addition, route data 64 is gained from the VCU 12 driver or package sensor input or from the BSCU 14 ability to access a local data base with driver information or a combination of these inputs. The route data 64 includes information pertaining to each delivery stop location, before and after stops, and cargo. This information is normally displayed on the VCU 12 liquid crystal display

US 6,741,927 B2

29

(LCD) for the driver's viewing. The prioritizing of the driver's list is based on, but not limited to, mapping software, the driver input, and past recorded route data. From the route data 64 and the information listed above as (a), (b), (c), and (d), the BSCU 14, can determine the location of the vehicle by, as indicated by FIG. 22, flow chart blocks 201 and 14a, and determine when to send impending arrival messages 202 based on this location, as the vehicle starts and continues its route, as indicated by a flow chart block 202. In the case where the delivery vehicle 19 is stopped in-between scheduled stops, the VCU 12 resets its on-board communication clock back so that the communication to the BSCU 14 is stopped, until the vehicle restarts it route or progress. When the delivery vehicle restarts it route, the standard communication cycle is restarted. In the case where the delivery vehicle 19 is in start and stop traffic, the VCU 12 communication cycles are normally stopped until the vehicle is moved a predefined distance, reaches a location associated with the activation of an impending message or the ignition switch is turned to the off/on position 24, or a sensor is activated on the VCU 12. The VCU 12 communication cycles (FIG. 23) are programmable from the BSCU 14 and are reset when a distance 904, or time 905, to the next messaging point excessively exceeds the number of minutes 907, miles 906, from the location to which a user impending arrival message is to be sent. Moreover, this communication change can be preset at the beginning of a route at areas and times the vehicle's location is not associated with an impending arrival message and at times when the vehicle can become off its estimated route without effecting the impending arrival messaging for a brief time. While the route is in progress, the BSCU 14 can determine from the mapping software, current route data, and past recorded route data 908, when to send a VCU 12 a request to use cycle communication. Moreover, in the situation where the delivery vehicle VCU 12 has stopped sending vehicle location communication to the BSCU 14, as requested by the BSCU 14 or in-between communication cycles from the VCU 12, the BSCU 14 can determine the estimated vehicle location from past routes, delivery lists, mapping software, and additional road/traffic monitoring systems for controlling the communication of the VCU 12. When the vehicle has reached a cycle completion, predetermined by location or time and known by the BSCU 14 and VCU 12, a communication link to the BSCU 14 is not necessarily made at this time. As the communication method is changed back to route comparison 14a (FIG. 15), if the vehicle's planned route location 140a matches it's actual route location, communication to the BSCU 14 is not needed. Essentially, the communication methods are controlling the overall communication loading needed for vehicle location and messaging associated with the vehicle location between the BSCU 14 and the VCU 12. To better understand clock cycles: clock cycles are time (minutes/seconds) lapses or distance lapses for particular location points (longitude/latitude numbers from GPS) or actual miles, and are started, controlled (more/less), and used for decreasing communication from a delivery vehicle VCU 12 to the BSCU 14.

Finally, as shown in FIG. 21, flow chart block 99, the BSCU 14 may slow down or speed up the communication clock cycle by determining the Vehicle Location Determining Factor (VLDF) 99. The VLDF is used to determine the likelihood of delays between two stops. To determine the VLDF rating, the current vehicle location 100, the next stop and route to the next stop 101 are compared to past route records 103. If the vehicle is likely to travel the same speed

30

and take the same amount of time as previously recorded vehicles, the communication cycle is slowed down.

Worth noting from the forgoing discussion is the fact that the BSCU 14 (FIG. 1) is the ultimate controller of the advance notification system 10 from a hierarchical vantage point. The base station clock 28 maintains the absolute time of the advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the delivery vehicle 19 clock differs from the BSCU 14. Further, it should be noted that the VCU 12 communicates to the BSCU 14 (a) when asked by the BSCU 14, (b) when the clock cycle reaches a predetermined point or when the vehicle reaches a predetermined location, (c) when a planned route time differs from an actual route time and (d) when the delivery vehicle driver activates a predefined sensor on the vehicle (buttons on the VCU 12, bar code scanner, etc.) to minimize communication.

2. Package, Tracking, And Notification Process

As previously mentioned, the messaging process 202 (FIG. 22) runs concurrently with the vehicle communications process 189 within the BSCU 14. In essence, the computer messaging process 202 uses the vehicle location information 25 retrieved from the VCU 12 by the vehicle communications process 18a in order for the BSCU 14 to send computer messages of the approaching delivery vehicle 19. A delivery list is accessible from a local data base (FIG. 27) by the BSCU 14 and comprises information regarding (a) the person's name 331 and/or delivery street address 332, (b) the computer network address 333 (c) the telephone number 334 (d) the type of vehicles for activating notification messages 335 and (e) the activation of the impending arrival message. The impending arrival message is activated when a vehicle is at a predefined time 336, distance away from a stop 337, or at a location/address 338. The computer messaging activation points (as indicated in FIG. 27) and the delivery list (as indicated in FIG. 14) are crossed referenced with the vehicle's actual progress through its route and delivery stops. When a particular time, location, and/or package delivery for sending a particular message is reached, the messaging process initiates an electronic computer message to the particular user, as indicated by the flow chart diagram in FIG. 22. The computer messaging may be sent over an existing computer network/Internet or through a direct modem link from another computer, as described previously. Moreover, the particular time, distance, location, and/or stop are fully programmable by the user (person receiving an impending arrival message), and/or by the company providing the service. Programming and user options are discussed in more detail in the Computer Messaging Control Process area.

Also worth noting is a feature for monitoring messages to be placed in the future, for handling message loading (exceeding available communication channels) to end users. In accordance with this feature, upon anticipation of a heavy load of messages, some of the messages would be initiated earlier than the originally scheduled corresponding message time, previous stop, or distance/location. Numerous other networking options can also be used to solve this problem.

After the delivery vehicle has completed its route (FIG. 44), that particular delivery vehicle can be programmed to contact 153 the BSCU 14 when it recognizes the end of the route 152. Additionally, the VCU 12 may have instructions 155 displayed 155a for the driver. The BSCU 14 from a hierarchy stand point is the controller of the system, but instructions from the VCU 12 of new packages, reschedules, other sensor inputs, etc. can be sent to the BSCU 14, for

US 6,741,927 B2

**31**

instructions on the vehicle's intent. Otherwise, the computer messaging process has completed its list for people to contact (FIG. 27) and unless additional vehicle tracking is needed or more stops are scheduled, the communication between the VCU 12 and BSCU 14 is stopped.

As further use of completed route data, an event list is maintained for diagnostics and system monitoring. The event list receives data from both the vehicle communications process and the computer messaging process. The event list essentially comprises records of, among other things, all messages sent and all past and current vehicle locations.

B. Vehicle Control Process

Reference will now be made to the vehicle control process as shown in FIG. 11. Once powered up, the VCU 12 runs through an initiation procedure in which the delivery list is retrieved from packages scanned into the vehicle (activation of the scanner may also power up the VCU) and/or a downloaded list of packages from the BSCU 14 for delivery is received. If packages are scanned 20 into the VCU 12 (FIG. 12), the stops are placed in order of delivery by the vehicle's driver as shown in FIG. 29 or sent to the BSCU 14 for list optimization. The delivery list is organized into an optimized route FIG. 14, showing stop list order 607 and the location or address, as indicated in flow chart block 608. The automatic route optimization software resides in the Vehicle Location Data Base (VLDB) 14a in the BSCU 14 and includes past records of delivery times, routes taken by driver, traffic flow from recorded points and times of past routes, etc. This route optimization software and/or the driver input is how the stop list is organized. Initially the clock in the VCU 12 is set by the BSCU 14 when communication is made. Additionally, when comparisons with the actual time in the BSCU 14 differs from the time in the VCU 12, clock resets are made by the BSCU 14.

After the foregoing initialization procedure, a call is placed via the transceiver 18 (FIG. 1) to the BSCU 14 as indicated by the bell symbol. After the connection, the VCU 12 and the BSCU 14 exchange information as described herein before and which will be further described hereinafter relative to FIG. 12. Furthermore, it should be noted that in some configurations the BSCU 14 might contact the VCU 12 to initialize, schedule timing, or send remote activation from the driver of one vehicle to the BSCU 14 or other vehicle-in-motion sensors.

Next, as shown in FIG. 1, the vehicle control process begins a looping operation wherein the VCU 12 continuously monitors the switches 21–23, clock 24, and sensors 25 to determine the vehicle location. As mentioned previously, the vehicle control process initiates a wireless communication at the initializing point of a route, when the vehicle 19 clock cycle reaches (time between communication updates) a completed loop, planned route data stops matching actual route data, or when a package is delivered. The VCU 12 can also answer and receive information from the BSCU 14.

While in the main looping operation, a determination is first made as to whether the delivery vehicle 19 has reached the end of the route or deliveries/pick ups. If the vehicle 19 is at the end of its route, then the vehicle communication process is slowed down or stopped, and does not need to be restarted or increased unless switches 20, 21, 22, or 23 are triggered by the driver. Otherwise, the process continues and makes a determination as to the vehicle location, as indicated in flow chart block 25. In the preferred embodiment, the delivery vehicle 19 location and total expired time at each stop is not a factor. But if the VCU 12 notices a change

**32**

in a delivery stop when a stop is made at a delivery location not on the list, or out of sequence, a driver prompt is displayed on the VCU/LCD screen 33. Additionally, a package scanned out (delivery was made or attempted) could also determine an out-of-sequence delivery. When the delivery vehicle 19 is stopped for an out-of-sequence delivery, then the communication is initiated to the BSCU 14, as shown by a telephone bell symbol 18 in FIG. 1. The communication is an override and not part of a normal communication event, such as, a clock cycle, a distance/location cycle, a route comparison, or polling protocol, but a special need for informing the BSCU 14 of a special occurrence.

The first attempt to correct the list is a flashing screen from the VCU 12 for the driver. If the driver responds, menus of questions are asked and the driver responses are recorded from the switches 21, 22, and 23 (FIG. 1). On screen questions are "is this delivery out of order?" if the driver selects yes, "is (address) your next stop?" if yes the information is uploaded to the BSCU 14 and the route continues, if no, a choice is given from the route list, and the driver is asked to highlight the next stop. The information is then uploaded to the BSCU 14. When the process is not corrected by the driver, then the BSCU 14 process determines the driver intent by comparing the vehicle direction, locations to closest stops, and past times of deliveries to these stops, with destinations from the route list, and makes a calculated determination of the driver's intent. The new sequence of stops is downloaded into the VCU 12 and the next stop location and question "is this correct" is displayed to the driver. Normally one of two events occurs, the driver responds or the vehicle arrives at a stop. If none of the switches 21, 22, or 23 have been actuated, then the process 76 will loop back around and begin once again. Otherwise, if actuation of a switch 21, 22, or 23 is detected, then the process will determine which of the switches 21, 22, 23 have been actuated.

First, the process will determine whether the "yes" switch has been actuated. If the driver has actuated the attempt to deliver switch 22, then the VCU 12 will continue normal operation. When the reschedule delivery switch 23 is pressed, a list of the local area deliveries is displayed and the driver is prompted to select the next stop. Moreover, a decision will be made by the BSCU 14 to notify users of the vehicle's impending arrival, if time, distance, previous delivery stop and location for that particular stop has passed. In the preferred embodiment, the delivery vehicle 19 is considered to be following its routing list if the vehicle 19 arrives at the stop on the display. A stop does not determine a delivery was made, but an attempt to deliver a package was made. Furthermore, when a user is not available to receive a package, a stop may be rescheduled automatically from the BSCU 14 or manually from the driver, as shown in FIG. 43. A reschedule delivery is a common occurrence for a delivery driver, so, determining when a second attempt should be made or a route list sequence of stops for a driver is a user preference. In most cases, a driver who becomes familiar with customers and customer schedules is more likely to be accurate and successful on a delivery than a route chosen by location and distance, from a list. Past tracking of actual times of deliveries to a particular stop make the BSCU 14 likely to be close also.

In the event that the vehicle driver has not delivered a package, and an attempt was made, and normally when the driver is not repeating the stop in a given day, the driver can activate an attempt to deliver switch 21 to inform the BSCU 14 to cancel this user stop from a list, and send a second

US 6,741,927 B2

33

message of the time of attempted delivery and package information to the user computer. Then the process determines whether the driver has actually pressed the reset switch 22 for the rest of the deliveries that day. An attempt to deliver computer message sent to a user computer address might be used to increase revenue for additional services, such as, fees for redeliveries, etc. If the driver has not actuated the reset switch 22, then the process loops back and begins again.

C. Computer Messaging Control Process

When a computer message is initiated by the BSCU 14 as indicated by FIG. 22, the BSCU 14 follows a messaging control process as indicated in flow chart blocks 208, 207, and 206.

Although the description in FIG. 22 is from a BSCU controller, the BSCU 14 or modules in the BSCU 14 may be better incorporated into a user computer. Three examples of different type configurations for displaying impending arrival information on a computer connected to a network are shown in FIG. 7, FIG. 8, FIG. 9, and FIG. 10. For illustration purposes, the system described as a BSCU 14 is considered different than a person's computer, which could be considered part of the BSCU 14 operation. In FIG. 7 the person's computer is equipped with networking software, and is not associated with an advance notification system. In FIG. 8 the person's computer is equipped with all the advance notification modules for activating 14c and 14d impending arrival messages, mapping software 14b for displaying and/or comparing vehicle locations to streets, and a method for getting and/or receiving actual vehicle location from a network address. In FIG. 9 and FIG. 10, the example shows advance notification systems for tracking vehicles without GPS location devices. The BSCU 14 modules in FIG. 9 are set to track delivery stops from a route list and delivery stops within each route, then the vehicle location information is sent to the person's computer or accessed from the person's computer for vehicle location information. The vehicle location is compared in the person's computer, then activated and displayed when the user preferences match the actual vehicle's location. FIG. 10 is placing all modules in the BSCU 14 area and not requiring the person's computer to be equipped with any extra software (FIG. 49). As a note, the main differences between FIG. 7 and FIG. 10 are the methods used for determining vehicle location or stop points.

Additionally, when the user computer has software/hardware for connecting to a computer network and software for displaying messages received by the BSCU 14 for advance notification, the additional software can be an electronic mail reader for activating messages from a computer network, or a connection to a satellite/cable network 501 (FIG. 50) for displaying images onto a television screen. When the impending arrival messages are broadcast through a satellite/cable network 501, a personal computer 504 monitors signals from a broadcast channel 505 and activates an impending arrival message when an identification code is received 506. The impending arrival message is compared to the user preferences 508–511 and sent to a person's television 36d.

In the preferred embodiment, a person's computer can activate an impending arrival message when software is residing on a person's computer 223 as shown in FIG. 25. The software compares vehicle location 224 and user activation preferences 225 to the user preferences display options 226a and user audio options 227a, each time a vehicle is approaching.

34

The methods used for signing up and providing the system with messaging preferences is accomplished with software on a person's computer or in the preferred embodiment, linked to a remote computer site FIG. 29. By linking to the site a person wanting to sign up may download software 380 (FIG. 29) to save online time, or sign up from a connection to a remote site 381. The user can only subscribe and make changes from the site to be notified 382, FIG. 30, and the computer address is given before this screen (not shown). This allows the advance notification system to have a level of security. The person is prompted to enter a telephone number 383, then a mailing address 384. This information is stored and compared to mapping software for placing the person's address on a map for display 385b, FIG. 31. After the information is displayed 385b, the user is prompted to agree with the location or choose the next one from a list 386, until their location on a map is agreed upon. The next area allows the user to select different activation and messaging methods for different vehicles 387, FIG. 32. When the same for vehicles in a particular category 389, or each vehicle is different 390, display screens shown as illustrations in FIG. 33 through FIG. 39 are looped for each vehicle/group selected. The next screen prompt asks, "when you would like to be notified?" 392 (FIG. 33) and options for time before arriving 393, distance before arriving 394, or at a location/s of choice 395. When a person entering time before vehicle arrives for notification, the next screen (FIG. 34) allows the minutes and seconds before a stop to be selected. When a person enters distance before a vehicle arrives for an impending arrival message (FIG. 35), the distance can be selected as shown. When a person selects to define a particular area for impending arrival activation, the person can choose a circle around their home/business, as shown in FIG. 36. The circle can be adjusted by pulling the edge with a computer mouse left button held down and releasing when the circle is at a desired size. The activation points are the edges of the circle and/or areas with streets. The next option for selecting an area is the grid perimeter/s (FIG. 37). The actual squares (or other shapes) can be clicked with the left button on a mouse for highlighting areas and adjusting the highlighted areas with the slide bars at the bottom or right for precise positioning for activating impending arrival messages. The next option is placing street markets (FIG. 38) on roads and highways for activation points for impending arrival messaging. The street markers are positioned with a computer's mouse, normal drag and drop operations onto actual areas. Additionally, other areas, such as waypoint/s (longitude/latitude areas), prior vehicle stop/s, letting the vehicle define customer offering services, etc. can be used as well. After defining the locations, the selected preferences are referenced with past route data, mapping software, and other information for placing notification areas in a data base, to be used when a vehicle is approaching this predefined stop. Next the person wanting impending arrival messages should enter how they would like to receive the message/s (FIG. 39). A person may select a telephone call with a voice message 170, a telephone call with a distinctive ringing sound 171, and/or over a computer network/internet 172, with additional software for on screen displays 173 and/or audio messages 174. Additionally worth noting, sending impending arrival messages to other communication devices 36x (FIG. 2) with addresses or activation numbers from the BSCU would be obvious in the scope of this invention and is therefore not discussed in detail, but would be included in the area of FIG. 39.

The computer address/electronic address number corresponding with the user computer at a particular stop is

US 6,741,927 B2

35

36

obtained from the data, as indicated above in FIG. 29 through FIG. 39. Other information can also be obtained, including the ability to send one type of message (telephone, electronic mail, personal pager, television, etc.) over the other, and allowing different vehicles to activate impending arrival messages differently. For example FIG. 4 illustrates a flow chart 82 for activating a telephone call first when a vehicle is approaching 83. First the vehicle's location matches 85 the preferences in the user data base 84 and dials a phone number, if the phone is answered the message is played and additional messages are not sent. In the case where the phone is not answered after a preset number of retries expire 88, then an electronic message is sent 89, and the event is removed from the data base 90. It should be noted that different combinations of messages are obvious to a person experienced in the art without loosing the scope of the present invention, and are therefore not mentioned in greater detail.

Moreover, companies may include the service without acknowledgment of the end user or in some cases notify them on one occasion and offer the service if they respond to the message. In these cases finding the contact information can be achieved by existing and known industry standards for finding computer addresses with telephone numbers and shipping address. Additional resources for obtaining this information are established by (a) a user providing the information to a delivery company, and (b) a user posting this information in an advance notification computer site, and (c) a user listing this information with other published references, such as a telephone book, mapping software, etc. This information may be accessed when a delivery is scheduled. Next, the control process sets a time-out variable for keeping track of successful messages sent and any messages returned from wrong addresses or busy networks. The number n of allowable attempts is predetermined and is stored in the user preferences data base and the person's old address can activate an automatic update for a new telephone number or computer address, when needed.

Furthermore, message timing and activation of impending arrival messages to users can be set at the start of the route or day, or in some cases the day/s before the vehicle is to arrive. By sending impending arrival messages early, users can rearrange their schedules for meeting a delivery vehicle/ driver when he arrives. As an example, a person taking a lunch break or leaving a delivery area, will know of particular deliveries scheduled in a certain day and the impending arrival time/s.

Worth noting, actual pictures or live video taken from a vehicle could be sent to the BSCU 14 from the VCU 12 and then used as part of the messaging process of the impending arrival of a particular vehicle to a user. As wireless channels become capable of carrying more and more data (by increased band width and data compression routines), increased information taken from the vehicle can be utilized in the message of the impending arrival of a vehicle to the user.

In the claims hereafter, all "means" and "logic" elements are intended to include any structure, material, or design for accomplishing the functionality recited in connection with the corresponding element.

Therefore, at least the following is claimed:

1. A notification method, comprising:

enabling a user to define at least two communications methods for receiving notifications relating to travel of a mobile thing;

enabling the user to define one or more criteria when each of the communications methods should be used as opposed to the one or more others;

monitoring travel data associated with the mobile thing;

determining that the notification should be made, based upon the travel data and upon the relationship of the mobile thing to the location;

comparing a current time value with one or more preset time periods associated with one or more communications methods;

selecting the communication methods based upon the comparing step; and

providing a notification using one or more of the communications methods, based upon the criteria.

2. The method of claim 1, wherein at least one criterion of the criteria is a time period when the communications method should be utilized.

3. The method of claim 1, wherein more than one communications method is used concurrently.

4. The method of claim 1, wherein at least two of the communications methods involve using different types of communications devices.

5. The method of claim 1, wherein at least two of the communications methods involve using the same or the same type of communications device.

6. The method of claim 1, further comprising the step of providing a report regarding travel status of the mobile thing during the notification via the one or more communications methods.

7. The method of claim 1, wherein the travel data is scheduled route data.

8. The method of claim 7, further comprising the step of updating the scheduled route data based upon tracking of the mobile thing.

9. The method of claim 1, wherein the steps are implemented by a computer system.

10. The method of claim 1, wherein the mobile thing is a plane, train, motor vehicle, boat, package, or container.

11. The method of claim 1, wherein at least one of the communications methods comprises causing a communication to a telephone, pager, television, or computer.

12. The method of claim 1, wherein at least one of the communications methods comprises causing a communication over the Internet.

13. The method of claim 1, further comprising the steps of:

participating in a communication session with the user over the Internet; and

performing the enabling steps during the communication session.

14. The method of claim 1, further comprising the steps of:

participating in a communication session with the user over the telephone; and

performing the enabling steps during the communication session.

15. The method of claim 1, further comprising the step of analyzing a proximity in terms of time or distance of the mobile thing to the stop location to determine when the notification should be initiated.

16. A notification system, comprising:

means for enabling a user to define at least two communications methods for receiving notifications relating to travel of a mobile thing;

means for enabling the user to define one or more criteria when a communications method should be used as opposed to one or more others;

US 6,741,927 B2

37

38

means for monitoring travel data associated with the mobile thing;

means for determining that the notification should be made, based upon the travel data and upon the relationship of the mobile thing to the location;

means for comparing a time value with one or more preset time periods associated with one or more communications methods;

means for selecting the communication methods based upon the comparing step;

means for causing one or more notifications using one or more of the communications methods, based upon the criteria.

17. The system of claim 16, wherein at least one criterion of the criteria is a time period when the communications method should be utilized.

18. The system of claim 16, wherein more than one communications device is notified concurrently.

19. The system of claim 16, wherein at least two of the communications methods involve using different types of communications devices.

20. The system of claim 16, wherein at least two of the communications devices use the same or same type of communications device.

21. A method for a notification system, comprising:

enabling one or more communications methods to be defined for receiving notifications relating to travel of a mobile thing;

enabling one or more preset time periods to be associated with each of the communications methods;

monitoring travel data associated with the mobile thing;

determining that a notification should be made, based upon the travel data and a stop location;

selecting one or more communication methods based upon a time value and the time periods associated with the communications methods; and

causing one or more notifications to be initiated using the selected communications methods.

22. The method of claim 21, further comprising the step of providing a report regarding travel status of the mobile thing during the notification via the one or more communications methods.

23. The method of claim 21, wherein the travel data is scheduled route data.

24. The method of claim 23, further comprising the step of updating the scheduled route data based upon tracking of the mobile thing.

25. The method of claim 21, wherein the steps are implemented by a computer system.

26. The method of claim 21, wherein the mobile thing is a plane, train, motor vehicle, boat, package, or container.

27. The method of claim 21, wherein at least one of the communications methods comprises causing a communication to a telephone, pager, television, or computer.

28. The method of claim 21, wherein at least one of the communications methods comprises causing a communication over the Internet.

29. The method of claim 21, further comprising the steps of:

participating in a communication session over the Internet; and

performing the enabling steps during the communication session.

30. The method of claim 21, further comprising the steps of:

participating in a communication session over the telephone; and

performing the enabling steps during the communication session.

31. The method of claim 21, further comprising the step of analyzing a proximity in terms of time or distance of the mobile thing to the stop location to determine when the notification should be initiated.

32. A system for providing notifications, comprising:

means for enabling one or more communications methods to be defined for receiving notifications relating to travel of a mobile thing;

means for enabling one or more preset time periods to be associated with each of the communications methods;

means for monitoring travel data associated with the mobile thing;

means for determining that a notification should be made, based upon the travel data and a stop location;

means for selecting one or more communication methods based upon a time value and the time periods associated with the communications methods; and

means for causing one or more notifications to be initiated using the selected communications methods.

33. The system of claim 32, further comprising means for providing a report regarding travel status of the mobile thing during the notification via the one or more communications methods.

34. The system of claim 32, wherein the travel data is scheduled route data.

35. The system of claim 34, further comprising a means for updating the scheduled route data based upon tracking of the mobile thing.

36. The system of claim 32, wherein the means elements of the system are implemented in a computer system.

37. The system of claim 32, wherein the mobile thing is a plane, train, motor vehicle, boat, package, or container.

38. The system of claim 32, wherein at least one of the communications methods comprises causing a communication to a telephone, pager, television, or computer.

39. The system of claim 32, wherein at least one of the communications methods comprises causing a communication over the Internet.

40. The system of claim 32, wherein the one or more communications methods are defined by a user over the Internet and wherein the one or more preset time periods are associated with the time periods by the user over the Internet.

41. A The system of claim 32, wherein the one or more communications methods are defined by a user over the telephone network and wherein the one or more preset time periods are associated with the time periods by the user over the telephone network.

42. The system of claim 32, further comprising a means for analyzing a proximity in terms of time or distance of the mobile thing to the stop location to determine when the notification should be initiated.

43. A method for practice by a user in connection with a notification system that monitors travel status of a mobile thing, comprising:

initiating a first communication with the notification system;

during the first communication, defining one or more communications methods for receiving notifications relating to travel of the mobile thing;

US 6,741,927 B2

39

during the first communication, specifying one or more preset time periods with each of the communications methods; and

receiving a second communication from the notification system via a defined communication method during a time that falls within a specified preset time period, the second communication indicating the travel status of the mobile thing.

44. The method of claim 43, further comprising the step of receiving a report regarding travel status of the mobile thing during the second communication.

45. The method of claim 43, wherein the steps are implemented by a telephone, pager, television, or personal computer associated with the user.

46. The method of claim 43, wherein the mobile thing is a plane, train, motor vehicle, boat, package, or container.

40

47. The method of claim 43, wherein at least one of the communications methods comprises causing a communication to a telephone, pager, television, or computer.

48. The method of claim 43, wherein at least one of the communications methods comprises causing a communication over the Internet.

49. The method of claim 43, wherein the first communication is over the Internet.

50. The method of claim 43, wherein the first communication is over the telephone network.

51. The method of claim 43, wherein the receiving step is performed when the mobile thing is a predetermined proximity in terms of time or distance of a stop location.

*  *  *  *  *

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ARRIVAL STAR, INC.,

**05 - 21046**

CIV - KING

## DEFENDANTS

MAERSK LOGISTICS USA, INC., ABF FREIGHT SYSTEM, INC., NYK LOGISTICS (ETA), INC., and CON-WAY TRANSPORTATION SERVICES, INC.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

JOSEPH ENGLANDER, ESQ. (954)828-1422

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE.  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
CHRISTOPHER & WEISBERG, P.A.
200 EAST LAS OLAS BLVD. SUITE 2040
FORT LAUDERDALE, FL 33301

ATTORNEYS (IF KNOWN)

UNKNOWN   MAGISTRATE JUDGE
GARBER

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION        (PLACE AN  X  IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

1:05 CV 21046-King-Garber

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)    AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN        (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT        (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans Excl Veterans | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | B☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | A☐ 791 Empl Ret Inc Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

35 USC 271(a) & (b)

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY  (See instructions):

JUDGE ___

DOCKET NUMBER ___

DATE  4/14/05

SIGNATURE OF ATTORNEY OF RECORD
*Joseph R Englander*

FOR OFFICE USE ONLY

RECEIPT # 53386   AMOUNT 250 @   APPLYING IFP ___   JUDGE ___   MAG JUDGE ___

✎ AO 120 (Rev. 2/99)

| COMMISSIONER OF PATENTS & TRADEMARKS<br>2121 CRYSTAL DRIVE<br>SUITE 1100<br>ARLINGTON, VA 22201 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____Southern District of Florida_____ on the following    X **Patents** or ☐ Trademarks:

| DOCKET NO.<br>05-21046-CIV-KING | DATE FILED<br>4/14/05 | U.S. DISTRICT COURT<br>Southern District of Florida |
|---|---|---|
| PLAINTIFF<br>Arrival Star, Inc. | | DEFENDANT<br>Maersk Logistics USA, Inc., ABF Freight System, Inc., NYK Logistics (ETA), Inc., and Con-Way Transportation Services, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See attached | See attached | See attached |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | . | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>CLARENCE MADDOX | (BY) DEPUTY CLERK<br>Lisa I. Streets | DATE<br>4/15/05 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy**