FILED by SW D.C.

ELECTRONIC

Jul 5 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-21046-CIV-KING/GARBER

ARRIVAL STAR, INC.,

Plaintiff,

v.

MAERSK LOGISTICS USA, INC., ABF
FREIGHT SYSTEM, INC., NYK LOGISTICS
(ETA), INC., and CON-WAY
TRANSPORTATION SERVICES, INC.,

Defendants.

**PLAINTIFF ARRIVAL STAR, INC.'S ANSWER TO THE
COUNTERCLAIMS OF DEFENDANT ABF FREIGHT SYSTEMS, INC.**

For its Answer to the Counterclaims of ABF Freight Systems, Inc. ("ABF"), Plaintiff Arrival Star, Inc. ("ArrivalStar") states as follows:

ArrivalStar responds to the numbered paragraphs of ABF's Counterclaims as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted that ABF disputes the validity of the '318, '060, '320, '859, and '927 patents and denies that ABF has infringed such patents or induced or contributed to the infringement of such patents.

54/aj

8. Admitted.

9. Admitted that ABF seeks declaratory relief to resolve the issues asserted in its Counterclaim. Denied as to remaining allegations in paragraph 8.

10. ArrivalStar incorporates by reference its responses to paragraphs 1-9 of ABF's Counterclaims, which responses are set forth above.

11. Admitted.

12. Admitted.

13. Denied.

14. Admitted.

15. ArrivalStar incorporates by reference its responses to paragraphs 1-9 of ABF's Counterclaims, which responses are set forth above.

16. Admitted.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Admitted.

23. ArrivalStar incorporates by reference its responses to paragraphs 1-9 of ABF's Counterclaims, which responses are set forth above.

24. Admitted.

25. Admitted.

26. Denied.

2

27. Admitted.

28. ArrivalStar incorporates by reference its responses to paragraphs 1-9 of ABF's Counterclaims, which responses are set forth above.

29. Admitted.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Admitted.

36. ArrivalStar incorporates by reference its responses to paragraphs 1-9 of ABF's Counterclaims, which responses are set forth above.

37. Admitted.

38. Admitted.

39. Denied.

40. Admitted.

41. ArrivalStar incorporates by reference its responses to paragraphs 1-9 of ABF's Counterclaims, which responses are set forth above.

42. Admitted.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

3

47. Denied.

48. Admitted.

49. ArrivalStar incorporates by reference its responses to paragraphs 1-9 of ABF's Counterclaims, which responses are set forth above.

50. Admitted.

51. Admitted.

52. Denied.

53. Admitted.

54. ArrivalStar incorporates by reference its responses to paragraphs 1-9 of ABF's Counterclaims, which responses are set forth above.

55. Admitted.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Admitted.

62. ArrivalStar incorporates by reference its responses to paragraphs 1-9 of ABF's Counterclaims, which responses are set forth above.

63. Admitted.

64. Admitted.

65. Denied.

66. Admitted.

4

67. ArrivalStar incorporates by reference its responses to paragraphs 1-9 of ABF's Counterclaims, which responses are set forth above.

68. Admitted.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Admitted.

## ARRIVALSTAR'S AFFIRMATIVE DEFENSES

1. The '318, '060, '320, 859 and '927 patents are valid and enforceable.

2. ABF has infringed at least one claim of the '318, '060, '320, '859 and '927 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products that fall within the scope of claims of such patents.

3. ABF has further infringed the '318, '060, '320, '859 and '927 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others.

4. ABF's infringement has been willful.

5. ArrivalStar is entitled to judgment as a matter of law on ABF's Counterclaims.

6. ABF's Counterclaims fail to state a claim upon which relief may be granted.

7. ArrivalStar reserves the right to supplement or amend its Affirmative Defenses.

5

## PRAYER FOR RELIEF

WHEREFORE, ArrivalStar requests that judgment be entered against ABF and in ArrivalStar's favor on the Counterclaims brought by ABF. ArrivalStar further requests that it be granted all of the relief requested in its Complaint.

**ARRIVALSTAR DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Dated: 7/5/2005

FOR ARRIVAL STAR, INC.

Joseph R. Englander
Florida Bar No. 935,565
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Blvd., Suite 2040
Fort Lauderdale, Florida 33301
Tel.: 954-828-1488
Fax: 954-828-9122

Raymond P. Niro
Raymond, P. Niro, Jr.
Matthew G. McAndrews
Frederick C. Laney
Robert A. Conley
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, IL 60602
Tel.: (312) 236-0733
Fax: (312) 236-3137

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **PLAINTIFF, ARRIVAL STAR, INC.'S ANSWER TO THE COUNTERCLAIMS OF DEFENDANT ABF FREIGHT SYSTEMS, INC.** is being deposited with the United States Postal Service in postage-paid envelopes this 5th day of July, 2005, addressed to the following counsels of record:

Robert M. Brochin, Esq.
MORGAN LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
*Counsel for Defendant Con-Way Transportation*

Derek E. Leon, Esq.
MORGAN LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
*Counsel for Defendant ABF Freight System, Inc.*

Charles M Rosenberg, Esq.
Carlton Fields, P.A.
Bank of America Tower at International Place
100 SE Second Street, Suite 4000
Miami, Florida 33131
*Counsel for Maersk Logistics USA, Inc.*

Jonathan Cohen, Esq.
SHUTTS & BOWEN LLP
201 South Biscayne Boulevard
Suite 1500, Miami Center
Miami, Florida 33131
*Counsel for NYK Logistics (ETA), Inc.*

Joseph R. Englander

37448