FILED by SW D.C.
ELECTRONIC
Jan 6 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-21046-CIV-KING/GARBER

ARRIVAL STAR, INC.,

        Plaintiff,

v.

MAERSK LOGISTICS USA, INC., ABF FREIGHT SYSTEM, INC., NYK LOGISTICS (ETA), INC., and CON-WAY TRANSPORTATION SERVICES, INC.,

        Defendants.

## STIPULATED DISMISSAL WITH PREJUDICE AS TO DEFENDANT NYK LOGISTICS (AMERICAS), INC.

By agreement effective November 29, 2005, plaintiff/counterdefendant Arrival Star, Inc. ("ArrivalStar") and defendant/counterclaimant NYK Logistics (Americas), Inc. ("NYK"), incorrectly named NYK Logistics (ETA), Inc. in the Complaint, have settled the dispute giving rise to their respective claims and counterclaims in this action. The parties therefore stipulate to the dismissal with prejudice of ArrivalStar's claims against NYK and NYK's counterclaims against ArrivalStar in this action.

SO STIPULATED:

FOR PLAINTIFF ARRIVAL STAR, INC.

Dated: ~~December~~ January 6, 2005

By: _____
Joseph R. Englander
Florida Bar No. 935565
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Blvd., Suite 2040

FOR DEFENDANT NYK LOGISTICS (AMERICAS), INC.

Dated: December 31, 2005

By: _____
Jonathan Cohen
Florida Bar No. 384305
SHUTTS & BOWEN LLP
1500 Miami Center

Fort Lauderdale, Florida 33301
Tel.: 954-828-1488
Fax: 954-828-9122

Raymond P. Niro
Raymond, P. Niro, Jr.
Matthew G. McAndrews
Frederick C. Laney
Robert A. Conley
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, Illinois 60602
Tel.: 312-236-0733
Fax: 312-236-3137

FOR DEFENDANT MAERSK LOGISTICS USA, INC.

Dated: January 4, 2006

By: /s/ Charles M. Rosenberg
Charles M. Rosenberg
Florida Bar No. 279064
CARLTON FIELDS, P.A.
Bank of America Tower
  at International Place
100 S.E. Second Street, Suite 4000
Miami, Florida 33131-9101
Tel: 305-530-0050
Fax: 305-530-0055

Roderick R. McKelvie
Kurt G. Calia
Keith A. Teel
Kevin B. Collins
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel.: 202-662-6000
Fax: 202-662-6291

201 South Biscayne Blvd.
Miami, Florida 33131
Tel.: 305-358-6300
Fax: 305-347-7873

William J. Heller
Jonathan M.H. Short
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel.: 973-622-4444
Fax: 973-624-7070

FOR DEFENDANTS ABF FREIGHT SYSTEM, INC. AND CON-WAY TRANSPORTATION SERVICES, INC.

Dated: December ___, 2005

By: _____
Robert M. Brochin
Florida Bar No. 319661
Derek E. Leon
Florida Bar No. 0625507
MORGAN, LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-415-3000
Fax: 305-415-3001

Anthony C. Roth
John Zele
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: 202-739-3000
Fax: 202-739-3001

Andrew J. Gray IV
David R. Owens
Dion M. Bregman
MORGAN, LEWIS & BOCKIUS LLP

2

Fort Lauderdale, Florida 33301
Tel.: 954-828-1488
Fax: 954-828-9122

Raymond P. Niro
Raymond, P. Niro, Jr.
Matthew G. McAndrews
Frederick C. Laney
Robert A. Conley
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, Illinois 60602
Tel.: 312-236-0733
Fax: 312-236-3137

FOR DEFENDANT MAERSK LOGISTICS USA, INC.

Dated: December ___, 2005

By: _____
Charles M. Rosenberg
Florida Bar No. 279064
CARLTON FIELDS, P.A.
Bank of America Tower
 at International Place
100 S.E. Second Street, Suite 4000
Miami, Florida 33131-9101
Tel: 305-530-0050
Fax: 305-530-0055

Roderick R. McKelvie
Kurt G. Calia
Keith A. Teel
Kevin B. Collins
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel.: 202-662-6000
Fax: 202-662-6291

201 South Biscayne Blvd.
Miami, Florida 33131
Tel.: 305-358-6300
Fax: 305-347-7873

William J. Heller
Jonathan M.H. Short
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel.: 973-622-4444
Fax: 973-624-7070

FOR DEFENDANTS ABF FREIGHT SYSTEM, INC. AND CON-WAY TRANSPORTATION SERVICES, INC.

Dated: December 19th, 2005

By: _____
Robert M. Brochin
Florida Bar No. 319661
Derek E. Leon
Florida Bar No. 0625507
MORGAN, LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-415-3000
Fax: 305-415-3001

Anthony C. Roth
John Zele
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: 202-739-3000
Fax: 202-739-3001

Andrew J. Gray IV
David R. Owens
Dion M. Bregman
MORGAN, LEWIS & BOCKIUS LLP

2

2 Palo Alto Square, Suite 700
3000 El Camino Real
Palo Alto, California 94306
Tel: 650-843-4000
Fax: 650-843-4001

3